UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| INTERFAITH COMMUNITY ORGANIZATION, et al., | : | |
| | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| HONEYWELL INTERNATIONAL, INC., (formerly known as Allied Signal, Inc.), et al., | : | |
| Defendants. | : | Civil Action No. 95-2097 (DMC) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>

This matter having come before the Court on Plaintiff Interfaith Community Organization's application for an award of litigation costs, including attorneys' fees and expert witnesses' fees and Honeywell's motion to for leave to file a surreply, and no oral argument having been heard pursuant to Fed.R.Civ.P. 78., and this Court having carefully reviewed all submissions, and for the reasons stated in this Court's opinion filed on this day;

IT IS on this 15th day of June, 2005,

ORDERED that Plaintiff Interfaith Community Organization is entitled to an award of litigation costs, including attorneys' fees and expert witnesses' fees in an amount totaling

$362,505.44.  This amount represents the $ 362,511.44 requested by Interfaith Community Organization less $6.00 for the expense related a fax to Cheryl Montgomery regarding software problems; and it is further

>ORDERED that Defendant's motion for leave to file a surreply is **denied.**

S/ Dennis M. Cavanaugh  
Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office  
Copies:      All Counsel of Record  
             The Honorable Mark Falk, U.S.M.J.  
             File