Plaintiffs' Exhibit 4

**Calculation of Total Fee Award Requested By Plaintiffs
for January 1, 2012, to December 31, 2013**

| | |
|---|---|
| Fees[1] | $1,381,378.45 |
| Expenses[2] | $512,951.22 |
| **Subtotal of Fees and Expenses** | **$1,894,329.67** |
| | |
| 10% Reduction for Conference Time[3] | -$29,034.32 |
| Reduction for Undisputed 2012 Fees Paid by Honeywell[4] | -$543,465.09 |
| **Total Fee Award Requested by Plaintiffs** | **$1,321,830.26** |

---

[1] *See* Pl. Ex. 6

[2] *See* Pl. Ex. 9

[3] *See* Pl. Ex. 12

[4] *See* March 31, 2014, Order, ECF No. 1228