**Plaintiffs' Exhibit 6**

*ICO v. Honeywell International Inc., Civ. No. 95-2097 (D.N.J.)*

*Hackensack Riverkeeper v. Honeywell International Inc., Civ. No. 06-22 (D.N.J.),*
*Consolidated with Civ. No. 05-05955 under Civ. No. 95-2097*

Terris, Pravlik & Millian, LLP
Summary of Time by Billing Client and Category
January 1, 2012 - December 31, 2013

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| **Study Area 7** | | | | | | | | |
| | **Deep Overburden Groundwater Remediation Monitoring** | | | | | | | |
| | | **Groundwater Issues** | | | | | | |
| | | | | BJT | 0.283 | $772.00 | $218.48 | |
| | | | | CAN | 0.233 | $175.00 | $40.78 | |
| | | | | KLM | 0.400 | $772.00 | $308.80 | |
| | | | | LLC | 0.500 | $175.00 | $87.50 | |
| | | | | MGW | 3.750 | $393.00 | $1,473.75 | |
| | | | | | | **Sub-Total:** | | **$2,129.30** |
| | | **WWTP Issues** | | | | | | |
| | | | | BJT | 0.284 | $772.00 | $219.25 | |
| | | | | KLM | 2.350 | $772.00 | $1,814.20 | |
| | | | | LLC | 0.367 | $175.00 | $64.23 | |

**Client:  Study Area 7**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | MGW | 3.517 | $393.00 | $1,382.18 | |
| | | | | | | Sub-Total: | | **$3,479.85** |
| | | **Monitoring** | | | | | | |
| | | | | ACA | 3.299 | $568.00 | $1,873.83 | |
| | | | | KLM | 1.150 | $772.00 | $887.80 | |
| | | | | LLC | 0.133 | $175.00 | $23.28 | |
| | | | | MGW | 0.183 | $568.00 | $103.94 | |
| | | | | MGW | 0.500 | $393.00 | $196.50 | |
| | | | | | | Sub-Total: | | **$3,085.35** |
| | | **Regulatory Permits** | | | | | | |
| | | | | MGW | 3.716 | $393.00 | $1,460.39 | |
| | | | | | | Sub-Total: | | **$1,460.39** |
| | | **Deep GW Source Control** | | | | | | |
| | | | | ACA | 7.350 | $568.00 | $4,174.80 | |
| | | | | BJT | 0.799 | $772.00 | $616.83 | |
| | | | | ERG | 0.233 | $175.00 | $40.78 | |
| | | | | JDP | 0.350 | $175.00 | $61.25 | |

**Client:  Study Area 7**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | KLM | 9.784 | $772.00 | $7,553.25 | |
| | | | | LLC | 0.600 | $175.00 | $105.00 | |
| | | | | MGW | 17.150 | $393.00 | $6,739.95 | |
| | | | | MGW | 4.500 | $568.00 | $2,556.00 | |
| | | | | | | Sub-Total: | | $21,847.85 |
| | | **Long-Term Monitoring Plan** | | | | | | |
| | | | | ACA | 5.083 | $568.00 | $2,887.14 | |
| | | | | BJT | 0.417 | $772.00 | $321.92 | |
| | | | | KLM | 0.200 | $772.00 | $154.40 | |
| | | | | MGW | 1.534 | $568.00 | $871.31 | |
| | | | | MGW | 7.416 | $393.00 | $2,914.49 | |
| | | | | | | Sub-Total: | | $7,149.27 |
| | | **Consent Order** | | | | | | |
| | | | | ACA | 2.250 | $568.00 | $1,278.00 | |
| | | | | CAN | 0.250 | $175.00 | $43.75 | |
| | | | | MGW | 0.133 | $568.00 | $75.54 | |
| | | | | | | Sub-Total: | | $1,397.29 |

**Client:  Study Area 7**
Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|

**Sediment Consent Order**

    **100% Design**

| | | | | BJT | 0.583 | $772.00 | $450.08 | |
| | | | | CAN | 1.283 | $175.00 | $224.53 | |
| | | | | KLM | 9.582 | $772.00 | $7,397.30 | |
| | | | | MGW | 4.868 | $393.00 | $1,913.12 | |

**Sub-Total:**    **$9,985.03**

    **Monitoring**

| | | | | ACA | 18.367 | $568.00 | $10,432.46 | |
| | | | | KLM | 1.700 | $772.00 | $1,312.40 | |
| | | | | MGW | 1.166 | $393.00 | $458.24 | |

**Sub-Total:**    **$12,203.09**

    **Regulatory Permits**

| | | | | ACA | 1.166 | $568.00 | $662.29 | |
| | | | | BJT | 0.400 | $772.00 | $308.80 | |
| | | | | KLM | 0.899 | $772.00 | $694.03 | |
| | | | | MGW | 2.383 | $393.00 | $936.52 | |

**Client:  Study Area 7**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | **Sub-Total:** | | **$2,601.64** |
| | | **Declaration** | | | | | | |
| | | | | KLM | 0.866 | $772.00 | $668.55 | |
| | | | | MGW | 4.817 | $393.00 | $1,893.08 | |
| | | | | | | **Sub-Total:** | | **$2,561.63** |
| | | **Beneficial Environmental Projects** | | | | | | |
| | | | | ACA | 0.533 | $568.00 | $302.74 | |
| | | | | CAN | 0.150 | $175.00 | $26.25 | |
| | | | | KLM | 1.884 | $772.00 | $1,454.45 | |
| | | | | MGW | 2.767 | $393.00 | $1,087.43 | |
| | | | | MGW | 3.850 | $568.00 | $2,186.80 | |
| | | | | | | **Sub-Total:** | | **$5,057.67** |
| | | **Supplemental Environmental Projects** | | | | | | |
| | | | | BJT | 5.516 | $772.00 | $4,258.35 | |
| | | | | CAN | 0.767 | $175.00 | $134.23 | |
| | | | | CSP | 0.383 | $772.00 | $295.68 | |
| | | | | KLM | 23.252 | $772.00 | $17,950.54 | |

**Client:  Study Area 7**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | MGW | 18.216 | $393.00 | $7,158.89 | |
| | | | | | | Sub-Total: | | **$29,797.69** |
| | | **Long-Term Monitoring Plan** | | | | | | |
| | | | | ACA | 1.500 | $568.00 | $852.00 | |
| | | | | MGW | 0.333 | $568.00 | $189.14 | |
| | | | | | | Sub-Total: | | **$1,041.14** |
| | | **Work Plan** | | | | | | |
| | | | | BJT | 1.267 | $772.00 | $978.12 | |
| | | | | CAN | 0.733 | $175.00 | $128.28 | |
| | | | | CSP | 0.217 | $772.00 | $167.52 | |
| | | | | KLM | 17.751 | $772.00 | $13,703.77 | |
| | | | | MGW | 6.433 | $393.00 | $2,528.17 | |
| | | | | | | Sub-Total: | | **$17,505.86** |
| | | **Negotiations with Defendant** | | | | | | |
| | | | | BJT | 0.200 | $772.00 | $154.40 | |
| | | | | KLM | 3.917 | $772.00 | $3,023.92 | |
| | | | | MGW | 9.166 | $393.00 | $3,602.24 | |

**Client:  Study Area 7**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | Sub-Total: | | **$6,780.56** |
| | | **Status Update** | | | | | | |
| | | | | BJT | 0.133 | $772.00 | $102.68 | |
| | | | | CAN | 0.300 | $175.00 | $52.50 | |
| | | | | KLM | 0.700 | $772.00 | $540.40 | |
| | | | | MGW | 2.184 | $393.00 | $858.31 | |
| | | | | MGW | 1.917 | $568.00 | $1,088.86 | |
| | | | | | | Sub-Total: | | **$2,642.74** |
| | | **Communications with Client** | | | | | | |
| | | | | KLM | 1.317 | $772.00 | $1,016.72 | |
| | | | | MGW | 0.250 | $393.00 | $98.25 | |
| | | | | | | Sub-Total: | | **$1,114.97** |
| | | **First Amended Consent Order** | | | | | | |
| | | | | BJT | 0.233 | $772.00 | $179.88 | |
| | | | | ERG | 0.383 | $175.00 | $67.03 | |
| | | | | KLM | 2.399 | $772.00 | $1,852.03 | |
| | | | | MGW | 0.100 | $568.00 | $56.80 | |

**Client:  Study Area 7**
Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | Sub-Total: | | $2,155.73 |
| | | Master Schedule | | | | | | |
| | | | | ACA | 1.583 | $568.00 | $899.14 | |
| | | | | KLM | 0.667 | $772.00 | $514.92 | |
| | | | | | | Sub-Total: | | $1,414.07 |
| | | Public Meeting | | | | | | |
| | | | | KLM | 6.333 | $772.00 | $4,889.08 | |
| | | | | MGW | 0.100 | $393.00 | $39.30 | |
| | | | | | | Sub-Total: | | $4,928.38 |
| | Plaintiffs' Rule 60 Motion | | | | | | | |
| | | Settlement | | | | | | |
| | | | | ACA | 0.500 | $568.00 | $284.00 | |
| | | | | | | Sub-Total: | | $284.00 |
| | Travel (Non-Working) | | | | | | | |
| | | Monitoring | | | | | | |
| | | | | ACA | 4.250 | $284.00 | $1,207.00 | |

**Client:  Study Area 7**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Sub-Total: | | **$1,207.00** |
| | | Public Meeting | | | | | | |
| | | | | KLM | 5.667 | $386.00 | $2,187.46 | |
| | | | | | | Sub-Total: | | **$2,187.46** |
| | | | | Client Sub-Total: | 254.645 | | | **$144,017.98** |
| **Study Area 6 North** | | | | | | | | |
| | 100% Design | | | | | | | |
| | | Technical Issues | | | | | | |
| | | | | ACA | 117.133 | $568.00 | $66,531.54 | |
| | | | | BJT | 0.700 | $772.00 | $540.40 | |
| | | | | CSP | 1.300 | $772.00 | $1,003.60 | |
| | | | | KLM | 0.200 | $772.00 | $154.40 | |
| | | | | MGW | 0.267 | $393.00 | $104.93 | |
| | | | | | | Sub-Total: | | **$68,334.88** |
| | | In-Situ Treatment | | | | | | |
| | | | | ACA | 60.667 | $568.00 | $34,458.86 | |
| | | | | BJT | 3.633 | $772.00 | $2,804.68 | |

**Client:  Study Area 6 North**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | CSP | 2.667 | $772.00 | $2,058.92 | |
| | | | | KLM | 0.650 | $772.00 | $501.80 | |
| | | | | | | **Sub-Total:** | | **$39,824.26** |
| | | **Methane Issues** | | | | | | |
| | | | | ACA | 1.583 | $568.00 | $899.14 | |
| | | | | BJT | 0.033 | $772.00 | $25.48 | |
| | | | | | | **Sub-Total:** | | **$924.62** |
| | | **Open Space Design Standards** | | | | | | |
| | | | **01/12/2012 Draft** | | | | | |
| | | | | ACA | 19.067 | $568.00 | $10,830.06 | |
| | | | | CSP | 5.400 | $772.00 | $4,168.80 | |
| | | | **4/9/2012 Meeting** | | | | | |
| | | | | ACA | 28.000 | $568.00 | $15,904.00 | |
| | | | | CSP | 11.117 | $772.00 | $8,582.32 | |
| | | | **5/21/2012 Draft** | | | | | |
| | | | | ACA | 23.350 | $568.00 | $13,262.80 | |
| | | | | CSP | 14.516 | $772.00 | $11,206.35 | |
| | | | | MGW | 0.167 | $393.00 | $65.63 | |
| | | | **7/31/2012 Meeting** | | | | | |
| | | | | ACA | 29.850 | $568.00 | $16,954.80 | |

**Client:  Study Area 6 North**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | CSP | 32.250 | $772.00 | $24,897.00 | |
| | | | | LLC | 0.350 | $175.00 | $61.25 | |
| | | | **8/7/2012 Draft** | | | | | |
| | | | | ACA | 20.499 | $568.00 | $11,643.43 | |
| | | | | CSP | 8.800 | $772.00 | $6,793.60 | |
| | | | **9/24/2012 Draft** | | | | | |
| | | | | ACA | 54.583 | $568.00 | $31,003.14 | |
| | | | | CSP | 18.666 | $772.00 | $14,410.15 | |
| | | | **10/26/2012 Draft** | | | | | |
| | | | | ACA | 41.165 | $568.00 | $23,381.72 | |
| | | | | BJT | 0.566 | $772.00 | $436.95 | |
| | | | | CSP | 12.634 | $772.00 | $9,753.45 | |
| | | | | KLM | 0.333 | $772.00 | $257.08 | |
| | | | | LLC | 4.034 | $175.00 | $705.95 | |
| | | | **1/10/2013 Draft** | | | | | |
| | | | | ACA | 4.000 | $568.00 | $2,272.00 | |
| | | | | CSP | 4.366 | $772.00 | $3,370.55 | |
| | | | **1/16/2013 Meeting** | | | | | |
| | | | | ACA | 23.134 | $568.00 | $13,140.11 | |
| | | | | CSP | 16.634 | $772.00 | $12,841.45 | |
| | | | | LLC | 0.833 | $175.00 | $145.78 | |

**Client:  Study Area 6 North**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | **1/18/2013 Draft** | | | | | |
| | | | | ACA | 2.334 | $568.00 | $1,325.71 | |
| | | | | CSP | 5.250 | $772.00 | $4,053.00 | |
| | | | **1/21/2013 Draft** | | | | | |
| | | | | ACA | 3.533 | $568.00 | $2,006.74 | |
| | | | | CSP | 1.633 | $772.00 | $1,260.68 | |
| | | | | LLC | 4.067 | $175.00 | $711.73 | |
| | | | **1/28/2013 Draft** | | | | | |
| | | | | ACA | 11.834 | $568.00 | $6,721.71 | |
| | | | | BJT | 0.217 | $772.00 | $167.52 | |
| | | | | CSP | 10.184 | $772.00 | $7,862.05 | |
| | | | **2/11/2013 Draft** | | | | | |
| | | | | ACA | 4.250 | $568.00 | $2,414.00 | |
| | | | | CSP | 0.767 | $772.00 | $592.12 | |
| | | | **Pl Submission** | | | | | |
| | | | | ACA | 8.816 | $568.00 | $5,007.49 | |
| | | | | CSP | 0.500 | $772.00 | $386.00 | |
| | | | **2/27/2013 Meeting** | | | | | |
| | | | | ACA | 9.950 | $568.00 | $5,651.60 | |
| | | | | CSP | 4.134 | $772.00 | $3,191.45 | |

**Client:  Study Area 6 North**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | **Final Review** | | | | | |
| | | | | ACA | 12.917 | $568.00 | $7,336.86 | |
| | | | | CSP | 8.818 | $772.00 | $6,807.50 | |
| | | | | JDP | 0.900 | $175.00 | $157.50 | |
| | | | | LLC | 9.434 | $175.00 | $1,650.95 | |
| | | | | | | **Sub-Total:** | | **$293,392.98** |
| | | **Geotechnical Issues** | | | | | | |
| | | | | ACA | 62.085 | $568.00 | $35,264.28 | |
| | | | | BJT | 0.167 | $772.00 | $128.92 | |
| | | | | CSP | 4.617 | $772.00 | $3,564.32 | |
| | | | | | | **Sub-Total:** | | **$38,957.53** |
| | | **Road Subgrade Issues** | | | | | | |
| | | | | ACA | 7.833 | $568.00 | $4,449.14 | |
| | | | | | | **Sub-Total:** | | **$4,449.14** |
| | | **Confirmation Sampling Issues** | | | | | | |
| | | | | ACA | 16.582 | $568.00 | $9,418.58 | |
| | | | | BJT | 0.133 | $772.00 | $102.68 | |

**Client:  Study Area 6 North**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | CSP | 1.117 | $772.00 | $862.32 | |
| | | | | KLM | 1.333 | $772.00 | $1,029.08 | |
| | | | | | | Sub-Total: | | **$11,412.65** |
| | | **Barrier Wall Issues** | | | | | | |
| | | | | ACA | 49.201 | $568.00 | $27,946.17 | |
| | | | | BJT | 2.251 | $772.00 | $1,737.77 | |
| | | | | CAN | 0.567 | $175.00 | $99.23 | |
| | | | | CSP | 2.601 | $772.00 | $2,007.97 | |
| | | | | ERG | 1.083 | $175.00 | $189.53 | |
| | | | | KLM | 8.199 | $772.00 | $6,329.63 | |
| | | | | | | Sub-Total: | | **$38,310.29** |
| | | **Consent Order 100% Design Review** | | | | | | |
| | | | | ACA | 5.750 | $568.00 | $3,266.00 | |
| | | | | CSP | 0.700 | $772.00 | $540.40 | |
| | | | | | | Sub-Total: | | **$3,806.40** |
| | | **Consent Order entering 100% Design** | | | | | | |
| | | | | ACA | 10.834 | $568.00 | $6,153.71 | |

**Client:  Study Area 6 North**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | Sub-Total: | | **$6,153.71** |
| | | **Consent Order Barrier Wall** | | | | | | |
| | | | | ACA | 2.583 | $568.00 | $1,467.14 | |
| | | | | BJT | 0.250 | $772.00 | $193.00 | |
| | | | | CSP | 5.334 | $772.00 | $4,117.85 | |
| | | | | KLM | 0.783 | $772.00 | $604.48 | |
| | | | | | | Sub-Total: | | **$6,382.47** |
| | | **Communications with Client** | | | | | | |
| | | | | ACA | 5.000 | $568.00 | $2,840.00 | |
| | | | | | | Sub-Total: | | **$2,840.00** |
| | | **Communications with Opposing Counsel** | | | | | | |
| | | | | ACA | 0.334 | $568.00 | $189.71 | |
| | | | | | | Sub-Total: | | **$189.71** |
| | | **Communications with Court** | | | | | | |
| | | | | BJT | 0.367 | $772.00 | $283.32 | |
| | | | | | | Sub-Total: | | **$283.32** |

**Client:  Study Area 6 North**
Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | **Communications with Third Parties** | | | | | | |
| | | | | ACA | 2.000 | $568.00 | $1,136.00 | |
| | | | | | | Sub-Total: | | $1,136.00 |
| | | **Communications with Experts** | | | | | | |
| | | | | ACA | 3.500 | $568.00 | $1,988.00 | |
| | | | | LLC | 0.467 | $175.00 | $81.73 | |
| | | | | | | Sub-Total: | | $2,069.73 |
| | | **Scheduling** | | | | | | |
| | | | | ACA | 1.834 | $568.00 | $1,041.71 | |
| | | | | BJT | 0.467 | $772.00 | $360.52 | |
| | | | | LLC | 0.233 | $175.00 | $40.78 | |
| | | | | | | Sub-Total: | | $1,443.01 |
| | | **Document/Database Management** | | | | | | |
| | | | | ERG | 0.333 | $175.00 | $58.28 | |
| | | | | LLC | 1.900 | $175.00 | $332.50 | |
| | | | | | | Sub-Total: | | $390.78 |

**Client:  Study Area 6 North**
Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | **Soil Remedy** | | | | | | | |
| | | **Regulatory Permits** | | | | | | |
| | | | | ACA | 1.167 | $568.00 | $662.86 | |
| | | | | | | **Sub-Total:** | | **$662.86** |
| | | **Site Monitoring** | | | | | | |
| | | | | ACA | 1.500 | $568.00 | $852.00 | |
| | | | | | | **Sub-Total:** | | **$852.00** |
| | | **Master Schedule** | | | | | | |
| | | | | ACA | 5.416 | $568.00 | $3,076.29 | |
| | | | | BJT | 0.217 | $772.00 | $167.52 | |
| | | | | | | **Sub-Total:** | | **$3,243.81** |
| | | **Document/Database Management** | | | | | | |
| | | | | ERG | 0.067 | $175.00 | $11.73 | |
| | | | | | | **Sub-Total:** | | **$11.73** |

**Client:  Study Area 6 North**
Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | **Groundwater Remedy** | | | | | | | |
| | | **Regulatory Permits** | | | | | | |
| | | | | ACA | 1.083 | $568.00 | $615.14 | |
| | | | | | | **Sub-Total:** | | **$615.14** |
| | **Consent Decree Modification** | | | | | | | |
| | | **First Amended Consent Decree** | | | | | | |
| | | | | ACA | 14.667 | $568.00 | $8,330.86 | |
| | | | | BJT | 0.183 | $772.00 | $141.28 | |
| | | | | CAN | 0.467 | $175.00 | $81.73 | |
| | | | | CSP | 0.167 | $772.00 | $128.92 | |
| | | | | | | **Sub-Total:** | | **$8,682.78** |
| | **Travel (Non-Working)** | | | | | | | |
| | | **Open Space Design Standards** | | | | | | |
| | | | | ACA | 8.000 | $284.00 | $2,272.00 | |
| | | | | CSP | 3.583 | $386.00 | $1,383.04 | |
| | | | | | | **Sub-Total:** | | **$3,655.04** |

**Client:  Study Area 6 North**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | Geotechnical Issues | | | | | | |
| | | | | ACA | 1.500 | $284.00 | $426.00 | |
| | | | | | | Sub-Total: | | $426.00 |
| | | Confirmation Sampling Issues | | | | | | |
| | | | | ACA | 3.000 | $284.00 | $852.00 | |
| | | | | | | Sub-Total: | | $852.00 |
| | | Barrier Wall Issues | | | | | | |
| | | | | ACA | 5.833 | $284.00 | $1,656.57 | |
| | | | | | | Sub-Total: | | $1,656.57 |
| | | | | Client Sub-Total: | 909.973 | | | $540,959.40 |
| Study Area 6 South | | | | | | | | |
| | 100% Design | | | | | | | |
| | | Technical Issues | | | | | | |
| | | | | ACA | 70.516 | $568.00 | $40,053.09 | |
| | | | | BJT | 0.467 | $772.00 | $360.52 | |
| | | | | CSP | 0.900 | $772.00 | $694.80 | |

**Client:  Study Area 6 South**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | JDP | 0.217 | $175.00 | $37.98 | |
| | | | | LLC | 0.550 | $175.00 | $96.25 | |
| | | | | MGW | 0.167 | $393.00 | $65.63 | |
| | | | | | | **Sub-Total:** | | **$41,308.27** |
| | | **In-Situ Treatment** | | | | | | |
| | | | | ACA | 19.983 | $568.00 | $11,350.34 | |
| | | | | BJT | 0.300 | $772.00 | $231.60 | |
| | | | | | | **Sub-Total:** | | **$11,581.94** |
| | | **Confirmation Sampling Issues** | | | | | | |
| | | | | ACA | 0.750 | $568.00 | $426.00 | |
| | | | | | | **Sub-Total:** | | **$426.00** |
| | | **Site Monitoring** | | | | | | |
| | | | | ACA | 0.167 | $568.00 | $94.86 | |
| | | | | | | **Sub-Total:** | | **$94.86** |
| | | **Communications with Government Agencies** | | | | | | |
| | | | | ACA | 0.250 | $568.00 | $142.00 | |

**Client:  Study Area 6 South**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | **Sub-Total:** | | **$142.00** |
| | | Document/Database Management | | | | | | |
| | | | | LLC | 1.617 | $175.00 | $282.98 | |
| | | | | | | **Sub-Total:** | | **$282.98** |
| | Soil Remedy | | | | | | | |
| | | Monitoring Compliance | | | | | | |
| | | | | ACA | 12.750 | $568.00 | $7,242.00 | |
| | | | | BJT | 0.501 | $772.00 | $386.77 | |
| | | | | CAN | 0.150 | $175.00 | $26.25 | |
| | | | | KLM | 0.134 | $772.00 | $103.45 | |
| | | | | | | **Sub-Total:** | | **$7,758.47** |
| | | Regulatory Permits | | | | | | |
| | | | | ACA | 7.000 | $568.00 | $3,976.00 | |
| | | | | | | **Sub-Total:** | | **$3,976.00** |
| | | Declaration | | | | | | |
| | | | | ACA | 1.250 | $568.00 | $710.00 | |

**Client:  Study Area 6 South**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | Sub-Total: | | **$710.00** |
| | | **Site Monitoring** | | | | | | |
| | | | | ACA | 0.250 | $568.00 | $142.00 | |
| | | | | | | Sub-Total: | | **$142.00** |
| | | **Master Schedule** | | | | | | |
| | | | | ACA | 3.167 | $568.00 | $1,798.86 | |
| | | | | CSP | 0.917 | $772.00 | $707.92 | |
| | | | | | | Sub-Total: | | **$2,506.78** |
| | | **Document/Database Management** | | | | | | |
| | | | | ERG | 0.583 | $175.00 | $102.03 | |
| | | | | | | Sub-Total: | | **$102.03** |
| | **Consent Decree Modification** | | | | | | | |
| | | **First Amended Consent Decree** | | | | | | |
| | | | | ACA | 2.000 | $568.00 | $1,136.00 | |
| | | | | | | Sub-Total: | | **$1,136.00** |
| | | | | **Client Sub-Total:** | **124.586** | | | **$70,167.32** |

**Client:  Study Area 6 South**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| **Colonial Concrete** | | | | | | | | |
| | **Reports** | | | | | | | |
| | | **Remedial Investigation Reports** | | | | | | |
| | | | | ACA | 4.167 | $568.00 | $2,366.86 | |
| | | | | | | **Sub-Total:** | | **$2,366.86** |
| | | **Remedial Action Work Plans** | | | | | | |
| | | | | ACA | 7.250 | $568.00 | $4,118.00 | |
| | | | | | | **Sub-Total:** | | **$4,118.00** |
| | **Settlement** | | | | | | | |
| | | **Negotiations with Defendant** | | | | | | |
| | | | | ACA | 8.584 | $568.00 | $4,875.71 | |
| | | | | CSP | 1.483 | $772.00 | $1,144.88 | |
| | | | | | | **Sub-Total:** | | **$6,020.59** |
| | | **Consent Decree** | | | | | | |
| | | | | ACA | 9.500 | $568.00 | $5,396.00 | |
| | | | | BJT | 0.650 | $772.00 | $501.80 | |

**Client:  Colonial Concrete**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | CSP | 13.067 | $772.00 | $10,087.72 | |
| | | | | | | Sub-Total: | | $15,985.52 |
| | | Communications with Opposing Counsel | | | | | | |
| | | | | CSP | 0.033 | $772.00 | $25.48 | |
| | | | | | | Sub-Total: | | $25.48 |
| | | | | Client Sub-Total: | 44.734 | | | $28,516.44 |
| Sites 79 and 153 South | | | | | | | | |
| | Soil Remedy | | | | | | | |
| | | Site Monitoring | | | | | | |
| | | | | ACA | 0.283 | $568.00 | $160.74 | |
| | | | | CSP | 0.033 | $772.00 | $25.48 | |
| | | | | | | Sub-Total: | | $186.22 |
| | | No Further Action Letter | | | | | | |
| | | | | ACA | 1.167 | $568.00 | $662.86 | |
| | | | | | | Sub-Total: | | $662.86 |

**Client:  Sites 79 and 153 South**
Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Institutional Controls**

       **Worker Training Manual**

| | | | | ACA | 2.416 | $568.00 | $1,372.29 | |
| | | | | | | Sub-Total: | | $1,372.29 |

       **Annual Notice**

| | | | | ACA | 1.000 | $568.00 | $568.00 | |
| | | | | | | Sub-Total: | | $568.00 |

       **Annual Certification**

| | | | | ACA | 0.500 | $568.00 | $284.00 | |
| | | | | | | Sub-Total: | | $284.00 |

       **Biennial Certification Report**

| | | | | ACA | 4.333 | $568.00 | $2,461.14 | |
| | | | | | | Sub-Total: | | $2,461.14 |

       **Deed Restrictions**

| | | | | ACA | 10.667 | $568.00 | $6,058.86 | |

**Client:  Sites 79 and 153 South**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | **Sub-Total:** | | **$6,058.86** |
| | | Long-Term Monitoring Plan | | | | | | |
| | | | | ACA | 7.250 | $568.00 | $4,118.00 | |
| | | | | | | **Sub-Total:** | | **$4,118.00** |
| | Long Term Monitoring | | | | | | | |
| | | Report | | | | | | |
| | | | | ACA | 0.500 | $568.00 | $284.00 | |
| | | | | | | **Sub-Total:** | | **$284.00** |
| | Reports | | | | | | | |
| | | Interim Remedial Measures Report | | | | | | |
| | | | | ACA | 8.917 | $568.00 | $5,064.86 | |
| | | | | | | **Sub-Total:** | | **$5,064.86** |
| | | Document/Database Management | | | | | | |
| | | | | ERG | 0.083 | $175.00 | $14.53 | |
| | | | | | | **Sub-Total:** | | **$14.53** |
| | | | | **Client Sub-Total:** | **37.149** | | | **$21,074.75** |

**Client:  Sites 79 and 153 South**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|

**NJCU CD**

    **Soil Remedy**

        **Methane Issues**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 6.000 | $568.00 | $3,408.00 | |
| | | | | BJT | 0.033 | $772.00 | $25.48 | |
| | | | | | | Sub-Total: | | **$3,433.48** |

        **Site Monitoring**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 0.333 | $568.00 | $189.14 | |
| | | | | | | Sub-Total: | | **$189.14** |

        **No Further Action Letter**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 1.167 | $568.00 | $662.86 | |
| | | | | | | Sub-Total: | | **$662.86** |

    **Institutional Controls**

        **Notices Under Consent Decree**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 1.667 | $568.00 | $946.86 | |
| | | | | BJT | 0.083 | $772.00 | $64.08 | |

**Client:  NJCU CD**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | Sub-Total: | | **$1,010.93** |
| | | **Annual Notice** | | | | | | |
| | | | | ACA | 1.583 | $568.00 | $899.14 | |
| | | | | | | Sub-Total: | | **$899.14** |
| | | **Deed Restrictions** | | | | | | |
| | | | | ACA | 10.582 | $568.00 | $6,010.58 | |
| | | | | CSP | 0.666 | $772.00 | $514.15 | |
| | | | | | | Sub-Total: | | **$6,524.73** |
| | | **Long-Term Monitoring Plan** | | | | | | |
| | | | | ACA | 17.584 | $568.00 | $9,987.71 | |
| | | | | BJT | 0.067 | $772.00 | $51.72 | |
| | | | | ERG | 0.233 | $175.00 | $40.78 | |
| | | | | | | Sub-Total: | | **$10,080.21** |
| | | **Communications with NJCU** | | | | | | |
| | | | | ACA | 1.500 | $568.00 | $852.00 | |
| | | | | JDP | 0.433 | $175.00 | $75.78 | |

**Client:  NJCU CD**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | Sub-Total: | | $927.78 |
| | | **Long Term Monitoring** | | | | | | |
| | | | **Report** | | | | | |
| | | | | ACA | 6.583 | $568.00 | $3,739.14 | |
| | | | | BJT | 0.150 | $772.00 | $115.80 | |
| | | | | | | Sub-Total: | | $3,854.94 |
| | | | **Contingent System** | | | | | |
| | | | | ACA | 21.002 | $568.00 | $11,929.14 | |
| | | | | BJT | 0.050 | $772.00 | $38.60 | |
| | | | | CSP | 0.750 | $772.00 | $579.00 | |
| | | | | KLM | 0.833 | $772.00 | $643.08 | |
| | | | | MGW | 6.500 | $393.00 | $2,554.50 | |
| | | | | | | Sub-Total: | | $15,744.31 |
| | | | **Cap Breach** | | | | | |
| | | | | ACA | 12.583 | $568.00 | $7,147.14 | |
| | | | | CSP | 1.050 | $772.00 | $810.60 | |
| | | | | KLM | 0.117 | $772.00 | $90.32 | |

**Client:  NJCU CD**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | Sub-Total: | | $8,048.07 |

**Reports**

**Remedial Action Report**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 21.250 | $568.00 | $12,070.00 | |
| | | | | BJT | 0.050 | $772.00 | $38.60 | |
| | | | | LLC | 2.200 | $175.00 | $385.00 | |
| | | | | | | Sub-Total: | | $12,493.60 |
| | | | | Client Sub-Total: | 115.049 | | | $63,869.19 |

**SA 5 Groundwater**

**Groundwater Remedy**

**Shallow Groundwater Report**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 9.266 | $568.00 | $5,263.09 | |
| | | | | BJT | 1.916 | $772.00 | $1,479.15 | |
| | | | | CSP | 2.267 | $772.00 | $1,750.12 | |
| | | | | KLM | 1.167 | $772.00 | $900.92 | |
| | | | | LLC | 0.883 | $175.00 | $154.53 | |
| | | | | MGW | 19.051 | $393.00 | $7,487.04 | |
| | | | | MGW | 2.317 | $568.00 | $1,316.06 | |

**Client:  SA 5 Groundwater**
Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Sub-Total: | | $18,350.91 |
| | | | | | Client Sub-Total: 36.867 | | | $18,350.91 |

**SA 5-7 Fin. Assurances**

    **Financial Assurances**

        **Second Amended Global Financial Assurances Order**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | ACA | 0.383 | $568.00 | $217.54 | |
| | | | | BJT | 0.483 | $772.00 | $372.88 | |
| | | | | CAN | 0.917 | $175.00 | $160.48 | |
| | | | | CSP | 1.300 | $772.00 | $1,003.60 | |
| | | | | MGW | 10.884 | $393.00 | $4,277.41 | |
| | | | | | | Sub-Total: | | $6,031.91 |

    **Long-Term Financial Assurances**

        **Long-Term Groundwater Financial Assurances**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | BJT | 0.267 | $772.00 | $206.12 | |
| | | | | CSP | 0.383 | $772.00 | $295.68 | |
| | | | | KLM | 0.150 | $772.00 | $115.80 | |
| | | | | LLC | 0.600 | $175.00 | $105.00 | |
| | | | | MGW | 10.382 | $393.00 | $4,080.13 | |

**Client:  SA 5-7 Fin. Assurances**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | | | Sub-Total: | | $4,802.73 |
| | | | | | Client Sub-Total: 25.749 | | | $10,834.63 |

**SA 5-7 Gen'l Matters**

    **Compliance Monitoring**

        **Site Visits**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 2.750 | $568.00 | $1,562.00 | |
| | | | | | | Sub-Total: | | $1,562.00 |

    **Institutional Controls**

        **Notices Under Consent Decree**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 1.000 | $568.00 | $568.00 | |
| | | | | | | Sub-Total: | | $568.00 |

    **Long Term Monitoring**

        **Groundwater Monitoring**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 0.250 | $568.00 | $142.00 | |
| | | | | KLM | 0.083 | $772.00 | $64.08 | |
| | | | | | | Sub-Total: | | $206.08 |

**Client:  SA 5-7 Gen'l Matters**
Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|

**Special Master Meetings**

**Special Master Meeting Preparation**

| | | | | | | | | |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 147.329 | $568.00 | $83,682.87 | |
| | | | | BJT | 27.584 | $772.00 | $21,294.85 | |
| | | | | CSP | 28.901 | $772.00 | $22,311.57 | |
| | | | | KLM | 43.282 | $772.00 | $33,413.70 | |
| | | | | MGW | 12.881 | $568.00 | $7,316.41 | |
| | | | | MGW | 34.781 | $393.00 | $13,668.93 | |

Sub-Total:  **$181,688.34**

**Special Master Meeting Attendance**

| | | | | | | | | |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 61.083 | $568.00 | $34,695.14 | |
| | | | | CSP | 5.833 | $772.00 | $4,503.08 | |
| | | | | KLM | 73.033 | $772.00 | $56,381.48 | |
| | | | | MGW | 1.083 | $393.00 | $425.62 | |

Sub-Total:  **$96,005.32**

**Special Master Meeting Follow Up**

| | | | | | | | | |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | ACA | 53.117 | $568.00 | $30,170.46 | |

**Client:  SA 5-7 Gen'l Matters**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | BJT | 21.416 | $772.00 | $16,533.15 | |
| | | | | CSP | 19.300 | $772.00 | $14,899.60 | |
| | | | | KLM | 21.933 | $772.00 | $16,932.28 | |
| | | | | MGW | 1.283 | $568.00 | $728.74 | |
| | | | | MGW | 11.485 | $393.00 | $4,513.61 | |
| | | | | | | **Sub-Total:** | | **$83,777.83** |
| | | Communications with Client | | | | | | |
| | | | | ACA | 3.033 | $568.00 | $1,722.74 | |
| | | | | | | **Sub-Total:** | | **$1,722.74** |
| | Case Administration | | | | | | | |
| | | Communications with Jersey City Entities | | | | | | |
| | | | | ACA | 0.500 | $568.00 | $284.00 | |
| | | | | | | **Sub-Total:** | | **$284.00** |
| | | ECF Management | | | | | | |
| | | | | JDP | 11.016 | $175.00 | $1,927.80 | |
| | | | | | | **Sub-Total:** | | **$1,927.80** |

**Client:  SA 5-7 Gen'l Matters**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | **Communications with Gov't** | | | | | | | |
| | | **Communications with Jersey City Entities** | | | | | | |
| | | | | ACA | 0.367 | $568.00 | $208.46 | |
| | | | | KLM | 3.300 | $772.00 | $2,547.60 | |
| | | | | | | **Sub-Total:** | | **$2,756.06** |
| | **Communications with Third Parties** | | | | | | | |
| | | **Communications with Third Parties** | | | | | | |
| | | | | ACA | 0.367 | $568.00 | $208.46 | |
| | | | | KLM | 2.983 | $772.00 | $2,302.88 | |
| | | | | | | **Sub-Total:** | | **$2,511.33** |
| | **Plaintiffs' Motion to Consolidate** | | | | | | | |
| | | **Pl Motion to Amend Order** | | | | | | |
| | | | | ACA | 11.133 | $568.00 | $6,323.54 | |
| | | | | BJT | 1.650 | $772.00 | $1,273.80 | |
| | | | | CSP | 1.300 | $772.00 | $1,003.60 | |
| | | | | KLM | 0.233 | $772.00 | $179.88 | |
| | | | | | | **Sub-Total:** | | **$8,780.82** |

**Client:  SA 5-7 Gen'l Matters**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | **Negotiations with Defendant** | | | | | | |
| | | | | ACA | 7.083 | $568.00 | $4,023.14 | |
| | | | | KLM | 0.083 | $772.00 | $64.08 | |
| | | | | | | **Sub-Total:** | | **$4,087.22** |
| | **Travel (Non-Working)** | | | | | | | |
| | | **Special Master Meeting Attendance** | | | | | | |
| | | | | ACA | 49.500 | $284.00 | $14,058.00 | |
| | | | | CSP | 6.667 | $386.00 | $2,573.46 | |
| | | | | KLM | 58.583 | $386.00 | $22,613.04 | |
| | | | | | | **Sub-Total:** | | **$39,244.50** |
| | | **Special Master Meeting Follow Up** | | | | | | |
| | | | | ACA | 5.750 | $284.00 | $1,633.00 | |
| | | | | | | **Sub-Total:** | | **$1,633.00** |
| | | **Site Visits** | | | | | | |
| | | | | ACA | 3.500 | $284.00 | $994.00 | |
| | | | | | | **Sub-Total:** | | **$994.00** |

**Client:  SA 5-7 Gen'l Matters**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | **Communications with Jersey City Entities** | | | | | | |
| | | | | KLM | 3.750 | $386.00 | $1,447.50 | |
| | | | | | | **Sub-Total:** | | **$1,447.50** |
| | | **Communications with Third Parties** | | | | | | |
| | | | | KLM | 4.967 | $386.00 | $1,917.26 | |
| | | | | | | **Sub-Total:** | | **$1,917.26** |
| | | | | **Client Sub-Total:** | **744.172** | | | **$431,113.80** |
| **SA 5-7 Fees** | | | | | | | | |
| | **2010 Pl Second Half Fees Submission** | | | | | | | |
| | | **Consent Order** | | | | | | |
| | | | | CSP | 0.050 | $772.00 | $38.60 | |
| | | | | | | **Sub-Total:** | | **$38.60** |
| | **2011 Fees Submission** | | | | | | | |
| | | **Submission to Honeywell** | | | | | | |
| | | | | BJT | 0.250 | $772.00 | $193.00 | |
| | | | | CAN | 3.766 | $175.00 | $659.05 | |

**Client:  SA 5-7 Fees**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| | | | | CSP | 22.134 | $772.00 | $17,087.45 | |
| | | | | LLC | 0.567 | $175.00 | $99.23 | |
| | | | | | | Sub-Total: | | **$18,038.72** |
| | | **Response from Honeywell** | | | | | | |
| | | | | CSP | 2.350 | $772.00 | $1,814.20 | |
| | | | | | | Sub-Total: | | **$1,814.20** |
| | | **Negotiations with Defendant** | | | | | | |
| | | | | BJT | 0.750 | $772.00 | $579.00 | |
| | | | | CAN | 0.750 | $175.00 | $131.25 | |
| | | | | CSP | 4.500 | $772.00 | $3,474.00 | |
| | | | | KLM | 2.850 | $772.00 | $2,200.20 | |
| | | | | | | Sub-Total: | | **$6,384.45** |
| | | **Settlement** | | | | | | |
| | | | | CSP | 1.034 | $772.00 | $798.25 | |
| | | | | | | Sub-Total: | | **$798.25** |

**Client:  SA 5-7 Fees**

Tuesday, April 01, 2014

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | **Consent Order** | | | | | | |
| | | | | CSP | 1.183 | $772.00 | $913.28 | |
| | | | | LLC | 0.267 | $175.00 | $46.73 | |
| | | | | | | **Sub-Total:** | | **$960.00** |
| | **2012 Fees Submission** | | | | | | | |
| | | **Submission to Honeywell** | | | | | | |
| | | | | ACA | 4.483 | $568.00 | $2,546.34 | |
| | | | | BJT | 0.167 | $772.00 | $128.92 | |
| | | | | CAN | 1.984 | $175.00 | $347.20 | |
| | | | | CSP | 8.700 | $772.00 | $6,716.40 | |
| | | | | | | **Sub-Total:** | | **$9,738.87** |
| | | **Response from Honeywell** | | | | | | |
| | | | | CSP | 0.583 | $772.00 | $450.08 | |
| | | | | | | **Sub-Total:** | | **$450.08** |
| | | **Settlement** | | | | | | |
| | | | | BJT | 2.967 | $772.00 | $2,290.52 | |

**Client:  SA 5-7 Fees**

| Client | Category | Subcategory | Subsubcategory | Individuals | Hours | Rate | Fees | Subtotals |
|--------|----------|-------------|----------------|-------------|-------|------|------|-----------|
| | | | | CSP | 14.618 | $772.00 | $11,285.10 | |
| | | | | ERG | 0.100 | $175.00 | $17.50 | |
| | | | | JDP | 0.450 | $175.00 | $78.75 | |
| | | | | KLM | 0.750 | $772.00 | $579.00 | |

|  |  |  |
|---|---|---|
| | **Sub-Total:** | **$14,250.87** |
| **Client Sub-Total:** 75.253 | | **$52,474.04** |
| **Grand Totals:** 2,368.177 | | **$1,381,378.45** |

**Client:  SA 5-7 Fees**
Tuesday, April 01, 2014