Plaintiffs' Exhibit 8

**Timekeepers from Terris, Pravlik & Millian, LLP**
**with Time in Plaintiffs' Application for 2012-2013 Fees and Expenses**

| Initials | Attorney/ Paralegal | Year of Grad | Experience Level | Effective Period | Rate | Position |
|---|---|---|---|---|---|---|
| ACA | Alicia C. Alcorn | 2004 | 1 - 3 | 6/1/04 - 5/31/07 | $319.00 | Associate |
| | | | 4 - 7 | 6/1/07 - 5/31/11 | $393.00 | |
| | | | 8 - 10 | 6/1/11-5/31/14 | $568.00 | Partner (as of August 2012) |
| BJT | Bruce J. Terris | 1957 | 20+ | Always | $772.00 | Partner |
| CSP | Carolyn Smith Pravlik | 1980 | 20+ | Always | $772.00 | Partner |
| KLM | Kathleen L. Millian | 1985 | 20+ | Always | $772.00 | Partner |
| MGW | Michelle Weaver | 2006 | 1 - 3 | 9/1/06 - 5/31/09 | $319.00 | Associate |
| | | | 4 - 7 | 6/1/09 - 5/31/13 | $393.00 | |
| | | | 8 - 10 | 6/1/13-5/31/16 | $568.00 | |
| CAN | Christian A. Nunez | Para. | | | $175.00 | Paralegal |
| ERG | Emily R. Gregg | Para. | | | $175.00 | Paralegal |
| JDP | Jeremy D. Padow | Para. | | | $175.00 | Paralegal |
| LLC | Laura L. Campbell | Para. | | | $175.00 | Paralegal |

1