Plaintiffs' Exhibit 9

*ICO v. Honeywell International Inc., Civ. No. 95-2097 (D.N.J.)*

*Hackensack Riverkeeper v. Honeywell International Inc., Civ. No. 06-22 (D.N.J.), Consolidated with Civ. No. 05-05955 under Civ. No. 95-2097*

Terris, Pravlik & Millian, LLP

Summary of Expenses

January 1, 2012 - December 31, 2013

| Client | Category | Subcategory | Expense |
|---|---|---|---|
| **Study Area 7** | Conference Calls | | $22.72 |
| | Document Production 3rd Circuit | | $129.00 |
| | Expert Fees | Bell | $79,759.03 |
| | Expert Fees | Bokuniewicz | $6,120.00 |
| | Expert Fees | Flowers | $525.00 |
| | Expert Fees | Kavanaugh | $656.25 |
| | Expert Fees | Ross | $48,069.99 |
| | Overnight Delivery Charges | | $75.15 |
| | Postage | | $31.10 |
| | Printing - Color | | $3.50 |
| | Travel Expenses | | $344.18 |
| | **Client Sub-Total:** | | **$135,735.92** |
| **Study Area 6 North** | Conference Calls | | $50.96 |
| | Document Production 3rd Circuit | | $219.60 |
| | Expert Fees | Bell | $64,763.32 |
| | Expert Fees | Flowers | $5,570.50 |
| | Expert Fees | O'Connell | $65,803.81 |
| | Expert Fees | Rogers | $3,450.00 |
| | Expert Fees | Ross | $26,882.09 |
| | Expert Fees | Wyse | $1,512.00 |
| | Postage | | $6.98 |
| | Printing - Color | | $304.75 |
| | Travel Expenses | | $2,268.22 |
| | **Client Sub-Total:** | | **$170,832.23** |

| Client | Category | Subcategory | Expense |
|---|---|---|---|
| **Study Area 6 South** | Document Production 3rd Circuit | | $58.05 |
| | Expert Fees | | $962.50 |
| | Expert Fees | Bell | $32,404.95 |
| | Expert Fees | O'Connell | $337.50 |
| | Expert Fees | Ross | $13,396.29 |
| | Postage | | $0.46 |
| | Printing - Color | | $18.50 |
| | | **Client Sub-Total:** | **$47,178.25** |
| **Colonial Concrete** | Document Production 3rd Circuit | | $31.95 |
| | Expert Fees | Ross | $1,350.00 |
| | Printing - Color | | $49.25 |
| | | **Client Sub-Total:** | **$1,431.20** |
| **Sites 79 and 153 South** | Document Production 3rd Circuit | | $1.80 |
| | Expert Fees | Bell | $7,276.46 |
| | Expert Fees | Ross | $67.50 |
| | Printing - Color | | $11.00 |
| | Westlaw | | $18.81 |
| | | **Client Sub-Total:** | **$7,375.57** |
| **NJCU CD** | Document Production 3rd Circuit | | $9.45 |
| | Expert Fees | Bell | $8,848.96 |
| | Expert Fees | O'Connell | $1,771.25 |
| | Expert Fees | Ross | $12,542.50 |
| | Postage | | $1.80 |
| | Printing - Color | | $3.50 |
| | | **Client Sub-Total:** | **$23,177.46** |
| **SA 5 Groundwater** | Document Production 3rd Circuit | | $6.15 |
| | Expert Fees | Bell | $1,099.00 |
| | Expert Fees | Ross | $3,645.00 |
| | Printing - Color | | $2.50 |
| | | **Client Sub-Total:** | **$4,752.65** |

| Client | Category | Subcategory | Expense |
|---|---|---|---|
| **SA 5-7 Fin. Assurances** | Document Production 3rd Circuit | | $37.65 |
| | Expert Fees | Bell | $294.00 |
| | Postage | | $5.75 |
| | | **Client Sub-Total:** | **$337.40** |
| **SA 5-7 Gen'l Matters** | Conference Calls | | $107.51 |
| | Document Production 3rd Circuit | | $87.00 |
| | Expert Fees | Bell | $59,294.49 |
| | Expert Fees | Ross | $48,578.05 |
| | PACER Court Docket System | | $29.92 |
| | Printing - Color | | $7.00 |
| | Travel Expenses | | $13,760.33 |
| | Westlaw | | $23.82 |
| | | **Client Sub-Total:** | **$121,888.12** |
| **SA 5-7 Fees** | Document Production 3rd Circuit | | $196.80 |
| | Overnight Delivery Charges | | $27.79 |
| | Postage | | $1.68 |
| | Westlaw | | $16.15 |
| | | **Client Sub-Total:** | **$242.42** |
| | | **Total Expenses:** | **$512,951.22** |