Plaintiffs'
Exhibit 11

*ICO v. Honeywell International Inc., Civ. No. 95-2097 (D.N.J.)*

*Hackensack Riverkeeper v. Honeywell International Inc., Civ. No. 06-22 (D.N.J.),*
*Consolidated with Civ. No. 05-05955 under Civ. No. 95-2097*

Terris, Pravlik & Millian, LLP

No Charge Time Records

January 1, 2012 - December 31, 2013

| No. | Date | Ind. | Time | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| 1 | 06/26/12 | LLC | 0.13 | Final Remedy | Fact Research | Retrieve voicemail and telephone call to R Puvogel re remediation of groundwater at Garfiel Superfund Site |
| 2 | 06/28/12 | LLC | 0.20 | Final Remedy | Fact Research | Voicemail and telephone call w/ R. Puvogel re chromium standards, confer w/ ACA |
| 3 | 05/14/13 | ACA | 0.33 | Final Remedy | Communications with Opposing Counsel | Phone call with M. Daneker re: July 2013 trigger date for final remedy |
| 4 | 06/27/12 | LLC | 0.33 | Final Remedy | Fact Research | Confer w/ ACA re chromium standards |
| 5 | 06/07/12 | ACA | 0.50 | Final Remedy | Communications with Vo Family | Confer with CSP re: communications and outreach to Vo's and contacting Matsikoudis re: outreach |
| 6 | 06/07/12 | CSP | 0.50 | Final Remedy | Communications with Vo Family | Confer with ACA re: efforts to communicate with Vo Family and tallking to Matsikoudis about outreach to Vietnamese community |
| 7 | 07/13/12 | ACA | 0.50 | Final Remedy | Fact Research | Research Hex Cr Standard to be employed by EPA at NJ superfund sites |
| 8 | 04/23/13 | ACA | 0.55 | Remedies Analysis | | Phone call with G. Flowers re: natural background issues for HexCr |
| 9 | 04/17/12 | ACA | 0.75 | Final Remedy | Fact Research | Review material from ATSDR re: Hex Cr toxicity and priority on pollutant list |
| 10 | 06/20/12 | LLC | 0.83 | Final Remedy | Fact Research | Confer w/ ACA, research chromium standards used for basement remediation and status of groundwater remediation, telephone call to N. Norrell, draft e-mail to N. Norrell |

| No. | Date | Ind. | Time | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| 11 | 10/18/13 | ACA | 1.00 | Remedies Analysis | | Review article from G. Flowers re: background levels of Cr in NJ |
| 12 | 03/25/13 | NFS | 0.23 | Post-Judgment Monitoring | Client Notebook | Review extant work on client notebook |
| 13 | 02/02/12 | ACA | 0.25 | Special Master Meetings | Special Master Meeting Follow Up | Review process flow chart submitted by HW for SA 6 South |
| 14 | 02/02/12 | ACA | 0.33 | Special Master Meetings | Special Master Reports | Review Special Master progress report for SA 6 North filed with court for June-July 2011 |
| 15 | 02/02/12 | ACA | 0.33 | Special Master Meetings | Special Master Reports | Review Special Master progress report for SA6 South filed with court for June-July 2011 |
| 16 | 05/03/12 | MGW | 0.37 | Plaintiffs' Motion to Consolidate | Pl Motion to Amend Order | Call to clerk's office re: problems with consolidation of dockets; confer with CSP and ACA re: issues as to consolidation of dockets |
| 17 | 02/06/13 | NFS | 0.42 | Case Administration | Client Notebook | Client notebook |
| 18 | 02/12/13 | NFS | 0.48 | Case Administration | Client Notebook | Work on client notebook |
| 19 | 05/06/13 | NFS | 0.65 | Case Administration | Client Notebook | SA 6N consent decree |
| 20 | 06/05/13 | KLM | 0.67 | Communications with Client | Communications with Client | Prepare for RCRA presentation |
| 21 | 11/05/13 | KLM | 0.70 | Plaintiffs' Motion to Consolidate | Pl Motion to Amend Order | Confer with BJT, CSP & ACA re plaintiffs' response to Honeywell's proposal re consolidation into later-filed case |
| 22 | 05/29/12 | ZSF | 0.72 | Case Administration | Motion to Withdraw | Draft motion to withdraw pro hac vice appearance, proposed order, and certificate of service |
| 23 | 01/18/13 | NFS | 0.75 | Case Administration | Client Notebook | Research for client notebook |
| 24 | 07/25/13 | NFS | 0.77 | Case Administration | Client Notebook | Finish analysis of Fisk Consent Decree; begin analysis of Site 153 South Consent decree |
| 25 | 08/20/13 | BSD | 0.83 | Special Master Meetings | Special Master Meeting Attendance | Aattend conference call |
| 26 | 01/29/13 | NFS | 0.97 | Case Administration | Client Notebook | Work on client notebook |
| 27 | 01/23/13 | NFS | 0.97 | Case Administration | Client Notebook | Notes for client notebook |
| 28 | 02/14/13 | NFS | 1.02 | Case Administration | Client Notebook | City University Redevelopment Consent Decree |
| 29 | 05/03/13 | NFS | 1.02 | Case Administration | Client Notebook | Read Jersey City Consent Order |

| No. | Date | Ind. | Time | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| 30 | 08/16/13 | NFS | 1.03 | Case Administration | Client Notebook | Draft client notebook |
| 31 | 01/16/13 | NFS | 1.38 | Case Administration | Client Notebook | Gather background information for client nb |
| 32 | 07/03/13 | ACA | 1.50 | Case Administration | | Review docket for filing problems and determine how to address docketing problems |
| 33 | 08/15/13 | BSD | 1.63 | Special Master Meetings | Special Master Meeting Preparation | |
| 34 | 05/29/13 | KLM | 1.67 | Communications with Client | Communications with Client | Prepare presentation for client conference re RCRA |
| 35 | 07/17/13 | NFS | 1.78 | Case Administration | Client Notebook | Resume work on client notebook (Fisk consent decree) |
| 36 | 06/06/13 | KLM | 2.00 | Communications with Client | Communications with Client | Prepare for and make RCRA presentation to client group |
| 37 | 04/10/13 | NFS | 2.10 | Case Administration | Client Notebook | Client Notebook - NJCU Redevelopment Area Consent decree |
| 38 | 06/03/13 | KLM | 2.50 | Communications with Client | Communications with Client | Conference call with Chris Len and Bruce Bell re presentation for client conference re RCRA; prepare for presentation |
| 39 | 06/04/13 | KLM | 2.50 | Communications with Client | Communications with Client | Prepare for RCRA presentation |
| 40 | 03/27/13 | NFS | 3.28 | Case Administration | Client Notebook | Incorporate NJCU Remediation area consent decree |
| 41 | 01/25/13 | NFS | 3.35 | Case Administration | Client Notebook | SA6 S; Groundwater Consent Order; Sediment Consent Order |
| 42 | 01/11/13 | NFS | 4.40 | Case Administration | Client Notebook | Read through background material/take notes/design nb |
| 43 | 01/28/13 | NFS | 4.88 | Post-Judgment Monitoring | Client Notebook | Client Notebook |
| 44 | 01/24/13 | NFS | 5.07 | Case Administration | Client Notebook | Client notebook (SA 6N, 6S) |
| 45 | 01/10/13 | NFS | 5.10 | Case Administration | Client Notebook | Confer with CSP re: assignment; Add billing sub-category for project; Read case documents |
| 46 | 03/27/12 | LLC | 0.98 | Reports | Remedial Action Report | Add files from CD to Worldox |
| 47 | 04/10/12 | ACA | 1.60 | Long Term Monitoring | Contingent System | Review past comments and correspondence re: requested hydraulic control groundwater trigger; draft ltr to Honeywell re: need for contingency groundwater system |
| 48 | 10/07/13 | ACA | 0.08 | Sediment Consent Order | Beneficial Environmental Projects | Confer with KLM re: 50% design letter |

| No. | Date | Ind. | Time | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| 49 | 04/23/12 | MGW | 0.20 | Sediment Consent Order | Supplemental Environmental Projects | |
| 50 | 04/23/12 | MGW | 0.23 | Sediment Consent Order | 100% Design | Look for drawings |
| 51 | 10/07/13 | ACA | 0.25 | Sediment Consent Order | Beneficial Environmental Projects | Review letter re: 50% design |
| 52 | 04/30/13 | KLM | 0.25 | Communications with Client | Communications with Client | Prepare outline for RCRA talk at Waterkeeper conference |
| 53 | 05/13/13 | KLM | 0.25 | Communications with Client | Communications with Client | Review file to prepare RCRA presentation for 6/6/13 |
| 54 | 06/07/12 | ACA | 0.25 | Sediment Consent Order | Work Plan | Phone call with A. Antonian re: status of review and comments re: contractor work plans; discuss same with KLM |
| 55 | 01/31/13 | ACA | 0.33 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Phone call with B. Ross re: comments on Mass Removal injections and potential impacts on SA6 South |
| 56 | 06/26/12 | ACA | 0.33 | Sediment Consent Order | 100% Design | Phone call with K. Hosea re: bulkhead unloading issue |
| 57 | 02/20/13 | ACA | 0.42 | Deep Overburden Groundwater Remediation Monitoring | WWTP Issues | Phone call call with B. Bell re: questions about piping; follow-up phone call with K. Hosea re: same |
| 58 | 06/04/13 | ACA | 0.50 | Sediment Consent Order | Beneficial Environmental Projects | Review BEP design |
| 59 | 05/06/13 | KLM | 0.58 | Communications with Client | Communications with Client | Review email from Bruce Bell; update panel outline; draft email to Bell, Len and Sheehan |
| 60 | 05/22/12 | KLM | 0.75 | Communications with Media | | Read WSJ article re Bayfront development and draft response to reporter pointing out missing information; review response from reporter; post Comment on WSJ website |
| 61 | 02/11/13 | ACA | 0.75 | Deep Overburden Groundwater Remediation Monitoring | WWTP Issues | Review TWA permit application effluent piping; review Bell comments re: same |
| 62 | 02/14/12 | ACA | 0.75 | Sediment Consent Order | Regulatory Permits | Phone calls with Riverkeeper and B. Bell re: sediments issues |
| 63 | 02/15/13 | ACA | 1.00 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Review submission to Honeywell |
| 64 | 03/08/13 | ACA | 1.00 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Review Honeywell response to comments re: new injection well and location |

| No. | Date | Ind. | Time | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| 65 | 04/15/13 | ACA | 1.00 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Phone call with B. Ross re: concerns about sourse control reductant and GWET wells; review Annual GW report and data re: same |
| 66 | 01/10/13 | ACA | 1.00 | Deep Overburden Groundwater Remediation Monitoring | WWTP Issues | Review summary of Groundwater Treatment Plant and Bell comments re: same |
| 67 | 04/21/12 | MGW | 1.00 | Sediment Consent Order | 100% Design | Download sediment documents, copy into Worldox and provide to H. Bokuniewicz |
| 68 | 04/24/13 | KLM | 1.25 | Communications with Client | Communications with Client | Prepare outline for RCRA talk at Waterkeeper conference |
| 69 | 02/08/13 | ACA | 1.50 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Review Honeywell proposal re: new well location and Ross comments re: same |
| 70 | 06/25/12 | ACA | 1.50 | Sediment Consent Order | 100% Design | Review Sediment design and SA6North and South designs re: bulkhead unloading issue; phone call to K. Hosesa re: same |
| 71 | 12/05/12 | ACA | 1.67 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Prepare for meeting with Ross re: mass removal issues; Confer with Ross, KLM and MGW |
| 72 | 05/16/13 | ACA | 2.00 | Communications with Client | Communications with Client | Research and pull institutional control materials for KLM |
| 73 | 03/26/13 | ACA | 2.00 | Sediment Consent Order | Regulatory Permits | Review ACOE correspondence and permit |
| 74 | 05/14/13 | KLM | 2.42 | Communications with Client | Communications with Client | Conference call with Bruce Bell to prepare RCRA presentation for 6/6/13; review file; prepare presentation for conference |
| 75 | 06/04/13 | ERG | 0.33 | Paralegal General Work not Billable to a Client | | Solved technical issues regarding documents downloaded from Sharepoint site (18 min), successful download into Worldox (2 min). |
| 76 | 02/06/13 | CSP | 0.53 | 2012 Fees Submission | Submission to Honeywell | Confer with ACA re: organization of time into categories and subcategories |
| 77 | 03/14/13 | CSP | 0.57 | 2012 Fees Submission | Submission to Honeywell | Check list and instructions for future applications |
| 78 | 02/20/13 | CSP | 0.75 | 2012 Fees Submission | Submission to Honeywell | Review time records categories and subcategories |
| 79 | 03/29/13 | CSP | 0.78 | 2012 Fees Submission | Submission to Honeywell | Check changes to Revised exhibits to pick up missing expert invoice |
| 80 | 08/30/12 | CSP | 0.87 | 2011 Fees Submission | Submission to Honeywell | Review records for submission |

| No. | Date | Ind. | Time | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| 81 | 09/26/12 | CSP | 1.00 | 2011 Fees Submission | Submission to Honeywell | Review 2010 perimeter pool fees for inclusion in this submission |
| 82 | 02/12/13 | ACA | 1.00 | 2012 Fees Submission | Submission to Honeywell | Outline of categories and subcategories for billing memo |
| 83 | 02/19/13 | CSP | 1.00 | 2012 Fees Submission | Submission to Honeywell | Review categories and subcategories |
| 84 | 03/01/13 | CSP | 1.00 | 2012 Fees Submission | Submission to Honeywell | Adjust database problem |
| 85 | 02/20/13 | ACA | 1.35 | 2012 Fees Submission | Submission to Honeywell | Review and preparation of time exhibits |
| 86 | 03/13/13 | CSP | 1.35 | 2012 Fees Submission | Submission to Honeywell | Check list for fee application step -- Edit queries so that work in updated version of database |
| 87 | 02/20/13 | CSP | 1.50 | 2012 Fees Submission | Submission to Honeywell | Fix database to accommodate subsubcategories |
| 88 | 09/20/12 | CSP | 1.77 | 2011 Fees Submission | Submission to Honeywell | Review expense record issues -- instructions on edits to certain records |
| 89 | 02/05/13 | ACA | 2.25 | 2012 Fees Submission | Submission to Honeywell | Review and preparation of time exhibits |
| 90 | 03/08/13 | LLC | 2.28 | 2012 Fees Submission | Submission to Honeywell | Audit expert invoices for 2012 |
| 91 | 09/04/12 | CSP | 3.47 | 2011 Fees Submission | Submission to Honeywell | Review records for submission -- sort out status of perimeter pool fees |
| 92 | 02/07/13 | ACA | 3.80 | 2012 Fees Submission | Submission to Honeywell | Review and preparation of time exhibits |
| 93 | 02/02/13 | CSP | 4.08 | 2012 Fees Submission | Submission to Honeywell | Review summary of time and summary of expenses -- Review time records -- Email to ACA re:  categories on some time records |
| 94 | 03/01/13 | CSP | 4.72 | 2012 Fees Submission | Submission to Honeywell | Review categories and subcategories -- Edit time records for category and subcategory assignments -- Review time records |
| 95 | 02/06/13 | ACA | 6.00 | 2012 Fees Submission | Submission to Honeywell | Review and preparation of time exhibits |
| 96 | 03/05/13 | ACA | 6.00 | 2012 Fees Submission | Submission to Honeywell | Review expense slips |
| 97 | 03/07/13 | ACA | 6.45 | 2012 Fees Submission | Submission to Honeywell | Review expense slips; Instruct support staff re: preparation of fee exhibits and audit of expert expenses |
| 98 | 02/04/13 | ACA | 0.25 | Groundwater Remedy | Shallow Groundwater Report | Edit letters to Special Master and Jersey City Fields and instruct paralegal re: final review and preperation |
| 99 | 11/08/12 | MGW | 0.33 | Groundwater Remedy | Shallow Groundwater Report | Review documents |

| No. | Date | Ind. | Time | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| 100 | 02/05/13 | ACA | 0.58 | Groundwater Remedy | Shallow Groundwater Report | Revise letter to attorney for Jersey City Fields |
| 101 | 06/04/13 | ACA | 0.67 | Groundwater Remedy | Shallow Groundwater Report | Revise letter and submit to Special Master and parties |
| 102 | 10/24/12 | ACA | 0.70 | Groundwater Remedy | Shallow Groundwater Report | Prepare materials for MGW |
| 103 | 01/29/13 | KLM | 0.75 | Groundwater Remedy | Shallow Groundwater Report | Review and edit letter to Special Master re Site 117 shallow groundwater |
| 104 | 02/08/12 | ACA | 0.75 | Groundwater Remedy | Shallow Groundwater Report | Analyze Honeywell response to comments and remedy position |
| 105 | 10/18/12 | ACA | 1.00 | Groundwater Remedy | Shallow Groundwater Report | Review issues and analysis of response |
| 106 | 09/12/13 | ACA | 1.00 | Groundwater Remedy | Shallow Groundwater Report | Review Honeywell RTC and notes re same; call with MGW re same |
| 107 | 11/02/12 | MGW | 1.17 | Groundwater Remedy | Shallow Groundwater Report | Review documents re: groundwater issues at Home Depot |
| 108 | 04/11/13 | ACA | 1.50 | Groundwater Remedy | Shallow Groundwater Report | Review Honeywell response to comments and analyze issues to respond to |
| 109 | 01/24/13 | ACA | 1.67 | Groundwater Remedy | Shallow Groundwater Report | Review NJAC deed notice and remedial action permit regulations; phone call with K. Hosea re: same |
| 110 | 02/07/12 | ACA | 2.00 | Groundwater Remedy | Shallow Groundwater Report | Phone call with C. Moore re: SA5 groundwater issue on Site 117; review C. Moore CV |
| 111 | 11/28/12 | ACA | 2.67 | Groundwater Remedy | Shallow Groundwater Report | Confer with MGW re: property ownership and institutional controls; analysis of documents related to contaminated groundwater issues |
| 112 | 11/27/12 | ZSF | 0.13 | 100% Design | In-Situ Treatment | Confer with ACA re 2008 sampling |
| 113 | 08/27/12 | CSP | 0.17 | 100% Design | Technical Issues | Confer with ACA re: determining whether there is an issue with soon to be decommissioned WTP pipes and the design |
| 114 | 11/09/12 | CSP | 0.18 | 100% Design | Open Space Design Standards | Edit letter to Daneker re: Rte 440 issue over cap |
| 115 | 08/27/12 | ACA | 0.20 | 100% Design | Technical Issues | Confer with CSP re concern about WWTP piping crossing the barrier walls |
| 116 | 08/27/12 | ACA | 0.25 | 100% Design | Technical Issues | Discussion with B. Bell re: concern about WWTP piping crossing the barrier walls |

| No. | Date | Ind. | Time | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| 117 | 01/24/13 | NFS | 0.33 | Institutional Controls | Conservation Restriction -- Amended | Discuss matter with CSP; Preliminary research into NJ Natural Lands Trust |
| 118 | 01/24/13 | CSP | 0.33 | Institutional Controls | Conservation Restriction -- Amended | Confer with NFS re: research and effort to add secondary holder |
| 119 | 06/13/13 | ERG | 0.80 | 100% Design | Technical Issues | Taking flashdrive w/ Force Main info to office of Mr. Ross for ACA |
| 120 | 12/06/12 | ACA | 1.00 | 100% Design | Open Space Design Standards | Meet with O'Connell, Matsikoudis and DPW representative re: road maintenance |
| 121 | 12/06/12 | ACA | 1.00 | 100% Design | Open Space Design Standards | Meet with O'Connell, Matsikoudis and DPW representative re: road maintenance |
| 122 | 01/11/13 | LLC | 1.13 | 100% Design | Open Space Design Standards | Check version 15 by version 14 for differences not noted in track changes |
| 123 | 12/06/12 | ACA | 2.00 | Travel (Non-Working) | Open Space Design Standards | Travel to/from O'Connell's office for telephone conference with Matsikoudis and DPW representative re: road maintenance |
| 124 | 08/03/12 | LLC | 0.28 | Consent Decree Modification | First Amended Consent Decree | Prepare courtesy copy of letter and appendices to be mailed to judge |
| 125 | 06/03/13 | ERG | 1.00 | Soil Remedy | Monitoring Compliance | Conferred w/ Alicia regarding download of 3 documents from Louis Berger Sharepoint onto Worldox, downloaded and profiled (technical difficulties) |