Plaintiffs'
Exhibit 13

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 19, 2005
*Amended: January 24, 2006
*Amended : February 3, 2006

### No. 03-2760, 03-3037 & 03-3585

INTERFAITH COMMUNITY ORGANIZATION, et al.

v.

HONEYWELL INTERNATIONAL INC., Appellant
(D. of NJ (Newark): Civil No. 00-cv-01451)

Present: **AMBRO, VAN ANTWERPEN and STAPLETON,** Circuit Judges

1. Appellee, Interfaith Community Organization, Application for Attorneys'
   Fees and Expenses (with revised Conclusion (p. 20); Exhibit 1(pp. 19-23); Exhibit 4;
   Exhibit 16 (pp. 16 and 26); and Exhibit 17), as follows:

   | | |
   |---|---|
   | Total Attorneys' Fees: | $660,028.14 |
   | Total Attorneys' Expenses: | 55,633.55 |
   | TOTAL: | $715,661.69 |

2. Response by Appellant, Honeywell Int'l. Inc., in Opposition to Appellees'
   Application for Attorneys' Fees and Expenses.

3. Reply by Appellee, Interfaith Community Organization, in Support of Its Application
   For Attorneys' Fees and Expenses.

4. Supplemental Brief by Appellee, Interfaith Community Organization, in Support of
   Application for Attorneys' Fees and Expenses, received in accordance with the
   Court's Order dated 12/02/05 (with revised Conclusion (p. 7); Exhibit 4, 5, 26; and affidavit
   of Robert Mattern), as follows:

   | | |
   |---|---|
   | Total Attorneys' Fees: | $663,950.53 |
   | Total Attorneys' Expenses: | 55,633.55 |
   | TOTAL: | $719,584.28 |

5. Supplemental Response by Appellant, Honeywell Int'l. Inc., in Opposition to Appellees'
   Application for Attorneys' Fees and Expenses, received in accordance with the
   Court's Order dated 12/02/05.

SPINDLE # _____ 26

ITEM # _____ 13

6. Motion by Appellee, Interfaith Community Organization, for Leave to File a Second Supplemental Brief in Support of It's Fee Application and Memorandum in Support Thereof.

7. Second Supplemental Brief by Appellee, Interfaith Community Organization, in Support of Application for Attorneys' Fees and Expenses.

8. Motion by Appellant, Honeywell Intl'l. Inc., to Strike Appellees' Supplemental Brief In Support of Its' Application for Attorneys' Fees and Expenses and Exhibits; *and* Motion for Leave to Respond to New Arguments and New Evidence Submitted by Appellees.

/s/ Aina R. Laws

Opinion filed: 02/18/05                                     Case Manager 267 299 4957
Mandate issued: 03/17/05

_____ **O R D E R** _____

**The foregoing** Application for Attorneys' Fees and Expenses by Appellee Interfaith Community Organization ("ICO"), as supplemented and amended January 13, 2006, is now before this Court, as are a Reply in Opposition and a Supplemental Opposition thereto filed by Appellant Honeywell International, Inc. ("Honeywell"). Honeywell moves to strike ICO's January 13, 2006 filing. Both Honeywell and ICO move for leave to file additional supplemental briefs dated February 1, 2006 and January 30, 2006, respectively. Both motions are granted and Honeywell's motion to strike is dismissed as moot. Pursuant to this Court's decision in *Interfaith Community Organization v. Honeywell Int'l, Inc.*, 426 F.3d 694 (3d Cir. 2005) (as amended Nov. 10, 2005) ("Fee Decision"), the Application is now granted as follows:

ICO's original fee request of $660,028.14 is reduced by $22,634.75 per the parties' respective concessions that, under the Fee Decision, certain travel should be compensated at 50%. Honeywell also concedes that, under the Fee Decision, Washington, D.C. is the market for determining fees. The Fee Decision accepted as not clearly erroneous ICO's hourly rates methodology, 426 F.3d 708-10, and we will not disturb the hourly rates set forth in ICO's original application. While ICO's fee request will be reduced by an additional $5,840.52 because ICO has not met its burden as to each hour sought, "thorough and searching analysis to identify [other] such [excessive] charges" reveals none. 426 F.3d at 711 (internal quotation omitted). ICO is therefore granted fees of $631,552.87. The Fee Decision concluded that expense requests of $0.20 per page for in-house photocopying are excessive. 426 F.3d at 700. ICO's expense request of $8,829.46 for in-house photocopying at $0.20 per page will be reduced by $353.20 to reflect a cost of $0.192 per page. ICO is therefore granted expenses of $55,280.35.

It is therefore ORDERED and ADJUDGED that Appellee Interfaith Community Organization is granted a total of $686,833.22 in fees and expenses.

By the Court,

/s/ *Franklin S. Van Antwerpen*
Circuit Judge

Dated: February 3, 2006

ARL/cc: **THM; MGS; RGT; MWS; JJB; JMA; EL; KLM; WFM; MAS; BJT; LBT**



FEB 06 2006

*Lemuel B. Thomas, Esq.*
*Bruce J. Terris, Esq.*
*Kathleen L. Millian, Esq.*
*Carolyn S. Pravlik, Esq.*
*Terris, Pravlik & Millian*
*1121 12th Street, N.W.*
*Washington, DC  20005-4632*