Plaintiffs'
Exhibit 15

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

INTERFAITH COMMUNITY )        **FILED ELECTRONICALLY**
ORGANIZATION, *et al.* )
                    Plaintiffs, )
        v. )
                         )        Civ. No. 95-2097 (JLL)
HONEYWELL INTERNATIONAL, )
INC., *et al.* )
                    Defendants. )
                         )

HACKENSACK RIVERKEEPER, INC., )
*et al.* )
                    Plaintiffs, )        Civil Action No. 06-22
        v. )                    **Consolidated with**
                         )        **Docket No.  05-05955**
HONEYWELL INTERNATIONAL )        **under Docket No. 95-2097**
INC., *et al.* )
                    Defendants.)

## AFFIDAVIT OF BENJAMIN ROSS

I, Benjamin Ross, do hereby affirm and state:

1. I have been retained by counsel for plaintiffs in the above-captioned matter. These cases involve the chromium-contaminated sites that are included in Study Areas 5-7.

2. I am a hydrogeologist. I have degrees in physics from Harvard and Massachusetts Institute of Technology. During the 2012-2013, period I was the president of Disposal Safety Incorporated and oversaw all work done on these cases by my firm. My curriculum vitae is attached as Attachment A.

3. My firm has been retained by attorneys to work on more than 20 matters in litigation. We have also been hired by more than 20 recipients of USEPA Technical Assistance Grants as expert advisors to oversee the investigation and remediation of

Superfund sites. We are familiar with the level of work required to perform the tasks related to remedy oversight and the level of review of the documents that is necessary for us to form opinions, express those opinions in comments and reports, and, if necessary, be prepared to present those opinions to the Special Master or Court. In addition, in these cases, as in many others, we provided assistance to plaintiffs' counsel by helping them in understanding technical issues and in participating with them in negotiation of those issues.

4. I am submitting this affidavit in support of the time and expenses billed by my firm and claimed by plaintiffs as part of their 2012-2013 fee application. The invoices and related time records for my firm's work on these cases are attached as Attachment B.

5. During the 2012-2013 time frame, I was the principal and did the majority of the work on these cases. My firm billed time and invoiced plaintiffs' counsel for work done under various clients, including Study Area 7, Study Area 6 North, Study Area 6 South, Sites 79 and 153 South, NJCU, Study Area 5 Groundwater, SA 5-7 General Matters.

6. My firm began working on these cases in 1995 with the Study Area 7 litigation in *Interfaith Community Organization v. Honeywell International, Inc.*, Civil No. 95-2097, and continued through the litigation of the companion case *Hackensack Riverkeeper, Inc. v. Honeywell International, Inc.*, Civil No. 05-5955. After the merits of these cases were resolved, we continued to work on both cases to assist plaintiffs' counsel in their duties to oversee the Study Areas 5-7 remedies.

2

7. During the 2012-2013 time frame, I have done work under each consent decree, as well as the Final Judgment in the Study Area 7 case. My work is generally related to groundwater and in-situ treatment issues. Specifically, I have worked on: technical review and comment on the various technical documents, workplans, contractor plans, and 100% Design documents submitted by Honeywell; participation in various technical meetings, such as the meetings regarding in-situ treatment; on-site monitoring of the various remedial activities; and participation in the monthly meetings with Special Master Torricelli.

8. In 2013, the parties agreed that the Study Areas 6 North and South remedies should go forward as a combined remediation. At that time, work under the Study Areas 6 North and South Consent Decrees became inextricably intertwined and it became difficult to continue to keep the work separated for billing purposes. Therefore, in approximately June 2013, my firm stopped billing to the Study Area South client and began billing to only the Study Area 6 North client.

9. Other experts also did work on aspects of the case because of the numerous technical issues that required expertise from multiple fields. It was necessary to work closely with many of the other experts.

10. All of the expense monies expended by my firm were reasonable and necessary to complete the tasks requested of us by plaintiffs. My firm's billing practices as to the out-of-pocket expenses that we incurred are in line with the general billing practices in my field.

11. The time and expenses of my firm are reasonable and necessary given the

3

scope of this case, as well as the numerous complex and technical issues raised in it.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March $\underline{27}$, 2014.

BENJAMIN ROSS

# Benjamin Ross, Ph.D.

**Work Experience:**

| | |
|---|---|
| 2014 – | Self-employed author and part-time environmental consultant |
| 1984 – 2014 | President of Disposal Safety Incorporated, a firm specializing in analysis of contamination by hazardous chemical and radioactive wastes. Developed computer model of underground gas flow at proposed Yucca Mountain nuclear waste repository. Published important scientific papers on multiphase flow in the subsurface, including the movement of dense non-aqueous phase liquids (DNAPLs). Reviewed numerous ground-water contamination investigations throughout the United States. Expert witness for the U. S. Dept. of Justice and private attorneys in numerous court cases, including *ICO v. Honeywell*, where he was the hydrogeology expert for plaintiffs who won an order requiring a $400,000,000 remediation. Edited issue of *Engineering Geology*: "Models of Nuclear Waste Repository Performance." |
| 1992 – 1999 | President of European Analytical Services, Inc. Represented a leading Russian scientific organization, the V. G. Khlopin Radium Institute, in U. S. sales of laboratory services and high-technology products. |
| 1981 – 1984 | Senior Research Scientist at GeoTrans, Inc. |
| 1976 – 1981 | Studied nuclear waste disposal at The Analytic Sciences Corp. |
| 1975 – 1976 | Energy Resources Company. Deputy Manager, Policy Division. |

**Education:**    A.B., Physics, Harvard University (summa cum laude), 1971.

Ph.D., Physics, Massachusetts Institute of Technology, 1976.

**Committees:**    National Academy of Sciences, Board on Radioactive Waste Management, Committee on Remediation of Buried and Tank Wastes, 1993-2000.

USEPA Science Advisory Board, Subcommittee on Natural Attenuation Research, 2000.

USEPA Science Advisory Board, HLW/Carbon-14 subcommittee, 1992.

**Languages:**    Fluent in French, good German and Russian, some Hebrew.

**Books:**

B. Ross, *Dead End: Suburban Sprawl and the Rebirth of American Urbanism*, Oxford University Press, New York, 2014.

B. Ross and S. Amter, *The Polluters: The Making of Our Chemically Altered Environment*, Oxford University Press, New York, 2010.

**Scientific publications:**

S. Amter and B. Ross, Discussion of 'A quest to locate sites described in the world's first publication on trichlorethene contamination of groundwater' by M. O. Rivett and L. Clark, *Quarterly Journal of Engineering Geology and Hydrology*, vol. 41, pp. 491-493, 2008.

B. Ross, Boundary layer analysis of unsaturated seepage into cylindrical cavities, *Water Resources Research*, vol. 43, W03501, doi:10.1029/2006WR005216, 2007.

B. Ross, Phreatophytes in the Bible, *Ground Water*, vol. 45, pp. 562-4, 2007.

S. Amter and B. Ross, Comment on "Widespread presence of naturally occurring perchlorate in High Plains of Texas and New Mexico," *Environmental Science and Technology*, vol. 40, p. 7101, 2006.

B. Ross, Smelters as analogs for a volcanic eruption at Yucca Mountain, *Nuclear Technology*, vol. 148, pp. 213-219, 2004.

B. Ross and S. Amter, Deregulation, chemical waste, and ground water: A 1949 debate, *Ambix*, vol. 49, pp. 52-67, 2002.

S. Amter and B. Ross, Was contamination of southern California ground water by chlorinated solvents foreseen?, *Environmental Forensics*, vol. 2, pp. 179-184, 2001.

B. Ross and S. Amter, Poisoned water, contaminated history, *Dissent*, vol. 47, no. 3, pp. 53-57, 2000.

B. Ross, Risk-based corrective fiction (editorial), *Ground Water*, vol. 37, pp. 801-802, 1999.

B. Ross, Tidal inflow to aquifers, *Water Resources Research*, vol. 35, pp. 3967-3968, 1999.

B. Ross and N. Lu, Dynamics of DNAPL penetration into porous fractured media, *Ground Water*, vol. 37, pp. 140-147, 1999.

W. Eckel, G. Foster, and B. Ross, Glycol ethers as ground water contaminants, *Occupational Hygiene*, vol. 2, pp. 97-104, 1996.

B. Ross, Risk assessment for hazardous waste clean-up: Is it a science?, *Environmental Due Diligence*, Bureau of National Affairs, 1995, pp. 231:415-231:420.

Y. Zhang, N. Lu, and B. Ross, Convective instability of moist gas in a porous medium, *International Journal of Heat and Mass Transfer*, vol. 37, pp. 129-138, 1994.

B. Ross and N. Lu, Efficiency of air inlet wells in vapor extraction systems, *Water Resources Research*, vol. 30, pp. 581-584, 1994.

N. Lu and B. Ross, Simulation of gas phase transport of carbon-14 at Yucca Mountain, Nevada, USA, *Waste Management*, vol. 14, pp. 409-420, 1994.

B. Ross, S. Amter, and N. Lu, Predicted gas-phase movement of carbon-14 from a radioactive waste repository, *Radioactive Waste Management and the Nuclear Fuel Cycle*, vol. 19, pp. 97-106, 1994.

W. P. Eckel, B. Ross, and R. K. Isensee, Pentobarbital found in ground water, *Ground Water*, vol. 31, pp. 801-804, 1993.

B. Ross and S. Amter, Understanding the consultant's report, in J. P. O'Brien and S. Carhart, eds., *Environmental Due Diligence*, Bureau of National Affairs, 1992, pp. 111:39-111:52.

B. Ross, G. Johanson, G. D. Foster, and W. P. Eckel, Glycol ethers as ground-water contaminants, *Applied Hydrogeology*, vol. 1, pp. 66-76, 1992.

B. Ross, The diversion capacity of capillary barriers, *Water Resources Research*, vol. 26, pp. 2625-2629, 1990.

N. A. Eisenberg, A. E. Van Luik, and B. Ross, Current issues in postclosure performance assessment, *Radioactive Waste Management and the Nuclear Fuel Cycle*, vol. 13, pp. 213-228, 1989.

B. Ross, Scenarios for repository safety analysis, *Engineering Geology*, vol. 26, pp. 285-299, 1989.

B. Ross, Release of radioactivity from waste packages, *Engineering Geology*, vol. 26, pp. 351-372, 1989.

B. Ross and S. Amter, Subsurface transport in water and gas, *Engineering Geology*, vol. 26, pp. 373-403, 1989.

B. Ross, What is competition for?, *Challenge*, vol. 31, no. 2, pp. 42-48, 1988.

B. Ross, Models for calculating dissolution rates of high-level waste, *Nuclear Safety*, vol. 28, pp. 362-373, 1987.

B. Ross, Dispersion in fractal fracture networks, *Water Resources Research*, vol. 22, pp. 823-827, 1986.

B. Ross, Scenarios in performance assessment of high-level waste repositories, *Radioactive Waste Management and the Nuclear Fuel Cycle*, vol. 7, pp. 47-61, 1986.

B. Ross, A conceptual model of deep unsaturated zones with negligible recharge, *Water Resources Research*, vol. 20, pp. 1627-1629, 1984.

B. Ross, Weighting of observed heads for the inverse problem, *Ground Water*, vol. 22, pp. 569-572, 1984.

B. Ross, Criteria for long-term safety of radioactive waste: A proposal, *Radioactive Waste Management and the Nuclear Fuel Cycle*, vol. 4, pp. 175-193, 1983.

C. M. Koplik, M. F. Kaplan, and B. Ross, The safety of repositories for highly radioactive wastes, *Reviews of Modern Physics*, vol. 54, pp. 269-310, 1982.

B. Ross, C. M. Koplik, M. S. Giuffre, and S. P. Hodgin, A computer model of long-term hazards from waste repositories, *Radioactive Waste Management*, vol. 1, pp. 325-338, 1979.

B. Ross, Comment on "Stochastic analysis of macrodispersion in a stratified aquifer" by L. W. Gelhar, A. L. Gutjahr, and R. L. Naff and "A derivation of the macroscopic solute transport equation for homogeneous, saturated, porous media" by S.-Y. Chu and G. Sposito, *Water Resources Research*, vol. 17, pp. 1235-37, 1981.

B. Ross, A third path for energy, *Dissent*, vol. 26, pp. 377-391, 1979.

B. Ross and C. M. Koplik, A new numerical method for solving the solute transport equation, *Water Resources Research*, vol. 15, pp. 949-955, 1979.

B. Ross and C. M. Koplik, A statistical approach to modeling transport of pollutants in ground water, *Mathematical Geology*, vol. 10, pp. 657-672, 1978.

3

B. Ross and J. D. Litster, Potential function and probability distribution of a nonequilibrium system: The ballast resistor, *Physical Review*, vol. A15, pp. 1246-50, 1977.

C. E. Riva, B. Ross, and G. B. Benedek, Laser Doppler measurements of blood flow in capillary tubes and retinal arteries, *Investigative Ophthalmology*, vol. 11, pp. 936-944, 1972.

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

February 1, 2012
Invoice no. 2919

Statement Of Account for Services Rendered January 1, 2012 Through
January 31, 2012

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 01/18/12 | Review monthly report | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.25 | 67.50 |

### STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 0.25 hr  @ 270.00    $      67.50 | | |
| | Total professional time | 0.25 | $   67.50 |

TOTAL CURRENT CHARGES                                         $   67.50

Your Account is Paid in Full - Thank You

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 1



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

March 1, 2012
Invoice no. 2925

Statement Of Account for Services Rendered February 1, 2012 Through
February 29, 2012

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/03/12 | Review injection application | 0.50 | 135.00 |
| 02/09/12 | E-mail correspondence | 0.25 | 67.50 |
| 02/10/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 02/13/12 | Review mass removal permit | 1.25 | 337.50 |
| 02/14/12 | Review mass removal permit | 1.50 | 405.00 |
| 02/14/12 | Review monthly report | 0.25 | 67.50 |
| 02/14/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 02/21/12 | Review mass removal workplan | 2.50 | 675.00 |
| 02/22/12 | Review mass removal workplan | 3.00 | 810.00 |
| 02/22/12 | E-mail correspondence | 0.25 | 67.50 |
| 02/28/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 02/28/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 02/29/12 | Review draft letter | 0.50 | 135.00 |
| | Total for Benjamin Ross | 11.00 | 2,970.00 |

## STAFF SUBTOTALS

Benjamin Ross          11.00 hr  @ 270.00    $     2970.00

| | | |
|---|---|---|
| Total professional time | 11.00 | $ 2,970.00 |

TOTAL CURRENT CHARGES                                         $ 2,970.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 2

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

April 1, 2012
Invoice no. 2925

*2933*

Statement Of Account for Services Rendered March 1, 2012 Through March
30, 2012

*per Ben
Ross
4-17-12*

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 03/06/12 | Review injection permit application | 0.25 | 67.50 |
| 03/09/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 03/12/12 | Review monthly report | 0.25 | 67.50 |
| 03/20/12 | Review Corps letter | 0.25 | 67.50 |
| 03/27/12 | Review correspondence | 0.25 | 67.50 |
| 03/28/12 | Review ground water monitoring report | 0.25 | 67.50 |
| 03/29/12 | Review ground water monitoring report | 1.25 | 337.50 |
| 03/30/12 | Review ground water monitoring report | 1.50 | 405.00 |
| 03/30/12 | Review PVSC pre-permitting request | 0.25 | 67.50 |
| 03/30/12 | Discussion with K. Hosea | 0.25 | 67.50 |
| | Total for Benjamin Ross | 4.75 | 1,282.50 |

## STAFF SUBTOTALS

Benjamin Ross          4.75 hr  @ 270.00    $    1282.50

| | | |
|---|---|---|
| Total professional time | 4.75 | $ 1,282.50 |

TOTAL CURRENT CHARGES                                           $ 1,282.50

Your Account is Paid in Full - Thank You

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



**Ross 3**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

May 1, 2012
Invoice no. 2936

Statement Of Account for Services Rendered April 1, 2012 Through April
30, 2012

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 04/12/12 | Review monthly report | 0.25 | 67.50 |
| 04/13/12 | Review sediment design comments | 0.25 | 67.50 |
| 04/13/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 04/16/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 04/17/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| 04/18/12 | Discussion with K. Millian | 0.25 | 67.50 |
| 04/19/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| 04/20/12 | Review sediment comment response | 0.75 | 202.50 |
| 04/24/12 | Review 100% sediment design | 0.25 | 67.50 |
| 04/26/12 | Review 100% sediment design | 0.50 | 135.00 |
| 04/26/12 | Conference call with attorney | 0.50 | 135.00 |
| 04/30/12 | Review schedule | 0.25 | 67.50 |
| | Total for Benjamin Ross | 4.00 | 1,080.00 |

## STAFF SUBTOTALS

Benjamin Ross          4.00 hr  @ 270.00     $     1080.00

Total professional time                                    4.00      $ 1,080.00

TOTAL CURRENT CHARGES                                                 $ 1,080.00

Your Account is Paid in Full - Thank You

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 4

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

June 1, 2012
Invoice no. 2954

Statement Of Account for Services Rendered May 1, 2012 Through May 31, 2012

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 05/03/12 | Review draft letter | 0.25 | 67.50 |
| 05/08/12 | Review sediment comment response | 0.25 | 67.50 |
| 05/10/12 | Review LTMP outline | 1.50 | 405.00 |
| 05/10/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 05/10/12 | Review NJDEP correspondence | 0.25 | 67.50 |
| 05/10/12 | Review pre-permitting request | 0.25 | 67.50 |
| 05/11/12 | Review pre-permitting request | 0.25 | 67.50 |
| 05/11/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 05/11/12 | Review monthly report | 0.25 | 67.50 |
| 05/11/12 | Review annual groundwater report | 0.50 | 135.00 |
| 05/14/12 | Review annual ground water report | 0.50 | 135.00 |
| 05/14/12 | Discussion with K. Hosea | 0.25 | 67.50 |
| 05/14/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 05/16/12 | Review annual ground water report | 0.50 | 135.00 |
| 05/18/12 | Review injection plan | 0.25 | 67.50 |
| 05/19/12 | Travel to Jersey City | 4.25 | 1,147.50 |
| 05/20/12 | Travel to injection site | 0.50 | 135.00 |
| 05/20/12 | Observe injection | 7.25 | 1,957.50 |
| 05/20/12 | Travel home | 5.50 | 1,485.00 |
| 05/21/12 | Discussions and e-mails re: injection | 0.50 | 135.00 |
| 05/23/12 | Review memo on bedrock well | 2.00 | 540.00 |
| 05/24/12 | Review memo on bedrock well | 1.25 | 337.50 |
| 05/25/12 | Review memo on bedrock well | 1.00 | 270.00 |
| 05/25/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 05/30/12 | Review sediment workplans | 0.25 | 67.50 |
| | Total for Benjamin Ross | 28.50 | 7,695.00 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 5

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 2954

## STAFF SUBTOTALS

Benjamin Ross                28.50 hr  @ 270.00      $       7695.00

| | | |
|---|---|---|
| Total professional time | 28.50 | $ 7,695.00 |

Other direct costs and travel

| | | |
|---|---|---|
| 05/19/12 | 5/19-20 - Observed injection of reductant in Jersey City, NJ | 719.39 |
| 05/19/12 | PATH fare - 2.00 | |
| 05/19/12 | Dinner - 20.00 | |
| 05/19/12 | Washington DC to Jersey City Train Fare - $169.00 | |
| 05/19/12 | Subway Fare - $2.15 | |
| 05/20/12 | PATH fare - 2.00 | |
| 05/20/12 | Subway fare - 2.15 | |
| 05/20/12 | Lodging - $238.26 | |
| 05/20/12 | Rental Car - $70.50 | |
| 05/20/12 | Breakfast - $6.95 | |
| 05/20/12 | Lunch - $12.38 | |
| 05/20/12 | Jersey City to Washington DC Train Fare - $194.00 | |

Total ODC and travel                                        $   719.39

TOTAL CURRENT CHARGES                                    $ 8,414.39

Ross 6

Period Ending 3/21/12   19___

| DAY | City and State | Lodging | Transportation Air, Rail Etc. | Limousine Taxi, Etc. | Mileage | Description | Amount | Meals | Local Taxi & Carfare | Other Expenses Itemize | Amount | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNDAY 5/20 | Jersey City – Washington | 238 26 | (illegible) 194 — | | | rental | 70 50 | (illegible) 6 95 12 38 | 2 — 2 15 | | | |
| MONDAY | | | | | | | | | | | | |
| TUESDAY | | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY 5/19 | Washington – Jersey City | | 169 — | | | | | 20 — | 2 15 2 — | | | |
| Totals | | 238 26 | 363 — | | | | 70 50 | 39 33 | 8 30 | | | |

Explanation of Other Expenses
5/20 – Observed injection of reductant, Jersey City NJ

☐ Deduct From My Advance
☐ Mail Check To

direct – Terris – Roosevelt

Signature [signature]

Approved By  B R    5/21/12

Total Expenses  719 39

WilsonJones 44-800 7-PART PRINTED IN U.S.A. Carbonless

Ross 7

Riders                    AMTRAK          Baggage
1

Name of Passenger
ROSS/BENJAMIN
5021747042

From
WASHINGTON,DC

NEWARK PENN STA,NJ

Serving    Train        Date
2212  19MAY12

Accom   RC   Space/Car
EXPRSS BSNESS

Form of Payment
IK169.00  1930

Rail Fare $169.00      Accom Charge $.00
Fare Plans
$169.00

COAE

Ticket Number
1365234578561      01  01
Date of Issue
15MAY12        1F2491

PASSENGER RECEIPT

---

Riders                    AMTRAK          Baggage
1

ROSS/BENJAMIN MR
5021747042

NEWARK PENN STA,NJ

WASHINGTON,DC

Serving    Train        Date
2257  20MAY12

Accom   PK   Space/Car
EXPRESS FIRST

Form of Payment
EXT94.00

Rail Fare $194.00      Accom Charge $.00
Fare Plans
$194.00

KOAE

Ticket Number
1416529568187      01  01
Date of Issue
20MAY12        224DD9

PASSENGER RECEIPT

Ross 8

**COURTYARD**
**Marriott**

Courtyard by Marriott
Jersey City Newport

540 Washington Blvd
Jersey City Nj 07310
T 201.626.6600

B. Ross

Room: 520

Room Type: GENR

Number of Guests: 1

Rate: $209.00          Clerk:

| Arrive: 19May12 | Time: 03:31PM | Depart: 20May12 | Time: | Folio Number: 66179 | |
|---|---|---|---|---|---|
| Date | Description | | | Charges | Credits |
| 19May12 | Room Charge | | | 209.00 | |
| 19May12 | City Tax | | | 12.54 | |
| 19May12 | Occupancy Tax | | | 2.09 | |
| 19May12 | State Occupancy Tax | | | 14.63 | |
| 20May12 | Master Card | | | | 238.26 |
| | Card #: MCXXXXXXXXXXXX1930/XXXX | | | | |
| | Amount:  238.26  Auth: 00528Z  Signature on File | | | | |
| | This card was electronically swiped on 19May12 | | | | |

Balance:      0.00

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Want your final hotel bill by email?  Just ask the Front Desk!  See "Internet Privacy Statement" on Marriott.com.

Ross 9

# AVIS

We are proud to feature a 100% smoke-free fleet!

RENTAL AGREEMENT NUMBER:    223354106

RECEIPT

## Your Information

Customer Name:                BENJAMIN ROSS
Wizard Number:                ***99Z
Avis Worldwide Discount:      DISPOSAL SAFETY INC
Method of Payment:            MASTER XX1930

## Your Vehicle Information

Vehicle Number:               55383803
Vehicle Group Rented:         Intermediate
Vehicle Group Charged:        Compact
Vehicle Description:          RED NISSAN SENTRA
                              4 DOOR
License Plate Number:         MD6AG8041
Odometer Out:                 27975
Odometer In:                  28086
Total Driven:                 111
Fuel Gauge Reading:           Full

## Your Rental

Pickup Date/Time:             MAY 20,2012@9:02AM
Pickup Location:              30 WEST MALL DRIVE
                              NEWPORT CENTRE MALL
                              JERSEY CITY,NJ,07310,US
                              201-217-8209

Return Date/Time:    MAY 20,2012@5:41PM
Return Location:     30 WEST MALL DRIVE
                     NEWPORT CENTRE MALL
                     JERSEY CITY,NJ,07310,US
                     201-217-8209

Additional fees may apply
if changes are made
to your return date, time
and/or location.

## Your Vehicle Charges (MIN 1 DAY )

Rate Chart:         Free Miles:         Time and Mileage:

| Miles: | UNLIMITED | Your Discount: |
|---|---|---|
| Hourly: | 45.01 | |
| Daily: | 60.00 | |
| Ad'l day: | 0.00 | Time and Mileage: | 60.00 |
| Weekly: | 420.00 | |
| Monthly: | 1680.00 | |

## Your Optional Products/Services

RATE INCLUDES LDW ABOVE 3000.00

Optional Services Total:                        0.00

## Your Taxable Fees

ENERGY RECOVERY FEE 0.60/DY                     .60

Sub-total-Charges:                            60.60
TAX 7.000%                                     4.24

## Your Non-Taxable Products/Services

VEH LICENSE RECOUP 1.10                         .66
SECURITY FEE 5.00/DY                           5.00

Your Total Charges paid:                      70.50

Prepayment                                     0.00

Net Charges:                             USD 70.50
Your Total Due:                               0.00

Thank you for renting with Avis.
If you have any questions regarding eToll, please contact our eToll provider, HTA at 1-866-285-6050 or visit their web site at www.htallc.com.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.

Your vehicle was rented to you by RUDY.        Your vehicle was checked in by JOSEFF.

Ross 10



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

July 2, 2012
Invoice no. 2962

Statement Of Account for Services Rendered June 1, 2012 Through June 30, 2012

RE:    Roosevelt Drive In



Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 06/01/12 | E-mail correspondence | 0.25 | 67.50 |
| 06/04/12 | Emails re sediment | 0.25 | 67.50 |
| 06/05/12 | Review Honeywell submissions | 0.25 | 67.50 |
| 06/12/12 | Review monthly report | 0.25 | 67.50 |
| 06/12/12 | Review sediment workplans | 0.50 | 135.00 |
| 06/13/12 | Review sediment workplans | 0.25 | 67.50 |
| 06/14/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 06/14/12 | Comment on annual groundwater report | 0.25 | 67.50 |
| 06/14/12 | E-mail correspondence | 0.25 | 67.50 |
| 06/15/12 | Review sediment workplans | 0.25 | 67.50 |
| 06/15/12 | Comment on annual groundwater report | 0.50 | 135.00 |
| 06/21/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 06/22/12 | Discussioin w/ M. Weaver | 0.25 | 67.50 |
| 06/26/12 | Review work plans | 0.25 | 67.50 |
| 06/28/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 06/29/12 | Review work plans | 0.25 | 67.50 |
| 06/29/12 | Review draft letter | 0.25 | 67.50 |
| | Total for Benjamin Ross | 4.75 | 1,282.50 |

## STAFF SUBTOTALS

Benjamin Ross            4.75 hr  @ 270.00     $      1282.50

Total professional time                                        4.75      $  1,282.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 11

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 2962

TOTAL CURRENT CHARGES                                                            $ 1,282.50

Ross 12

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

August 1, 2012
Invoice no. 2970

Statement Of Account for Services Rendered July 1, 2012 Through July 31, 2012

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/02/12 | E-mail correspondence | 0.50 | 135.00 |
| 07/03/12 | Research on cap material | 0.50 | 135.00 |
| 07/05/12 | Research cap material | 0.50 | 135.00 |
| 07/05/12 | Review work plan response | 0.75 | 202.50 |
| 07/05/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 07/05/12 | Review Berger workplan comments | 0.25 | 67.50 |
| 07/09/12 | Emails re cap material | 0.50 | 135.00 |
| 07/09/12 | Review mass removal data | 0.75 | 202.50 |
| 07/09/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 07/09/12 | Discussion w/ S. Egnaczyk | 0.25 | 67.50 |
| 07/09/12 | Review comment response | 0.50 | 135.00 |
| 07/11/12 | Review mass removal data | 0.25 | 67.50 |
| 07/11/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 07/11/12 | Review draft letter | 0.25 | 67.50 |
| 07/12/12 | Compile call agenda | 0.25 | 67.50 |
| 07/12/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 07/13/12 | Review comment response | 0.25 | 67.50 |
| 07/13/12 | Review monthly report | 0.25 | 67.50 |
| 07/13/12 | Emails and phone calls re groundwater meeting | 0.50 | 135.00 |
| 07/13/12 | Discussion w/ B. Hague | 0.25 | 67.50 |
| 07/16/12 | Discussion w/ K. Millian | 0.25 | 67.50 |
| 07/16/12 | Review groundwater comment response | 0.25 | 67.50 |
| 07/16/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 07/18/12 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 07/18/12 | Evaluate injection plan | 0.50 | 135.00 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 13

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 2970

| | | | |
|---|---|---|---|
| 07/19/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 07/19/12 | Evaluate injection plan | 1.50 | 405.00 |
| 07/19/12 | Review sediment comment response | 0.25 | 67.50 |
| 07/19/12 | Review outline of integrated LTMP | 0.25 | 67.50 |
| 07/20/12 | Evaluate injection plan | 1.50 | 405.00 |
| 07/20/12 | E-mail correspondence | 0.25 | 67.50 |
| 07/23/12 | E-mail correspondence | 0.25 | 67.50 |
| 07/23/12 | Review injection plan | 1.50 | 405.00 |
| 07/23/12 | Discussions w/ M. Weaver | 0.50 | 135.00 |
| 07/24/12 | E-mail correspondence | 0.25 | 67.50 |
| 07/24/12 | Review draft letter | 0.25 | 67.50 |
| 07/24/12 | Technical conference call | 0.25 | 67.50 |
| 07/25/12 | E-mail correspondence | 0.25 | 67.50 |
| 07/27/12 | Review injection plan | 1.00 | 270.00 |
| 07/27/12 | Discussions w/ M. Weaver | 0.50 | 135.00 |
| 07/30/12 | Review injection plans | 0.50 | 135.00 |
| 07/30/12 | Discussions w/ M. Weaver | 0.50 | 135.00 |
| 07/30/12 | Write e-mail | 0.25 | 67.50 |
| 07/31/12 | Review injection plans | 0.25 | 67.50 |
| 07/31/12 | E-mail correspondence | 0.75 | 202.50 |
| 07/31/12 | Technical conference call | 0.25 | 67.50 |
| | Total for Benjamin Ross | 20.50 | 5,535.00 |

## STAFF SUBTOTALS

Benjamin Ross          20.50 hr  @ 270.00     $      5535.00

| | | |
|---|---|---|
| Total professional time | 20.50 | $ 5,535.00 |

TOTAL CURRENT CHARGES                                        $ 5,535.00

Ross 14



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

September 4, 2012
Invoice no. 2977

Statement Of Account for Services Rendered August 1, 2012 Through
August 31, 2012

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/01/12 | Discussion w/ M. Weaver | 0.50 | 135.00 |
| 08/01/12 | Review draft email | 0.25 | 67.50 |
| 08/02/12 | Review GWTP permit application | 0.50 | 135.00 |
| 08/03/12 | Review TWA application | 0.75 | 202.50 |
| 08/03/12 | Discussion w/ B. Bell | 0.25 | 67.50 |
| 08/06/12 | Discussion w/ B. Bell | 0.25 | 67.50 |
| 08/07/12 | Weekly conference call | 0.25 | 67.50 |
| 08/07/12 | Discussions w/ M. Weaver & K. Hosea | 0.25 | 67.50 |
| 08/08/12 | E-mail correspondence | 0.25 | 67.50 |
| 08/09/12 | E-mail correspondence | 0.25 | 67.50 |
| 08/20/12 | Review monthly report | 0.25 | 67.50 |
| 08/20/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 08/20/12 | E-mail correspondence | 0.25 | 67.50 |
| 08/21/12 | E-mail correspondence | 0.25 | 67.50 |
| 08/27/12 | E-mail correspondence | 0.25 | 67.50 |
| 08/28/12 | Weekly technical call | 0.25 | 67.50 |
| 08/30/12 | E-mail correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 5.25 | 1,417.50 |

## STAFF SUBTOTALS

Benjamin Ross          5.25 hr  @ 270.00      $      1417.50

Total professional time                          5.25    $ 1,417.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

21

# Ross 15

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 2977

TOTAL CURRENT CHARGES                                                              $ 1,417.50

# Disposal Safety Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

October 1, 2012
Invoice no. 2983

Statement Of Account for Services Rendered September 1, 2012 Through September 30, 2012

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/04/12 | Review S3 Sand data | 1.00 | 270.00 |
| 09/06/12 | Review S3 Sand data | 0.25 | 67.50 |
| 09/06/12 | E-mail correspondence | 0.50 | 135.00 |
| 09/07/12 | Review S3 Sand data | 0.75 | 202.50 |
| 09/07/12 | E-mail correspondence | 0.25 | 67.50 |
| 09/07/12 | Discussion w/ K. Millian | 0.25 | 67.50 |
| 09/13/12 | E-mail correspondence | 0.25 | 67.50 |
| 09/13/12 | Discussion w/ K. Millian | 0.50 | 135.00 |
| 09/13/12 | Review groundwater data | 0.25 | 67.50 |
| 09/14/12 | Discussion w/ K. Millian | 0.25 | 67.50 |
| 09/14/12 | Review groundwater data | 1.25 | 337.50 |
| 09/14/12 | Technical conference call | 1.00 | 270.00 |
| 09/17/12 | Review monthly report | 0.25 | 67.50 |
| 09/27/12 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| 09/27/12 | E-mail correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 7.25 | 1,957.50 |

## STAFF SUBTOTALS

Benjamin Ross        7.25 hr  @ 270.00    $    1957.50

Total professional time                          7.25    $ 1,957.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 17

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 2983

TOTAL CURRENT CHARGES                                                $ 1,957.50

Ross 18



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

November 1, 2012
Invoice no. 2991

Statement Of Account for Services Rendered October 1, 2012 Through
October 31, 2012

RE:     Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/09/12 | E-mail correspondence | 0.25 | 67.50 |
| 10/11/12 | Review injection data | 0.75 | 202.50 |
| 10/11/12 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 10/12/12 | E-mail correspondence | 0.25 | 67.50 |
| 10/15/12 | Review monthly report | 0.50 | 135.00 |
| 10/15/12 | Review well test report | 1.50 | 405.00 |
| 10/15/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 10/15/12 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 10/16/12 | Review well test report | 0.25 | 67.50 |
| 10/16/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/16/12 | Discussion w/ K. Millian & A. Alcorn | 0.25 | 67.50 |
| 10/16/12 | Review injection reports | 0.50 | 135.00 |
| 10/17/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/18/12 | Review well test report | 0.50 | 135.00 |
| 10/22/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/23/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/23/12 | E-mail correspondence | 0.25 | 67.50 |
| 10/23/12 | Review Honeywell data | 0.25 | 67.50 |
| | Total for Benjamin Ross | 7.50 | 2,025.00 |

## STAFF SUBTOTALS

Benjamin Ross          7.50 hr  @ 270.00     $     2025.00

Total professional time                              7.50     $ 2,025.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 19

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 2991

Other direct costs and travel

| 10/22/12 | Sequential Inc - Color printing | 10.60 |
|---|---|---|
| | Total ODC and travel | $    10.60 |

TOTAL CURRENT CHARGES                                    $ 2,035.60

Ross 20

# 3431

# Sequential, Inc.

**Copying & Printing Services**      Federal ID Number: 52-1914354      **Invoice No:   56069**      10/17/2012

| Client Ref.: | Roosevelt |
|---|---|
| Date Received: | 10/15/2012 |
| Date Shipped: | 10/15/2012 |

**Billed To:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

**Requested By:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Color Copying | 10. | 1 | 10. | $1.000 | $10.00 |

**Remark:**

1 File for 1 copy color Staple

| | |
|---|---|
| Subtotal: | $10.00 |
| Credit: | |
| Tax: | $0.60 |
| Freight: | |
| Postage: | |
| **Total:** | $10.60 |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net.  A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500

Ross 21

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

November 30, 2012
Invoice no. 2998

Statement Of Account for Services Rendered November 1, 2012 Through
November 30, 2012

RE:     Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 11/01/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 11/07/12 | Email correspondence | 0.25 | 67.50 |
| 11/08/12 | Email correspondence | 0.25 | 67.50 |
| 11/08/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 11/08/12 | Review LTMP outline | 0.50 | 135.00 |
| 11/14/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 11/15/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 11/15/12 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 11/16/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 11/16/12 | Review monthly report | 0.25 | 67.50 |
| 11/16/12 | Review groundwater data | 0.50 | 135.00 |
| 11/19/12 | Prepare for technical meeting | 1.50 | 405.00 |
| 11/27/12 | Analyze S3 Sand hydraulics | 4.00 | 1,080.00 |
| 11/27/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 11/28/12 | Analyze S3 Sand hydraulics | 2.00 | 540.00 |
| 11/29/12 | Analyze S3 Sand hydraulics | 1.50 | 405.00 |
| 11/29/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 12.75 | 3,442.50 |

## STAFF SUBTOTALS

Benjamin Ross          12.75 hr  @ 270.00     $      3442.50

Total professional time                              12.75    $ 3,442.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 2998

TOTAL CURRENT CHARGES                                                    $ 3,442.50

Ross 23

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                                January 2, 2013
Attn: Kathleen Millian                                                     Invoice no. 3008
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered December 1, 2012 Through
December 31, 2012

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 12/05/12 | Travel to attorneys' office | 0.50 | 135.00 |
| 12/05/12 | Review S3 Sand data | 0.25 | 67.50 |
| 12/05/12 | Meeting with attorneys | 1.00 | 270.00 |
| 12/14/12 | Review monthly report | 0.25 | 67.50 |
| 12/17/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 12/20/12 | Email correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 2.50 | 675.00 |

## STAFF SUBTOTALS

Benjamin Ross            2.50 hr  @ 270.00     $       675.00

Total professional time                                          2.50        $   675.00

TOTAL CURRENT CHARGES                                                         $   675.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 24**

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian                                    February 4, 2013
Attn: Kathleen Millian                                         Invoice no. 3018
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered January 1, 2013 Through
January 31, 2013

RE:     Roosevelt Drive In

Professional time:

Benjamin Ross

| 01/08/13 | Review Corps correspondence | 0.25 | 67.50 |
|---|---|---|---|
| 01/10/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 01/10/13 | Review draft letter | 0.25 | 67.50 |
| 01/11/13 | E-mail correspondence | 0.25 | 67.50 |
| 01/11/13 | Review bedrock hydraulic data | 0.25 | 67.50 |
| 01/14/13 | E-mail correspondence | 0.25 | 67.50 |
| 01/14/13 | Review draft letter | 0.25 | 67.50 |
| 01/16/13 | Review draft letter | 0.25 | 67.50 |
| 01/17/13 | Phone calls w/ attorneys | 0.25 | 67.50 |
| 01/17/13 | Review monthly report | 0.25 | 67.50 |
| 01/21/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 01/23/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 01/28/13 | Review injection location memo | 1.25 | 337.50 |
| 01/29/13 | Review injection location memo | 2.50 | 675.00 |
| 01/30/13 | Review injection location memo | 4.00 | 1,080.00 |
| 01/30/13 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 01/30/13 | Review draft GWET letter | 0.25 | 67.50 |
| 01/31/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 11.50 | 3,105.00 |

Steven Amter

| 01/29/13 | Evaluate well locations | 1.00 | 200.00 |
|---|---|---|---|
| 01/30/13 | Evaluate well locatioins | 4.00 | 800.00 |
| 01/31/13 | Evaluate well locations | 1.25 | 250.00 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 25

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 3018

| 01/31/13 | Discussion w/ S. Sanford, NJGS | 0.50 | 100.00 |
|---|---|---|---|
| | Total for Steven Amter | 6.75 | 1,350.00 |

### STAFF SUBTOTALS

| Benjamin Ross | 11.50 hr @ 270.00 | $ | 3105.00 |
|---|---|---|---|
| Steven Amter | 6.75 hr @ 200.00 | $ | 1350.00 |

| | | | |
|---|---|---|---|
| Total professional time | | 18.25 | $ 4,455.00 |

TOTAL CURRENT CHARGES                                    $ 4,455.00

Ross 26

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                      March 1, 2013
Attn: Kathleen Millian                                          Invoice no. 3030
1121 12th St., NW
Washington, DC 20005

Statement Of Account for Services Rendered February 1, 2013 Through
February 28, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| 02/01/13 | Discuss injection area geology w/ S. Amter | 0.25 | 67.50 |
| 02/04/13 | Evaluate injection well locations | 1.00 | 270.00 |
| 02/05/13 | Evaluate injection well locations | 6.00 | 1,620.00 |
| 02/06/13 | Evaluate injection well locations | 1.00 | 270.00 |
| 02/07/13 | Evaluate injection well locations | 2.75 | 742.50 |
| 02/08/13 | Evaluate injection well locations | 1.50 | 405.00 |
| 02/08/13 | Review monthly report | 0.25 | 67.50 |
| 02/11/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 02/13/13 | Write injection well comments | 0.75 | 202.50 |
| 02/14/13 | Review draft letter | 0.25 | 67.50 |
| 02/15/13 | Review draft letter | 0.25 | 67.50 |
| 02/28/13 | Email correspondence | 0.25 | 67.50 |

Total for Benjamin Ross                                  14.50        3,915.00

Steven Amter

| 02/01/13 | Write section of memo | 3.00 | 600.00 |
| 02/13/13 | Review draft injection memo | 0.75 | 150.00 |

Total for Steven Amter                                    3.75          750.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 27

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 3030

### STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 14.50 hr @ 270.00 | $ | 3915.00 |
| Steven Amter | 3.75 hr @ 200.00 | $ | 750.00 |

| | | |
|---|---|---|
| Total professional time | 18.25 | $ 4,665.00 |

Other direct costs and travel

| | | |
|---|---|---|
| 02/07/13 Dan Reed, drafting | | 100.00 |
| Total ODC and travel | | $ 100.00 |
| TOTAL CURRENT CHARGES | | $ 4,765.00 |

Ross 28

#3488

# dan reed

planner. designer. communicator.

# invoice.

**bill to**

Ben Ross
Disposal Safety Incorporated
1001 Connecticut Avenue NW, Suite 525
Washington, D.C. 20036

| description. | units. | rate. | amount. |
|---|---|---|---|
| Graphics work | 3 hours | $33.33/hour | $100.00 |

**comments.**

Address + contact information below

**total.**

$100.00

Please make all checks payable
to the address below.

Thank you!

**address** 2604 hawkshead ct silver spring md 20904
**email** reeddbk@gmail.com **phone** 202.256.7238
**web** linkedin.com/in/danreed2 justupthepike.com

Ross 29

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

April 1, 2013
Invoice no. 3038

Statement Of Account for Services Rendered March 1, 2013 Through March 31, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 03/04/13 | Review injection email | 0.25 | 67.50 |
| 03/05/13 | Review injection email | 0.25 | 67.50 |
| 03/05/13 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 03/07/13 | Respond to email | 0.25 | 67.50 |
| 03/11/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 03/12/13 | Review monthly report | 0.25 | 67.50 |
| 03/17/13 | E-mail correspondence | 0.25 | 67.50 |
| 03/20/13 | E-mail correspondence | 0.25 | 67.50 |
| 03/27/13 | Email correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 2.25 | 607.50 |

## STAFF SUBTOTALS

Benjamin Ross          2.25 hr  @ 270.00    $        607.50

Total professional time                          2.25     $   607.50

TOTAL CURRENT CHARGES                                      $   607.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 30

# Disposal Safety Incorporated

Terris, Pravlik and Millian
Attn:  Kathleen Millian
1121 12th St., NW
Washington, DC  20005

May 1, 2013
Invoice no. 3046

Statement Of Account for Services Rendered April 1, 2013 Through April 30, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/08/13 | Revew mass removal email | 0.25 | 67.50 |
| 04/08/13 | Discussions w/ K. Hosea | 0.25 | 67.50 |
| 04/09/13 | Review mass removal email | 0.50 | 135.00 |
| 04/09/13 | Email correspondence | 0.25 | 67.50 |
| 04/10/13 | Email correspondence | 0.25 | 67.50 |
| 04/15/13 | Review monthly report | 0.25 | 67.50 |
| 04/15/13 | Email correspondence | 0.25 | 67.50 |
| 04/15/13 | Conference call w/ attorneys | 0.50 | 135.00 |
| 04/15/13 | Discussions w/ A. Alcorn | 0.25 | 67.50 |
| 04/15/13 | Research re GWET monitoring | 1.00 | 270.00 |
| 04/15/13 | Review annual monitoring report | 0.25 | 67.50 |
| 04/17/13 | Review annual monitoring report | 3.50 | 945.00 |
| 04/19/13 | Discussion w/ B. Hague & followup | 0.25 | 67.50 |
| 04/23/13 | Email correspondence | 0.25 | 67.50 |
| 04/26/13 | Review Honeywell documents | 0.25 | 67.50 |
| | Total for Benjamin Ross | 8.25 | 2,227.50 |

Steven Amter

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/08/13 | Review glacial geology | 0.25 | 50.00 |
| | Total for Steven Amter | 0.25 | 50.00 |

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 31

Page two
Terris, Pravlik and Millian
Roosevelt Drive In
Invoice no. 3046

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 8.25 hr | @ 270.00 | $ | 2227.50 |
| Steven Amter | 0.25 hr | @ 200.00 | $ | 50.00 |

|  |  |  |
|---|---|---|
| Total professional time | 8.50 | $ 2,277.50 |

TOTAL CURRENT CHARGES    $ 2,277.50

**Ross 32**

# Disposal
# Safety
# Incorporated

 

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

June 3, 2013
Invoice no. 3055

Statement Of Account for Services Rendered May 1, 2013 Through May 31, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 05/03/13 | Review annual groundwater report | 1.00 | 270.00 |
| 05/07/13 | Review annual groundwater report | 0.25 | 67.50 |
| 05/13/13 | Review monthly report | 0.25 | 67.50 |
| 05/14/13 | Review annual groundwater report | 1.00 | 270.00 |
| 05/16/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/22/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/24/13 | Review groundwater data | 0.25 | 67.50 |
| 05/28/13 | Review data | 0.50 | 135.00 |
| | Total for Benjamin Ross | 3.75 | 1,012.50 |

### STAFF SUBTOTALS

Benjamin Ross          3.75 hr  @ 270.00      $      1012.50

| | | |
|---|---|---|
| Total professional time | 3.75 | $  1,012.50 |

TOTAL CURRENT CHARGES                                    $  1,012.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

21

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

July 1, 2013
Invoice no. 3064

Statement Of Account for Services Rendered June 1, 2013 Through July 1, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 06/05/13 | Email correspondence | 0.25 | 67.50 |
| 06/13/13 | Review monthly report | 0.25 | 67.50 |
| 06/13/13 | Review S3 Sand data | 0.25 | 67.50 |
| 06/14/13 | Discussion w/ M. Weaver | 0.50 | 135.00 |
| 06/17/13 | Emails re injection | 0.25 | 67.50 |
| 06/18/13 | Discussion w/ K. Millian | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.75 | 472.50 |

### STAFF SUBTOTALS

Benjamin Ross          1.75 hr  @ 270.00     $      472.50

Total professional time                          1.75    $   472.50

TOTAL CURRENT CHARGES                                     $   472.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 34

# ·Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian                                        August 1, 2013
Attn: Kathleen Millian                                            Invoice no. 3077
1121 12th St., NW
Washington, DC 20005

Statement Of Account for Services Rendered July 1, 2013 Through July 31, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 07/08/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 07/10/13 | Review mass removal memo | 0.50 | 135.00 |
| 07/10/13 | Review monthly report | 0.25 | 67.50 |
| 07/11/13 | Review monthly report | 0.25 | 67.50 |
| 07/22/13 | Discussion w/ M. Weaver | 0.25 | 67.50 |
| 07/30/13 | Review annual report comment response | 0.50 | 135.00 |
| | Total for Benjamin Ross | 2.00 | 540.00 |

## STAFF SUBTOTALS

Benjamin Ross                2.00 hr  @ 270.00      $      540.00

Total professional time                                  2.00      $   540.00

TOTAL CURRENT CHARGES                                           $   540.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 35

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

September 3, 2013
Invoice no. 3089

Statement Of Account for Services Rendered August 1, 2013 Through
August 31, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 08/01/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 08/07/13 | Email correspondence | 0.25 | 67.50 |
| 08/08/13 | Email correspondence | 0.25 | 67.50 |
| 08/13/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 08/13/13 | Review monthly report | 0.25 | 67.50 |
| 08/15/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 08/20/13 | Review draft letter | 0.50 | 135.00 |
| 08/28/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 2.25 | 607.50 |

### STAFF SUBTOTALS

Benjamin Ross          2.25 hr  @ 270.00     $       607.50

Total professional time          2.25     $   607.50

TOTAL CURRENT CHARGES          $   607.50



1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 36

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

October 1, 2013
Invoice no. 3100

Statement Of Account for Services Rendered September 1, 2013 Through
September 30, 2013

RE:     Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 09/12/13 | Review draft letter | 0.25 | 67.50 |
| 09/13/13 | Review monthly report | 0.25 | 67.50 |
| 09/16/13 | Review mass removal data | 0.50 | 135.00 |
| 09/16/13 | Discussion w/ M. Weaver | 0.50 | 135.00 |
| 09/18/13 | Review draft LTMP chart | 0.75 | 202.50 |
| 09/20/13 | Email correspondence | 0.25 | 67.50 |
| 09/24/13 | Email correspondence | 0.25 | 67.50 |
| 09/24/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 09/30/13 | Review LTMP report | 0.25 | 67.50 |
| | Total for Benjamin Ross | 3.25 | 877.50 |

## STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 3.25 hr | @ 270.00 | $ | 877.50 |

| | | |
|---|---|---|
| Total professional time | 3.25 | $  877.50 |
| TOTAL CURRENT CHARGES | | $  877.50 |

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

R-3-21

Ross 37

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 11, 2013
Invoice no. 3107

Statement Of Account for Services Rendered October 1, 2013 Through
October 31, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 10/03/13 | Review GWET data | 0.25 | 67.50 |
| 10/08/13 | Email correspondence | 0.25 | 67.50 |
| 10/10/13 | Email correspondence | 0.25 | 67.50 |
| 10/15/13 | Review monthly report | 0.25 | 67.50 |
| 10/15/13 | Discussion w/ K. Millian | 0.25 | 67.50 |
| 10/15/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/25/13 | Review draft consent order | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.75 | 472.50 |

### STAFF SUBTOTALS

Benjamin Ross          1.75 hr  @ 270.00     $     472.50

Total professional time                           1.75     $   472.50

TOTAL CURRENT CHARGES                                       $   472.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 38

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                        November 30, 2013
Attn: Kathleen Millian                                             Invoice no. 3114
1121 12th St., NW
Washington, DC 20005

Statement Of Account for Services Rendered November 1, 2013 Through
November 30, 2013

RE:    Roosevelt Drive In

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 11/08/13 | Review LTMP | 0.25 | 67.50 |
| 11/13/13 | Review monthly report | 0.25 | 67.50 |
| 11/20/13 | Discussion w/ A. Alcorn & research | 0.25 | 67.50 |
| 11/20/13 | Review injection data | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.00 | 270.00 |

## STAFF SUBTOTALS

Benjamin Ross          1.00 hr  @ 270.00      $      270.00

Total professional time                              1.00     $   270.00

TOTAL CURRENT CHARGES                                         $   270.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

21

**Ross 39**



# Disposal Safety Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

January 2, 2014
Invoice no. 3122

Statement Of Account for Services Rendered December 1, 2013 Through December 31, 2013

RE:     Roosevelt Drive In

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/06/13 | E-mails and phone calls re sampling plan | 0.50 | 135.00 |
| 12/10/13 | E-mail correspondence | 0.25 | 67.50 |
| 12/10/13 | Review sampling plan | 0.25 | 67.50 |
| 12/11/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 12/11/13 | Respond to sampling letter | 0.50 | 135.00 |
| 12/12/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 12/12/13 | Respond to sampling letter | 0.25 | 67.50 |
| 12/16/13 | Review monthly report | 0.25 | 67.50 |
| 12/26/13 | Review integrated groundwater monitoring plan | 2.50 | 675.00 |
| 12/31/13 | Review sampling plan | 0.25 | 67.50 |
| 12/31/13 | Discussion w/ K. Hosea | 0.50 | 135.00 |
| | Total for Benjamin Ross | 5.75 | 1,552.50 |

## STAFF SUBTOTALS

Benjamin Ross                5.75 hr  @ 270.00    $      1552.50

| | | |
|---|---|---|
| Total professional time | 5.75 | $ 1,552.50 |

TOTAL CURRENT CHARGES                                                    $ 1,552.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 40



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                    February 1, 2012
Attn: Kathleen Millian                                         Invoice no. 2920
1121 12th St., NW
Washington, DC 20005

Statement Of Account for Services Rendered January 1, 2012 Through
January 31, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|------|-------------|------:|-------:|
| 01/05/12 | Review methane e-mail | 0.25 | 67.50 |
| 01/05/12 | E-mail correspondence | 0.25 | 67.50 |
| 01/11/12 | Review in situ plan | 1.50 | 405.00 |
| 01/18/12 | Review monthly report | 0.25 | 67.50 |
| 01/26/12 | E-mail re: methane | 0.25 | 67.50 |
| 01/30/12 | Discuss methane with A. Alcorn | 0.50 | 135.00 |
| 01/30/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 01/31/12 | Review in situ plan | 0.50 | 135.00 |
| 01/31/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 4.00 | 1,080.00 |

## STAFF SUBTOTALS

Benjamin Ross            4.00 hr  @ 270.00    $    1080.00

Total professional time                                       4.00      $ 1,080.00

TOTAL CURRENT CHARGES                                                    $ 1,080.00

Your Account is Paid in Full - Thank You

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



**Ross 41**



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn:  Kathleen Millian
1121 12th St., NW
Washington, DC  20005

March 1, 2012
Invoice no. 2926

Statement Of Account for Services Rendered February 1, 2012 Through
February 29, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 02/06/12 | Review schedule | 0.25 | 67.50 |
| 02/09/12 | E-mail correspondence | 0.25 | 67.50 |
| 02/10/12 | E-mail correspondence | 0.25 | 67.50 |
| 02/14/12 | Review monthly report | 0.25 | 67.50 |
| 02/16/12 | Discussion with G. Flowers | 0.25 | 67.50 |
| 02/17/12 | Conference call re: methane | 0.50 | 135.00 |
| 02/17/12 | E-mail correspondence | 0.25 | 67.50 |
| 02/22/12 | E-mail correspondence | 0.25 | 67.50 |
| 02/23/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| 02/23/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 02/27/12 | Review regulatory correspondence | 0.25 | 67.50 |
| 02/27/12 | E-mail correspondence | 0.25 | 67.50 |
| 02/29/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| 02/29/12 | Review geotechnical issues | 0.25 | 67.50 |
| | Total for Benjamin Ross | 3.75 | 1,012.50 |

### STAFF SUBTOTALS

Benjamin Ross           3.75 hr  @ 270.00     $     1012.50

Total professional time                             3.75    $ 1,012.50

TOTAL CURRENT CHARGES                                       $ 1,012.50



1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 42

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

April 1, 2012
Invoice no. 2926
2934

per
Ben
Ros

4-17-12

Statement Of Account for Services Rendered March 1, 2012 Through March 30, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/01/12 | Technical conference call | 0.75 | 202.50 |
| 03/09/12 | Review Honeywell comment response | 0.50 | 135.00 |
| 03/21/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| 03/28/12 | E-mail correspondence | 0.25 | 67.50 |
| 03/30/12 | E-mail correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 2.00 | 540.00 |

### STAFF SUBTOTALS

Benjamin Ross            2.00 hr  @ 270.00      $        540.00

Total professional time                                2.00      $   540.00

TOTAL CURRENT CHARGES                                             $   540.00

Your Account is Paid in Full - Thank You

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



**Ross 43**



# Disposal Safety Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

May 1, 2012
Invoice no. 2937

Statement Of Account for Services Rendered April 1, 2012 Through April 30, 2012

RE:   Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 04/05/12 | Review regulatory correspondence | 0.25 | 67.50 |
| 04/12/12 | Review monthly report | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

### STAFF SUBTOTALS

Benjamin Ross         0.50 hr  @ 270.00    $      135.00

| | | | |
|---|---|---|---|
| Total professional time | | 0.50 | $ 135.00 |
| TOTAL CURRENT CHARGES | | | $ 135.00 |

Your Account is Paid in Full - Thank You

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 44

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

June 1, 2012
Invoice no. 2955

Statement Of Account for Services Rendered May 1, 2012 Through May 31, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| Date | Description | | |
|------|-------------|------|-------|
| 05/10/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| 05/11/12 | Review monthly report | 0.25 | 67.50 |
| 05/23/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.75 | 202.50 |

## STAFF SUBTOTALS

Benjamin Ross          0.75 hr  @ 270.00    $       202.50

| | | |
|--|--|--|
| Total professional time | 0.75 | $  202.50 |

TOTAL CURRENT CHARGES                                      $   202.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 45**

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

July 2, 2012
Invoice no. 2963

Statement Of Account for Services Rendered June 1, 2012 Through June 30, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | | |
|---|---|---|---:|---:|
| 06/07/12 | Discussion w/ A. Alcorn | | 0.25 | 67.50 |
| 06/12/12 | Review monthly report | | 0.25 | 67.50 |
| 06/13/12 | Review 100% design | | 0.50 | 135.00 |
| 06/14/12 | Review 100% design | | 5.50 | 1,485.00 |
| 06/15/12 | Review 100% design | | 0.50 | 135.00 |
| 06/20/12 | E-mail correspondence | | 0.25 | 67.50 |
| 06/22/12 | Review 100% design | | 1.00 | 270.00 |
| 06/25/12 | Write 100% design comments | | 0.50 | 135.00 |
| 06/26/12 | Write 100% design comments | | 2.00 | 540.00 |
| 06/27/12 | Review Carpenter comments | | 0.25 | 67.50 |
| | Total for Benjamin Ross | | 11.00 | 2,970.00 |

## STAFF SUBTOTALS

Benjamin Ross         11.00 hr  @ 270.00    $      2970.00

Total professional time                          11.00    $ 2,970.00

TOTAL CURRENT CHARGES                                     $ 2,970.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 46

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn:  Kathleen Millian
1121 12th St., NW
Washington, DC  20005

August 1, 2012
Invoice no. 2971

Statement Of Account for Services Rendered July 1, 2012 Through July
31, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| 07/03/12 | Revise design comments | 0.25 | 67.50 |
| 07/03/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 07/05/12 | Review others' design comments | 0.25 | 67.50 |
| 07/06/12 | Review others' design comments | 0.25 | 67.50 |
| 07/09/12 | Prepare for conference call | 0.25 | 67.50 |
| 07/09/12 | Conference call on 100% design | 1.50 | 405.00 |
| 07/09/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 07/13/12 | Review monthly report | 0.25 | 67.50 |
| 07/16/12 | Review comment response | 1.00 | 270.00 |
| 07/16/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 07/19/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |

Total for Benjamin Ross                                    4.75           1,282.50

## STAFF SUBTOTALS

Benjamin Ross                    4.75 hr  @ 270.00       $      1282.50

Total professional time                                    4.75      $  1,282.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 47

Page two
Terris, Pravlik and Millian
Study Area Six North Oversight
Invoice no. 2971

Other direct costs and travel

| 07/23/12 | Color copying | 10.60 |
|----------|---------------|-------|
| | Total ODC and travel | $    10.60 |

TOTAL CURRENT CHARGES                                   $ 1,293.10

Ross 48

#3390

# Sequential, Inc.

| Copying & Printing Services | Federal ID Number: 52-1914354 | Invoice No:  55614 | 7/17/2012 |
|---|---|---|---|

Client Ref.:        SA6N
Date Received:    7/16/2012
Date Shipped:    7/16/2012

**Billed To:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

**Requested By:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 1 Color Page 11x17 for 1 Copy & 1 Color for 2 Copies | 1. | 1 | 1. | $10.000 | $10.00 |

Remark:

1 Original for 1 Copy & 1 Original for 2 Copies //// Minimum  $10.00

| | |
|---|---|
| Subtotal: | $10.00 |
| Credit: | |
| Tax: | $0.60 |
| Freight: | |
| Postage: | |
| **Total:** | $10.60 |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net.  A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500

Ross 49

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

October 1, 2012
Invoice no. 2984

Statement Of Account for Services Rendered September 1, 2012 Through
September 30, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|--:|--:|
| 09/12/12 | Review monthly report | 0.25 | 67.50 |
| 09/12/12 | Review soil data | 0.25 | 67.50 |
| 09/13/12 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| 09/21/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 09/21/12 | Review in-situ injection plan | 0.25 | 67.50 |
| 09/25/12 | Review in-situ workplan | 0.25 | 67.50 |
| 09/27/12 | Review in-situ workplan | 2.50 | 675.00 |
| | Total for Benjamin Ross | 4.00 | 1,080.00 |

## STAFF SUBTOTALS

Benjamin Ross          4.00 hr  @ 270.00    $      1080.00

Total professional time                                    4.00      $ 1,080.00

Other direct costs and travel

09/28/12    Color printing                                                          31.16

Total ODC and travel                                            $      31.16

TOTAL CURRENT CHARGES                                          $ 1,111.16

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 50

# Sequential, Inc.

Copying & Printing Services  Federal ID Number: 52-1914354  **Invoice No: 55891**  9/14/2012

| Client Ref.: | SA-6N |
|---|---|
| Date Received: | 9/12/2012 |
| Date Shipped: | 9/13/2012 |

**Billed To:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

**Requested By:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Color Copying - 8.5x11 | 3. | 1 | 3. | $1.000 | $3.00 |
| Color Copying - 11x17 | 16. | 1 | 16. | $1.650 | $26.40 |

Remark:

1 pdf for 1 copy output

| | |
|---|---|
| Subtotal: | $29.40 |
| Credit: | |
| Tax: | $1.76 |
| Freight: | |
| Postage: | |
| **Total:** | $31.16 |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net. A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500

Sequential, Inc. Copying & Printing Services 1615 L Street, N.W. Suite 330 Washington, D.C. 20036 202-293-0500

Ross 51

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 1, 2012
Invoice no. 2992

Statement Of Account for Services Rendered October 1, 2012 Through
October 31, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|------|-------------|------:|-------:|
| 10/03/12 | E-mail correspondence | 0.25 | 67.50 |
| 10/04/12 | Review in situ workplan | 0.50 | 135.00 |
| 10/04/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/05/12 | Review in situ workplan | 4.75 | 1,282.50 |
| 10/05/12 | Conference call | 1.00 | 270.00 |
| 10/09/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/10/12 | Review in situ plan | 0.25 | 67.50 |
| 10/12/12 | E-mail correspondence | 0.25 | 67.50 |
| 10/15/12 | Review monthly report | 0.25 | 67.50 |
| 10/25/12 | E-mail correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 8.00 | 2,160.00 |

## STAFF SUBTOTALS

Benjamin Ross          8.00 hr  @ 270.00     $     2160.00

| | | Hours | Amount |
|---|---|------:|-------:|
| Total professional time | | 8.00 | $ 2,160.00 |

Other direct costs and travel

| Date | Description | Amount |
|------|-------------|-------:|
| 10/12/12 | Print color pdf | 13.94 |
| | Total ODC and travel | $   13.94 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 52

Page two
Terris, Pravlik and Millian
Study Area Six North Oversight
Invoice no. 2992

TOTAL CURRENT CHARGES                                         $ 2,173.94

Ross 53

# Sequential, Inc.

Copying & Printing Services          Federal ID Number: 52-1914354          Invoice No:   55958          9/28/2012

Client Ref.:     Job No. - SA6N
Date Received:   9/27/2012
Date Shipped:    9/27/2012

| Billed To: | Requested By: |
|---|---|
| Ben Ross<br>Disposal Safety Inc.<br>1001 Connecticutt Ave.,NW<br>Suite 525<br>Washington, DC 20036 | Ben Ross<br>Disposal Safety Inc.<br>1001 Connecticutt Ave.,NW<br>Suite 525<br>Washington, DC 20036 |

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Color Copying - 8.5x11 | 6. | 1 | 6. | $1.000 | $6.00 |
| Black & White Copying High Resolution Printed on Color Cpr. | 15. | 1 | 15. | $0.250 | $3.75 |
| Color Copying - 11x17 | 2. | 1 | 2. | $1.700 | $3.40 |

Remark:

2 PDFs for one copy color

| | |
|---|---|
| Subtotal: | $13.15 |
| Credit: | |
| Tax: | $0.79 |
| Freight: | |
| Postage: | |
| **Total:** | $13.94 |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net.  A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 30, 2012
Invoice no. 2999

Statement Of Account for Services Rendered November 1, 2012 Through
November 30, 2012

RE:  Study Area Six North Oversight

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 11/08/12 | Review in situ workplan | 0.25 | 67.50 |
| 11/08/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 11/08/12 | Review correspondence | 0.25 | 67.50 |
| 11/09/12 | Review TWA data | 0.50 | 135.00 |
| 11/15/12 | Review TWA data | 0.25 | 67.50 |
| 11/16/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 11/30/12 | E-mail correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 2.00 | 540.00 |

## STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 2.00 hr @ 270.00 | $ | 540.00 | |

| | | | |
|---|---|---|---|
| Total professional time | | 2.00 | $  540.00 |

TOTAL CURRENT CHARGES                                        $  540.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 55**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

January 2, 2013
Invoice no. 3009

Statement Of Account for Services Rendered December 1, 2012 Through
December 31, 2012

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 12/14/12 | Review monthly report | 0.25 | 67.50 |
| 12/14/12 | Review Master correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

## STAFF SUBTOTALS

Benjamin Ross              0.50 hr @ 270.00    $    135.00

Total professional time                           0.50    $   135.00

TOTAL CURRENT CHARGES                                      $   135.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

## Ross 56

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn:  Kathleen Millian
1121 12th St., NW
Washington, DC  20005

February 4, 2013
Invoice no. 3019

Statement Of Account for Services Rendered January 1, 2013 Through
January 31, 2013

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 01/10/13 | Review in situ workplan | 0.50 | 135.00 |
| 01/14/13 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| 01/14/13 | Review monthly report | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.00 | 270.00 |

## STAFF SUBTOTALS

Benjamin Ross             1.00 hr  @ 270.00    $      270.00

|  | | |
|---|---|---|
| Total professional time | 1.00 | $  270.00 |

Other direct costs and travel

| 01/23/13 | Color printing | | 52.36 |
|---|---|---|---|
| | Total ODC and travel | | $   52.36 |

TOTAL CURRENT CHARGES                                    $   322.36

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 57

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

March 1, 2013
Invoice no. 3031

Statement Of Account for Services Rendered February 1, 2013 Through
February 28, 2013

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | | |
|---|---|---|---|---|
| 02/13/13 | Review monthly report | | 0.25 | 67.50 |
| 02/19/13 | Discussion w/ A. Alcorn | | 0.25 | 67.50 |
| 02/19/13 | Review Honeywell correspondence | | 0.25 | 67.50 |
| 02/22/13 | Discussion w/ A. Alcorn | | 0.25 | 67.50 |
| 02/22/13 | Research re reductant injection | | 0.50 | 135.00 |
| | Total for Benjamin Ross | | 1.50 | 405.00 |

## STAFF SUBTOTALS

Benjamin Ross                1.50 hr  @ 270.00      $        405.00

Total professional time                                         1.50      $   405.00

TOTAL CURRENT CHARGES                                                      $   405.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 58



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

April 1, 2013
Invoice no. 3039

Statement Of Account for Services Rendered March 1, 2013 Through March
31, 2013

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 03/08/13 | Review master schedule | 0.25 | 67.50 |
| 03/08/13 | Review in situ plan | 1.00 | 270.00 |
| 03/11/13 | Review injection plan | 0.50 | 135.00 |
| 03/11/13 | Discussion w/ A. Alcorn | 0.75 | 202.50 |
| 03/11/13 | Discussion w/ G. Flowers | 0.25 | 67.50 |
| 03/11/13 | Write comments | 1.00 | 270.00 |
| 03/12/13 | Email correspondence re in situ treatment | 0.50 | 135.00 |
| 03/12/13 | Review monthly report | 0.25 | 67.50 |
| 03/14/13 | Technical conference call | 0.25 | 67.50 |
| 03/18/13 | E-mail correspondence | 0.25 | 67.50 |
| 03/20/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 03/22/13 | Discussion w/ G. Flowers | 0.25 | 67.50 |
| 03/22/13 | Discussion & emails w/ S. Egnaczyk | 0.25 | 67.50 |
| 03/25/13 | Conference call re in situ treatment | 0.25 | 67.50 |
| 03/25/13 | Conference call preparation & follow-up | 0.25 | 67.50 |
| 03/27/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |

Total for Benjamin Ross                          6.50        1,755.00

Steven Amter

| | | | |
|---|---|---|---|
| 03/10/13 | Review injection plan | 0.75 | 150.00 |
| 03/11/13 | Review injection plan | 0.25 | 50.00 |

Total for Steven Amter                           1.00          200.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 59

Page two
Terris, Pravlik and Millian
Study Area Six North Oversight
Invoice no. 3039

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 6.50 hr | @ 270.00 | $ | 1755.00 |
| Steven Amter | 1.00 hr | @ 200.00 | $ | 200.00 |

| | | |
|---|---|---|
| Total professional time | 7.50 | $ 1,955.00 |

TOTAL CURRENT CHARGES $ 1,955.00

Ross 60

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian                                      May 1, 2013
Attn: Kathleen Millian                                          Invoice no. 3047
1121 12th St., NW
Washington, DC 20005

Statement Of Account for Services Rendered April 1, 2013 Through April
30, 2013

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 04/15/13 | Review monthly report | 0.25 | 67.50 |
| 04/15/13 | Review in situ workplan | 0.50 | 135.00 |
| 04/16/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 04/17/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 04/17/13 | Review 100% design | 0.50 | 135.00 |
| 04/18/13 | Review 100% design | 2.50 | 675.00 |
| 04/22/13 | Review 100% design | 0.50 | 135.00 |
| | Total for Benjamin Ross | 4.75 | 1,282.50 |

### STAFF SUBTOTALS

Benjamin Ross           4.75 hr  @ 270.00      $      1282.50

Total professional time                          4.75      $ 1,282.50

TOTAL CURRENT CHARGES                                      $ 1,282.50

_001-2_

_641.25_

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 61

# Disposal Safety Incorporated





Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

June 3, 2013
Invoice no. 3056

Statement Of Account for Services Rendered May 1, 2013 Through May 31, 2013

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 05/01/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 05/01/13 | Review 100% design | 0.25 | 67.50 |
| 05/07/13 | Review Carpenter comments | 0.25 | 67.50 |
| 05/08/13 | Review 100% design | 1.00 | 270.00 |
| 05/13/13 | Review monthly report | 0.25 | 67.50 |
| 05/14/13 | Review 100% design comments | 0.25 | 67.50 |
| 05/14/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/16/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/20/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 05/20/13 | Review Berger comment letter | 0.25 | 67.50 |
| 05/22/13 | Email correspondence | 0.25 | 67.50 |
| 05/28/13 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 05/28/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 05/29/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/29/13 | Respond to Honeywell email | 0.75 | 202.50 |
| 05/30/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/30/13 | Respond to Honeywell email | 0.25 | 67.50 |
| 05/31/13 | Review comment response | 0.50 | 135.00 |
| | Total for Benjamin Ross | 6.25 | 1,687.50 |

### STAFF SUBTOTALS

Benjamin Ross        6.25 hr  @ 270.00      $      1687.50

Total professional time                                    6.25    $ 1,687.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

®✏21

pd 843.75

Ross 62

Page two
Terris, Pravlik and Millian
Study Area Six North Oversight
Invoice no. 3056

TOTAL CURRENT CHARGES                                                    $ 1,687.50

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                             July 1, 2013
Attn: Kathleen Millian                                           Invoice no. 3065
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered June 1, 2013 Through July 1,
2013

RE:    Study Area Six North Oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 06/12/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 06/12/13 | Review Master correspondence | 0.25 | 67.50 |
| 06/13/13 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| 06/13/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 06/13/13 | Review monthly report | 0.25 | 67.50 |
| 06/13/13 | Email correspondence | 0.25 | 67.50 |
| 06/13/13 | Conference call re wall shift | 0.75 | 202.50 |
| 06/13/13 | Data evaluation | 0.50 | 135.00 |
| 06/14/13 | Email correspondence | 0.25 | 67.50 |
| 06/18/13 | Review Honeywell data | 0.25 | 67.50 |
| 06/20/13 | Email correspondence | 0.25 | 67.50 |
| 06/25/13 | Review force main memo | 0.50 | 135.00 |
| 06/25/13 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 06/25/13 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| 06/27/13 | Email correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 5.00 | 1,350.00 |

### STAFF SUBTOTALS

Benjamin Ross            5.00 hr  @ 270.00    $      1350.00


Total professional time                                      5.00    $ 1,350.00

pd 675

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 64

Page two
Terris, Pravlik and Millian
Study Area Six North Oversight
Invoice no. 3065

TOTAL CURRENT CHARGES                                                    $ 1,350.00

# ·Disposal Safety Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

August 1, 2013
Invoice no. 3078

Statement Of Account for Services Rendered July 1, 2013 Through July 31, 2013

RE:    SA 6 North and South oversight

Professional time:

Benjamin Ross

| 07/10/13 | Review monthly report | 0.25 | 67.50 |
| 07/11/13 | Email correspondence | 0.25 | 67.50 |
| 07/22/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 07/30/13 | Construction conference call | 0.25 | 67.50 |
| 07/30/13 | Emails re conference call | 0.25 | 67.50 |
| 07/30/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.50 | 405.00 |

### STAFF SUBTOTALS

| Benjamin Ross | 1.50 hr @ 270.00 | $ | 405.00 |

| Total professional time | 1.50 | $ | 405.00 |

TOTAL CURRENT CHARGES                                    $   405.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 66

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

September 3, 2013
Invoice no. 3090

Statement Of Account for Services Rendered August 1, 2013 Through
August 31, 2013

RE:    SA 6 North and South oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 08/01/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 08/13/13 | Biweekly conference call | 0.25 | 67.50 |
| 08/13/13 | Review monthly report | 0.25 | 67.50 |
| 08/15/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 08/22/13 | Review Berger correspondence | 0.25 | 67.50 |
| 08/27/13 | Biweekly conference call | 0.25 | 67.50 |
| 08/28/13 | Email correspondence | 0.25 | 67.50 |
| 08/29/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 2.00 | 540.00 |

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 2.00 hr @ 270.00 | $ | 540.00 | |
| Total professional time | | | 2.00 | $ 540.00 |

TOTAL CURRENT CHARGES                                        $ 540.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 67

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

October 1, 2013
Invoice no. 3101

Statement Of Account for Services Rendered September 1, 2013 Through
September 30, 2013

RE:    SA 6 North and South oversight

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/03/13 | Review Berger correspondence | 0.25 | 67.50 |
| 09/04/13 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| 09/06/13 | Review correspondence | 0.25 | 67.50 |
| 09/09/13 | Review in situ plan for Site 163 | 0.50 | 135.00 |
| 09/10/13 | Review in situ for Site 163 | 0.75 | 202.50 |
| 09/10/13 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| 09/10/13 | Technical conference call | 0.25 | 67.50 |
| 09/11/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 09/12/13 | Review in situ plan for Site 163 | 1.25 | 337.50 |
| 09/13/13 | Review in situ plan for Site 163 | 2.00 | 540.00 |
| 09/13/13 | Discussion w/ K. Hosea | 0.50 | 135.00 |
| 09/13/13 | Review monthly report | 0.25 | 67.50 |
| 09/13/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 09/16/13 | Review plan for in-situ treatment | 0.25 | 67.50 |
| 09/18/13 | Conference call re in situ treatment | 0.50 | 135.00 |
| 09/18/13 | Write in situ treatment comments | 1.25 | 337.50 |
| 09/24/13 | Technical conference call | 0.25 | 67.50 |
| 09/24/13 | Comment on in situ plan | 0.25 | 67.50 |
| 09/25/13 | Email correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 9.75 | 2,632.50 |

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 68

Page two
Terris, Pravlik and Millian
SA 6 North and South oversight
Invoice no. 3101

## STAFF SUBTOTALS

Benjamin Ross                9.75 hr  @ 270.00    $      2632.50

Total professional time                                          9.75       $ 2,632.50

TOTAL CURRENT CHARGES                                                        $ 2,632.50

Ross 69

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 11, 2013
Invoice no. 3108

Statement Of Account for Services Rendered October 1, 2013 Through
October 31, 2013

RE:    SA 6 North and South oversight

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 10/02/13 | Email correspondence | 0.25 | 67.50 |
| 10/08/13 | Technical conference call | 0.25 | 67.50 |
| 10/08/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/14/13 | Review monthly report | 0.25 | 67.50 |
| 10/15/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/22/13 | Biweekly technical conference call | 0.50 | 135.00 |
| 10/25/13 | Review in situ plan | 1.00 | 270.00 |
| 10/29/13 | Review in situ plan | 1.00 | 270.00 |
| 10/29/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/30/13 | Review in situ plan | 0.50 | 135.00 |
| 10/31/13 | Evaluate design | 0.50 | 135.00 |
| | Total for Benjamin Ross | 5.00 | 1,350.00 |

STAFF SUBTOTALS

Benjamin Ross            5.00 hr  @ 270.00      $      1350.00

Total professional time                    5.00    $ 1,350.00

TOTAL CURRENT CHARGES                        $ 1,350.00



1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

®<-----21

Ross 70

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn:  Kathleen Millian
1121 12th St., NW
Washington, DC  20005

November 30, 2013
Invoice no. 3115

Statement Of Account for Services Rendered November 1, 2013 Through
November 30, 2013

RE:     SA 6 North and South oversight

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/04/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 11/04/13 | Review in situ plan | 0.25 | 67.50 |
| 11/05/13 | Technical conference call | 0.25 | 67.50 |
| 11/07/13 | E-mail correspondence | 0.25 | 67.50 |
| 11/08/13 | Email correspondence | 0.25 | 67.50 |
| 11/13/13 | Email correspondence | 0.25 | 67.50 |
| 11/13/13 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 11/13/13 | Review monthly report | 0.25 | 67.50 |
| 11/14/13 | Email correspondence | 0.25 | 67.50 |
| 11/14/13 | Review draft in situ letter | 0.75 | 202.50 |
| 11/15/13 | Email correspondence | 0.25 | 67.50 |
| 11/18/13 | Email correspondence | 0.25 | 67.50 |
| 11/22/13 | Email correspondence | 0.25 | 67.50 |
| 11/25/13 | Email correspondence | 0.25 | 67.50 |
| 11/26/13 | Email correspondence | 0.25 | 67.50 |
| 11/26/13 | Technical conference call | 0.25 | 67.50 |
| 11/27/13 | Email correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 5.00 | 1,350.00 |

## STAFF SUBTOTALS

Benjamin Ross          5.00 hr  @ 270.00     $     1350.00

| | | |
|---|---|---|
| Total professional time | 5.00 | $ 1,350.00 |

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 71

Page two
Terris, Pravlik and Millian
SA 6 North and South oversight
Invoice no. 3115

TOTAL CURRENT CHARGES



$ 1,350.00

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

January 2, 2014
Invoice no. 3123

Statement Of Account for Services Rendered December 1, 2013 Through
December 31, 2013

RE:    SA 6 North and South oversight

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/03/13 | Reschedule conference call | 0.50 | 135.00 |
| 12/03/13 | Technical conference call | 0.25 | 67.50 |
| 12/04/13 | E-mail correspondence | 0.50 | 135.00 |
| 12/04/13 | Arrange site visit | 0.50 | 135.00 |
| 12/05/13 | Arrange site visit | 0.25 | 67.50 |
| 12/08/13 | Travel to site | 1.75 | 472.50 |
| 12/08/13 | Site visit | 1.50 | 405.00 |
| 12/10/13 | E-mail correspondence | 0.25 | 67.50 |
| 12/11/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| 12/12/13 | Technical conference call | 0.25 | 67.50 |
| 12/16/13 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 12/16/13 | Review monthly report | 0.25 | 67.50 |
| 12/16/13 | E-mail correspondence | 0.25 | 67.50 |
| 12/19/13 | E-mail correspondence | 0.25 | 67.50 |
| 12/20/13 | E-mail correspondence | 0.25 | 67.50 |
| 12/23/13 | Email correspondence | 0.25 | 67.50 |
| 12/31/13 | Email correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 8.00 | 2,160.00 |

## STAFF SUBTOTALS

Benjamin Ross          8.00 hr  @ 270.00    $    2160.00

Total professional time                                        8.00    $ 2,160.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 73

Page two
Terris, Pravlik and Millian
SA 6 North and South oversight
Invoice no. 3123

Other direct costs and travel

| 12/08/13 | B. Ross, site visit | |
| 12/08/13 | Hotel | 102.35 |
| 12/08/13 | Zipcar rental | 137.68 |
| 12/08/13 | Breakfast | 9.00 |

Total ODC and travel  $  249.03

TOTAL CURRENT CHARGES  $ 2,409.03

Ross 74

# Expense Report

B Ross                                          Period Ending 12/7/13        19......

Ross 75

| DAY | City and State | Lodging | Transportation | | Automobile Expenses | | | Meals | Local Tax & Carfare | Other Expenses | | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc. | Limousine Taxi, Etc | Mileage | Description | Amount | | | Remark | Amount | |
| SUNDAY | Jersey City | 102 35 | | | | Zipcar | 137 68 | 9 — | | | | |
| MONDAY | | | | | | | | | | | | |
| TUESDAY | | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | |
| Totals | | 102 35 | | | | | 137 68 | 9 — | | | | 249 03 |

Explanation of Other Expenses

☐ Deduct From My Advance

☐ Mail Check To

Total Expenses  249 03

12/7 – Site visit, Jersey City

direct – Honeywell – SA6

Signature  Bin R

Approved By  BR

Note: Was in New Jersey for family event Saturday, no charge for travel to Newark

Wilson Jones
44 500 2 PART PRINTED IN U S A
Carbonless

# my statement

## account

Benjamin Ira Ross

**Your Plan:** Occasional Driving Plan
Save up to 15% with an Extra Value Plan!
Get details here.

**summary**
**credit card charges: $165.88**

## my statement

| date ⌄ | description | amount |
|---|---|---|
| 11 December, 2013 | **Reservation**: Focus Sedan Montminy at 17th/L St NW<br>11 December, 2013, 12:30 PM - 1:30 PM | $11.28 |
| 10 December, 2013 | **Reservation**: Jetta Jalila at 17th/L St NW<br>10 December, 2013, 1:00 PM - 2:30 PM | $16.92 |
| 8 December, 2013 | **Reservation**: Civic Carranza at<br>7 December, 2013, 2:30 PM - 8 December, 2013, 1:30 PM | $137.68 |

| | usage | rate | amount |
|---|---|---|---|
| Daily rate | 1 day | $124.00 | $124.00 |
| Miles included with reservation | 51 miles | $0.00 | $0.00 |
| Sales tax for NJ: 7% | | | $8.68 |
| New Jersey Domestic Security Fee: $5.00 | | | $5.00 |
| | | Total Charges | $137.68 |
| | Billed to credit card ending in 1930 | | $137.68 |
| | | reservation total cost | |

**Notes:**
1. Driving credit does not cover tickets, violations, fees, and other non-usage charges.
2. Charges such as tolls and violations, which Zipcar can receive weeks after a reservation has ended, can affect the total cost of a reservation.

Got questions about your statement? Learn more

Ross 76

**COURTYARD**
**Marriott**

Courtyard by Marriott
Hanover Whippany

157 Rte 10 E.
Whippany, Nj. 07981
T 973.887.8700

B. Ross

Room: 320

Room Type: GENR

Number of Guests: 1

Rate: $89.00          Clerk:

| Arrive: 07Dec13 | Time: 08:21PM | Depart: 08Dec13 | Time: | Folio Number: 24877 | |
|---|---|---|---|---|---|
| **Date** | **Description** | | | **Charges** | **Credits** |
| 07Dec13 | Room Charge | | | 89.00 | |
| 07Dec13 | Room Tax | | | 6.23 | |
| 07Dec13 | Occupancy Tax | | | 7.12 | |
| 08Dec13 | Master Card | | | | 102.35 |
| | Card #: MCXXXXXXXXXXXX1930/XXXX | | | | |
| | Amount:  102.35  Auth: 04592Z  Signature on File | | | | |
| | This card was electronically swiped on 07Dec13 | | | | |
| | | | **Balance:** | **0.00** | |

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Want your final hotel bill by email?  Just ask the Front Desk!  See "Internet Privacy Statement" on Marriott.com.

Ross 77

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                          June 1, 2012
Attn: Kathleen Millian                                          Invoice no. 2956
1121 12th St., NW
Washington, DC 20005

Statement Of Account for Services Rendered May 1, 2012 Through May 31,
2012

RE:    Study Area 6 South

Professional time:

Benjamin Ross

| 05/02/12 | Review soil data | 0.25 | 67.50 |
|---|---|---|---|
| | Total for Benjamin Ross | 0.25 | 67.50 |

### STAFF SUBTOTALS

| Benjamin Ross | 0.25 hr @ 270.00 | $ | 67.50 | | |
|---|---|---|---|---|---|
| | Total professional time | | | 0.25 | $ 67.50 |

TOTAL CURRENT CHARGES                                                $   67.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 78

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

July 2, 2012
Invoice no. 2964

Statement Of Account for Services Rendered June 1, 2012 Through June 30, 2012

RE:    Study Area 6 South

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 06/05/12 | Review Honeywelll submissions | 0.25 | 67.50 |
| 06/18/12 | Review 100% design | 0.25 | 67.50 |
| 06/20/12 | Review 100% design | 5.00 | 1,350.00 |
| 06/21/12 | Review 100% design | 3.00 | 810.00 |
| 06/22/12 | Review 100% design | 4.00 | 1,080.00 |
| 06/25/12 | Write 100% design comments | 4.50 | 1,215.00 |
| 06/26/12 | Write 100% design comments | 3.50 | 945.00 |
| 06/26/12 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 06/27/12 | Write 100% design comments | 3.00 | 810.00 |
| | Total for Benjamin Ross | 24.00 | 6,480.00 |

## STAFF SUBTOTALS

Benjamin Ross          24.00 hr  @ 270.00     $      6480.00

Total professional time                          24.00       $ 6,480.00

Other direct costs and travel

06/28/12     Printing of 100% design appendices                              41.58

Total ODC and travel                             $      41.58

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 79

Page two
Terris, Pravlik and Millian
Study Area 6 South
Invoice no. 2964

TOTAL CURRENT CHARGES                                             $ 6,521.58

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

August 1, 2012
Invoice no. 2972

Statement Of Account for Services Rendered July 1, 2012 Through July 31, 2012

RE:     Study Area 6 South

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 07/16/12 | Revise design comments | 0.75 | 202.50 |
| 07/31/12 | Review Carpenter comments | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.00 | 270.00 |

## STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 1.00 hr @ 270.00 | $ | 270.00 | |
| | Total professional time | | 1.00 | $ 270.00 |
| TOTAL CURRENT CHARGES | | | | $ 270.00 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

# Disposal
# Safety
# Incorporated

7



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

September 4, 2012
Invoice no. 2978

Statement Of Account for Services Rendered August 1, 2012 Through
August 31, 2012

RE:   Study Area 6 South

Professional time:

Benjamin Ross

| | | | | |
|---|---|---|---|---|
| 08/20/12 | Review monthly report | | 0.25 | 67.50 |
| 08/20/12 | Review design comments | | 0.50 | 135.00 |
| | Total for Benjamin Ross | | 0.75 | 202.50 |

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 0.75 hr @ 270.00 | $ | 202.50 | |

| | | | |
|---|---|---|---|
| Total professional time | | 0.75 | $ 202.50 |
| TOTAL CURRENT CHARGES | | | $ 202.50 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 82**

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

October 1, 2012
Invoice no. 2985

Statement Of Account for Services Rendered September 1, 2012 Through
September 30, 2012

RE:    Study Area 6 South

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 09/27/12 | Review comment response | 1.25 | 337.50 |
| | Total for Benjamin Ross | 1.25 | 337.50 |

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 1.25 hr @ 270.00 | $ | 337.50 | |
| | Total professional time | | 1.25 | $  337.50 |

TOTAL CURRENT CHARGES                                          $  337.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 83

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

November 1, 2012
Invoice no. 2993

Statement Of Account for Services Rendered October 1, 2012 Through
October 31, 2012

RE:    Study Area 6 South

Professional time:

Benjamin Ross

| 10/02/12 | Review in situ plan | 1.25 | 337.50 |
|---|---|---|---|
| 10/04/12 | Review in situ plan | 0.50 | 135.00 |
| 10/04/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/05/12 | Review in situ plan | 1.50 | 405.00 |
| 10/08/12 | Review in situ plan | 1.75 | 472.50 |
| 10/09/12 | Review permit | 0.25 | 67.50 |
| 10/17/12 | Review comment reponse | 0.75 | 202.50 |
| 10/18/12 | Review comment response | 0.25 | 67.50 |
| 10/19/12 | Review comment response | 0.75 | 202.50 |
| 10/22/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/23/12 | Draft response to comments | 1.00 | 270.00 |
| 10/23/12 | Review Master correspondence | 0.25 | 67.50 |
| 10/24/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 9.00 | 2,430.00 |

Steven Amter

| 10/08/12 | Review in situ plan | 0.25 | 50.00 |
|---|---|---|---|
| | Total for Steven Amter | 0.25 | 50.00 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

21

Ross 84

# Sequential, Inc.

**Copying & Printing Services**         Federal ID Number: 52-1914354         Invoice No:  **55989**         10/3/2012

| Client Ref.: | SA6S |
| Date Received: | 10/2/2012 |
| Date Shipped: | 10/2/2012 |

**Billed To:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

**Requested By:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Color Copying - 8.5x11 | 44. | 1 | 44. | $0.990 | $43.56 |
| Color Copying - 11x17 | 20. | 1 | 20. | $1.600 | $32.00 |

**Remark:**
1 PDF for 1 Copy output.

| | |
|---|---|
| Subtotal: | $75.56 |
| Credit: | |
| Tax: | $4.53 |
| Freight: | |
| Postage: | |
| **Total:** | $80.09 |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net. A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500

Page two
Terris, Pravlik and Millian
Study Area 6 South
Invoice no. 2993

## STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 9.00 hr @ 270.00 | $ | 2430.00 | |
| Steven Amter | 0.25 hr @ 200.00 | $ | 50.00 | |

| | | |
|---|---|---|
| Total professional time | 9.25 | $ 2,480.00 |

Other direct costs and travel

| | | |
|---|---|---|
| 10/12/12 | Print color pdf | 80.09 |
| | Total ODC and travel | $ 80.09 |
| TOTAL CURRENT CHARGES | | $ 2,560.09 |

Ross 86

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

November 30, 2012
Invoice no. 3000

Statement Of Account for Services Rendered November 1, 2012 Through
November 30, 2012

RE:    Study Area 6 South

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/01/12 | Review design response | 2.00 | 540.00 |
| 11/02/12 | Review design response | 0.75 | 202.50 |
| 11/09/12 | Review TWA data | 0.50 | 135.00 |
| 11/12/12 | E-mail correspondence | 0.25 | 67.50 |
| 11/13/12 | Write design comments | 0.25 | 67.50 |
| 11/14/12 | Email correspondence | 0.25 | 67.50 |
| 11/19/12 | Prepare for technical meeting | 0.50 | 135.00 |
| 11/26/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 11/27/12 | Review design comments | 0.25 | 67.50 |
| 11/30/12 | Review Honeywell response | 0.25 | 67.50 |
| | Total for Benjamin Ross | 5.25 | 1,417.50 |

## STAFF SUBTOTALS

Benjamin Ross          5.25 hr  @ 270.00    $    1417.50

Total professional time          5.25    $ 1,417.50

Other direct costs and travel

11/16/12    Color printing          7.21

Total ODC and travel          $    7.21

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



## Ross 87

Page two
Terris, Pravlik and Millian
Study Area 6 South
Invoice no. 3000

TOTAL CURRENT CHARGES                                                    $ 1,424.71

# Sequential, Inc.

| Copying & Printing Services | Federal ID Number: 52-1914354 | Invoice No:  56194 | 11/14/2012 |

**Client Ref.:**     SA6S
**Date Received:**   11/9/2012
**Date Shipped:**    11/9/2012

| Billed To: | Requested By: |
|---|---|
| Ben Ross<br>Disposal Safety Inc.<br>1001 Connecticutt Ave.,NW<br>Suite 525<br>Washington, DC 20036 | Ben Ross<br>Disposal Safety Inc.<br>1001 Connecticutt Ave.,NW<br>Suite 525<br>Washington, DC 20036 |

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Copying | 36. | 1 | 36. | $0.100 | $3.60 |
| Color Copying - 11x17 | 2. | 1 | 2. | $1.600 | $3.20 |

**Remark:**
2 files for 1 copy

| | |
|---|---|
| Subtotal: | $6.80 |
| Credit: | |
| Tax: | $0.41 |
| Freight: | |
| Postage: | |
| **Total:** | **$7.21** |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net.  A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500

Ross 89

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

January 2, 2013
Invoice no. 3010

Statement Of Account for Services Rendered December 1, 2012 Through
December 31, 2012

RE:    Study Area 6 South

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 12/03/12 | Review comment response | 0.25 | 67.50 |
| 12/03/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 12/10/12 | E-mail correspondence | 0.25 | 67.50 |
| 12/11/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 12/17/12 | Email correspondence | 0.25 | 67.50 |
| 12/21/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.50 | 405.00 |

## STAFF SUBTOTALS

Benjamin Ross          1.50 hr  @ 270.00    $       405.00

Total professional time          1.50    $  405.00

TOTAL CURRENT CHARGES          $  405.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 90

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

February 4, 2013
Invoice no. 3020

Statement Of Account for Services Rendered January 1, 2013 Through
January 31, 2013

RE:     Study Area 6 South

Professional time:

Benjamin Ross

| 01/10/13 | Review comment response | 0.25 | 67.50 |
|---|---|---|---|
| | Total for Benjamin Ross | 0.25 | 67.50 |

### STAFF SUBTOTALS

| Benjamin Ross | 0.25 hr @ 270.00 | $ | 67.50 |
|---|---|---|---|

| Total professional time | 0.25 | $ | 67.50 |
|---|---|---|---|

TOTAL CURRENT CHARGES                                      $    67.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 91

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

March 1, 2013
Invoice no. 3032

Statement Of Account for Services Rendered February 1, 2013 Through
February 28, 2013

RE:    Study Area 6 South

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 02/15/13 | Email correspondence | 0.25 | 67.50 |
| 02/25/13 | Review injection plan | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

### STAFF SUBTOTALS

Benjamin Ross            0.50 hr  @ 270.00      $       135.00

| | | |
|---|---:|---:|
| Total professional time | 0.50 | $   135.00 |

TOTAL CURRENT CHARGES                                        $   135.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

# Disposal Safety Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

May 1, 2013
Invoice no. 3048

Statement Of Account for Services Rendered April 1, 2013 Through April 30, 2013

RE:    Study Area 6 South

Professional time:

Benjamin Ross

0022

| 04/19/13 | Review 100% design | 3.50 | 945.00 |
| 04/22/13 | Review 100% design | 1.00 | 270.00 |
| | Total for Benjamin Ross | 4.50 | 1,215.00 |

## STAFF SUBTOTALS

| Benjamin Ross | 4.50 hr @ 270.00 | $ | 1215.00 |

| | Total professional time | 4.50 | $ 1,215.00 |

TOTAL CURRENT CHARGES                                    $ 1,215.00

$ 60750

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

21

**Ross 93**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                              July 1, 2013
Attn:  Kathleen Millian                                             Invoice no. 3066
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered June 1, 2013 Through July 1,
2013

RE:    Study Area 6 South

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 06/04/13 | Review 100% design response | 0.50 | 135.00 |
| 06/10/13 | Review draft letter | 0.25 | 67.50 |
| 06/28/13 | Review Honeywell correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.00 | 270.00 |

### STAFF SUBTOTALS

Benjamin Ross            1.00 hr  @ 270.00      $      270.00

|  | | | |
|---|---|---|---|
| Total professional time | | 1.00 | $  270.00 |

TOTAL CURRENT CHARGES                                         $   270.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 94

# Disposal
# Safety
# Incorporated



JUN 0 4 2012

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

June 1, 2012
Invoice no. 2950

Statement Of Account for Services Rendered May 1, 2012 Through May 31, 2012

RE:    Colonial Concrete

Professional time:

Benjamin Ross

| 05/21/12 | Review RI / RAWP | 0.25 | 67.50 |
| 05/22/12 | Review RI / RAWP | 4.00 | 1,080.00 |
| 05/22/12 | Discussion with K. Hosea | 0.25 | 67.50 |
| 05/29/12 | Write RI comments | 0.50 | 135.00 |
| | Total for Benjamin Ross | 5.00 | 1,350.00 |

## STAFF SUBTOTALS

| Benjamin Ross | 5.00 hr @ 270.00 | $ | 1350.00 |

| Total professional time | 5.00 | $ 1,350.00 |

TOTAL CURRENT CHARGES                                    $ 1,350.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 95**



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

January 2, 2013
Invoice no. 3005

Statement Of Account for Services Rendered December 1, 2012 Through
December 31, 2012

RE:    Sites 79 and 153 South

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 12/11/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.25 | 67.50 |

### STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 0.25 hr  @ 270.00  $     67.50 | | |
| | Total professional time | 0.25 | $   67.50 |

TOTAL CURRENT CHARGES                                    $   67.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 96



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

February 1, 2012
Invoice no. 2917

Statement Of Account for Services Rendered January 1, 2012 Through
January 31, 2012

RE:   NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 01/12/12 | Discussion with A. Alcorn and B. Bell | 0.25 | 67.50 |
| 01/16/12 | Review methane memo | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

### STAFF SUBTOTALS

Benjamin Ross          0.50 hr  @ 270.00      $      135.00

Total professional time                              0.50    $   135.00

TOTAL CURRENT CHARGES                                        $   135.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



**Ross 97**

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

March 1, 2012
Invoice no. 2923

Statement Of Account for Services Rendered February 1, 2012 Through
February 29, 2012

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 02/23/12 | Review methane investigation | 0.75 | 202.50 |
| | Total for Benjamin Ross | 0.75 | 202.50 |

### STAFF SUBTOTALS

Benjamin Ross             0.75 hr  @ 270.00    $      202.50

Total professional time             0.75     $  202.50

TOTAL CURRENT CHARGES                    $  202.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



**Ross 98**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

April 1, 2012
Invoice no. 2929

Statement Of Account for Services Rendered March 1, 2012 Through March 30, 2012

RE:    NJCU

Professional time:

Benjamin Ross

| 03/01/12 | Review comment response | 1.50 | 405.00 |
|---|---|---|---|
| 03/01/12 | Discussion with K. Hosea | 0.25 | 67.50 |
| 03/02/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| 03/05/12 | Review LTMP | 2.50 | 675.00 |
| 03/26/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| 03/27/12 | Review completion report | 1.50 | 405.00 |
| 03/28/12 | E-mail correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 6.50 | 1,755.00 |

### STAFF SUBTOTALS

Benjamin Ross          6.50 hr  @ 270.00     $     1755.00

| | | |
|---|---|---|
| Total professional time | 6.50 | $ 1,755.00 |

TOTAL CURRENT CHARGES                                $ 1,755.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 99



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                      May 1, 2012
Attn:  Kathleen Millian                                         Invoice no. 2934
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered April 1, 2012 Through April
30, 2012

RE:    NJCU

Professional time:

Benjamin Ross

| 04/02/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 04/03/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 04/09/12 | Review draft letter | 0.25 | 67.50 |
| 04/09/12 | Discussion with M. Weaver | 0.25 | 67.50 |
| 04/11/12 | Discussion with A. Alcorn | 0.75 | 202.50 |
| 04/25/12 | Prepare for conference call | 0.25 | 67.50 |
| 04/25/12 | Conference call with Honeywell | 0.50 | 135.00 |
|  | Total for Benjamin Ross | 2.50 | 675.00 |

## STAFF SUBTOTALS

Benjamin Ross          2.50 hr  @ 270.00      $       675.00

Total professional time                              2.50    $   675.00

TOTAL CURRENT CHARGES                                         $   675.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 100

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

June 1, 2012
Invoice no. 2952

Statement Of Account for Services Rendered May 1, 2012 Through May 31, 2012

RE:  NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 05/09/12 | Review RAR comment response | 0.50 | 135.00 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

### STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 0.50 hr  @ 270.00    $    135.00 | | |
| | Total professional time | 0.50 | $  135.00 |

TOTAL CURRENT CHARGES                                                              $   135.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 101

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

July 2, 2012
Invoice no. 2960

Statement Of Account for Services Rendered June 1, 2012 Through June 30, 2012

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 06/06/12 | Review comment response | 0.50 | 135.00 |
| 06/07/12 | Review comment response | 0.75 | 202.50 |
| 06/07/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 06/12/12 | Review comment response | 1.50 | 405.00 |
| 06/18/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 3.25 | 877.50 |

## STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 3.25 hr @ 270.00 | $ | 877.50 |

| | | |
|---|---|---|
| Total professional time | 3.25 | $ 877.50 |
| TOTAL CURRENT CHARGES | | $ 877.50 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 102**

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

August 1, 2012
Invoice no. 2969

Statement Of Account for Services Rendered July 1, 2012 Through July
31, 2012

RE:   NJCU

Professional time:

Benjamin Ross

| 07/18/12 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 07/18/12 | Review Cornerstone memo | 0.25 | 67.50 |
| 07/27/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 07/27/12 | E-mail correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.25 | 337.50 |

## STAFF SUBTOTALS

Benjamin Ross          1.25 hr  @ 270.00      $      337.50

| | | |
|---|---|---|
| Total professional time | 1.25 | $ 337.50 |

TOTAL CURRENT CHARGES                                        $   337.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 103**



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn:  Kathleen Millian
1121 12th St., NW
Washington, DC  20005

October 1, 2012
Invoice no. 2982

Statement Of Account for Services Rendered September 1, 2012 Through
September 30, 2012

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 09/14/12 | Review groundwater data | 0.50 | 135.00 |
| 09/14/12 | Discussion w/ K. Millian | 0.25 | 67.50 |
| 09/19/12 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
| 09/27/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 09/27/12 | Review remedial action report | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.75 | 472.50 |

## STAFF SUBTOTALS

Benjamin Ross          1.75 hr  @ 270.00     $        472.50

| | | |
|---|---|---|
| Total professional time | 1.75 | $   472.50 |
| TOTAL CURRENT CHARGES | | $   472.50 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 104



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 1, 2012
Invoice no. 2990

Statement Of Account for Services Rendered October 1, 2012 Through
October 31, 2012

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 10/19/12 | Review Cornerstone memo | 0.75 | 202.50 |
| 10/22/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 10/23/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.25 | 337.50 |

## STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 1.25 hr @ 270.00 | $ | 337.50 | |
| | Total professional time | 1.25 | $ | 337.50 |

Other direct costs and travel

| | | |
|---|---|---|
| 10/31/12 | Sequential Inc: Color printing | 10.00 |
| | Total ODC and travel | $ 10.00 |

TOTAL CURRENT CHARGES                                $  347.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



**Ross 105**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 30, 2012
Invoice no. 2997

Statement Of Account for Services Rendered November 1, 2012 Through
November 30, 2012

RE: NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 11/08/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 11/15/12 | Prepare for technical meeting | 0.50 | 135.00 |
| 11/19/12 | Prepare for technical meeting | 1.00 | 270.00 |
| 11/29/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| | Total for Benjamin Ross | 2.00 | 540.00 |

Steven Amter

| | | | |
|---|---|---|---|
| 11/19/12 | Review Cornerstone memo | 0.25 | 50.00 |
| | Total for Steven Amter | 0.25 | 50.00 |

## STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 2.00 hr @ 270.00 | $ | 540.00 | |
| Steven Amter | 0.25 hr @ 200.00 | $ | 50.00 | |

| | | |
|---|---|---|
| Total professional time | 2.25 | $ 590.00 |

TOTAL CURRENT CHARGES $ 590.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 106

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

February 4, 2013
Invoice no. 3017

Statement Of Account for Services Rendered January 1, 2013 Through
January 31, 2013

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 01/17/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 01/22/13 | Meeting with Honeywell | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

## STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 0.50 hr  @ 270.00    $      135.00 | | |
| | Total professional time | 0.50 | $   135.00 |

TOTAL CURRENT CHARGES                                           $   135.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 107

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                           March 1, 2013
Attn: Kathleen Millian                                              Invoice no. 3027
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered February 1, 2013 Through
February 28, 2013

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 02/15/13 | Review test plan | 0.50 | 135.00 |
| 02/19/13 | Review dye test plan | 0.25 | 67.50 |
| 02/21/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 02/22/13 | Email correspondence | 0.25 | 67.50 |
| 02/22/13 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.50 | 405.00 |

Steven Amter

| | | | |
|---|---|---|---|
| 02/15/13 | Review dye test proposal | 0.50 | 100.00 |
| | Total for Steven Amter | 0.50 | 100.00 |

## STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 1.50 hr @ 270.00 | $ | 405.00 |
| Steven Amter | 0.50 hr @ 200.00 | $ | 100.00 |

Total professional time                              2.00          $  505.00

TOTAL CURRENT CHARGES                                              $  505.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 108

# Disposal Safety Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

May 1, 2013
Invoice no. 3045

Statement Of Account for Services Rendered April 1, 2013 Through April 30, 2013

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 04/11/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 04/29/13 | Review liner memo | 2.25 | 607.50 |
| 04/30/13 | Review liner memo | 0.25 | 67.50 |
| | Total for Benjamin Ross | 2.75 | 742.50 |

Steven Amter

| | | | |
|---|---|---|---|
| 04/29/13 | Review liner memo | 0.75 | 150.00 |
| | Total for Steven Amter | 0.75 | 150.00 |

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 2.75 hr | @ 270.00 | $ | 742.50 |
| Steven Amter | 0.75 hr | @ 200.00 | $ | 150.00 |

| | | |
|---|---|---|
| Total professional time | 3.50 | $ 892.50 |

TOTAL CURRENT CHARGES  $  892.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 109

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

June 3, 2013
Invoice no. 3053

Statement Of Account for Services Rendered May 1, 2013 Through May 31,
2013

RE:    NJCU

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|------|-------------|------:|-------:|
| 05/01/13 | Review liner memo | 3.50 | 945.00 |
| 05/01/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/02/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/07/13 | Review liner memo | 0.75 | 202.50 |
| 05/22/13 | Review NJCU liner memo | 1.00 | 270.00 |
| 05/23/13 | Review NJCU liner memo | 0.50 | 135.00 |
| 05/24/13 | Review NJCU liner memo | 0.25 | 67.50 |
| 05/28/13 | Review liner report | 1.00 | 270.00 |
| 05/28/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 05/28/13 | Discussion w/ K. Hosea | 0.75 | 202.50 |
| 05/29/13 | Email correspondence | 0.25 | 67.50 |
| 05/31/13 | Conference call w/ other experts | 0.50 | 135.00 |
| 05/31/13 | Draft question for Honeywell | 0.50 | 135.00 |
| | Total for Benjamin Ross | 9.75 | 2,632.50 |

## STAFF SUBTOTALS

Benjamin Ross          9.75 hr  @ 270.00      $      2632.50

Total professional time                         9.75    $ 2,632.50

TOTAL CURRENT CHARGES                                    $ 2,632.50

pd 1316.25

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 110



# Disposal Safety Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

July 1, 2013
Invoice no. 3062

Statement Of Account for Services Rendered June 1, 2013 Through July 1, 2013

RE:   NJCU

Professional time:

Benjamin Ross

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/03/13 | Email correspondence | 0.50 | 135.00 |
| 06/13/13 | Emails & discussions | 0.25 | 67.50 |
| 06/26/13 | Phone calls w/ E. Slick & A. Alcorn | 0.25 | 67.50 |
| 06/27/13 | Review Honeywell documents | 0.25 | 67.50 |
| 06/28/13 | Review Honeywell documents | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.50 | 405.00 |

## STAFF SUBTOTALS

Benjamin Ross          1.50 hr  @ 270.00      $      405.00

Total professional time                                    1.50    $   405.00

TOTAL CURRENT CHARGES                                               $   405.00



1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 111

# Disposal Safety Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

August 1, 2013
Invoice no. 3074

Statement Of Account for Services Rendered July 1, 2013 Through July 31, 2013

RE:    NJCU

Professional time:

Benjamin Ross

| | | | | |
|---|---|---|---|---|
| 07/01/13 | Discussion w/ A. Alcorn | | 0.25 | 67.50 |
| 07/01/13 | Email correspondence | | 0.25 | 67.50 |
| 07/02/13 | Email correspondence | | 0.25 | 67.50 |
| 07/08/13 | Discussion w/ A. Alcorn | | 0.25 | 67.50 |
| 07/09/13 | Review mass removal memo | | 0.50 | 135.00 |
| 07/15/13 | Review draft letter | | 0.25 | 67.50 |
| 07/17/13 | Review Honeywell correspondence | | 0.25 | 67.50 |
| | Total for Benjamin Ross | | 2.00 | 540.00 |

## STAFF SUBTOTALS

Benjamin Ross          2.00 hr  @ 270.00      $      540.00

Total professional time                                      2.00    $   540.00

TOTAL CURRENT CHARGES                                       $   540.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 112

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

September 3, 2013
Invoice no. 3087

Statement Of Account for Services Rendered August 1, 2013 Through
August 31, 2013

RE:    NJCU

Professional time:

Benjamin Ross

| 08/23/13 | Review Honeywell correspondence | | 0.25 | 67.50 |
|---|---|---|---|---|
| 08/27/13 | Review comment response | | 5.00 | 1,350.00 |
| | Total for Benjamin Ross | | 5.25 | 1,417.50 |

Steven Amter

| 08/27/13 | Review Ross memo | | 0.75 | 150.00 |
|---|---|---|---|---|
| | Total for Steven Amter | | 0.75 | 150.00 |

### STAFF SUBTOTALS

| Benjamin Ross | 5.25 hr @ 270.00 | $ | 1417.50 |
|---|---|---|---|
| Steven Amter | 0.75 hr @ 200.00 | $ | 150.00 |

| Total professional time | 6.00 | $ 1,567.50 |
|---|---|---|

TOTAL CURRENT CHARGES                                      $ 1,567.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 113

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian                                          October 1, 2013
Attn:  Kathleen Millian                                             Invoice no. 3097
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered September 1, 2013 Through
September 30, 2013

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 09/11/13 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 09/11/13 | Revise comments | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---:|
| Benjamin Ross | 0.50 hr  @ 270.00 | $ | 135.00 | |

| | | | |
|---|---|---:|---:|
| Total professional time | | 0.50 | $  135.00 |

TOTAL CURRENT CHARGES                                                 $  135.00

*pc 67.50*

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 114

# Disposal
# Safety
# Incorporated

*CFB*

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 30, 2013
Invoice no. 3112

Statement Of Account for Services Rendered November 1, 2013 Through
November 30, 2013

RE:    NJCU

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 11/05/13 | Discussion w/ K. Hosea | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.25 | 67.50 |

### STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 0.25 hr @ 270.00 | $ | 67.50 |

| | | |
|---|---|---|
| Total professional time | 0.25 | $ 67.50 |
| TOTAL CURRENT CHARGES | | $ 67.50 |

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 115

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

January 2, 2014
Invoice no. 3120

Statement Of Account for Services Rendered December 1, 2013 Through
December 31, 2013

RE:    NJCU

Professional time:

Benjamin Ross

| 12/18/13 | Discussion w/ A. Alcorn | 0.50 | 135.00 |
|---|---|---|---|
| | Total for Benjamin Ross | 0.50 | 135.00 |

### STAFF SUBTOTALS

| Benjamin Ross | 0.50 hr  @ 270.00    $    135.00 | | |
|---|---|---|---|
| | Total professional time | 0.50 | $   135.00 |
| TOTAL CURRENT CHARGES | | | $   135.00 |



1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 116



# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

March 1, 2012
Invoice no. 2927

Statement Of Account for Services Rendered February 1, 2012 Through
February 29, 2012

RE:     SA 5 Groundwater

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 02/01/12 | Review Honeywell response | 0.50 | 135.00 |
| 02/02/12 | Review Honeywell response | 1.50 | 405.00 |
| 02/02/12 | Discussion with G. Flowers | 0.25 | 67.50 |
| 02/13/12 | Discussion with A. Alcorn | 0.50 | 135.00 |
| 02/23/12 | Discussion with A. Alcorn | 0.25 | 67.50 |
| 02/23/12 | Review monitoring report | 0.50 | 135.00 |
| 02/24/12 | Review monitoring report | 0.50 | 135.00 |
| 02/24/12 | Review methane investigation | 0.25 | 67.50 |
| 02/27/12 | Review summary report | 4.00 | 1,080.00 |
| 02/28/12 | Review summary report | 1.00 | 270.00 |
| | Total for Benjamin Ross | 9.25 | 2,497.50 |

### STAFF SUBTOTALS

Benjamin Ross             9.25 hr  @ 270.00      $     2497.50

Total professional time                                   9.25      $ 2,497.50

TOTAL CURRENT CHARGES                                                $ 2,497.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



## Ross 117

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

April 1, 2012
Invoice no. ~~2927~~

*2935*

*per
Ben .*

*Ros
4-17-12*

Statement Of Account for Services Rendered March 1, 2012 Through March 30, 2012

RE:     SA 5 Groundwater

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 03/01/12 | Review comment response | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.25 | 67.50 |

## STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 0.25 hr  @ 270.00 | $ | 67.50 | |
| | Total professional time | | 0.25 | $  67.50 |

TOTAL CURRENT CHARGES                                        $  67.50

Your Account is Paid in Full - Thank You

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



## Ross 118

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 30, 2012
Invoice no. 3001

Statement Of Account for Services Rendered November 1, 2012 Through
November 30, 2012

RE:    SA 5 Groundwater

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 11/28/12 | Review comment & discuss w/ M. Weaver | 0.50 | 135.00 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 0.50 hr @ 270.00 | $ | 135.00 | |
| | Total professional time | | 0.50 | $ 135.00 |

TOTAL CURRENT CHARGES                                        $ 135.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

## Ross 119

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

January 2, 2013
Invoice no. 3011

Statement Of Account for Services Rendered December 1, 2012 Through
December 31, 2012

RE:    SA 5 Groundwater

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 12/04/12 | Review Honeywell correspondence | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.25 | 67.50 |

### STAFF SUBTOTALS

Benjamin Ross                0.25 hr  @ 270.00      $        67.50

| | | |
|---|---|---|
| Total professional time | 0.25 | $ 67.50 |
| TOTAL CURRENT CHARGES | | $ 67.50 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

21

**Ross 120**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

February 4, 2013
Invoice no. 3021

Statement Of Account for Services Rendered January 1, 2013 Through
January 31, 2013

RE:    SA 5 Groundwater

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 01/23/13 | E-mail correspondence | 0.25 | 67.50 |
| 01/23/13 | Review monitoring plan | 0.25 | 67.50 |
| 01/30/13 | Review draft letter | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.75 | 202.50 |

## STAFF SUBTOTALS

Benjamin Ross            0.75 hr  @ 270.00    $      202.50

| | | |
|---|---|---|
| Total professional time | 0.75 | $   202.50 |

TOTAL CURRENT CHARGES                                          $   202.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 121**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

April 1, 2013
Invoice no. 3040

Statement Of Account for Services Rendered March 1, 2013 Through March 31, 2013

RE:    SA 5 Groundwater

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 03/20/13 | Review Honeywell reply | 0.25 | 67.50 |
| 03/21/13 | Review Honeywell reply | 0.25 | 67.50 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

## STAFF SUBTOTALS

Benjamin Ross          0.50 hr  @ 270.00      $      135.00

| | | |
|---|---|---|
| Total professional time | 0.50 | $  135.00 |

TOTAL CURRENT CHARGES                                    $   135.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 122

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

May 1, 2013
Invoice no. 3049

Statement Of Account for Services Rendered April 1, 2013 Through April 30, 2013

RE:    SA 5 Groundwater

Professional time:

Benjamin Ross

132

| | | |
|---|---|---|
| 04/11/13    Discussion w/ A. Alcorn | 0.25 | 67.50 |
| Total for Benjamin Ross | 0.25 | 67.50 |

## STAFF SUBTOTALS

| Benjamin Ross | 0.25 hr  @ 270.00    $    67.50 | | |
|---|---|---|---|

| Total professional time | 0.25 | $ | 67.50 |
|---|---|---|---|

TOTAL CURRENT CHARGES                                                         $    67.50



1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

⊕◆◆◆21

**Ross 123**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

June 3, 2013
Invoice no. 3057

Statement Of Account for Services Rendered May 1, 2013 Through May 31, 2013

RE:  SA 5 Groundwater

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 05/20/13 | Review groundwater comment response | 0.25 | 67.50 |
| 05/22/13 | Review groundwater comment response | 1.00 | 270.00 |
| 05/30/13 | Review draft letter | 0.25 | 67.50 |
| | Total for Benjamin Ross | 1.50 | 405.00 |

### STAFF SUBTOTALS

Benjamin Ross          1.50 hr  @ 270.00     $      405.00

Total professional time                                    1.50     $   405.00

TOTAL CURRENT CHARGES                                              $   405.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 124

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

September 3, 2013
Invoice no. 3091

Statement Of Account for Services Rendered August 1, 2013 Through
August 31, 2013

RE:    SA 5 Groundwater

Professional time:

Benjamin Ross

| 08/22/13 | Review Honeywell correspondence | 0.25 | 67.50 |
|---|---|---|---|
| | Total for Benjamin Ross | 0.25 | 67.50 |

### STAFF SUBTOTALS

| Benjamin Ross | 0.25 hr @ 270.00 | $ | 67.50 | | |
|---|---|---|---|---|---|
| | Total professional time | | | 0.25 | $ 67.50 |

TOTAL CURRENT CHARGES                                    $  67.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 125

# Disposal Safety Incorporated



FEB 0 6 2012

2012

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

February 1, 2012
Invoice no. 2916

Statement Of Account for Services Rendered January 1, 2012 Through
January 31, 2012

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 01/12/12 | Technical conference call | 0.25 | 67.50 |
| 01/13/12 | Review meeting agenda and action items | 0.25 | 67.50 |
| 01/17/12 | Pre-meeting discussion with attorneys | 2.00 | 540.00 |
| 01/17/12 | Travel to New Jersey | 7.25 | 1,957.50 |
| 01/17/12 | All-party meeting | 1.25 | 337.50 |
| | Total for Benjamin Ross | 11.00 | 2,970.00 |

### STAFF SUBTOTALS

Benjamin Ross            11.00 hr  @ 270.00      $      2970.00

Total professional time                                    11.00      $ 2,970.00

Other direct costs and travel

| | | |
|---|---|---|
| 01/27/12 | 1/17 - Attended all-party meeting in Roseland, NJ | 291.00 |
| 01/27/12 | Metro Fare 3.40 | |
| 01/27/12 | Train Fare 142.00 | |
| 01/27/12 | Train Fare 142.00 | |
| 01/27/12 | Metro Fare 3.60 | |
| | Total ODC and travel | $   291.00 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 126

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 2916

TOTAL CURRENT CHARGES                                          $ 3,261.00

Ross 127

# Expense Report

B. Koss

Period Ending 1/17/12    19___

| DAY | City and State | Lodging | Transportation Air, Rail Etc. | Transportation Limousine Taxi. Etc. | Automobile Expenses Mileage | Automobile Expenses Description | Automobile Expenses Amount | Meals | Local Taxi & Carfare | Other Expenses Itemize | Other Expenses Amount | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNDAY | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | |
| TUESDAY | Washington – | | 142 – | | | | | | 3 40 | | | |
| | Roseland – | | 142 – | | | | | | 3 60 | | | |
| | Washington | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | |
| Totals | | 284 – | | | | | | | 7 – | | | 291 – |

Explanation of Other Expenses

1/17 – Attended all-party meeting Roseland NJ

direct – Terris – Master meetings

☐ Deduct From My Advance
☐ Mail Check To

Total Expenses 291 –

Signature B____ K

Approved By BR    1/18/12

Ross 128



Ross 129

# Expense Report

B. Ross

Period Ending 1/19/12 _____ 19_____

| DAY | City and State | Lodging | Transportation | | Automobile Expenses | | | Meals | Local Taxi & Carfare | | Other Expenses | | | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc. | Limousine Taxi, Etc. | Mileage | Description | Amount | | | | Itemize | Amount | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | | | |
| TUESDAY | | | | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | | | |
| THURSDAY | | | 102 — | | | | | | 3 | 60 | | | | |
| | | | 130 — | | | | | | 3 | 40 | | | | |
| FRIDAY | | | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| Totals | | | 232 — | | | | | | 7 | — | | | | 239 — |

**Explanation of Other Expenses**

1/19 – Attended settlement meeting, Trenton NJ

☐ Deduct From My Advance
☐ Mail Check To

direct – Tevris – NL

Total Expenses 239 —

Signature B—— R

Approved By B R    1/20/12

Wilson Jones
Carbonless

Ross 130



Ross 131

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

March 1, 2012
Invoice no. 2922

Statement Of Account for Services Rendered February 1, 2012 Through
February 29, 2012

RE:   Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 02/09/12 | Technical conference call | 0.25 | 67.50 |
| 02/14/12 | All-party conference call | 1.00 | 270.00 |
| | Total for Benjamin Ross | 1.25 | 337.50 |

### STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 1.25 hr  @ 270.00   $   337.50 | | |
| | Total professional time | 1.25 | $  337.50 |

TOTAL CURRENT CHARGES                                           $  337.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 132




APR - 5 2012

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

April 1, 2012
Invoice no. 2928

Statement Of Account for Services Rendered March 1, 2012 Through March 30, 2012

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 03/05/12 | E-mail correspondence re: schedule | 0.25 | 67.50 |
| 03/09/12 | Technical conference call | 0.25 | 67.50 |
| 03/12/12 | Prepare for meeting | 0.25 | 67.50 |
| 03/13/12 | Travel to New Jersey | 7.00 | 1,890.00 |
| 03/13/12 | All-party meeting | 1.00 | 270.00 |
| 03/13/12 | Pre-meeting discussion with attorneys | 1.50 | 405.00 |
| | Total for Benjamin Ross | 10.25 | 2,767.50 |

## STAFF SUBTOTALS

Benjamin Ross          10.25 hr  @ 270.00    $    2767.50

Total professional time                              10.25    $ 2,767.50

Other direct costs and travel

| | | |
|---|---|---|
| 03/13/12 | 3/13 - Attended all-party meeting in Roseland, NJ | 320.80 |
| 03/13/12 | Train to Roseland, NJ - $145.00 | |
| 03/13/12 | Train to Washington, DC - $169.00 | |
| 03/13/12 | Subway Fare - $3.40 | |
| 03/13/12 | Subway Fare - $3.40 | |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 133

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 2928

Total ODC and travel                                    $   320.80

TOTAL CURRENT CHARGES                                   $ 3,088.30

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 2928

Ross 134

# Expense Report

B. Ross

Period Ending 3/13/12 19___

| D A Y | City and State | Lodging | Transportation | | Automobile Expenses | | | Meals | | Local Taxi & Carfare | | Other Expenses | | | | Daily Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc. | Limousine Taxi, Etc. | Mileage | Description | Amount | | | | | Itemize | | Amount | | | |
| SUNDAY | | | | | | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | | | | | | |
| TUESDAY | Washington – Roseland – Washington | | 145 – 169 – | | | | | | | 3 40 3 40 | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | | | | | | |
| Totals | | | 314 – | | | | | | | 6 80 | | | | | | | |

**Explanation of Other Expenses**

3/13 – Atteded all-party meeting
Roseland, NJ

☐ Deduct From My Advance
☐ Mail Check To

direct – Terris –
Master Meetings

Signature _B_____ R_

Approved By BR   3/15/12

Total Expenses 320 80

WilsonJones
44-800 2-PART PRINTED IN U.S.A.
Carbonless

Ross 135



Ross 136

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian                                  May 1, 2012
Attn: Kathleen Millian                                 Invoice no. 2933
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered April 1, 2012 Through April
30, 2012

RE:     Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 04/13/12 | Technical conference call | 0.50 | 135.00 |
| 04/17/12 | All-party conference call | 1.00 | 270.00 |
| | Total for Benjamin Ross | 1.50 | 405.00 |

### STAFF SUBTOTALS

Benjamin Ross          1.50 hr  @ 270.00      $     405.00

| | | |
|---|---|---|
| Total professional time | 1.50 | $   405.00 |

TOTAL CURRENT CHARGES                                    $   405.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 137

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC  20005

June 1, 2012
Invoice no. 2951

Statement Of Account for Services Rendered May 1, 2012 Through May 31, 2012

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 05/10/12 | Technical conference call | 0.50 | 135.00 |
| 05/14/12 | Prepare for meeting | 0.25 | 67.50 |
| 05/15/12 | Travel to New Jersey | 7.25 | 1,957.50 |
| 05/15/12 | All-party meeting | 1.50 | 405.00 |
| 05/15/12 | Pre-meeting discussion with attorneys | 1.50 | 405.00 |
| | Total for Benjamin Ross | 11.00 | 2,970.00 |

### STAFF SUBTOTALS

Benjamin Ross          11.00 hr  @ 270.00     $      2970.00

| | | |
|---|---:|---:|
| Total professional time | 11.00 | $ 2,970.00 |

Other direct costs and travel

| | | |
|---|---|---:|
| 05/16/12 | 5/15 - Attended all-party meeting in Roseland, NJ | 370.00 |
| 05/16/12 |     Train to Roseland, NJ - $169.00 | |
| 05/16/12 |     Train to Washington, DC - $194.00 | |
| 05/16/12 |     Subway Fare - $3.40 | |
| 05/16/12 |     Subway Fare - $3.60 | |
| | Total ODC and travel | $   370.00 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

## Ross 138

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 2951

TOTAL CURRENT CHARGES                                                   $ 3,340.00

# Expense Report

Period Ending 5/15/12 19___

| D A Y | City and State | Lodging | Transportation | | Automobile Expenses | | | Meals | Local Taxi & Carfare | Other Expenses | | Daily Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc. | Limousine Taxi, Etc. | Mileage | Description | Amount | | | Itemize | Amount | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | | |
| TUESDAY | | | 169 — | | | | | | 3 40 | | | | |
| | | | 1 94 — | | | | | | 3 60 | | | | |
| WEDNESDAY | | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | | |
| Totals | | | 363 — | | | | | | 7 — | | | 3 70 | |

**Explanation of Other Expenses**

5/15 - Attended all-party meeting
Roseland, NJ

☐ Deduct From My Advance
☐ Mail Check To

Direct - Terris - Master Mtgs

Signature

Total Expenses  3 70

Approved By

Wilson Jones
44-950 2-PART  PRINTED IN U.S.A.
Carbonless

Ross 140

Riders    **AMTRAK**    Baggage

**1** Name of Passenger
ROSS/BENJAMIN
5021747042

From
NEWARK PENN STA,NJ
To
WASHINGTON,DC
Carrier  Train           Date
2V **2121** 15MAY12
Accom    Space/Car
KB
EXPRSS BSNESS
Form of Payment
IK194.00 1930
Rail Fare                    Accom Charge
$194.00          $.00
Fare Plans                   Total
$194.00

BOAE
Ticket Number              No.   of
1171184577870    01 01
Date of Issue              Reservation #
26APR12          90DFE
PASSENGER RECEIPT

Riders    **AMTRAK**    Baggage

**1** Name of Passenger
ROSS/BENJAMIN
5021747042

From
WASHINGTON,DC
To
NEWARK PENN STA,NJ
Carrier  Train           Date
2V **2104** 15MAY12
Accom    Space/Car
KC
EXPRSS BSNESS
Form of Payment
IK169.00 1930
Rail Fare                    Accom Charge
$169.00          $.00
Fare Plans                   Total
$169.00

COAE
Ticket Number              No.   of
1171184577862    01 01
Date of Issue              Reservation #
26APR12          90DFE
PASSENGER RECEIPT

Ross 141



# Disposal
# Safety
# Incorporated



JUL 0 3 2012

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

July 2, 2012
Invoice no. 2959

Statement Of Account for Services Rendered June 1, 2012 Through June 30, 2012

RE:  ~~Special Master Meetings~~        0032

Professional time:        Gen'l 5-7 BA Expenses

Benjamin Ross

| | | | |
|---|---|---|---|
| 06/18/12 | Technical conference call | 0.25 | 67.50 |
| 06/18/12 | Prepare for meetings | 0.25 | 67.50 |
| 06/19/12 | Pre-meeting discussion w/ attys | 1.50 | 405.00 |
| 06/19/12 | Travel to New Jersey | 7.00 | 1,890.00 |
| 06/19/12 | All-party meeting | 1.75 | 472.50 |
| | Total for Benjamin Ross | 10.75 | 2,902.50 |

## STAFF SUBTOTALS

Benjamin Ross        10.75 hr  @ 270.00    $    2902.50

Total professional time        10.75    $ 2,902.50

Other direct costs and travel

| | | |
|---|---|---|
| 06/19/12 | Attended Special Master meeting, Roseland NJ | |
| 06/19/12 | Rail fare | 339.00 |
| 06/19/12 | Subway fares | 7.00 |
| | Total ODC and travel | $    346.00 |

TOTAL CURRENT CHARGES        $ 3,248.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 142

# Disposal Safety Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

August 1, 2012
Invoice no. 2968

Statement Of Account for Services Rendered July 1, 2012 Through July 31, 2012

RE:     Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 07/12/12 | Technical conference call | 0.50 | 135.00 |
| 07/13/12 | Prepare for groundwater meeting | 0.50 | 135.00 |
| 07/16/12 | Prepare for groundwater meeting | 0.50 | 135.00 |
| 07/17/12 | Pre-meeting discussion w/ attorneys | 1.00 | 270.00 |
| 07/17/12 | Travel to New Jersey | 8.00 | 2,160.00 |
| 07/17/12 | All-parties meeting & groundwater meeting | 3.75 | 1,012.50 |
| | Total for Benjamin Ross | 14.25 | 3,847.50 |

## STAFF SUBTOTALS

Benjamin Ross           14.25 hr  @ 270.00      $      3847.50

| | | |
|---|---|---|
| Total professional time | 14.25 | $ 3,847.50 |

Other direct costs and travel

| | | |
|---|---|---|
| 07/17/12 | B. Ross attended all-party meeting, Roseland NJ | |
| 07/17/12 | Rail fare | 387.00 |
| 07/17/12 | Car rental (zipcar) | 93.81 |
| 07/17/12 | Subway fares | 6.40 |
| | Total ODC and travel | $   487.21 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

## Ross 143

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 2968

TOTAL CURRENT CHARGES                                              $ 4,334.71

# Expense Report

B. Ross #3391 pa    Period Ending 7/17/12    19.

| DAY | City and State | Lodging | Transportation | | Automobile Expenses | | | Meals | Local Taxi & Carfare | Other Expenses | | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc | Limousine Taxi, Etc | Mileage | Description | Amount | | | Itemize | Amount | |
| SUNDAY | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | |
| TUESDAY | Washington — Roseland — Washington | | 145 — 242 — | | | Zipcar | 93 81 | | 3 65 2 75 | | | |
| WEDNESDAY | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | |
| | Totals | | 387 — | | | | 93 81 | | 6 40 | | | |

Explanation of Other Expenses:
7/17 - Roseland NJ - Attended all-party meeting

☐ Deduct From My Advance
☐ Mail Check To

direct - Terris -
Master Meetings

Total Expenses 487 21

Signature _____

Approved by BR    7/18/12

WilsonJones
Carbonless

Ross 145


# zipcar.

986 Raymond Blvd - Newark, NJ - Edison Parking
Tuesday, Jul 17th, 10:30am - 6pm
(seven hours, 30 minutes)

---

close
Subscribe once, and supported calendars can stay in sync with your Zipcar reservations. Or you can download a vCal file and import it into your calendar.

close
```
webcal://www.zipcar.com/members/calendar.ics?
u=49431134&s=237+0+2A28906D746345F6EFBA26A66EB
2BF9BAE94FE84
```

Your calendar not listed? Copy the above URL and add it to any calendar that accepts subscriptions. If you're not sure how to add it, check out your calendar's Help section.

close

## select your waiver    FAQs
Yep, your membership already includes comprehensive insurance. But, you could still get charged up to $750 if something happens with your Zipcar on your watch. You may want to think about getting a waiver for peace of mind. It can cut down or nix that fee.

your damage fee:                          $375

your monthly rate:  see annual rate
Make small payments and get the flexibility to opt out    $5/m
month-to-month.

⊙

With damage fee waivers, payments are automatically charge monthly or annually depending on your choice of waiver. Mem Zipcars are not covered by the waiver.

ROSS/BENJAMIN
5021747042
NEWARK PENN STA,NJ
WASHINGTON,DC
2V 2165 17JUL12
PK EXPRESS FIRST
EX242.00 free upgrade
Rail Fare $242.00        $.00
Fare Plans        $242.00
KOAE
1994270009601    01 01
17JUL12    2D98EC
PASSENGER RECEIPT

ROSS/BENJAMIN
502174704
WASHINGTON,DC
NEWARK PENN STA,N
2V 2104 17JUL12
KD
EXPRSS BSNESS
Rail Fare 145.00 1930
Fare Plans $145.00    $.00
                Total $.00
                $145.00
1884180051494    01 01
06JUL12    2D98EC
PASSENGER RECEIPT

## your reservation

**Your Reservation:**
Tuesday, Jul 17th, 10:30am - 6pm
(seven hours, 30 minutes)

**Billing:**
Estimated Cost: $93.81 (includes 180 miles/day)
Rate: $11.75/hr, $83/day

**Vehicle:**
**Ford Focus Hatchback "Flipping"**
License Plate—FRY9195
large capacity-bike complete, small dresser, chairs
Automatic transmission

# Ross 146

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

September 4, 2012
Invoice no. 2975

Statement Of Account for Services Rendered August 1, 2012 Through
August 31, 2012

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 08/21/12 | All-party conference call | 1.25 | 337.50 |
| | Total for Benjamin Ross | 1.25 | 337.50 |

### STAFF SUBTOTALS

| | | | |
|---|---|---|---|
| Benjamin Ross | 1.25 hr @ 270.00 | $ | 337.50 |
| | Total professional time | 1.25 | $ 337.50 |

TOTAL CURRENT CHARGES                          $ 337.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

⊕◁▭▷21

Ross 147

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn:  Kathleen Millian
1121 12th St., NW
Washington, DC  20005

October 1, 2012
Invoice no. 2981

Statement Of Account for Services Rendered September 1, 2012 Through
September 30, 2012

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 09/12/12 | Discussion w/ S. Egnaczyk | 0.25 | 67.50 |
| 09/13/12 | Technical conference call | 0.50 | 135.00 |
| 09/18/12 | Pre-meeting discussion w/ K. Millian | 1.00 | 270.00 |
| 09/18/12 | Travel to New Jersey | 8.00 | 2,160.00 |
| 09/18/12 | All-party meeting | 2.00 | 540.00 |
| | Total for Benjamin Ross | 11.75 | 3,172.50 |

### STAFF SUBTOTALS

Benjamin Ross           11.75 hr  @ 270.00      $      3172.50

Total professional time                11.75     $ 3,172.50

Other direct costs and travel

| | | |
|---|---|---|
| 09/18/12 | Attended all-party meeting, Roseland NJ | |
| 09/18/12 | Rail fare | 388.00 |
| 09/18/12 | Zipcar rental - Newark to Roseland | 61.58 |
| 09/18/12 | Subway fare | 3.65 |
| 09/18/12 | Taxi fare | 28.00 |
| | Total ODC and travel | $   481.23 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 148**

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 2981

TOTAL CURRENT CHARGES                                                    $ 3,653.73

Ross 149

# Expense Report

B. Ross

Period Ending 9/19/19___

| DAY | City and State | Lodging | Transportation | | Automobile Expenses | | | Meals | Local Taxi & Carfare | Other Expenses | | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc. | Limousine Taxi, Etc. | Mileage | Description | Amount | | | Itemize | Amount | |
| SUNDAY | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | |
| TUESDAY | Washington | | 194 — | | | Zipcar | 61 58 | | 3 65 | | | |
| | Roseland | | 194 — | | | | | | 28 — | | | |
| | Washington | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | |
| | Totals | | 388 — | | | | 61 58 | | 31 65 | | | |

Explanation of Other Expenses
9/18 - Attended all - party meeting, Roseland NJ

☐ Deduct From My Advance
☐ Mail Check To
Direct - Terris -
Master mtgs

Total Expenses 481 23

Signature

Approved by

Wilson Jones 11-462-2-PART PRINTED IN U.S.A. Carbonless

Ross 150



# zipcar

my statement for september 13, 2012 - october 12, 2012 –
zipcar

## account

Benjamin Ira Ross

Your Plan: Occasional Driving Plan
Save up to 15% with an Extra Value Plan! Get details here.

## summary
credit card charges: $117.33

## my statement

| date ▽ | description | | | amount |
|---|---|---|---|---|
| September 18, 2012 | **Reservation:** 3 Hatch Millinor at September 18, 2012, 10:30 AM - 3:00 PM | | | $61.58 |

| | usage | rate | amount |
|---|---|---|---|
| Hours: 10:30 AM - 3:00 PM | 4.5 hours | $ 11.75 | $52.88 |
| Miles included with reservation | 23 miles | $0.00 | $0.00 |
| New Jersey Domestic Security Fee: $5.00 per day | | | $5.00 |
| Sales tax for NJ: 7% | | | $3.70 |
| Total Charges | | | $61.58 |
| Billed to credit card ending in 1930 | | | $ 61.58 |

| date | description | | | amount |
|---|---|---|---|---|
| September 15, 2012 | **Reservation:** Sentra Desktop at September 14, 2012, 5:30 PM - 10:30 PM | | | $55.75 |

| | usage | rate | amount |
|---|---|---|---|
| Hours: 5:30 PM - 10:30 PM | 5 hours | $10.00 | $50.00 |
| Miles included with reservation | 33 miles | $0.00 | $0.00 |
| MD Sales tax: 11.5% | | | $5.75 |
| Total Charges | | | $55.75 |
| Billed to credit card ending in 1930 | | | $55.75 |

## Notes:
1. Driving credit does not cover tickets, violations, fees, and other non-usage charges.
2. Charges such as tolls and violations, which Zipcar can receive weeks after a reservation has ended, can affect the total cost of a reservation.

Got questions about your statement? Learn more

Ross 151

PURCHASE RECEIPT

**A**

Ticket Coupon
01 of 01

I acknowledge receipt of and accept billing to the credit card identified below.

X

Date of Issue    12Sep120314PM

Place of Issue    **WAS**    Res. #    **800-USA-RAIL**

**RES# 2A63DB-120912**

Name of Passenger    **BENJAMIN ROSS**

From

To    2104 WAS-NWK 18Sep12 $ 194.00

Endorsement/Restrictions    2171 NYP-WAS 18Sep12 $ 194.00

Riders

Carrier    Train

Not Valid Before/After

Type Rider    Date

Space/Car

Accom

Status

Time

Form of Payment MC 1930 $388.00

**MERCH ID**
00524

**TRANS ID**
0912MCWOGB8855

Total Charge
$388.00

Fare Plan **AUTH CODE**

Pricing Pt **02382Z**

NRPT 96    STOCK CONTROL NO.

Tkt. Ptr.

**NOT VALID FOR TRAVEL**

**8855**6651996420

**PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS.**

TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

PURCHASE RECEIPT    **AMTRAK**    Baggage

Name of Passenger    **WASHINGTON, DC**

From

To

Carrier    Train    Date

Accom    Space/Car

Form of Payment

Rail Fare    Accom Charge

**REFUND AND EXCHANGE FEES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY.**

Fare Plan    Total

Ticket Number    No.   of

Date of Issue    Reservation #

PASSENGER RECEIPT

Ross 152

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 1, 2012
Invoice no. 2989

Statement Of Account for Services Rendered October 1, 2012 Through
October 31, 2012

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 10/11/12 | Technical conference call | 0.25 | 67.50 |
| 10/15/12 | Review open items list | 0.25 | 67.50 |
| 10/16/12 | All-party conference call | 1.00 | 270.00 |
| | Total for Benjamin Ross | 1.50 | 405.00 |

## STAFF SUBTOTALS

Benjamin Ross          1.50 hr  @ 270.00    $      405.00

| | | |
|---|---|---|
| Total professional time | 1.50 | $ 405.00 |

TOTAL CURRENT CHARGES                                      $   405.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 153**

# Disposal Safety Incorporated



RECEIVED
DEC 04 2012

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 30, 2012
Invoice no. 2996

Statement Of Account for Services Rendered November 1, 2012 Through
November 30, 2012

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 11/08/12 | Technical conference call | 0.25 | 67.50 |
| 11/09/12 | Discussion w/ A. Alcorn | 0.25 | 67.50 |
| 11/13/12 | E-mails and phone call | 0.25 | 67.50 |
| 11/15/12 | Technical conference call | 0.25 | 67.50 |
| 11/16/12 | Email correspondence | 0.25 | 67.50 |
| 11/19/12 | Email correspondence | 0.25 | 67.50 |
| 11/20/12 | Preparatory meeting w/ attorneys | 2.00 | 540.00 |
| 11/20/12 | Travel to New Jersey | 6.75 | 1,822.50 |
| 11/20/12 | All-party meeting | 1.75 | 472.50 |
| 11/20/12 | Groundwater technical meeting | 2.00 | 540.00 |
| | Total for Benjamin Ross | 14.00 | 3,780.00 |

## STAFF SUBTOTALS

Benjamin Ross         14.00 hr  @ 270.00    $    3780.00

| | | |
|---|---|---|
| Total professional time | 14.00 | $ 3,780.00 |

Other direct costs and travel

| | | |
|---|---|---|
| 11/20/12 | Attended all-party meeting, Roseland NJ | |
| 11/20/12 | Rail fare | 423.00 |
| 11/20/12 | Zipcar rental | 74.15 |

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 154**

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 2996

| 11/20/12 | Subway fares | | 7.30 |
|---|---|---|---|
| | Total ODC and travel | $ | 504.45 |

TOTAL CURRENT CHARGES                    $ 4,284.45

# Expense Report

B. Ross #3478

Period Ending 11/20/12 ...19...

| D A Y | City and State | Lodging | | Transportation | | Automobile Expenses | | | Meals | | Local Taxi & Carfare | | Other Expenses | | | | Daily Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Air, Rail Etc | Limousine Taxi Etc | Mileage | Description | Amount | | | | | Itemize | | Amount | | | |
| S U N D A Y | | | | | | | | | | | | | | | | | | |
| M O N D A Y | | | | | | | | | | | | | | | | | | |
| | Washington – | | | 199 – | | | Zipcar | 74 15 | | | 3 65 | | | | | | | |
| | Roseland – | | | 224 – | | | | | | | 3 65 | | | | | | | |
| | Washington | | | | | | | | | | | | | | | | | |
| W | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| T H U R | | | | | | | | | | | | | | | | | | |
| F R I D A Y | | | | | | | | | | | | | | | | | | |
| S A T U R D A Y | | | | | | | | | | | | | | | | | | |
| | Totals | | | 423 – | | | | 74 15 | | | 7 30 | | | | | | 504 45 | |

**Explanation of Other Expenses**

11/20 – Attedel all-party meeting, Roseland NJ

☐ Deduct From My Advance

☐ Mail Check To

direct – Terris – Master meetings

Total Expenses 504 45

Signature

Approved By

Ross 156

AmtrakGuestRewards.com



+ Show more like this  -

## ACTIVITY DETAILS

Every purchase means points for FREE AMTRAK TRAVEL.

Transaction Date
Description

Washington D.C., DC (WAS) - Newark, NJ (NWK)
144347160668, Acela Business Class , Price: $199.00
104
on #: 3E991B

Type

rning

Earn points on everyday purchases, plus double on your Amtrak travel to earn your next free trip faster than ever.

Earned                    500

SHOP NOW

 Earn Free Travel faster than ever

 10% AAA discount

 Journey the Coast Starlight

 This holiday See the Rockettes

 Book early for great deals

## Your reward options

15,000 1 zone roomette

24,000 Acela first class roundtrip

40,000 2 zone bedroom

View All

## More ways to earn

Rent a car with Hertz and receive quadruple points, plus save up to 25%

Protect your identity with LifeLock and earn 2,000 Amtrak Guest Rewards points

Buy Points for more rewards

Transfer points for more rewards

View All

## Common questions

How do I earn Amtrak Guest Rewards points?

How do I register for a promotion?

How do I update My Account information?

When do my points expire?

View all frequently asked questions

NEED HELP?

Contact us or call
1-888-707-6600

Ross 157

AmtrakGuestRewards.com



ACTIVITY DETAILS

11/20/2012

**Newark, NJ (NWK) - Washington D.C., DC (WAS)**
*Ticket:* #3144347160676, Acela Business Class , Price: $224.00
*Train #:* 2165
*Reservation #:* 3E991B

Travel Earning

500

Earned                500

Show more like this

 Earn Free Travel faster than ever

 10% AAA discount

 Journey the Coast Starlight

 This holiday See the Rockettes

 Book early for great deals

## Your reward options

15,000 1 zone roomette

24,000 Acela first class roundtrip

40,000 2 zone bedroom

View All

## More ways to earn

Rent a car with Hertz and receive quadruple points, plus save up to 25%

Protect your identity with LifeLock and earn 2,000 Amtrak Guest Rewards points

Buy Points for more rewards

Transfer points for more rewards

View All

## Common questions

How do I earn Amtrak Guest Rewards points?

How do I register for a promotion?

How do I update My Account information?

When do my points expire?

View all frequently asked questions

NEED HELP?

Contact us or call
1-888-707-6600

Ross 158

## account

Benjamin Ira Ross

**Your Plan:** Occasional Driving
Plan
Save up to 15% with an Extra Value
Plan! Get details here.

## summary

**credit card charges: $
111.78**

## my statement

| date ▽ | description | amount |
|---|---|---|
| November 25, 2012 | **Reservation**: Civic Cerdan at November 25, 2012, 8:30 AM - 11:30 AM | $37.63 |
| November 20, 2012 | **Reservation**: Sentra Sheller at November 20, 2012, 10:30 AM - 4:00 PM | $74.15 |

| | usage | rate | amount |
|---|---|---|---|
| Hours: 10:30 AM - 4:00 PM | 5.5 hours | $11.75 | $64.63 |
| Miles included with reservation | 23 miles | $0.00 | $0.00 |
| Sales tax for NJ: 7% | | | $4.52 |
| New Jersey Domestic Security Fee: $ 5.00 | | | $5.00 |
| Total Charges | | | $74.15 |
| Billed to credit card ending in 1930 | | | $ 74.15 |

reservation total cost

**Notes:**
1. Driving credit does not cover tickets, violations, fees, and other non-usage charges.
2. Charges such as tolls and violations, which Zipcar can receive weeks after a reservation has ended, can affect the total cost of a reservation.

Got questions about your statement? Learn more

**Ross 159**

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

January 2, 2013
Invoice no. 3006

Statement Of Account for Services Rendered December 1, 2012 Through
December 31, 2012

RE:     Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 12/13/12 | Technical conference call | 0.25 | 67.50 |
| 12/18/12 | All-party conference call | 0.75 | 202.50 |
| | Total for Benjamin Ross | 1.00 | 270.00 |

## STAFF SUBTOTALS

Benjamin Ross            1.00 hr  @ 270.00      $      270.00

Total professional time                         1.00    $  270.00

TOTAL CURRENT CHARGES                                   $  270.00

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 160

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                                    February 4, 2013
Attn:  Kathleen Millian                                                        Invoice no. 3016
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered January 1, 2013 Through
January 31, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 01/17/13 | Pre-meeting conference call | 0.50 | 135.00 |
| 01/22/13 | Travel to New Jersey | 7.25 | 1,957.50 |
| 01/22/13 | All-party meeting | 2.25 | 607.50 |
| 01/22/13 | Pre-meeting discussion w/ attorneys | 1.50 | 405.00 |
| | Total for Benjamin Ross | 11.50 | 3,105.00 |

## STAFF SUBTOTALS

Benjamin Ross            11.50 hr  @ 270.00    $      3105.00

Total professional time                                          11.50      $ 3,105.00

Other direct costs and travel

| | | |
|---|---|---|
| 01/22/13 | B. Ross attended all-party meeting, Roseland NJ | |
| 01/22/13 | Rail fare | 448.00 |
| 01/22/13 | Subway fares | 6.40 |
| 01/22/13 | Zipcar rental | 67.86 |
| | Total ODC and travel | $    522.26 |

TOTAL CURRENT CHARGES                                                     $ 3,627.26

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 161

Case 2:95-cv-02097-BRM-JAD    Document 1231-15    Filed 04/01/14    Page 170 of 195
PageID: 50380

# Expense Report

B. Ross    pa #3473    Period Ending  1/22/13    19

| DAY | City and State | Lodging | Transportation | | Automobile Expenses | | | Meals | Local Taxi & Cartare | Other Expenses | | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc | Limousine Taxi, Etc | Mileage | Description | Amount | | | Itemize | Amount | |
| SUNDAY | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | |
| | Washington — Roseland — Washington | | 224 — 224 — | | | Zipcar | 67 86 | | 3 65 2 75 | | | |
| | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | |
| Totals | | | 448 — | | | | 67 86 | | 6 40 | | | 522 26 |

Explanation of Other Expenses
1/22 - Attended all-party mtg, Roseland NJ

☐ Deduct From My Advance
☐ Mail Check To

Total Expenses  522 26

Signature  B— R

Approved By  BR    1/23/13

Ross 162

WilsonJones
44392 7-PART PRINTED IN U.S.A.
Carbonless

```
From:       eTickets@amtrak.com
To:         BROSS@disposalsafety.com
Date:       Tue, 15 Jan 2013 10:48:42 -0500
Subject:    Amtrak: eTicket for Your Upcoming Trip
```

**SALES RECEIPT - NOT VALID FOR TRAVEL**                    |Image|

Purchased: 12/30/2012 7:26 AM                    Merchant ID 00666

Modified: 01/15/2013 7:48 AM                     60 Massachusetts
Avenue
Retain for your records.                         Washington, DC 20002
800-USA-RAIL
Amtrak.com

# Reservation Number - 77F471

## WASHINGTON, DC - NEWARK PENN STA, NJ (Round-Trip)

DECEMBER 30, 2012

## Billing Information

| | |
|---|---|
| BENJAMIN ROSS<br>1001 CONNECTICUT AVE. #525<br>WASHINGTON, DC 20036 | |
| **MasterCard** ending in 1930 (Purchase)<br>Authorization Code 05145Z | **$75.00** |
| | **Total**    **$75.00** |

## Change Summary

| | |
|---|---|
| **Original Amount Paid** | **$373.00** |
| Revised Trip Details | |
| **Train 2160: WASHINGTON, DC - NEWARK (PENN STATION) , NJ** | |
| Depart 10:00 AM, Tuesday, January 22, 2013 | |
| 1 ACELA EXPRESS BUSINESS CL SEAT | **$224.00** |
| Ticket Terms & Conditions | |
| ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE | |
| | **Subtotal    $224.00** |

Ross 163

**Train 2167: NEWARK (PENN STATION), NJ - WASHINGTON, DC**

Depart 5:14 PM, Tuesday, January 22, 2013

| | |
|---|---|
| 1 ACELA EXPRESS BUSINESS CL SEAT | **$224.00** |

Ticket Terms & Conditions

ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

| | |
|---|---|
| **Subtotal** | **$224.00** |
| **Revised Fare** | **$448.00** |
| **Total** | **$75.00** |

## Important Information

- We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.
- If you are traveling on the Auto Train you must check in at least two hours before scheduled departure.
- All Amtrak trains except the Auto Train are non-smoking.
- Valid photo ID required. Learn more at www.amtrak.com/ID.
- For baggage policy information, visit www.amtrak.com/baggage.
- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund restrictions or penalties may apply. Review the refund/exchange policy at www.amtrak.com/refundexchange.
- Summary of Conditions of Contract: Ticket valid for carriage or refund for twelve months after date of issue unless otherwise specified. Ticket is a contract of carriage between Amtrak and the ticket holder which is subject to specific terms and conditions. These terms and conditions are available for inspection at Amtrak ticket counters or on the Amtrak website at www.amtrak.com/conditionsofcontract, or may be requested by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at www.amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

Ross 164



# zipcar. wheels when you want them

# my reservation - zipcar

## total cost for this reservation (last updated january 22, 2013)

**Sentra Sheller at**
January 22, 2013, 1:00 PM - 6:00 PM

**total cost: $67.86**

| January 22, 2013 | Reservation | usage | rate | amount |
|---|---|---|---|---|
| | Hours: 1:00 PM - 6:00 PM | 5 hours | $11.75 | $58.75 |
| | Miles included with reservation | 24 miles | $0.00 | $0.00 |
| | Sales tax for NJ: 7% | | | $4.11 |
| | New Jersey Domestic Security Fee: $5.00 | | | $5.00 |

**Total Cost  $67.86**

Billed to credit card ending in 1930    $ 67.86

pending    $0.00

**Notes:**
1. Driving credit does not cover tickets, violations, fees, and other non-usage charges.
2. Charges such as tolls and violations, which Zipcar can receive weeks after a reservation has ended, can affect the total cost of a reservation.

Ross 165

# Sequential, Inc.

## Copying & Printing Services

Federal ID Number: 52-1914354

**Invoice No:  56440**    1/14/2013

| | |
|---|---|
| **Client Ref.:** | SA6N |
| **Date Received:** | 1/10/2013 |
| **Date Shipped:** | 1/11/2013 |

**Billed To:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

**Requested By:**

Ben Ross
Disposal Safety Inc.
1001 Connecticutt Ave.,NW
Suite 525
Washington, DC 20036

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Color Copying  from Email 8.5x11 | 43. | 1 | 43. | $1.000 | $43.00 |
| Color Copying - 11x17 | 4. | 1 | 4. | $1.600 | $6.40 |

**Remark:**

1 pdf for 1 copy Output

| | |
|---|---|
| Subtotal: | $49.40 |
| Credit: | |
| Tax: | $2.96 |
| Freight: | |
| Postage: | |
| **Total:** | $52.36 |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net.  A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500

Ross 166

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

March 1, 2013
Invoice no. 3026

Statement Of Account for Services Rendered February 1, 2013 Through
February 28, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 02/14/13 | Technical conference call | 0.50 | 135.00 |
| 02/19/13 | All-party conference call | 0.75 | 202.50 |
| | Total for Benjamin Ross | 1.25 | 337.50 |

### STAFF SUBTOTALS

| | | | |
|---|---|---|---:|
| Benjamin Ross | 1.25 hr  @ 270.00 | $ | 337.50 |

| | | | |
|---|---|---|---:|
| | Total professional time | 1.25 | $  337.50 |

TOTAL CURRENT CHARGES                                     $  337.50

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 167

# Disposal Safety Incorporated



RECEIVED
APR 2 - 2013

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

April 1, 2013
Invoice no. 3036

Statement Of Account for Services Rendered March 1, 2013 Through March 31, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 03/19/13 | Travel to New Jersey | 7.00 | 1,890.00 |
| 03/19/13 | Pre-meeting discussion w/ attorneys | 1.00 | 270.00 |
| 03/19/13 | All-party meeting | 1.25 | 337.50 |
| | Total for Benjamin Ross | 9.25 | 2,497.50 |

## STAFF SUBTOTALS

Benjamin Ross           9.25 hr @ 270.00    $    2497.50

Total professional time                          9.25    $ 2,497.50

Other direct costs and travel

| | | |
|---|---|---|
| 03/21/13 | 3/19 Attended all-party meeting, Roseland NJ | |
| 03/21/13 | Rail fare Washington - Newark | 149.00 |
| 03/21/13 | Rail fare Newark-Washington | 224.00 |
| 03/21/13 | Subway fares | 7.30 |
| | Total ODC and travel | $ 380.30 |

TOTAL CURRENT CHARGES                              $ 2,877.80

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993



Ross 168

| DAY | City and State | Lodging | Transportation | | Automobile Expense | | | Meals | Local Taxi & Carfare | | Other Expenses | | Daily Total |
| | | | Air, Rail Etc. | Limousine Taxi, Etc | Mileage | Description | Amount | | | | Itemize | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | | |
| TUESDAY | Washington — Roseland — Washington | | 149 — 224 — | | | | | | 3 65 3 65 | | | | |
| WEDNESDAY | | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | | |
| Totals | | | 373 — | | | | | | 7 30 | | | | |

**Explanation of Other Expenses**

3/12 — Attended all-party mtg
Roseland NJ

☐ Deduct From My Advance
☐ Mail Check To

Direct — Terris —
Master Meetings

Total Expenses  380 30

Signature ~B~

Approved By  BR    3/20/13

WilsonJones
44-902 2-PART  PRINTED IN USA
Carbonless

Ross 169

| From: | eTickets@amtrak.com |
| To: | BROSS@disposalsafety.com |
| Date: | Mon, 04 Mar 2013 17:02:32 -0500 |
| Subject: | Amtrak: eTicket for Your Upcoming Trip |

**SALES RECEIPT - NOT VALID FOR TRAVEL**    ▼▼AMTRAK

Purchased: 03/04/2013 2:00 PM

Retain for your records.

Merchant ID 08107

60 Massachusetts Avenue

Washington, DC 20002

800-USA-RAIL

Amtrak.com

# Reservation Number - BC8242

## WASHINGTON, DC - NEWARK PENN STA, NJ (Round-Trip)

MARCH 4, 2013

## Billing Information

BENJAMIN ROSS
1001 CONNECTICUT AVE NW
STE 525
WASHINGTON, DC 20036-

| | |
|---|---|
| **MasterCard** ending in 1930 (Purchase) | **$298.00** |
| Authorization Code 00804Z | |
| **Total** | **$298.00** |

## Purchase Summary

**Train 2104: WASHINGTON, DC - NEWARK (PENN STATION), NJ**

Depart 8:00 AM, Tuesday, March 19, 2013

| | |
|---|---|
| 1 ACELA EXPRESS BUSINESS CL SEAT | $149.00 |

Ticket Terms & Conditions

ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

| | |
|---|---|
| **Subtotal** | **$149.00** |



Ross 171

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian                                        May 1, 2013
Attn: Kathleen Millian                                             Invoice no. 3044
1121 12th St., NW
Washington, DC  20005

Statement Of Account for Services Rendered April 1, 2013 Through April 30, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 04/11/13 | Technical conference call | 0.50 | 135.00 |
| 04/16/13 | All-party conference call | 1.00 | 270.00 |
| | Total for Benjamin Ross | 1.50 | 405.00 |

## STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 1.50 hr @ 270.00 | $ | 405.00 | |
| | Total professional time | | 1.50 | $ 405.00 |

TOTAL CURRENT CHARGES                                                  $  405.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 172

# Disposal Safety Incorporated





Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

June 3, 2013
Invoice no. 3052

Statement Of Account for Services Rendered May 1, 2013 Through May 31, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

*0032*

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/16/13 | Technical conference call | 0.50 | 135.00 |
| 05/16/13 | Prepare for all-party meeting | 0.50 | 135.00 |
| 05/20/13 | Prepare for all-party meeting | 0.25 | 67.50 |
| 05/21/13 | Pre-meeting discussion w/ attorneys | 0.50 | 135.00 |
| 05/21/13 | Travel to New Jersey | 7.50 | 2,025.00 |
| 05/21/13 | All-party meeting | 2.75 | 742.50 |
| | Total for Benjamin Ross | 12.00 | 3,240.00 |

### STAFF SUBTOTALS

Benjamin Ross        12.00 hr  @ 270.00    $    3240.00

Total professional time        12.00    $ 3,240.00

Other direct costs and travel

| Date | Description | Amount |
|---|---|---|
| 05/21/13 | 5/21 - B. Ross attended all-party meeting, Roseland NJ | |
| 05/21/13 | Rail fare | 398.00 |
| 05/21/13 | Subway fares | 6.40 |
| | Total ODC and travel | $ 404.40 |

*pd 1822.20*

1001 Connecticut Ave., NW, Suite 525
Washington, DC 20036
(202) 293-3993

Ross 173

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 3052

TOTAL CURRENT CHARGES                                    $ 3,644.40

# Expense Report

B. Ross    1832    Period Ending 5/23/13    19...

| DAY | City and State | Lodging | Transportation | | Automobile Use | | | Meals | Local Taxi & Carfare | Other Expenses | | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc. | Limousine Taxi, Etc | Mileage | Description | Amount | | | Itemize | Amount | |
| SUNDAY | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | |
| (5/21) | Washington — Roseland — Washington | | 199 — 199 — | | | | | | 3 65 2 75 | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Totals | | | 398 — | | | | | | 6 40 | | | 404 40 |

**Explanation of Other Expenses**

☐ Deduct From My Advance
☐ Mail Check To

Total Expenses 404 40

Signature B— R

Approved By B R    5/23/13

WilsonJones
44-462 2 PART PRINTED IN U.S.A.
Carbonless

Ross 175

Date;      Mon, 29 Apr 2013 15:33:49 -0400
From:      tickets@amtrak.com
To:        bross@disposalsafety.com
Subject:   Amtrak: Reservation Confirmation - THIS IS NOT A TICKET

---

 **AMTRAK**                                                    THIS IS NOT A TICKET

---

**Your receipt, with an eTicket attached as a PDF, has been emailed to:** bross@disposalsafety.com

Print your eTicket (on white paper) prior to travel and present it to the conductor onboard. If you lose it, just print it again. If you change your reservation, reprint your eTicket yourself or obtain a new eTicket at Quik-Trak or from a station ticket agent (if either are available). If your travel plans change, call us before departure to modify your reservation. If you have not done this and do not board your train, your entire reservation will be canceled; the money paid for the trip will be stored in an eVoucher that you may redeem at an Amtrak station ticket office for future travel.

Enjoy the journey.

---

## Reservation Number - 1A62DE

| Amtrak Total | $ |
|---|---|
| 398.00 | |

**Washington, DC - Union Station to Newark, NJ (Round-Trip)**
Tuesday, May 21, 2013

**Passenger(s):** Benjamin Ross
Delay Alert will be sent to bross@disposalsafety.com

## IMPORTANT INFORMATION

- To change your travel plans online you will need your reservation number. Not all reservations are eligible for online modifications. Cancellation and/or refund fees may apply.

- Changes to your itinerary may affect your fare.
- When should you arrive at the station? Check the recommended arrival times for your departure station at Amtrak.com/stations. Allow additional time if you are boarding at a Canadian station, or require ticketing/baggage services or boarding assistance.

- If you are traveling on the Auto Train, motorcycles and vehicles with trailers must check in by 2:00 pm and all other vehicles are recommended to check in by 2:00 pm. Vehicles will not be accepted after 3:00 pm.

- Two carry-on bags, up to 50 lb and 28 x 22 x 14 inches each, are allowed per passenger. For baggage policy information, visit www.amtrak.com/baggage

- Proper photo identification is required for all passengers. www.amtrak.com/ID

- Refund restrictions and penalties for failure to cancel unwanted travel may apply. www.amtrak.com/refund

- Smoking is prohibited in all stations and on all Amtrak services except for a designated area on the Auto Train. www.amtrak.com/smoking

- Questions? Contact us online at www.amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245).

Ross 176

# Disposal
# Safety
# Incorporated

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

July 1, 2013
Invoice no. 3061

Statement Of Account for Services Rendered June 1, 2013 Through July 1, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---:|---:|
| 06/13/13 | Emails & phone calls | 0.25 | 67.50 |
| 06/17/13 | Technical conference call | 0.25 | 67.50 |
| 06/18/13 | All-party conference call | 0.50 | 135.00 |
| | Total for Benjamin Ross | 1.00 | 270.00 |

## STAFF SUBTOTALS

Benjamin Ross          1.00 hr  @ 270.00      $      270.00

| | | |
|---|---:|---:|
| Total professional time | 1.00 | $ 270.00 |

TOTAL CURRENT CHARGES                                           $  270.00



1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 177

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

August 1, 2013
Invoice no. 3073

Statement Of Account for Services Rendered July 1, 2013 Through July 31, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| 07/12/13 | Email correspondence | 0.25 | 67.50 |
| 07/18/13 | Technical conference call | 0.50 | 135.00 |
| 07/22/13 | Prepare for all-party meeting | 0.25 | 67.50 |
| 07/23/13 | Pre-meeting discussion w/ attorneys | 1.25 | 337.50 |
| 07/23/13 | Travel to New Jersey | 7.50 | 2,025.00 |
| 07/23/13 | All-party meeting | 2.00 | 540.00 |
| | Total for Benjamin Ross | 11.75 | 3,172.50 |

## STAFF SUBTOTALS

Benjamin Ross        11.75 hr  @ 270.00    $      3172.50

| | | |
|---|---|---|
| Total professional time | 11.75 | $ 3,172.50 |

Other direct costs and travel

| 07/23/13 | 7/23 Attended all-party meeting, Roseland NJ | |
| 07/23/13 | Rail fare | 385.00 |
| 07/23/13 | Subway fares | 7.30 |
| | Total ODC and travel | $    392.30 |



1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

⊛⬤⧓21

Ross 178

Page two
Terris, Pravlik and Millian
Special Master Meetings
Invoice no. 3073

TOTAL CURRENT CHARGES                                        $ 3,564.80

Ross 179

pense Report

| D A Y | City and State | Lodging | Transportation | | | Automobile | | | Meals | Local Taxi & Carfare | | Other Expenses | | Daily Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Air, Rail Etc. | Limousine Taxi, Etc | Mileage | Description | Amount | | | | Itemize | Amount | | |
| SUNDAY | | | | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | | | | |
| TUESDAY | Washington — | | 180 — | | | | | | | 3 65 | | | | | |
| | Roseland — | | 205 — | | | | | | | 3 65 | | | | | |
| | Washigta | | | | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | | | | |
| | Totals | | 385 — | | | | | | | 7 30 | | | | | |

**Explanation of Other Expenses**

7/23 – Attended all-party meeting, Roseland NJ

☐ Deduct From My Advance
☐ Mail Check To

Direct – Terris – Master Meetings

Signature B———R

Approved By B R    7/24/13

Total Expenses  392 30

WilsonJones
44-956 2-PART  PRINTED IN USA
Carbonless

Ross 180

```
From:      eTickets@amtrak.com
To:        BROSS@disposalsafety.com
Date:      Tue, 09 Jul 2013 16:32:28 -0400
Subject:   Amtrak: eTicket for Your Upcoming Trip
```

**SALES RECEIPT - NOT VALID FOR TRAVEL**                    |Image

Purchased: 07/09/2013 1:32 PM
Retain for your records.

Merchant ID 01127
60 Massachusetts Avenue
Washington, DC 20002
800-USA-RAIL
Amtrak.com

## Reservation Number - 701926

### WASHINGTON, DC - NEWARK PENN STA, NJ (Round-Trip)

JULY 9, 2013

## Billing Information

| | |
|---|---|
| BENJAMIN ROSS<br>1001 CONNECTICUT AVE NW<br>STE 525<br>WASHINGTON, DC 20036- | |
| **MasterCard** ending in 1930 (Purchase)<br>Authorization Code 06634Z | **$385.00** |
| **Total** | **$385.00** |

## Purchase Summary

**Train 2104: WASHINGTON, DC - NEWARK (PENN STATION), NJ**
Depart 8:00 AM, Tuesday, July 23, 2013

| 1 ACELA EXPRESS BUSINESS CL SEAT | $180.00 |
|---|---|

Ticket Terms & Conditions
ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

| **Subtotal** | **$180.00** |
|---|---|

**Train 2121: NEWARK (PENN STATION), NJ - WASHINGTON, DC**
Depart 2:14 PM, Wednesday, July 24, 2013

| 1 ACELA EXPRESS BUSINESS CL SEAT | $205.00 |
|---|---|

Ticket Terms & Conditions
ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

| **Subtotal** | **$205.00** |
|---|---|
| **Total Charged by Amtrak** | **$385.00** |

## Important Information

Ross 181

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

September 3, 2013
Invoice no. 3086

Statement Of Account for Services Rendered August 1, 2013 Through
August 31, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 08/20/13 | All-party conference call | 1.00 | 270.00 |
| | Total for Benjamin Ross | 1.00 | 270.00 |

### STAFF SUBTOTALS

| | | | | |
|---|---|---|---|---|
| Benjamin Ross | 1.00 hr @ 270.00 | $ | 270.00 | |
| | Total professional time | | 1.00 | $ 270.00 |

TOTAL CURRENT CHARGES                                $ 270.00

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 182

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

October 1, 2013
Invoice no. 3096

Statement Of Account for Services Rendered September 1, 2013 Through
September 30, 2013

RE:   Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 09/13/13 | Review agenda for all-party meeting | 0.25 | 67.50 |
| 09/17/13 | Travel to New Jersey | 7.00 | 1,890.00 |
| 09/17/13 | Pre-meeting discussion w/ attorneys | 1.00 | 270.00 |
| 09/17/13 | All-party meeting | 1.50 | 405.00 |
| | Total for Benjamin Ross | 9.75 | 2,632.50 |

### STAFF SUBTOTALS

Benjamin Ross          9.75 hr  @ 270.00     $     2632.50

| | | |
|---|---|---|
| Total professional time | 9.75 | $ 2,632.50 |

Other direct costs and travel

| | | |
|---|---|---|
| 09/17/13 | Attended all-party meeting, Roseland NJ | |
| 09/17/13 | Rail fare | 357.00 |
| 09/17/13 | Subway fare | 7.30 |
| | Total ODC and travel | $   364.30 |

TOTAL CURRENT CHARGES                                    $ 2,996.80

P2 1498.40

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

21

Ross 183

# Disposal
# Safety
# Incorporated



RECEIVED
NOV 1 3 REC'D

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 11, 2013
Invoice no. 3105

Statement Of Account for Services Rendered October 1, 2013 Through October 31, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 10/15/13 | All-party conference call | 0.50 | 135.00 |
| | Total for Benjamin Ross | 0.50 | 135.00 |

### STAFF SUBTOTALS

Benjamin Ross          0.50 hr  @ 270.00    $     135.00

| | | |
|---|---|---|
| Total professional time | 0.50 | $ 135.00 |

TOTAL CURRENT CHARGES                                    $   135.00



1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 184

# Disposal
# Safety
# Incorporated

*Entered into TS
by CS*

*CFB*

DEC 03 2013

RECEIVED

Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

November 30, 2013
Invoice no. 311b

Statement Of Account for Services Rendered November 1, 2013 Through
November 30, 2013

*General SA 5-7 Matters.*
*# 0032*

RE:     Special Master Meetings

Professional time:

Benjamin Ross

| | | | |
|---|---|---|---|
| 11/14/13 | Technical conference call | 0.50 | 135.00 |
| 11/19/13 | Pre-meeting discussion w/ attorneys | 1.00 | 270.00 |
| 11/19/13 | Travel to New Jersey | 7.00 | 1,890.00 |
| 11/19/13 | All-party meeting | 2.50 | 675.00 |
| | Total for Benjamin Ross | 11.00 | 2,970.00 |

## STAFF SUBTOTALS

Benjamin Ross            11.00 hr @ 270.00      $      2970.00

Total professional time            11.00      $ 2,970.00

Other direct costs and travel

| | | |
|---|---|---|
| 11/19/13 | B Ross, attended all-party meeting, Roseland NJ | |
| 11/19/13 | Rail fare | 304.00 |
| 11/19/13 | Subway fare | 7.30 |
| | Total ODC and travel | $ 311.30 |

TOTAL CURRENT CHARGES            $ 3,281.30

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

**Ross 185**

Case 2:95-cv-02097-BRM-JAD    Document 1231-15    Filed 04/01/14    Page 194 of 195
PageID: 30494

# Expense Report

B. Ross    pd #3635    Period Ending 11/19/13    19.

| DAY | City and State | Lodging | Transportation Air, Rail, Etc | Transportation Limousine, Taxi, Etc | Automobile Expenses Mileage | Automobile Expenses Description | Automobile Expenses Amount | Meals | Local Taxi & Carfare | Other Expenses Items | Other Expenses Amount | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNDAY | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | |
| TUESDAY | Washington— Roseland— Washington | | 152 — 152 — | | | | | | 3 65 3 65 | | | |
| WEDNESDAY | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | |
| Totals | | | 304 — | | | | | | 7 30 | | | 311 30 |

**Explanation of Other Expenses**

11/19 – Attended all-party mtg
Roseland NJ

☐ Deduct From My Advance
☐ Mail Check To

direct – Terris –
Master

Total Expenses  311 30

Signature  B— R

Approved By  B R    11/20/13

Wilson Jones
44-700 2-PART  PRINTED IN USA
Carbonless

87

# Disposal
# Safety
# Incorporated



Terris, Pravlik and Millian
Attn: Kathleen Millian
1121 12th St., NW
Washington, DC 20005

January 2, 2014
Invoice no. 3119

Statement Of Account for Services Rendered December 1, 2013 Through
December 31, 2013

RE:    Special Master Meetings

Professional time:

Benjamin Ross

| 12/17/13 | All-party conference call | 0.75 | 202.50 |
|---|---|---|---|
| | Total for Benjamin Ross | 0.75 | 202.50 |

### STAFF SUBTOTALS

| Benjamin Ross | 0.75 hr @ 270.00 | $ | 202.50 |
|---|---|---|---|

| | Total professional time | 0.75 | $ 202.50 |
|---|---|---|---|

TOTAL CURRENT CHARGES                                          $  202.50

1001 Connecticut Ave., NW Suite 525
Washington, DC 20036
(202) 293-3993

Ross 187