**Plaintiff's Exhibit 16**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| INTERFAITH COMMUNITY ORGANIZATION, *et al.* | ) ) | **FILED ELECTRONICALLY** |
| Plaintiffs, | ) | |
| v. | ) ) | Civ. No. 95-2097 (JLL) |
| HONEYWELL INTERNATIONAL, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| HACKENSACK RIVERKEEPER, INC., *et al.* | ) ) | |
| Plaintiffs, | ) | Civil Action No. 06-22 |
| v. | ) ) | **Consolidated with** |
| HONEYWELL INTERNATIONAL INC., *et al.* | ) ) | **Docket No. 05-05955** **under Docket No. 95-2097** |
| Defendants. | ) ) | |

## AFFIDAVIT OF GEORGE C. FLOWERS

I, George C. Flowers, do hereby affirm and state:

1. I have been retained by counsel for plaintiffs in the above-captioned matter. These cases involve the chromium-contaminated sites that are included in Study Areas 5-7.

2. I am a professor of Earth and Environmental Sciences at Tulane University. I am a geochemist, and I was retained by plaintiffs' counsel to provide expertise regarding chemistry issues. My curriculum vitae is attached as Attachment A.

3. I have been retained by attorneys to work on more than 16 matters in litigation. I am familiar with the level of work required to perform the tasks related to remedy oversight and the level of review of the documents that is necessary for me to

form opinions, express those opinions in comments and reports, and, if necessary, be prepared to present those opinions to the Special Master or Court. In addition, in these cases, as in many others, I provided assistance to plaintiffs' counsel by helping them in understanding technical issues.

4. I am submitting this affidavit in support of the time billed by me and claimed by plaintiffs as part of their 2012-2013 fees application.

5. I have worked on these cases since 2006. In 2012 and 2013, I primarily billed for work done under Study Area 6 North, but I also billed time under other clients, including Study Area 7 and Study Area 6 South. The invoices and related time records for my work on these cases are attached as Attachment B.

6. In 2013 the parties agreed that the Study Areas 6 North and South remedies should go forward as a combined remediation. At that time, work under the Study Areas 6 North and South Consent Decrees became inextricably intertwined and a decision was made by plaintiffs' counsel that experts should bill only to Study Area 6 North.

7. During the 2012-2013 time frame, I have worked on in-situ treatment, chemistry, and analytic issues. Specifically, I have worked on the technical review and comment on the various technical documents, workplans, contractor plans, and 100% Design documents that are related to in-situ treatment at Study Areas 6 North and South. As part of this work I have consulted with Dr. Benjamin Ross and plaintiff's counsel.

8. All of the hours spent on these cases were reasonable and necessary to

2

complete the work requested of me by plaintiffs' counsel given the complexity of the in-situ treatment issues.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March **27**, 2014.

GEORGE C. FLOWERS

3

## CURRICULUM VITAE

Name:                George Conrad Flowers

Rank:                Associate Professor of Earth & Environmental Sciences

Date of Birth:       August 19, 1953

Place of Birth:      Mobile, Alabama

Education:           B.S. in Geology cum laude, University of South Alabama,
                     Mobile Alabama, 1975;

                     M.A. in Geology, University of California, Berkeley, California, 1977;

                     Ph.D. in Geology, University of California, Berkeley, California, 1979;
                     Dissertation:  *Equilibrium and Mass Transfer During Progressive
                                    Metamorphism of Siliceous Dolomites*
                     Committee:    Harold C. Helgeson (Chair);  Alan W. Searcy;
                                   George H Brimhall

                     M.S.E. in Environmental Engineering, Tulane University, New Orleans,
                     Louisiana, 1995.

Positions Held:      1975-1979:  graduate student, teaching assistant, research assistant, University
                     of California, Berkeley;

                     1980:  post-doctoral research fellow, Department of Chemistry and Lawrence
                     Berkeley Laboratory, University of California, Berkeley;

                     1981-1997:  Assistant Professor, Tulane University, New Orleans, Louisiana.

                     1992-98:  Project Director, Louisiana Systemic Initiatives Program (LaSIP)

                     1997-present:  Associate Professor, Tulane University, New Orleans, Louisiana

                     1998- 2006:  Faculty Coordinator, Coordinated Instrumentation Facility

                     1999-2003:  Faculty Coordinator, Uptown Vivarium

                     2000-2003:  Chair, Geology Department

                     2005-2007:  Director, Environmental Studies Program

                     2007-present:  Director, Coordinated Instrumentation Facility

                     2010-2013:  Director, Environmental Studies Program

Honors:

1980,                Phi Beta Kappa
1987,                SEPM Best Paper Award
1990,                SEPM Best Paper Award
1994,                Governor's Award for Excellence in Science Education
2001,                Outstanding Educator Award, SEPM

Affiliations:           Society of Sigma Xi
                        American Institute of Professional Geologists (#6937)
                        Louisiana Board of Professional Engineers (EIT #T-17243)

 Papers:

1)      Wenk, H.R., Hsiao, J., Flowers, G.C., Weibel, M., Ayranci, B., and Fejer, Z., 1977, A
        geochemical survey of granitic rocks in the Bergell Alps:  Schweiz. Mineral. Petrogr. Mitt., v. 57,
        p. 233-265.

2)      Flowers, G.C., 1979, Correction of Holloway's (1977) adaptation of the modified Redlich-Kwong
        equation of state for the calculation of fugacities of molecular species in supercritical fluids of
        geological interest:  Contrib. Min. Pet., v. 69, p. 315-318.

3)      Isphording, W.C. and Flowers, G.C., 1980, Use of classification procedures and discriminant
        analysis in differentiating Tertiary coarse clastics in the Alabama Coastal Plain:  Jour. Sed. Pet.,
        v. 50, p. 31-41.

4)      Helgeson, H.C., Kirkham, D.H., and  Flowers, G.C., 1981, Theoretical prediction of the
        thermodynamic properties of aqueous electrolytes at high pressures and temperatures.  IV.
        Calculation of activity coefficients, osmotic coefficients, and apparent molal and standard and
        relative partial molal properties to 600 C and 5KB:  Amer. Jour. Sci., v. 281, p. 1249-1516.

5)      Helgeson, H.C., Kirkham, D.H., and Flowers, G.C., 1981, Theoretical prediction of the
        thermodynamic properties of aqueous electrolytes at high pressures and temperatures. Parts I-IV:
        Amer. Jour. Sci. Special Volume, 585 pp.

6)      Pitzer, K.S., Rogers, P.Z., Flowers, G.C., and Peiper, J.C., 1981,Thermodynamics of
        high-temperature brines:  Lawrence Berkeley Laboratory Annual Report, p. 31-33.

7)      Flowers, G.C., and Helgeson, H.C., 1983, Equilibrium and mass transfer among phases during
        progressive metamorphism of siliceous dolomites:  Amer. Jour. Sci., v. 283, p. 230-286.

8)      Isphording, W.C. and Flowers, G.C., 1983, Differentiation of unfossiliferous clastic sediments:
        Solutions from the southern portion of the Alabama-Mississippi Coastal Plain:  Tulane Studies in
        Geology and Paleontology, v. 17, p. 59-83.

9)      Isphording, W.C., Stringfellow, J.A., and Flowers, G.C., 1985, Sedimentary and geochemical
        systems in transitional marine sediments in the northern Gulf of Mexico:  Trans. Gulf  Coast
        Assoc. of Geological Societies, v. 35, p. 397-408.

10)     Flowers, G. C., 1986, Computation of the thermodynamic properties of reactions involving
        minerals and aqueous solutions with the aid of the personal computer:  Computers and
        Geosciences, v.12, p. 361- 379.

11)     Isphording, W.C., Imsand, F.D., and Flowers, G.C., 1987, Storm-related rejuvenation of a
        northern Gulf of Mexico estuary: Trans. Gulf Coast Assoc. Geological Societies, v. 37, p.
        357-370.

12)     Isphording, W.C. and Flowers, G.C., 1987, Mobile Bay:  The right estuary in the wrong place:  In
        *Symposium on the Natural Resources of the Mobile Estuary*, Alabama Sea Grant Extension
        Service, p. 165-174.

13)    Isphording, W.C. and Flowers, G.C., 1988, Karst development in coastal plain sands:  A new problem in foundation engineering: Bulletin of the Association of Engineering Geologists, v. 25, p. 95-104.

14)    Isphording, W.C. and Flowers, G.C., 1989, Geological and geochemical characterization of Mobile Bay:  Proc. NOAA Estuary-of-the-Month Program, v. 15, p. 9-25.

15)    Isphording, W.C. and Flowers G.C., 1989, Karst development in coastal plain sands:  A new problem in foundation engineering--A reply to discussion: Bulletin of the Association of Engineering Geologists, v. 26, p. 400-401.

16)    Isphording, W.C., Imsand, F.D. and Flowers, G.C., 1989, Physical characteristics and aging of Gulf Coast estuaries:  Trans. Gulf Coast Assoc. Geological Societies, v. 39, p. 387-401.

17)    Flowers, G.C., and Isphording, W. C., 1990, Environmental sedimentology of the Pontchartrain Estuary:  Trans. Gulf Coast Assoc. Geological Societies, v. 40, P. 237-250.

18)    Isphording, W. C., Flowers, G. C., Markov, Y., Volokhin, Y., and Nechayev, V., 1990, Mineralogy and chemistry of eastern Pacific bottom sediments and nodules, Leg 13 Cruise, V. Akademik Aleksander Vinogradov: in Pacific Annual Volume, 1990, Far Eastern Branch, USSR Academy of Sciences Pacific Oceanographic Institute, Vladivostok, USSR, p. 26-59.

19)    Thorn, K. L., Norvell, R. A., and Flowers, G. C., 1991, Middle Miocene Stratigraphic Traps, Southeast Manila Village Field, Louisiana:  Trans. Gulf Coast Assoc. Geological Societies, v. 41, p.611-626.

20)    Barber, M. E., Flowers, G. C., Reimers, R. S., and Bakeer, R. M., 1993, Phase I:  Subsurface geological study of the Geismar area of Louisiana:  Final Report, LaDEQ contract 25500-93-07, 133 p., 21 plates.

21)    Flowers, G. C., Barber, M. E., Reimers, R. S., and Bakeer, R. M., 1993, Phase II:  Review of BASF and CECOS petitions to continue injection of banned hazardous waste:  Final Report, LaDEQ contract 25500-93-07, 19 p.

22)    Flowers, G. C., Koplitz, L. V., and McPherson, G. L., 1995, The impact of Hurricane Andrew: Changes in texture and chemistry of Barataria Estuary bottom sediments:  Trans. Gulf Coast Assoc. Geological Societies, v. 45, p. 189-194.

23)    Jin, Pekang, Barber, M., and Flowers, G. C., 1996, Numerical modeling of hazardous waste injection near Geismar Louisiana:  Groundwater, v. 34, p. 989-1000.

24)    Flowers, G.C., Suhayda, J. N., Clymire, J. W., McPherson, G. L., Koplitz, L. V., and Poirrier, M. A., 1998, Impact of industrial effluent diversion on Bayou Trepagnier, Louisiana:  Environmental and Engineering Geoscience, v. 4, p. 77-91.

25)    Khosraviani, M., Pavlov, A. R., Flowers, G. C., and Blake, D. A., 1998, Detection of heavy metals using immunoassay:  Optimization and validation of a rapid, portable assay for ionic Cd: Environmental Science and Technology, v. 32, p. 137-142.

26)    Manheim, F. T., Flowers, G. C., McIntire, A. G., Marot, M., and Holmes, C., 1998, Environmental geochemistry and sediment quality in Lake Pontchartrain:  Database development and review:  Trans. Gulf Coast Assoc. Geological Soc. v. 47, p. 337-349.

27)    Marcantonio, F., Flowers, G. C., Thien, L., and Ellgaard, E., 1998, Pb isotopes in tree rings: Chronology of pollution in Bayou Trepagnier, Louisiana:  Environmental Science and Technology, v. 32, p. 2371-2376.

28)     Blake, D. A., Pavlov, A. R., Khosraviani, M., and Flowers, G. C., 1998, Determination of
        cadmium in  water samples by ELISA:  in  *Current Protocols in Field Analytical Chemistry,* V.
        Lopez-Avila, ed.,  John Wiley & Sons, New York, p 3C.1.1-3C.1.10.

29)     Flowers, G. C., Barber, M. and Jin, P., 1998, Subsurface geology of hazardous waste injection
         sands near Geismar, Louisiana:  Environmental and Engineering Geoscience, v. 4, p. 341-360.

30)     Marcantonio, F., Flowers, G.C., and Templin, N., 2000, Lead isotopes as fingerprints of pollution
        in Bayou Trepagnier, Louisiana:  Environmental Geology,  39, p. 1070-1076.

31)     Devall,  Margaret  S., Thien, L. B., Flowers, G. C., Ellgaard, E., 2006,  Lead transport  into
        Bayou  Trepagnier  wetlands  in Louisiana, USA: Journal of Environmental Quality, v. 35, p. 758-
        765.

32)     Isphording, W. C., Allison, D. T., and Flowers, G. C., 2007, Occurrence of primary magnesium
        silicates (palygorskite-sepiolite) in karst terranes:  Proceedings of the 12[th]International Conference
        on Water-Rock Interaction, v. 2, p. 1671-1674.

33)     MacIntosh,  D. L., Stewart, J. H., Sabato,  J., Myatt, T., Flowers G. C., Brown, K., Hlinka, D.,
        Sullivan, D., 2010, Use of CALPUFF for exposure assessment in a near-field, complex terrain
        setting:  Atmospheric Environment, v. 44, p. 262-270.

34)     Poirrier, M., Dunn, C. N., Caputo, C. E., Flowers, G. C., and Adams, J. M., 2013, The role of
        ENSO climate shifts and the increase in the frequency and intensity of storm surges in the decline
        of large *Rangia cuneata* clams in Lake Pontchartrain:  Basics of the Basin Annual Meeting
        Proceedings, p. 177-196.

35)     Rosenheim, B. E., Pendergraft, M. A., Flowers, G. C., Carney, R., Sericano, J., Amer, R. M.,
        Chanton, J., Dincer, Z., and Wade, T. L., 2014, Employing extant stable carbon isotope data in
        Gulf of Mexico sedimentary organic matter for oil spill studies:  Deepsea Research, Special
        Volume on the Deep Horizon Oil Spill, in press.

Papers Read:

1)      Isphording, W.C., Flowers, G.C., and Sokolosky, P.K., 1975,The mineralogy of Citronelle and
        Lisbon Formation sediments and their significance in the genesis of high elevation coarse clastics
        in Clarke and Choctaw Counties:  Abstracts with Prog., Alabama Academy of Science, Annual
        Meeting, Auburn, Alabama, p. 13.

2)      Isphording, W.C., Flowers, G.C., and Sokolosky, P.K., 1976, Use of discriminant function
        analysis and classification procedures in differentiating Tertiary coarse clastics in Alabama:
        Abstracts with Prog., South Central Meeting, Geol. Soc. America, Houston, Texas, p. 24-25.

3)      Flowers, G.C., 1978, Equilibrium and mass transfer among phases during progressive
        metamorphism of siliceous dolomites:  Abstracts with Prog., Annual Meeting, Geol.
        Soc. America, Toronto, Canada, p. 402.

4)      Flowers, G.C., 1981, Progressive metamorphism of impure carbonate rocks: Energy
        requirements:  Trans. Amer. Geophys. Union, v. 62, p. 1058.

5)      Flowers, G.C., 1983, Thermodynamic properties of water at elevated temperatures and pressures:
        Revision of the SUPCRT thermochemical code: Trans.  Amer. Geophys. Union, v. 64, p. 875.

6)      Isphording, W.C., Stringfellow, J.A., and Flowers, G.C., 1984, Comparison of heavy metal
        partitioning behavior from bays and estuaries of the northern Gulf Coast:  Trans. Amer. Geophys.
        Union, v. 65, p. 953.

7)      Isphording, W.C., Stringfellow, J.A., and Flowers, G.C., 1985, Sedimentary and geochemical
        systems in estuarine sediments of the northern Gulf of Mexico:   Gulf Coast Assoc. of Geological
        Societies, Annual Meeting, Austin, Texas, p. 14.

8)      Flowers, G.C. and Isphording, W.C., 1985, Telogenetic alteration of  Citronelle Formation
        sediments in southwestern Alabama: Proceedings of the SEPM Research Conference on *The
        Timing of Siliciclastic Diagenesis and Petroleum Migration*, p. 21.

9)      Isphording, W.C. and Flowers, G.C., 1985, Subsidence problems related to the development of
        siliciclastic karst on the Citronelle Formation of southwestern Alabama:  Abstracts with Prog.,
        Annual Meeting, Geol. Soc. America, v. 17, Orlando, Florida, p. 617.

10)     Isphording, W.C. and Flowers, G.C., 1985, Use of heavy metal partitioning as an indicator of
        environmental hazards:  Trans. Amer. Geophys. Union, v. 66, p. 940.

11)     Flowers, G.C., Nelson, S.A., and Isphording, W.C., 1986, Origin and significance of volcanic ash
        from the Loltun Caves, Yucatan, Mexico:  Abstracts with Prog., Annual Meeting, Geol. Soc.
        America, v. 16, San Antonio, Texas, p. 603.

12)     Flowers, G.C., and Isphording, W.C., 1987, Storm-related rejuvenation of a northern Gulf of
        Mexico estuary:  A.A.P.G. Bulletin, v. 71, p. 1117.

13)     Isphording, W.C. and Flowers, G.C., 1987, Mobile Bay:  The right estuary in the wrong place:
        2nd NOAA Symposium on the Natural Resources of the Mobile Estuary, Alabama, p. 165.

14)     Isphording, W.C. and Flowers, G.C., 1988, Man-induced dissolution of siliciclastic sediments by
        strong alkali attack:  Abstracts with Prog., V. M. Goldschmidt Conference, Baltimore, Maryland,
        p. 49.

15)     Flowers, G.C., Durfee, A.W., and Isphording, W.C., 1988, Environmental sedimentology of the
        Pontchartrain-Maurepas estuarine complex: Trans. Gulf Coast Assoc. of Geological Societies, v.
        38, p. 579.

16)     Isphording, W.C. and Flowers, G.C., 1989, Aging and sediment characteristics of northern Gulf of
        Mexico estuaries:  Trans. Gulf Coast Assoc. of Geological Societies, v. 39, p. 387.

17)     Isphording, W. C. and Flowers, G.C., 1990, Lake Pontchartrain, Louisiana: To dredge or not to
        dredge--a case history:  Assoc. Engineering Geologists, Annual Meeting, Pittsburgh,
        Pennsylvania, p. 85.

18)     Flowers, G. C., and Isphording, W. C., 1990, Environmental sedimentology of the Pontchartrain
        Estuary: Trans. Gulf Coast Assoc. of Geological Societies, v. 40., p. 237.

19)     Thorn, K. L., Norvell, R. A., and Flowers, G. C., 1991, Middle Miocene Stratigraphic Traps,
        Southeast Manila Village Field, Louisiana: Trans. Gulf Coast Assoc. Geological Societies, v. 41,
        p. 611.

20)     Isphording, W. C., and Flowers, G. C., 1995, Effects of storm events on sediment distribution
        patterns in northern Gulf of Mexico estuaries: *Basics of the Basin Symposium*, University of New
        Orleans, New Orleans, Louisiana, p. 35.

21)   Liu, Schuang, Flowers, G. C., and Isphording, W. C., 1995, Transport of heavy metals into Lake Pontchartrain via outfall canals:  *Basics of the Basin Symposium*, University of New Orleans, New Orleans, Louisiana, p. 38.

22)   Flowers, G. C., Koplitz, L. V., and McPherson, G. L., 1995, The impact of Hurricane Andrew: Changes in texture and chemistry of Barataria Estuary bottom sediments:  Trans. Gulf Coast Assoc. Geological Societies, v. 45, p. 189.

23)   Koplitz, L., Flowers, G., McPherson, G., Clymire, J., Dowling, J., Ramirez, S., and Washington, W., 1995, Distribution and behavior of heavy metals in Bayou Trepagnier, Norco, Louisiana: *Metal Speciation and Contamination of Surface Waters Conference*, Jekyll Island, Georgia, p. 38.

24)   Mishra, S., Flowers, G., and Kohl, B., 1996, Benthic foraminifera and heavy metals in Lake Pontchartrain:  *Basics of the Basin Symposium*, Southeastern Louisiana University, Hammond, Louisiana, p. 38.

25)   Koplitz, L., Flowers, G., McPherson, G., Clymire, J., Dowling, J., Ramirez, S., and Washington, W., 1996, Sediment contamination profiles in Bayou Trepagnier before and afterdiversion of industrial discharge:  *Basics of the Basin Symposium*, Southeastern Louisiana University, Hammond, Louisiana, p. 25.

26)   Flowers, G., Poirrier, M., Suhayda, J., Koplitz, L., Clymire, J., and McPherson, G., 1996, Changes in water quality of Bayou Trepagnier after diversion of industrial discharge:  *Basics of the Basin Symposium*, Southeastern Louisiana University, Hammond, Louisiana, p. 17.

27)   Allison, D. T., Isphording, W. C., Flowers, G. C., and  Smith, S., 1996, Comparison of traditional versus GPS survey methods: Technique and results: Abstracts with Prog., Annual Meeting, Geol. Soc. America, Denver, Colorado.

28)   Blake, D. A., Khosraviani, M., Pavlov, A.,  Blake, R. C., and Flowers, G. C., 1996, *Isolation and characterization of metal- specific monoclonal antibodies for use in environmental analysis:* Antibody Engineering Conference.

29)   Blake, D. A., Khosraviani, M., Pavlov, A. R., Yu, H., Flowers, G. C., and Blake, R. C. , III, 1997, *Assay of heavy metals using antibodies to metal chelate complexes:*  Oak Ridge Analytical Conference, Oak Ridge, Tennessee.

30)   Flowers, G. C., and Felton, N. R., 1997,  *An environmental studies approach to science education in Grades 9-12:  NAGT* GeoSciEdII Conference,  Hilo, Hawaii.

31)   Lambert, C. D., Bianchi, T. S., Flowers, G. C., and McPherson, G. L., 1999, The effects of colloidal organic carbon (COC) on the fate and transport of heavy metals in Bayou Trepagnier, Louisiana: Gulf Research Reports, Vol. 10, p. 76.

32)   Isphording, W.C. and G.C. Flowers, 2000, *Teaching best management practices: New emphasis on old  problems of contaminant trespass:  NAGT* GeoSciEdIII Conference, Sydney, Australia.

33)   Flowers, G., Marcantonio, F., Bianchi, T. McKee, B., McPherson, G., and Koplitz, L., 2004, Bayou Trepagnier, Louisiana: A natural laboratory for studying contaminant fate and transport in polluted wetlands:   32nd International Geological Conference, Florence, Italy.

34)   Devall,  M.  S., Thien, L. B., Flowers, G. C., and Ellgaard, E., 2005,  Lead transport  into  Bayou Trepagnier  wetlands  in Louisiana: IUFRO World Forestry Congress, Brisbane, Australia.

35)    Isphording, W. C., Allison, D. T., and Flowers, G. C., 2007, Occurrence of primary magnesium
       silicates (palygorskite-sepiolite) in karst terranes:  Proceedings of the 12[th]International Conference
       on Water-Rock Interaction, Kunming, China.

36)    MacIntosh,  D. L., Stewart, J. H., Sabato,  J., Myatt, T., Flowers G. C., Brown, K., Hlinka, D.,
       Sullivan, D, 2008, Determination of the population at risk of heavy metal exposure from a former
       smelter:  International Society for Exposure Science/International Society for Environmental
       Epidemiology Joint Annual Meeting, Pasadena, CA.

37)    Poirrier, M., Dunn, C. N., Caputo, C. E., Flowers, G. C., and Adams, J. M., 2013, The role of
       ENSO climate shifts and the increase in the frequency and intensity of storm surges in the decline
       of large *Rangia cuneata* clams in Lake Pontchartrain:  Basics of the Basin Annual Meeting, New
       Orleans, LA.

Reviews:

1)     Flowers, G.C., 1983, Review of *Chemical Reaction Equilibrium Analysis* by  William R. Smith
       and Ronald W. Missen  (John Wiley & Sons):  Geochimica et Cosmochimica Acta, v. 47, p. 1657.

2)     Flowers, G. C., 1998, Review of *Roadside Geology of Louisiana* by Darwin Spearing (Mountain
       Press Publishing Co.);  Journal of Geoscience Education, v. 46, p. 101.

Testimony (2005-present):

Drummond vs. Dupont, et al.:  Civil Suit 05-C-148-1, Circuit Court of Harrison County, West Virginia;
       expert reports and depositions; case settled.

Perrine, et al. vs. Dupont, et al.:  Civil Suit 04-C-296-2, Circuit Court of Harrison County, West Virginia;
       expert reports, depositions, and trial testimony.

Bailey, et al., vs. The St. Joe Company:  Case Number 2004-CA-264, Circuit Court of the Fourteenth
       Judicial Circuit in and for Gulf County, Florida; expert report; case settled.

Henry Sanders vs. State of Louisiana, Department of Natural Resources: Case Number  33,917, 28th
       Judicial District Court, LaSalle Parish, Louisiana; expert reports, depositions, and trial testimony.

Steve Crooks and Era Lea Crooks vs. State of Louisiana:  Case Number 224,262, 9th Judicial District
       Court, Rapides Parish, Louisiana; expert reports and depositions; in progress.

Jersey City Municipal Utilities Authority, et al. vs. Honeywell, International, Inc., et al., Civil No. 05-5955,
       United States District Court, District of New Jersey, New Jersey; expert reports and depositions;
       case settled.

Zina G. Bibb, et al. v. Monsanto Company, et al.:   Civil Action No. 04-C-465, Circuit Court of Putnam
       County, West Virginia; expert reports and depositions; case settled.

Lee Bolton, et al., v. Koppers, Inc., et al.: N.D.Fla. Civil  Action No. 1:10-cv-00253.  Attorney
       Work Product thus far; no testimony or expert reports.

The City of Crystal Springs v. BorgWarner, Inc. et al.:  Civil Action No. 2012-0251.  Circuit Court of
       Copiah County, Mississippi; expert report submitted.

Michael Hartle and Jessica Hartle, individually and as Parents and Natural Guardians of G. H., a minor, v.
       First Energy Generation Corp.:  Civil Action 2:08-CV-01019-JFC, U. S. District Court, Western
       District of Pennsylvania; expert report and deposition.

David and Rikki Patrick, et al., v.  First Energy Generation Corp.:  Civil Action 2:08-CV-01025-JFC, U. S. District Court, Western District of Pennsylvania; expert report and deposition.

Robert and Carol Price, et al., v.  First Energy Generation Corp.:  Civil Action 2:08-CV-01030-JFC, U. S. District Court, Western District of Pennsylvania; expert report and deposition.

Kay County Board of County Commissioners v. Freeport McMoRan:  Civil Court CIV 12-601-C, United States District Court, Western District of Oklahoma; expert report submitted and depositions.

<u>Compensation Rates</u>:
General Rate:  $350/hr
Testimony Rate:  $ 400/hr

==ATTACHMENT B==

# George C. Flowers, Ph.D.

# INVOICE

5531 Laurel St.
New Orleans, LA 70115

**DATE:**    2/25/2013
**INVOICE #** 2013-08
**PERIOD:**  1/1/13-2/25/13

**Bill To:**

| | |
|---|---|
| Name | Kathleen Millian |
| Company | Terris, Pravlik & Millian, LLP |
| Address | 1121 12th St., NW |
| City, State ZIP | Washington, DC 20005-4632 |

Case Reference:    SA7 / RDI

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.5 | Review Ben Ross' commentary on SA7 injection wells (2/13) | 350.00 | 525.00 |
| | | **TOTAL** | $ 525.00 |

Flowers 1

# George C. Flowers, Ph.D.

5531 Laurel St.
New Orleans, LA 70115

# INVOICE

DATE:    9/23/2013
INVOICE # 2013-28
PERIOD:  9/1/13-9/20/13

**Bill To:**

| | |
|---|---|
| Name | Kathleen Millian |
| Company | Terris, Pravlik & Millian, LLP |
| Address | 1121 12th St., NW |
| City, State ZIP | Washington, DC 20005-4632 |

Case Reference:    SA6/7

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Review contractor workplan (9/15) | 350.00 | 350.00 |
| 1.25 | Confer with Alicia Alcorn (9/17) | 350.00 | 437.50 |
| 0.5 | Confer with Alicia Alcorn and Ben Ross (9/18) | 350.00 | 175.00 |
| 0.25 | Review comments on workplan (9/20) | 350.00 | 87.50 |
| | | TOTAL | $ 1,050.00 |

entered → RS
2/7/14

Flowers 2

# George C. Flowers, Ph.D.

# INVOICE

5531 Laurel St.
New Orleans, LA 70115

**DATE:**    12/31/2013
**INVOICE #** 2013-34
**PERIOD:**    9/20/13-12/31/13

**Bill To:**

| | |
|---|---|
| Name | Kathleen Millian |
| Company | Terris, Pravlik & Millian, LLP |
| Address | 1121 12th St., NW |
| City, State ZIP | Washington, DC 20005-4632 |

Case Reference:    SA6/7

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.5 | Review Honeywell Responses to In Situ Work Plan | 350.00 | 525.00 |
| 0.5 | Comments on In Situ Workplan and Review of Response | 350.00 | 175.00 |
| | | TOTAL  $ | 700.00 |



Flowers 3

# George C. Flowers, Ph.D.

5531 Laurel St.
New Orleans, LA 70115

# INVOICE

**DATE:** 2/1/2012
**INVOICE #** 2012-03
**PERIOD:** 1/1/12-1/31/12

**Bill To:**

| | |
|---|---|
| Name | Kathleen Millian |
| Company | Terris, Pravlik & Millian, LLP |
| Address | 1121 12th St., NW |
| City, State ZIP | Washington, DC 20005-4632 |

Case Reference:    SA6N

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.25 | Confer with Alicia Alcorn Final In Situ Workplan (1/12/12) | 325.00 | 81.25 |
| 1.5 | Review Final In Situ Workplan and Comment (1/27/12) | 325.00 | 487.50 |
| 0.4 | Confer with Alicia Alcorn Final In Situ Workplan (1231/12) | 325.00 | 130.00 |
| | | TOTAL | $    698.75 |



Flowers 4

# George C. Flowers, Ph.D.

5531 Laurel St.
New Orleans, LA 70115

# INVOICE

**DATE:**    2/28/2012
**INVOICE #** 2012-05
**PERIOD:** ( 2/1/12-2/28/12

**Bill To:**

| | |
|---|---|
| Name | Kathleen Millian |
| Company | Terris, Pravlik & Millian, LLP |
| Address | 1121 12th St., NW |
| City, State ZIP | Washington, DC 20005-4632 |

Case Reference:    SA6N

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.5 | Review Honeywell Shallow Groundwater Report (2/3) | 325.00 | 162.50 |
| 0.25 | Confer with Ben Ross Re: Shallow Groundwater (2/16) | 325.00 | 81.25 |
| 0.25 | Review SA6 Email Correspondence (2/16) | 325.00 | 81.25 |
| 0.5 | Conference Call on Methane Venting Design (2/17) | 325.00 | 162.50 |
| 0.5 | Review and Discuss Ben Ross' In Situ Treatment Comments (2/23) | 325.00 | 162.50 |
| 0.25 | Review Letter to Honeywell Re: In Situ Treatment (2/24) | 325.00 | 81.25 |
| | | TOTAL | $    731.25 |



Flowers 5

# George C. Flowers, Ph.D.

# INVOICE

5531 Laurel St.
New Orleans, LA 70115

**DATE:**    1/2/2013
**INVOICE #** 2013-01
**PERIOD:**  10/9/12-12/31/12

**Bill To:**

Name          Kathleen Millian
Company       Terris, Pravlik & Millian, LLP
Address       1121 12th St., NW
City, State ZIP  Washington, DC 20005-4632

Case Reference:    $A6N/$A6S

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.5 | Review Docments in Situ Workplan (12/4) | 350.00 | 175.00 |
| 0.5 | Review Documents In Situ Workplan (12/13) | 350.00 | 175.00 |
| | | **TOTAL** | $    350.00 |

Flowers 6

# George C. Flowers, Ph.D.

# INVOICE

5531 Laurel St.
New Orleans, LA 70115

**DATE:** 3/13/2013
**INVOICE #** 2013-12
**PERIOD:** 2/26/13-3/13/13

**Bill To:**

Name           Kathleen Millian
Company        Terris, Pravlik & Millian, LLP
Address        1121 12th St., NW
City, State ZIP Washington, DC 20005-4632

Case Reference:    SA6N

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.25 | Review SA-6N Treatment Plan (3/11) | 350.00 | 437.50 |
| 0.25 | Confer with Alicia Alcorn SA-6N Treatment Plan (3/11) | 350.00 | 87.50 |
| 0.25 | Confer with Ben Ross SA-6N Treatment Plan (3/11) | 350.00 | 87.50 |
| 0.25 | Review Ben Ross' Comments on SA-6N Treatment Plan (3/12) | 350.00 | 87.50 |
| | | **TOTAL** | $ 700.00 |



Flowers 7

# George C. Flowers, Ph.D.

# INVOICE

5531 Laurel St.
New Orleans, LA 70115

DATE:     3/31/2013
INVOICE # 2013-15
PERIOD:   3/13/13-3/31/13

**Bill To:**

| | |
|---|---|
| Name | Kathleen Millian |
| Company | Terris, Pravlik & Millian, LLP |
| Address | 1121 12th St., NW |
| City, State ZIP | Washington, DC 20005-4632 |

Case Reference:    SA6N In Situ Remediation

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.25 | Confer with Ben Ross (3/22) | 350.00 | 87.50 |
| 0.5 | Review Field Notes (3/25) | 350.00 | 175.00 |
| 0.33 | Confer with Honeywell/Bergeron (3/25) | 350.00 | 115.50 |
| | | TOTAL | $    378.00 |



Flowers 8

# George C. Flowers, Ph.D.

# INVOICE

5531 Laurel St.
New Orleans, LA 70115

**DATE:**    5/1/2013
**INVOICE #** 2013-17
**PERIOD:**  3/13/13-4/30/13

**Bill To:**

Name          Kathleen Millian
Company       Terris, Pravlik & Millian, LLP
Address       1121 12th St., NW
City, State ZIP  Washington, DC 20005-4632

Case Reference:    SA6N/S

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.25 | Confer with Alicia Alcorn background contamination (3/19; 3/23) | 350.00 | 437.50 |
| 1.5 | Review Expert Reports (3/22) | 350.00 | 525.00 |
| | | TOTAL | $   962.50 |

Flowers 9



# George C. Flowers, Ph.D.

5531 Laurel St.
New Orleans, LA 70115

# INVOICE

**DATE:** 10/8/2012
**INVOICE #** 2012-21
**PERIOD:** (10/2/12-10/8/12

**Bill To:**

Name          Kathleen Millian
Company       Terris, Pravlik & Millian, LLP
Address       1121 12th St., NW
City, State ZIP  Washington, DC 20005-4632

Case Reference:    SA6N/SA6S ⟵ SA6S

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.5 | Review SA6N/SA6S In Situ Work Plans (10/4) | 350.00 | 525.00 |
| 1 | Conference with Alicia Alcorn (10/5) | 350.00 | 350.00 |
| 0.25 | Review Ben Ross' Comments | 350.00 | 87.50 |
| | | **TOTAL** | $    962.50 |

Flowers 10