Plaintiffs'
Exhibit 17

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERFAITH COMMUNITY ORGANIZATION, *et al.* )<br>  )<br> Plaintiffs, )<br> v. )<br>  )<br> HONEYWELL INTERNATIONAL, )<br> INC., *et al.* )<br>  )<br> Defendants. )<br>  ) | **FILED ELECTRONICALLY**<br><br><br>Civ. No. 95-2097 (JLL) |

| | |
|---|---|
| HACKENSACK RIVERKEEPER, INC., )<br> *et al.* )<br>  )<br> Plaintiffs, )<br> v. )<br>  )<br> HONEYWELL INTERNATIONAL INC., )<br> *et al.* )<br>  )<br> Defendants.) | Civil Action No. 06-22<br>**Consolidated with**<br>**Docket No. 05-05955**<br>**under Docket No. 95-2097** |

## AFFIDAVIT OF KENNETH O'CONNELL

I, Kenneth O'Connell, do hereby affirm and state:

1. I have been retained by counsel for plaintiffs in the above-captioned matter. These cases involve the chromium-contaminated sites that are included in Study Areas 5-7.

2. I am a professional engineer and land surveyor. I am the president and co-founder of O'Connell & Lawrence, Inc., a multi-disciplinary civil engineering and consulting firm. During the 2012-2013 period, I oversaw all work done on these cases by my firm. My curriculum vitae is attached as Exhibit A.

3. I am familiar with the level of work required to perform the tasks related to remedy oversight and the level of review of the documents that is necessary for me to

form opinions, express those opinions in comments and reports, and, if necessary, be prepared to present those opinions to the Special Master or Court. In addition, in these cases, as in many others, I provided assistance to plaintiffs' counsel by helping them in understanding technical issues and in participating with them in negotiation of those issues.

4. I am submitting this affidavit in support of the time and expenses that I billed and that are claimed by plaintiffs as part of their 2012-2013 fees application. The invoices and related time records for my work are attached as Exhibit B.

5. I have worked on these cases since 2011. Throughout 2012 and 2013, I billed time and invoiced plaintiffs' counsel for work done under Study Area 6 North, Study Area 6 South, and NJCU. My work included geotechnical engineering issues, such as the ability of the capped area to accommodate future roads and construction, and assessing the relationship between geotechnical forces and groundwater gradients in the NJCU cap area. Specifically, I have worked on: technical review and comment on the various technical documents, workplans, contractor plans, and 100% Design documents submitted by Honeywell; participation in various meetings, such as the meetings regarding Open Space Design Standards; and on-site monitoring of the surcharge related remedial activities.

6. Multiple individuals from my firm worked on this case. It is common for different people to work on a case as the need arises for different tasks. Our efforts involved analyses requiring skills in a number of different areas or disciplines. Obviously, it is more cost effective and the work product is better if different skills of

different people are utilized rather than if a few people do all the work.

7. In 2013, the parties agreed that the Study Areas 6 North and South remedies should go forward as a combined remediation. At that time, work under the Study Areas 6 North and South Consent Decrees became inextricably intertwined and it became difficult to continue to keep the work separated for billing purposes. Therefore, starting in 2013, I stopped billing to the Study Area 6 South client, and began billing to only the Study Area 6 North client.

8. All of the hours billed were reasonable and necessary to complete the tasks requested of me by plaintiffs' counsel. The work was done in a timely manner to meet the requirements of the remedy oversight schedule and the demands of settlement negotiations.

9. All of the expense monies expended by my firm were reasonable and necessary to complete the tasks requested of us by plaintiffs. My firm's billing practices as to the out-of-pocket expenses that we incurred are in line with the general billing practices in my field.

10. My time and expenses were reasonable and necessary given the scope of this case, as well as the numerous complex and technical issues raised in it.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2014.

KENNETH O'CONNELL

3

# Kenneth J. O'Connell, Ph.D., P.E., PSP, CFCC
## President

Dr. O'Connell is co-founder and president of O'Connell & Lawrence, Inc., a firm that specializes in providing civil engineering, surveying, construction consulting, project management, scheduling, claims analysis and preparation, construction inspection and constructability reviews. Dr. O'Connell is a registered professional engineer and registered professional land surveyor.

As Principal-in-Charge, Dr. O'Connell is responsible for the management of all phases of civil infrastructure development design, construction consulting and engineering activities.  Dr. O'Connell has broad experience in the construction industry as a designer, project manager, and academician. His "hands-on" construction experience includes a wide range of commercial and governmental/public works projects.

Dr. O'Connell's academic background includes both research and teaching of civil engineering and construction engineering and management. He currently teaches as an adjunct at the University of Maryland and The Catholic University of America.

## EDUCATION

Ph.D., Civil Engineering, Construction Engineering & Management, University of Maryland, 1991
M.S., Civil Engineering, University of Maryland, 1982
B.S., Civil Engineering, University of Maryland, 1981

## REGISTRATIONS

Professional Engineer - Alabama - Number 27363-E
Professional Engineer - Delaware - Number 7033
Professional Engineer - District of Columbia - Number 9118
Professional Engineer - Florida – Number 71053
Professional Engineer - Georgia - Number 023639
Professional Engineer - Kentucky - Number 20314
Professional Engineer - Maryland - Number 13975
Professional Engineer - Minnesota - Number 45545
Professional Engineer - Missouri - Number PE2005000716
Professional Engineer - New Jersey - Number GE-46190
Professional Engineer - New York - Number 080331
Professional Engineer - North Carolina - Number 022824
Professional Engineer - Ohio - Number E-61455
Professional Engineer - Pennsylvania - Number PE-049469-R
Professional Engineer - South Carolina - Number 17727
Professional Engineer - Tennessee - Number 116582
Professional Engineer - Virginia - Number 0402031044
Professional Engineer - West Virginia - Number 14611
Registered Professional Land Surveyor - Delaware - Number S6-0000708
Registered Professional Land Surveyor - Maryland - Number 10974
National Council of Examiners for Engineering and Surveying - Number 14360
Association for the Advancement of Cost Engineering International (AACEI) – PSP 1105
AACEI – Certified Forensic Claims Consultant (CFCC)- 96
American Council of Engineering Companies (ACEC) – Management Engineer (MgtEng)
ACEC – Expert Witness (EXW)



**Corporate Office:** 17904 Georgia Avenue Suite 302 Olney Maryland 20832 • Tel:301-924-4570 • Fax 301-924-5872

## PROFESSIONAL ENDEAVORS

O'Connell & Lawrence, Inc., President

O'Connell Construction, Inc., President

Warner Construction Consultants, Inc., Executive Consultant

A.S. McGaughan Co., Inc., Senior Project Manager

University of Maryland, CP, Instructor and Research Fellow, Department of Civil Engineering

Construction Engineering and Management Program

Lowenstein, Soule and Associates, Manager of Engineering

Town of Ocean City, Maryland, Construction Engineer (Resident Engineer)

Delmarva Power Company, Construction Engineer

University of Maryland, College Park, Research Engineer, Department of Civil Engineering

United States Navy, Military Sealift Command, Assistant Engineer (Naval Design)

## PROFESSIONAL ACTIVITIES

Building Commission, Archdiocese of Washington, DC, 1996-2003

University of Maryland, Adjunct Professor, 1986 -1989, 1996-present

George Mason University, Adjunct Professor, 1990-1994

The Catholic University of America, Lecturer/Instructor, 1992-present

George Washington University, Adjunct Professor, 1994-2000

American Arbitration Association - Panel of Arbitrators, 1994-1996

American Concrete Institute, Member

Project Management Institute, Member

American Society of Civil Engineers, Member

National Council of Examiners for Engineering and Surveying Preparation of Civil/Structural
    Problems for the National Registration Examinations

Maryland Society of Surveyors

Association for the Advancement of Cost Engineering International

Construction Management Association of America

## HONORS

Faculty Appreciation Award, University of Maryland, 1987, Student Chapter, ASCE

Harkins Group Fellowship, University of Maryland, Construction Engineering & Management
Program, Department of Civil Engineering

Saul Horowitz, Jr. Memorial Graduate Award, 1987, Associated General Contractors of America
(National)

Graduate Research Fellowship, 1986 Federal Highway Admin, Turner-Fairbank Research Facility

President, Associated General Contractors of America, University of Maryland Chapter, 1986

Maryland State Senatorial Scholarship, 1977-1981

| Invoice |

**O'Connell & Lawrence, Inc.**
17904 Georgia Avenue
Suite 302
Olney, MD  20832-2239

ALICIA ALCORN                                           March 22, 2012
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW                                    Invoice No:    27419
WASHINGTON, DC  20005-4632

Job         500-333        HACKENSACK RIVERKEEPER          _SAGN_
**Professional Services for the Period:  January 30, 2012 to February 26, 2012**

Billing Group      001          HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function      REV          Review
**Professional Services**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
| Document | 2.50 | 225.00 | 562.50 |  |
| Report | 2.50 | 225.00 | 562.50 |  |
| Totals | 5.00 |  | 1,125.00 |  |
| **Total Labor** |  |  |  | **1,125.00** |

|  |  |
|---|---|
| Total this Function | **$1,125.00** |
| Total this Billing Group | **$1,125.00** |
| Total this Invoice | **$1,125.00** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 27400 | 3/8/2012 | 9,550.00 |
| **Total** |  | **9,550.00** |

**PAYMENT IS DUE UPON RECEIPT OF INVOICE**

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 1



**Invoice**

O'Connell & Lawrence, Inc.
17904 Georgia Avenue
Suite 302
Olney, MD 20832-2239

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC 20005-4632

May 03, 2012
Invoice No:    27467

Job        500-333        HACKENSACK RIVERKEEPER        $A6N

**Professional Services for the Period: February 27, 2012 to April 01, 2012**

Billing Group    001    HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function    PREP    Prepare
**Professional Services**

| | Hours | Rate | Amount |
|---|---|---|---|
| Construction Consultant - Sr. | | | |
| Document | 15.00 | 165.00 | 2,475.00 |
| Totals | 15.00 | | 2,475.00 |
| **Total Labor** | | | **2,475.00** |
| **Total this Function** | | | **$2,475.00** |

Function    REV    Review
**Professional Services**

| | Hours | Rate | Amount |
|---|---|---|---|
| Construction Consultant - Sr. | | | |
| Document | 19.00 | 165.00 | 3,135.00 |
| Executive Vice President | | | |
| Issues | 18.75 | 200.00 | 3,750.00 |
| Principal | | | |
| Document | 37.75 | 225.00 | 8,493.75 |
| Totals | 75.50 | | 15,378.75 |
| **Total Labor** | | | **15,378.75** |
| **Total this Function** | | | **$15,378.75** |

Function    TEL    Telephone Conference
**Professional Services**

| | Hours | Rate | Amount |
|---|---|---|---|
| Principal | | | |
| Report | 1.50 | 225.00 | 337.50 |
| Totals | 1.50 | | 337.50 |
| **Total Labor** | | | **337.50** |
| **Total this Function** | | | **$337.50** |

Function    TRV    Travel
**Other Reimbursables**

# O'Connell 2

| Job | 500-333 | HACKENSACK RIVERKEEPER | | Invoice | 27467 |
|-----|---------|------------------------|---|---------|-------|

**Mileage**

| 1/14/2012 | travel to/from mtg @ Arnold & Porter | 40.0 Miles @ 0.555 | 22.20 | |
|-----------|--------------------------------------|--------------------|-------|---|
| | **Total Other Reimbursables** | | **22.20** | **22.20** |

|  |  |
|--|--|
| **Total this Function** | **$22.20** |
| **Total this Billing Group** | **$18,213.45** |
| **Total this Invoice** | **$18,213.45** |

**Outstanding Invoices**

| Number | Date | Balance |
|--------|------|---------|
| 27400 | 3/8/2012 | 9,550.00 |
| 27419 | 3/22/2012 | 1,125.00 |
| **Total** | | **10,675.00** |

### *PAYMENT IS DUE UPON RECEIPT OF INVOICE*

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 3

| **Invoice** | O'Connell & Lawrence, Inc.
17904 Georgia Avenue
Suite 302
Olney, MD 20832-2239 |

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC 20005-4632

May 18, 2012
Invoice No: 27499

Job          500-333          HACKENSACK RIVERKEEPER
**Professional Services for the Period: April 02, 2012 to April 29, 2012**

Billing Group    001          HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function    ANALY    Analysis
**Professional Services**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Executive Vice President | | | | | |
| Issues | | 3.50 | 200.00 | 700.00 | |
| | Totals | 3.50 | | 700.00 | |
| | **Total Labor** | | | | 700.00 |
| | | | **Total this Function** | | **$700.00** |

Function    ATTEN    Attend
**Professional Services**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Executive Vice President | | | | | |
| Meeting | | 4.50 | 200.00 | 900.00 | |
| Principal | | | | | |
| Meeting | | 7.25 | 225.00 | 1,631.25 | |
| | Totals | 11.75 | | 2,531.25 | |
| | **Total Labor** | | | | 2,531.25 |
| | | | **Total this Function** | | **$2,531.25** |

Function    DELIV    Delivery/Pick Up
**Reimbursable Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Courier/Delivery Exp. (E105) | | | | | |
| 4/5/2012 | GOLDER ASSOCIATES, INC | 4/13/12 Federal Express | 15.44 | | |
| | **Total Reimbursables** | | 15.44 | 15.44 | |
| | | | **Total this Function** | | **$15.44** |

Function    PREP    Prepare
**Professional Services**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Principal | | | | | |
| Meeting | | 4.00 | 225.00 | 900.00 | |

O'Connell 4

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 27499 |

**Technician**

| | | | | | |
|---|---|---|---|---|---|
| Document | | | .25 | 90.00 | 22.50 |
| | Totals | | 4.25 | | 922.50 |
| | **Total Labor** | | | | 922.50 |
| | | | | **Total this Function** | **$922.50** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Function | REV | Review |
|---|---|---|

**Professional Services**

| | Hours | Rate | Amount |
|---|---|---|---|
| Executive Vice President | | | |
| Issues | 12.50 | 200.00 | 2,500.00 |
| Principal | | | |
| Document | 2.50 | 225.00 | 562.50 |
| Totals | 15.00 | | 3,062.50 |
| **Total Labor** | | | 3,062.50 |
| | | **Total this Function** | **$3,062.50** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Function | TRV | Travel |
|---|---|---|

**Reimbursable Expenses**

Travel

| | | | | |
|---|---|---|---|---|
| 4/15/2012 | KENNETH J. O'CONNELL | 4/12/12 K O'Connell parking | 24.00 | |
| | **Total Reimbursables** | | 24.00 | 24.00 |
| | | **Total this Function** | | **$24.00** |
| | | **Total this Billing Group** | | **$7,255.69** |
| | | **Total this Invoice** | | **$7,255.69** |

### PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 5



**Invoice**

O'Connell & Lawrence, Inc.
17904 Georgia Avenue
Suite 302
Olney, MD  20832-2239

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

June 27, 2012
Invoice No:     27536

Job            500-333        HACKENSACK RIVERKEEPER        SA 6 N
**Professional Services for the Period: April 30, 2012 to May 27, 2012**

Billing Group      001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function       REV        Review
**Professional Services**

|                                | Hours | Rate   | Amount |        |
|--------------------------------|-------|--------|--------|--------|
| Executive Vice President       |       |        |        |        |
| Issues                         | .75   | 200.00 | 150.00 |        |
| Principal                      |       |        |        |        |
| Standard Documents             | 1.25  | 225.00 | 281.25 |        |
| Totals                         | 2.00  |        | 431.25 |        |
| **Total Labor**                |       |        |        | 431.25 |

**Reimbursable Expenses**

| Supplies/Materials |                     |           |       |       |
|--------------------|---------------------|-----------|-------|-------|
| 4/27/2012          | ASTM Store -  Book  | 4/27/2012 | 64.00 |       |
|                    | **Total Reimbursables** |       | 64.00 | 64.00 |

| | | |
|---|---|---|
| | **Total this Function** | $495.25 |
| | **Total this Billing Group** | $495.25 |
| | **Total this Invoice** | $495.25 |

### *PAYMENT IS DUE UPON RECEIPT OF INVOICE*

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 6

| **Invoice** | **O'Connell & Lawrence, Inc.** |
| | 17904 Georgia Avenue |
| | Suite 302 |
| | Olney, MD  20832-2239 |



ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

August 11, 2012
Job No:       500-333
Invoice No:   27583

6 North

Job        500-333        HACKENSACK RIVERKEEPER

**Professional Services from May 28, 2012 to July 01, 2012**

Billing Group    001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT

Function    ASSEM    Assemble
**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Engineer Technician | | | |
| CAMPANELLA, PAUL | 8.25 | 100.00 | 825.00 |
| Project Documents | | | |
| CAMPANELLA, PAUL | 8.00 | 100.00 | 800.00 |
| Totals | 16.25 | | 1,625.00 |
| **Total Labor** | | | **1,625.00** |
| **Total this Function** | | | **$1,625.00** |

Function    REV    Review
**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Executive Vice President | | | |
| Document | | | |
| JOHNSON, H. JOSEPH | 1.25 | 200.00 | 250.00 |
| Principal | | | |
| Document | | | |
| O'CONNELL, KENNETH | 20.00 | 225.00 | 4,500.00 |
| Totals | 21.25 | | 4,750.00 |
| **Total Labor** | | | **4,750.00** |
| **Total this Function** | | | **$4,750.00** |
| **Total this Billing Group** | | | **$6,375.00** |
| **Total this Invoice** | | | **$6,375.00** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 27536 | 6/27/2012 | 495.25 |
| **Total** | | **495.25** |

Total Now Due        $6,870.25

O'Connell 7



| Invoice |

*Both SA 65 + 6N but all billed to SA 65*

**O'Connell & Lawrence, Inc.**
**17904 Georgia Avenue**
**Suite 302**
**Olney, MD  20832-2239**

*6 North*

August 28, 2012

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

Job No:      500-333
Invoice No:  27645

Job          500-333          HACKENSACK RIVERKEEPER

**Professional Services from July 02, 2012 to July 29, 2012**

Billing Group    001          HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function    ASSEM    Assemble
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Engineer Technician | | | | | |
| Document | | | | | |
| Campanella, Paul | *3 hr 65 4 hr 6N* | 12.00 | 100.00 | 1,200.00 | |
| Totals | | 12.00 | | 1,200.00 | |
| **Total Labor** | | | | | **1,200.00** |
| | | | **Total this Function** | | **$1,200.00** |

Function    PREP    Prepare
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Administrative Assistant | | | | |
| Document | | | | |
| Berger, Sandra | .50 *6N* | 40.00 | 20.00 | |
| Principal | | | | |
| Report | | | | |
| O'Connell, Kenneth | 2.00 *6N* | 225.00 | 450.00 | |
| Totals | 2.50 | | 470.00 | |
| **Total Labor** | | | | **470.00** |
| | | **Total this Function** | | **$470.00** |

Function    REV    Review
**Professional Personnel**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Executive Vice President | | | | |
| Document | | | | |
| Johnson, H. Joseph | | 5.50 *6N* | 200.00 | 1,100.00 |
| Principal | | | | |
| Document | | | | |
| O'Connell, Kenneth | *1.5 65* | 3.00 | 225.00 | 675.00 |
| Report | | | | |
| O'Connell, Kenneth | | 12.00 *6N* | 225.00 | 2,700.00 |
| Totals | | 20.50 | | 4,475.00 |
| **Total Labor** | | | | **4,475.00** |

| Job | 500-333 | HACKENSACK RIVERKEEPER | | | Invoice | 27645 |
|-----|---------|------------------------|--|--|---------|-------|
| | | | | Total this Function | | $4,475.00 |

Function    TEL    Telephone Conference
**Professional Personnel**

| | | Hours | Rate | Amount | |
|--|--|-------|------|--------|--|
| Principal | | | | | |
| Meeting | | | | | |
| O'Connell, Kenneth | | 65 1.00 | 225.00 | 225.00 | |
| Totals | | 1.00 | | 225.00 | |
| **Total Labor** | | | | | **225.00** |
| | | | **Total this Function** | | **$225.00** |
| | | | **Total this Billing Group** | | **$6,370.00** |
| | | | **Total this Invoice** | | **$6,370.00** |

**Outstanding Invoices**

| Number | Date | Balance | | |
|--------|------|---------|--|--|
| 27583 | 8/11/2012 | 6,375.00 | | |
| **Total** | | **6,375.00** | | |
| | | | **Total Now Due** | **$12,745.00** |

*PAYMENT IS DUE UPON RECEIPT OF INVOICE*

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

***please indicate the Project # and invoice # on remittance.***

*Thank You.*

O'Connell 9

| Invoice | O'Connell & Lawrence, Inc. |
|---|---|

**O'Connell & Lawrence, Inc.**
**17904 Georgia Avenue**
**Suite 302**
**Olney, MD  20832-2239**

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

September 24, 2012
Job No:        500-333
Invoice No:    27662

Job        500-333        HACKENSACK RIVERKEEPER

**Professional Services from July 30, 2012 to September 02, 2012**

Billing Group    001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function    PREP        Prepare
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| Administrative Assistant | | | |
| Document | | | |
| Berger, Sandra | .50 | 40.00 | 20.00 |
| type memo for Ken | | | |
| Engineer Technician | | | |
| Document | | | |
| Campanella, Paul | 2.00 | 100.00 | 200.00 |
| locate and isolate Technical Specification 02315 Revison A and Rev C; run | | | |
| Totals | 2.50 | | 220.00 |
| **Total Labor** | | | **220.00** |
| **Total this Function** | | | **$220.00** |

Function    REV        Review
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| Principal | | | |
| Document | | | |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 |
| rev open space design standards, edits from Alicia , priority roads | | | |
| O'Connell, Kenneth | 2.00 | 225.00 | 450.00 |
| Review spec 02315 | | | |
| O'Connell, Kenneth | 3.00 | 225.00 | 675.00 |
| review specs for common borrow NJDOT | | | |
| Specifications | | | |
| O'Connell, Kenneth | 4.00 | 225.00 | 900.00 |
| Earthwork and paving | | | |
| O'Connell, Kenneth | 3.75 | 225.00 | 843.75 |
| research NJ DOT and prepare common fill memo | | | |
| O'Connell, Kenneth | 1.75 | 225.00 | 393.75 |
| Review road specs and subgrade comp | | | |
| Totals | 15.50 | | 3,487.50 |
| **Total Labor** | | | **3,487.50** |

O'Connell 10

| Job | 500-333 | HACKENSACK RIVERKEEPER | | Invoice | 27662 |
| --- | --- | --- | --- | --- | --- |

| | | Total this Function | $3,487.50 |
| --- | --- | --- | --- |

Function    TEL        Telephone Conference
**Professional Personnel**

| | Hours | Rate | Amount | |
| --- | --- | --- | --- | --- |
| Principal | | | | |
| Document | | | | |
| O'Connell, Kenneth | .25 | 225.00 | 56.25 | |
| w/ A Alcorn re: language for standard for paving systems | | | | |
| Issues | | | | |
| O'Connell, Kenneth | .75 | 225.00 | 168.75 | |
| Pavement Design - Earthwork Spec | | | | |
| Letter | | | | |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 | |
| w/ A Alcorn | | | | |
| Specifications | | | | |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 | |
| 3:00pm conference call re; common borrow including prep time | | | | |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 | |
| w/ AA report to Honeywell on 023T4 table | | | | |
| Totals | 4.00 | | 900.00 | |
| **Total Labor** | | | | **900.00** |

| | Total this Function | $900.00 |
| --- | --- | --- |

| | Total this Billing Group | $4,607.50 |
| --- | --- | --- |

| | Total this Invoice | $4,607.50 |
| --- | --- | --- |

### *PAYMENT IS DUE UPON RECEIPT OF INVOICE*

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 11



**Invoice**

**O'Connell & Lawrence, Inc.**
**17904 Georgia Avenue**
**Suite 302**
**Olney, MD  20832-2239**

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

November 26, 2012
Job No:        500-333
Invoice No:    27765

Job          500-333          HACKENSACK RIVERKEEPER

**Professional Services for the Period:  October 01, 2012 - October 28, 2012**

Billing Group      001          HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function          ATTEN          Attend
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principal** | | | |
| Meeting | | | |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 |
| call w/ Alicia regarding road design | | | |
| Totals | 1.00 | | 225.00 |
| **Total Labor** | | | **225.00** |
| | | | |
| **Total this Function** | | | **$225.00** |

Function          REV          Review
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Executive Vice President** | | | |
| Issues | | | |
| Johnson, H. Joseph | 1.75 | 200.00 | 350.00 |
| telecon w/ Alicia Alcorn; down load documents; preliminary review | | | |
| **Principal** | | | |
| Document | | | |
| O'Connell, Kenneth | 2.00 | 225.00 | 450.00 |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 |
| review 100% DD road design | | | |
| Totals | 4.75 | | 1,025.00 |
| **Total Labor** | | | **1,025.00** |
| | | | |
| **Total this Function** | | | **$1,025.00** |

Function          TEL          Telephone Conference
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principal** | | | |
| Report | | | |
| O'Connell, Kenneth | .50 | 225.00 | 112.50 |
| from airport in Atlanta | | | |
| Totals | .50 | | 112.50 |
| **Total Labor** | | | **112.50** |

O'Connell 12

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 27765 |
|-----|---------|------------------------|---------|-------|

|  |  | Total this Function | $112.50 |
|--|--|---------------------|---------|
|  |  | Total this Billing Group | $1,362.50 |
|  |  | Total this Invoice | $1,362.50 |

## PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 27765 |
|-----|---------|------------------------|---------|-------|

Page 2

O'Connell 13

| Invoice |
|---|

**O'Connell & Lawrence, Inc.**
17904 Georgia Avenue
Suite 302
Olney, MD  20832-2239

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

January 14, 2013
Job No:         500-333
Invoice No:     27804

Job        500-333        HACKENSACK RIVERKEEPER
**Professional Services for the Period:  October 29, 2012 - December 02, 2012**

Billing Group        001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, ING ET AL

Function        REV        Review
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| Executive Vice President | | | |
| Issues | | | |
| Johnson, H. Joseph | .50 | 200.00 | 100.00 |
| Johnson, H. Joseph | .75 | 200.00 | 150.00 |
| telecon w/ A Alcorn; discussion w/KOC in re analysis | | | |
| Principal | | | |
| Document | | | |
| O'Connell, Kenneth | 2.00 | 225.00 | 450.00 |
| Totals | 3.25 | | 700.00 |
| **Total Labor** | | | **700.00** |
| | | **Total this Function** | **$700.00** |

Function        TEL        Telephone Conference
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| Principal | | | |
| Specifications | | | |
| O'Connell, Kenneth | .75 | 225.00 | 168.75 |
| Telephone conference - Alicia | | | |
| Totals | .75 | | 168.75 |
| **Total Labor** | | | **168.75** |
| | | **Total this Function** | **$168.75** |
| | | **Total this Billing Group** | **$868.75** |
| | | **Total this Invoice** | **$868.75** |

O'Connell 14

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 27804 |

## PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

### please indicate the Project # and invoice # on remittance.

*Thank You.*

O'Connell 15

| Invoice | O'Connell & Lawrence, Inc. |
|---|---|
| | 17904 Georgia Avenue |
| | Suite 302 |
| | Olney, MD 20832-2239 |

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC 20005-4632

January 29, 2013
Job No:        500-333
Invoice No:    27836

Job        500-333        HACKENSACK RIVERKEEPER

**Professional Services for the Period: December 03, 2012 - December 30, 2012**

Billing Group    001    HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function    ATTEN    Attend
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Engineer | | | | |
| Meeting | | | | |
| Tereyla, Jennifer | 2.50 | 140.00 | 350.00 | |
| meeting with UMD professor Schwartz over modeling road and liner | | | | |
| Principal | | | | |
| Meeting | | | | |
| O'Connell, Kenneth | 3.00 | 225.00 | 675.00 | |
| @ Alicia's Office | | | | |
| O'Connell, Kenneth | 2.00 | 225.00 | 450.00 | |
| mtg w/ C Schuarte | | | | |
| Totals | 7.50 | | 1,475.00 | |
| **Total Labor** | | | | **1,475.00** |
| | | **Total this Function** | | **$1,475.00** |

Function    PREP    Prepare
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal | | | | |
| Meeting | | | | |
| O'Connell, Kenneth | 1.50 | 225.00 | 337.50 | |
| Totals | 1.50 | | 337.50 | |
| **Total Labor** | | | | **337.50** |
| | | **Total this Function** | | **$337.50** |

Function    REV    Review
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| Executive Vice President | | | |
| Issues | | | |
| Johnson, H. Joseph | 1.00 | 200.00 | 200.00 |
| prepare for meeting & meet w/ A Alcorn & KOC; conf w/ Carolyn Pravlik | | | |
| Totals | 1.00 | | 200.00 |

| Job | 500-333 | HACKENSACK RIVERKEEPER | | | Invoice | 27836 |
|---|---|---|---|---|---|---|
| | **Total Labor** | | | | | **200.00** |

| | | | **Total this Function** | | | **$200.00** |
|---|---|---|---|---|---|---|

---

**Function    TEL    Telephone Conference**
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal | | | | |
| Meeting | | | | |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 | |
| conference call | | | | |
| O'Connell, Kenneth | .50 | 225.00 | 112.50 | |
| w/ Alicia road maint language | | | | |
| Totals | 1.50 | | 337.50 | |
| **Total Labor** | | | | **337.50** |
| | | **Total this Function** | | **$337.50** |

---

**Function    TRV    Travel**
**Reimbursable Expenses**

| Travel | | | | | |
|---|---|---|---|---|---|
| 12/30/2012 | KENNETH J. O'CONNELL | 12/17/12 K O'Connell | 4.00 | |
| | **Total Reimbursables** | | **4.00** | **4.00** |

**Unit Billing**

| Mileage | | | | |
|---|---|---|---|---|
| 12/5/2012 | K O'Connell r/t A Alcorn  30 @ .555 | 30.0 Miles @ 0.555 | 16.65 | |
| 12/5/2012 | K O'Connell r/t U of MD  17 @ .555 | 17.0 Miles @ 0.555 | 9.44 | |
| | **Total Units** | | **26.09** | **26.09** |
| | | **Total this Function** | | **$30.09** |

| | | **Total this Billing Group** | | **$2,380.09** |
|---|---|---|---|---|
| | | **Total this Invoice** | | **$2,380.09** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 27804 | 1/14/2013 | 868.75 |
| **Total** | | **868.75** |

| | **Total Now Due** | **$3,248.84** |
|---|---|---|

O'Connell 17

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 27836 |

## *PAYMENT IS DUE UPON RECEIPT OF INVOICE*

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

### *please indicate the Project # and invoice # on remittance.*

*Thank You.*

Page 3

O'Connell 18





**Invoice**

**O'Connell & Lawrence, Inc.**
17904 Georgia Avenue
Suite 302
Olney, MD 20832-2239

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC 20005-4632

February 07, 2013
Job No:      500-333
Invoice No:  27853

Job        500-333        HACKENSACK RIVERKEEPER
**Professional Services for the Period:  December 03, 2012 - January 27, 2013**

Billing Group    001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function        ATTEN        Attend
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal | | | | |
| Meeting | | | | |
| O'Connell, Kenneth | 10.00 | 225.00 | 2,250.00 | |
| Honeywell | | | | |
| Totals | 10.00 | | 2,250.00 | |
| **Total Labor** | | | | **2,250.00** |
| | | Total this Function | | **$2,250.00** |

Function        PREP        Prepare
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal | | | | |
| Meeting | | | | |
| O'Connell, Kenneth | 3.00 | 225.00 | 675.00 | |
| prepare for Honewell mtg | | | | |
| Totals | 3.00 | | 675.00 | |
| **Total Labor** | | | | **675.00** |
| | | Total this Function | | **$675.00** |

Function        REV        Review
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal | | | | |
| Document | | | | |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 | |
| Rev language for Road Maint | | | | |
| Totals | 1.00 | | 225.00 | |
| **Total Labor** | | | | **225.00** |
| | | Total this Function | | **$225.00** |

Function        TEL        Telephone Conference
**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|

O'Connell 19

| Invoice | | O'Connell & Lawrence, Inc.
17904 Georgia Avenue
Suite 302
Olney, MD 20832-2239 |

February 07, 2013

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP          Job No:        500-333
1121 12TH STREET, NW                     Invoice No:    27853
WASHINGTON, DC 20005-4632

Job          500-333        HACKENSACK RIVERKEEPER
**Professional Services for the Period:** December 05, 2012 - January 27, 2013   *(Jan. 1, 2013)*

Billing Group     001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function     ATTEN     Attend
**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Principal | | | |
| *1116* Meeting | | | |
| O'Connell, Kenneth | 10.00 | 225.00 | 2,250.00 |
| Honeywell | | | |
| Totals | 10.00 | | 2,250.00 |
| **Total Labor** | | | **2,250.00** |
| **Total this Function** | | | **$2,250.00** |

Function     PREP     Prepare
**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Principal | | | |
| Meeting | | | |
| O'Connell, Kenneth | 3.00 | 225.00 | 675.00 |
| prepare for Honewell mtg | | | |
| Totals | 3.00 | | 675.00 |
| **Total Labor** | | | **675.00** |
| **Total this Function** | | | **$675.00** |

Function     REV     Review
**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Principal | | | |
| *0505* Document | | | |
| O'Connell, Kenneth | 1.00 | 225.00 | 225.00 |
| Rev language for Road Maint | | | |
| Totals | 1.00 | | 225.00 |
| **Total Labor** | | | **225.00** |
| **Total this Function** | | | **$225.00** |

Function     TEL     Telephone Conference
**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|

O'Connell 20

| Job | 500-333 | HACKENSACK RIVERKEEPER | | | Invoice | 27853 |
|-----|---------|------------------------|---|---|---------|-------|

Principal
  Meeting
    O'Connell, Kenneth | .75 | 225.00 | 168.75
    telephone conference w/ Alicia Alcorn
      Totals | .75 | | 168.75
      Total Labor | | | **168.75**

**Total this Function**    **$168.75**

**Total this Billing Group**    **$3,318.75**

**Total this Invoice**    **$3,318.75**

Outstanding Invoices

| Number | Date | Balance |
|--------|------|---------|
| 27804 | 1/14/2013 | 868.75 |
| 27836 | 1/29/2013 | 2,380.09 |
| **Total** | | **3,248.84** |

**Total Now Due**    **$6,567.59**

### PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

| Job | 500-333 | HACKENSACK RIVERKEEPER | | | Invoice | 27853 |
|-----|---------|------------------------|---|---|---------|-------|

O'Connell 21

 **Invoice**

**O'Connell & Lawrence, Inc.**
17904 Georgia Avenue
Suite 302
Olney, MD  20832-2239

 RECEIVED
APR 2 - 2013

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

March 28, 2013
Job No:      500-333
Invoice No:   27928

| Job | 500-333 | HACKENSACK RIVERKEEPER *SA 6 N* |
|-----|---------|---------------------------------|

**Professional Services for the Period: January 28, 2013 - March 03, 2013**

Billing Group     001          HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function       REV       Review
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|--|-------|------|--------|--|
| Engineer |  |  |  |  |
| Document *- OSDS* |  |  |  |  |
| Tereyla, Jennifer | 1.00 | 140.00 | 140.00 |  |
| research utility companies |  |  |  |  |
| Principal |  |  |  |  |
| Correspondence *re OSDS* |  |  |  |  |
| O'Connell, Kenneth | .50 | 225.00 | 112.50 |  |
| e-mail from Alicia |  |  |  |  |
| O'Connell, Kenneth | .50 | 225.00 | 112.50 |  |
| email Alicia |  |  |  |  |
| O'Connell, Kenneth | .50 | 225.00 | 112.50 |  |
| email Carolyn |  |  |  |  |
| Totals | 2.50 |  | 477.50 |  |
| **Total Labor** |  |  |  | **477.50** |
| **Total this Function** |  |  |  | **$477.50** |

Function       TEL       Telephone Conference
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|--|-------|------|--------|--|
| Principal |  |  |  |  |
| Meeting |  |  |  |  |
| O'Connell, Kenneth | 1.25 | 225.00 | 281.25 |  |
| telephone conference w/ Alicia ie: OSDS roadway language and changes |  |  |  |  |
| Specifications *OSDS* |  |  |  |  |
| O'Connell, Kenneth | .50 | 225.00 | 112.50 |  |
| w/ Alicia - Roadway |  |  |  |  |
| Totals | 1.75 |  | 393.75 |  |
| **Total Labor** |  |  |  | **393.75** |
| **Total this Function** |  |  |  | **$393.75** |

Function       TRV       Travel
**Reimbursable Expenses**

O'Connell 22

| Job | 500-333 | HACKENSACK RIVERKEEPER | | Invoice | 27928 |
|---|---|---|---|---|---|

Travel

| 1/20/2013 | BUSINESS CARD | 1/11/13 Amtrak | 646.00 | |
| 1/20/2013 | BUSINESS CARD | 1/17/13 PMI BWI Train Station Parking | 9.00 | |
| | **Total Reimbursables** | | **655.00** | **655.00** |

| | | **Total this Function** | **$655.00** |
|---|---|---|---|
| | | **Total this Billing Group** | **$1,526.25** |
| | | **Total this Invoice** | **$1,526.25** |

## PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 23



RECEIVED
MAY 16 2013

| Invoice |
| --- |

**O'Connell & Lawrence, Inc.**
17904 Georgia Avenue
Suite 302
Olney, MD  20832-2239

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

May 14, 2013
Job No:      500-333
Invoice No:  27993

| Job | 500-333 | HACKENSACK RIVERKEEPER |
| --- | --- | --- |

**Professional Services for the Period:  April 01, 2013 - April 28, 2013**

| Billing Group | 001 | HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL |
| --- | --- | --- |

| Function | ASSEM | Assemble |
| --- | --- | --- |

**Professional Personnel**

| | | Hours | Rate | Amount | |
| --- | --- | --- | --- | --- | --- |
| Clerical / Secretarial | | | | | |
| Document | | | | | |
| Slick, Elizabeth | 4/18/2013 | 5.25 | 40.00 | 210.00 | |
| Printing | | | | | |
| Slick, Elizabeth | 4/19/2013 | 3.75 | 40.00 | 150.00 | |
| Printing | | | | | |
| Engineer Technician | | | | | |
| Document | | | | | |
| Campanella, Paul | 4/18/2013 | 2.00 | 100.00 | 200.00 | |
| review DVD of documents; manage and troubleshoot printing documents | | | | | |
| Campanella, Paul | 4/19/2013 | 1.00 | 100.00 | 100.00 | |
| manage and troubleshoot printing documents | | | | | |
| Totals | | 12.00 | | 660.00 | |
| **Total Labor** | | | | | **660.00** |
| | | | **Total this Function** | | **$660.00** |

| Function | REV | Review |
| --- | --- | --- |

**Professional Personnel**

| | | Hours | Rate | Amount | |
| --- | --- | --- | --- | --- | --- |
| Principal | | | | | |
| Document | | | | | |
| O'Connell, Kenneth | 4/9/2013 | .50 | 225.00 | 112.50 | |
| O'Connell, Kenneth | 4/19/2013 | 1.00 | 225.00 | 225.00 | |
| 100% Design | | | | | |
| O'Connell, Kenneth | 4/22/2013 | 2.00 | 225.00 | 450.00 | |
| review 100% design docs | | | | | |
| O'Connell, Kenneth | 4/23/2013 | 2.00 | 225.00 | 450.00 | |
| review 100% design docs | | | | | |
| O'Connell, Kenneth | 4/24/2013 | 2.00 | 225.00 | 450.00 | |
| review 100% design docs | | | | | |
| O'Connell, Kenneth | 4/25/2013 | 2.00 | 225.00 | 450.00 | |
| review 100% design docs | | | | | |
| Totals | | 9.50 | | 2,137.50 | |

O'Connell 24

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 27993 |
|-----|---------|------------------------|---------|-------|

|  | Total Labor | 2,137.50 |
|--|-------------|----------|
|  | Total this Function | $2,137.50 |
|  | Total this Billing Group | $2,797.50 |
|  | Total this Invoice | $2,797.50 |

## PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 27993 |
|-----|---------|------------------------|---------|-------|

Page 2

O'Connell 25

| Invoice |
| --- |

**O'Connell & Lawrence, Inc.**
**17904 Georgia Avenue**
**Suite 302**
**Olney, MD  20832-2239**

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

June 19, 2013
Job No:          500-333
Invoice No:      28035

Job          500-333          HACKENSACK RIVERKEEPER
**Professional Services for the Period:  April 29, 2013 - June 02, 2013**

Billing Group      001          HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function      ASSEM      Assemble
**Professional Personnel**

| | | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Clerical / Secretarial | | | | |
| Document | | | | |
| Slick, Elizabeth | 5/6/2013 | 2.00 | 40.00 | 80.00 |
| Conference Call with Ken | | | | |
| Slick, Elizabeth | 5/10/2013 | .50 | 40.00 | 20.00 |
| Change Matrices | | | | |
| Slick, Elizabeth | 5/31/2013 | .75 | 40.00 | 30.00 |
| Conference Call & Draft Questions | | | | |
| Totals | | 3.25 | | 130.00 |
| **Total Labor** | | | | **130.00** |
| | | | | |
| | | **Total this Function** | | **$130.00** |

Function      PREP      Prepare
**Professional Personnel**

| | | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Clerical / Secretarial | | | | |
| Document | | | | |
| Slick, Elizabeth | 5/1/2013 | 8.00 | 40.00 | 320.00 |
| Check Change Matrices | | | | |
| Slick, Elizabeth | 5/2/2013 | 2.00 | 40.00 | 80.00 |
| Check Change Matrices | | | | |
| Totals | | 10.00 | | 400.00 |
| **Total Labor** | | | | **400.00** |
| | | | | |
| | | **Total this Function** | | **$400.00** |

Function      REV      Review
**Professional Personnel**

| | | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Engineer Technician | | | | |
| Document | | | | |
| Hepp, Michael | 4/30/2013 | 6.00 | 100.00 | 600.00 |
| Review Document Changes | | | | |
| Hepp, Michael | 5/1/2013 | 7.00 | 100.00 | 700.00 |

| Job | 500-333 | HACKENSACK RIVERKEEPER | | | Invoice | 28035 |
|---|---|---|---|---|---|---|

| | | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| | Review Document Changes | | | | | |
| Hepp, Michael | | 5/2/2013 | 2.00 | 100.00 | 200.00 | |
| | Review Document Changes | | | | | |
| Principal | | | | | | |
| Document | | | | | | |
| O'Connell, Kenneth | | 4/29/2013 | 3.00 | 225.00 | 675.00 | |
| review 100% design doc | | | | | | |
| O'Connell, Kenneth | | 5/1/2013 | 1.00 | 225.00 | 225.00 | |
| review 100% design doc | | | | | | |
| O'Connell, Kenneth | | 5/2/2013 | 1.00 | 225.00 | 225.00 | |
| review 100% design doc | | | | | | |
| O'Connell, Kenneth | | 5/3/2013 | 1.00 | 225.00 | 225.00 | |
| review 100% design doc | | | | | | |
| O'Connell, Kenneth | | 5/6/2013 | 1.25 | 225.00 | 281.25 | |
| conference call w/ Alicia requesting SN/S6 - final comments | | | | | | |
| O'Connell, Kenneth | | 5/13/2013 | .25 | 225.00 | 56.25 | |
| O'Connell, Kenneth | | 5/15/2013 | .25 | 225.00 | 56.25 | |
| Totals | | | 22.75 | | 3,243.75 | |
| **Total Labor** | | | | | | **3,243.75** |
| | | | | **Total this Function** | | **$3,243.75** |

Function    TEL    Telephone Conference
**Professional Personnel**

| | | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| Principal | | | | | | |
| Meeting | | | | | | |
| O'Connell, Kenneth | | 5/31/2013 | .75 | 225.00 | 168.75 | |
| w/Ben Ross | | | | | | |
| Totals | | | .75 | | 168.75 | |
| **Total Labor** | | | | | | **168.75** |
| | | | | **Total this Function** | | **$168.75** |
| | | | | **Total this Billing Group** | | **$3,942.50** |
| | | | | **Total this Invoice** | | **$3,942.50** |

### PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

Page 2

O'Connell 27

| Invoice |
|---------|

**O'Connell & Lawrence, Inc.**
17904 Georgia Avenue
Suite 302
Olney, MD  20832-2239

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

July 24, 2013
Job No:        500-333
Invoice No:    28159

Job        500-333        HACKENSACK RIVERKEEPER
**Professional Services for the Period:  June 03, 2013 - June 30, 2013**

Billing Group    001    HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL -
6N Barrier Wall

Function    ASSEM    Assemble
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Document | | | | | |
| Slick, Elizabeth | 6/3/2013 | .50 | 40.00 | 20.00 | |
| Type up Questions for Ken | | | | | |
| Slick, Elizabeth | 6/14/2013 | .25 | 40.00 | 10.00 | |
| Docs for Ken | | | | | |
| Totals | | .75 | | 30.00 | |
| **Total Labor** | | | | | 30.00 |
| | | | Total this Function | | $30.00 |

Function    REV    Review
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Principal | | | | | |
| Document | | | | | |
| O'Connell, Kenneth | 6/3/2013 | 1.00 | 225.00 | 225.00 | |
| O'Connell, Kenneth | 6/4/2013 | .50 | 225.00 | 112.50 | |
| O'Connell, Kenneth | 6/18/2013 | .50 | 225.00 | 112.50 | |
| review emails | | | | | |
| O'Connell, Kenneth | 6/19/2013 | .50 | 225.00 | 112.50 | |
| review emails | | | | | |
| O'Connell, Kenneth | 6/20/2013 | .50 | 225.00 | 112.50 | |
| review emails | | | | | |
| O'Connell, Kenneth | 6/21/2013 | .50 | 225.00 | 112.50 | |
| review emails | | | | | |
| Totals | | 3.50 | | 787.50 | |
| **Total Labor** | | | | | 787.50 |
| | | | Total this Function | | $787.50 |
| | | | Total this Billing Group | | $817.50 |
| | | | Total this Invoice | | $817.50 |

pd $817.50
CK.# 11024
(12/17/13)
dep 12/23/13

entered)
en
ES 5/5/14

O'Connell 28

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 28159 |

## PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 29

**Invoice**

**O'Connell & Lawrence, Inc.**
**17904 Georgia Avenue**
**Suite 302**
**Olney, MD  20832-2239**

August 13, 2013

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

Job No:        500-333
Invoice No:    28132

| Job | 500-333 | HACKENSACK RIVERKEEPER |
|---|---|---|

**Professional Services for the Period:  July 01, 2013 - July 28, 2013**

| Billing Group | 001 | HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL |
|---|---|---|

Function        ASSEM        Assemble
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Document | | | | | |
| Slick, Elizabeth | 7/17/2013 | .75 | 40.00 | 30.00 | |
| Docs for Ken | | | | | |
| Totals | | .75 | | 30.00 | |
| **Total Labor** | | | | | **30.00** |
| | | **Total this Function** | | | **$30.00** |

Function        REV        Review
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Principal | | | | | |
| Document | | | | | |
| O'Connell, Kenneth | 7/9/2013 | .50 | 225.00 | 112.50 | |
| O'Connell, Kenneth | 7/10/2013 | .50 | 225.00 | 112.50 | |
| O'Connell, Kenneth | 7/11/2013 | .25 | 225.00 | 56.25 | |
| Totals | | 1.25 | | 281.25 | |
| **Total Labor** | | | | | **281.25** |
| | | **Total this Function** | | | **$281.25** |

Function        TEL        Telephone Conference
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Principal | | | | | |
| Meeting | | | | | |
| O'Connell, Kenneth | 7/1/2013 | .50 | 225.00 | 112.50 | |
| w/ A Alcorn | | | | | |
| Totals | | .50 | | 112.50 | |
| **Total Labor** | | | | | **112.50** |
| | | **Total this Function** | | | **$112.50** |
| | | **Total this Billing Group** | | | **$423.75** |

O'Connell 30

| Job | 500-333 | HACKENSACK RIVERKEEPER | | Invoice | 28132 |
|---|---|---|---|---|---|

| | | | | Total this Invoice | $423.75 |
|---|---|---|---|---|---|

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 28078 | 7/24/2013 | 2,588.75 |
| Total | | 2,588.75 |

| | | Total Now Due | $3,012.50 |
|---|---|---|---|

### PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 31



| **Invoice** | O'Connell & Lawrence, Inc.<br>17904 Georgia Avenue<br>Suite 302<br>Olney, MD 20832-2239 |
|---|---|

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC 20005-4632

October 17, 2013
Job No:      500-333
Invoice No:  28224

Job          500-333          HACKENSACK RIVERKEEPER

**Professional Services for the Period:  July 29, 2013 - September 29, 2013**

Billing Group    001          HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function       ASSEM       Assemble
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Document | | | | | |
| Slick, Elizabeth | 8/2/2013 | .75 | 40.00 | 30.00 | |
| Print Documents for Ken | | | | | |
| Slick, Elizabeth | 8/5/2013 | .25 | 40.00 | 10.00 | |
| Review Docs for Ken | | | | | |
| Slick, Elizabeth | 8/7/2013 | .50 | 40.00 | 20.00 | |
| Review Docs for Ken | | | | | |
| Totals | | 1.50 | | 60.00 | |
| **Total Labor** | | | | | **60.00** |
| | | | **Total this Function** | | **$60.00** |

Function       ATTEN       Attend
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Meeting | | | | | |
| Slick, Elizabeth | 8/8/2013 | .50 | 40.00 | 20.00 | |
| Phone call with Ken and Alicia | | | | | |
| Totals | | .50 | | 20.00 | |
| **Total Labor** | | | | | **20.00** |
| | | | **Total this Function** | | **$20.00** |

Function       REV       Review
**Professional Personnel**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Principal | | | | |
| Document | | | | |
| O'Connell, Kenneth | 8/1/2013 | .50 | 225.00 | 112.50 |
| e-mail | | | | |
| O'Connell, Kenneth | 8/7/2013 | 1.50 | 225.00 | 337.50 |
| review well alignment (25' v. 10') | | | | |
| O'Connell, Kenneth | 8/8/2013 | .25 | 225.00 | 56.25 |

O'Connell 32

| Job | 500-333 | HACKENSACK RIVERKEEPER | | Invoice | 28224 |
|---|---|---|---|---|---|

review well alignment (25' v. 10')

| | Totals | 2.25 | 506.25 | |
|---|---|---|---|---|
| | **Total Labor** | | | **506.25** |

| **Total this Function** | **$506.25** |
|---|---|
| **Total this Billing Group** | **$586.25** |
| **Total this Invoice** | **$586.25** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 28158 | 7/24/2013 | 1,771.25 |
| 28159 | 7/24/2013 | 817.50 |
| **Total** | | **2,588.75** |

| **Total Now Due** | **$3,175.00** |
|---|---|

### PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

Page 2

O'Connell 33

| Invoice |

O'Connell & Lawrence, Inc.
17904 Georgia Avenue
Suite 302
Olney, MD  20832-2239

November 25, 2013

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC  20005-4632

Job No:        500-333
Invoice No:    28267

Job       500-333       HACKENSACK RIVERKEEPER

**Professional Services for the Period:  September 30, 2013 - November 03, 2013**

Billing Group    001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL     6N

Function     ASSEM      Assemble
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Document | | | | | |
| Slick, Elizabeth | 9/30/2013 | .75 | 40.00 | 30.00 | |
| Review Documents for Ken | | | | | |
| Slick, Elizabeth | 10/15/2013 | 1.50 | 40.00 | 60.00 | |
| Conference Call and Set up NJ Site Visit | | | | | |
| Totals | | 2.25 | | 90.00 | |
| **Total Labor** | | | | | **90.00** |
| | | | Total this Function | | $90.00 |

Function     TEL       Telephone Conference
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Construction Consultant | | | | | |
| Meeting | | | | | |
| Rice, Joshua | 10/15/2013 | .50 | 140.00 | 70.00 | |
| Participated in a conference call with Ken O., Liz S., and Kim Hosea. | | | | | |
| Totals | | .50 | | 70.00 | |
| **Total Labor** | | | | | **70.00** |
| | | | Total this Function | | $70.00 |
| | | | Total this Billing Group | | $160.00 |
| | | | Total this Invoice | | $160.00 |

Outstanding Invoices

| Number | Date | Balance |
|---|---|---|
| 28158 | 7/24/2013 | 1,771.25 |
| 28159 | 7/24/2013 | 817.50 |
| Total | | 2,588.75 |

Total Now Due        $2,748.75

*pd $160.00*
*CK # 11008*
*(11/29/13)*
*dep 12/03/13*

*entered 11/25/Slick*

O'Connell 34

| Job | 500-333 | HACKENSACK RIVERKEEPER | Invoice | 28267 |

## PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 35

| Invoice |

**O'Connell & Lawrence, Inc.**
17904 Georgia Avenue
Suite 302
Olney, MD 20832-2239

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC 20005-4632

December 16, 2013
Job No:        500-333
Invoice No:    28311

Job          500-333          HACKENSACK RIVERKEEPER
**Professional Services for the Period: November 04, 2013 - December 01, 2013**

Billing Group     001          HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL     6N

Function     ATTEN     Attend
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Meeting | | | | | |
| Slick, Elizabeth | 11/20/2013 | 1.00 | 40.00 | 40.00 | |
| Conference Call with Alicia, Ken, Kim, & Josh | | | | | |
| Totals | | 1.00 | | 40.00 | |
| **Total Labor** | | | | | 40.00 |
| | | | Total this Function | | $40.00 |

Function     PREP     Prepare
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Document | | | | | |
| Slick, Elizabeth | 11/20/2013 | 1.00 | 40.00 | 40.00 | |
| Review Documents | | | | | |
| Slick, Elizabeth | 11/22/2013 | 3.00 | 40.00 | 120.00 | |
| Review Documents | | | | | |
| Totals | | 4.00 | | 160.00 | |
| **Total Labor** | | | | | 160.00 |
| | | | Total this Function | | $160.00 |

Function     TEL     Telephone Conference
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Construction Consultant | | | | | |
| Meeting | | | | | |
| Rice, Joshua | 11/20/2013 | 1.00 | 140.00 | 140.00 | |
| Prepared for and participated in a conference call with client to discuss scheduling a site visit to observe settlement monitoring equipment. | | | | | |
| Totals | | 1.00 | | 140.00 | |
| **Total Labor** | | | | | 140.00 |

*pd $340 00*

*CK #11032
(12/20/13)
dep 1/10/14*

O'Connell 36

| Job | 500-333 | HACKENSACK RIVERKEEPER | | Invoice | 28311 |
|---|---|---|---|---|---|

|  |  |  | Total this Function | $140.00 |
|---|---|---|---|---|
|  |  |  | Total this Billing Group | $340.00 |
|  |  |  | Total this Invoice | $340.00 |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 28158 | 7/24/2013 | 1,771.25 |
| 28159 | 7/24/2013 | 817.50 |
| Total | | 2,588.75 |

| | Total Now Due | $2,928.75 |
|---|---|---|

### PAYMENT IS DUE UPON RECEIPT OF INVOICE

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 37



| **Invoice** | O'Connell & Lawrence, Inc.
17904 Georgia Avenue
Suite 302
Olney, MD 20832-2239 |



ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC 20005-4632

October 10, 2012
Job No:      500-333
Invoice No:   27696

Job        500-333        HACKENSACK RIVERKEEPER
**Professional Services from September 03, 2012 to September 30, 2012**

Billing Group    001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL

Function     REV        Review
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal | | | | |
| Document | | | | |
| O'Connell, Kenneth | 1.50 | 225.00 | 337.50 | |
| review of Honeywell response to Plantiff comments - re: Revised 100% design | | | | |
| Totals | 1.50 | | 337.50 | |
| **Total Labor** | | | | **337.50** |
| | | Total this Function | | **$337.50** |
| | | Total this Billing Group | | **$337.50** |
| | | Total this Invoice | | **$337.50** |

**Outstanding Invoices**

| Number | Date | Balance | | |
|---|---|---|---|---|
| 27662 | 9/24/2012 | 4,607.50 | | |
| **Total** | | **4,607.50** | | |
| | | Total Now Due | | **$4,945.00** |

### *PAYMENT IS DUE UPON RECEIPT OF INVOICE*

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 38

| Invoice | O'Connell & Lawrence, Inc. |
|---|---|
| | 17904 Georgia Avenue |
| | Suite 302 |
| | Olney, MD 20832-2239 |

ALICIA ALCORN
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12TH STREET, NW
WASHINGTON, DC 20005-4632

July 24, 2013
Job No:        500-333
Invoice No:    28158

Job        500-333        HACKENSACK RIVERKEEPER
**Professional Services for the Period: June 03, 2013 - June 30, 2013**

Billing Group        001        HACKENSACK RIVERKEEPER, ET AL. VS HONEWELL INT'L, INC ET AL -
NJOU

Function        ASSEM        Assemble
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Document | | | | | |
| Slick, Elizabeth | 6/24/2013 | 1.25 | 40.00 | 50.00 | |
| Info for Ken and Organize Binders | | | | | |
| Slick, Elizabeth | 6/27/2013 | 1.50 | 40.00 | 60.00 | |
| Assemble Docs for Ken | | | | | |
| Totals | | 2.75 | | 110.00 | |
| **Total Labor** | | | | | **110.00** |
| | | | Total this Function | | **$110.00** |

Function        ATTEN        Attend
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Clerical / Secretarial | | | | | |
| Meeting | | | | | |
| Slick, Elizabeth | 6/26/2013 | .75 | 40.00 | 30.00 | |
| Conference Call with Ken and Alicia | | | | | |
| Totals | | .75 | | 30.00 | |
| **Total Labor** | | | | | **30.00** |
| | | | Total this Function | | **$30.00** |

Function        REV        Review
**Professional Personnel**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Principal | | | | |
| Document | | | | |
| O'Connell, Kenneth | 6/24/2013 | 1.50 | 225.00 | 337.50 |
| e-mails | | | | |
| O'Connell, Kenneth | 6/27/2013 | 2.00 | 225.00 | 450.00 |
| e-mails | | | | |
| O'Connell, Kenneth | 6/28/2013 | 2.00 | 225.00 | 450.00 |
| e-mails | | | | |

*entered TS*
*2/3/14*

pd. $1771.25
CK # 11024
(12/17/13)
dep 12/23/13

O'Connell 39

| Job | 500-333 | HACKENSACK RIVERKEEPER | | Invoice | 28158 |
|---|---|---|---|---|---|
| | Totals | | 5.50 | 1,237.50 | |
| | **Total Labor** | | | | **1,237.50** |
| | | | | **Total this Function** | **$1,237.50** |

Function        TEL        Telephone Conference
**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Principal | | | | | |
| Document | | | | | |
| O'Connell, Kenneth w/ Alicia | 6/25/2013 | 1.00 | 225.00 | 225.00 | |
| O'Connell, Kenneth w/ Alicia | 6/26/2013 | .50 | 225.00 | 112.50 | |
| O'Connell, Kenneth w/ Alicia | 6/27/2013 | .25 | 225.00 | 56.25 | |
| Totals | | 1.75 | | 393.75 | |
| **Total Labor** | | | | | **393.75** |
| | | | **Total this Function** | | **$393.75** |
| | | | **Total this Billing Group** | | **$1,771.25** |
| | | | **Total this Invoice** | | **$1,771.25** |

*PAYMENT IS DUE UPON RECEIPT OF INVOICE*

*An Interest Charge of 1 1/2 percent per month will be accrued on any unpaid balance over 30 days in arrears.*

*To ensure proper credit to your account,*

**please indicate the Project # and invoice # on remittance.**

*Thank You.*

O'Connell 40