Plaintiffs'
Exhibit 18

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| INTERFAITH COMMUNITY ORGANIZATION, *et al.* | ) ) | **FILED ELECTRONICALLY** |
| Plaintiffs, | ) | |
| v. | ) ) | Civ. No. 95-2097 (JLL) |
| HONEYWELL INTERNATIONAL, INC., *et al.* | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| HACKENSACK RIVERKEEPER, INC., *et al.* | ) ) | |
| Plaintiffs, | ) | Civil Action No. 06-22 |
| v. | ) ) | **Consolidated with Docket No.  05-05955** |
| HONEYWELL INTERNATIONAL INC., *et al.* | ) ) | **under Docket No. 95-2097** |
| Defendants. | ) | |

**AFFIDAVIT OF MICHAEL KAVANAUGH**

I, Michael Kavanaugh, do hereby affirm and state:

1.   I have been retained by counsel for plaintiffs in the above-captioned matters.  These cases involve the chromium-contaminated sites that are included in Study Areas 5-7.

2.  I am a research economist.  I have degrees in economics from Xavier University and the University of Cincinnati.  I am in private practice and conducted all the work in these cases that I billed.  My curriculum vitae is attached as Exhibit A.

3.  I have over 30 years of experience and have been retained by attorneys to work on more than 100 litigation matters.  In these cases, as in many others, I

provided assistance to plaintiffs' counsel by assisting them in understanding and assessing issues related to financial assurances.

4.  I am submitting this affidavit in support of the time that I billed and that is claimed by plaintiffs as part of their 2012-2013 fees application in these cases.  The invoices and related time records for my work are attached as Exhibit B.

5.  I have worked on financial assurances issues in  these cases since January 2008.  During the month of December, 2012, I billed time and invoiced plaintiffsø counsel for work done under Study Area 7.  My work related to financial assurances, specifically, review and assessment of escrow issues.

6.  All of the hours billed were reasonable and necessary to complete the tasks requested of me by plaintiffsø counsel.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on March ___27_, 2014.

*mkavanaugh*
_____
MICHAEL KAVANAUGH

**ATTACHMENT A**

**Attachment 1**

**MICHAEL KAVANAUGH**
**Research Economist**
Phone: 808 985 7031
E-mail:  M.Kavanaugh@att.net

P.O. Box 1228
19-4231 Road E
Volcano, Hawaii 96785

**PRESENT POSITION:** Private Practice since 1985

**PREVIOUS POSITIONS**:
- Senior Economist, ICF Incorporated, 1983-85, Washington, D.C.
- Research Director, Public Interest Economics, 1976-1983, Washington, D.C. and San Francisco, CA.
- Assistant Professor, Northern Kentucky University, 1975-76

**EDUCATION**:
- PhD., Economics, University of Cincinnati, 1975
- BA. Economics, Xavier University, 1970

**EXPERIENCE**
- An independent research economist with years of experience;
- A national expert in the economic aspects of environmental enforcement and policies for controlling pollution;
- Experienced in regional economic analysis;
- Experienced in the use of economic indices;
- Experienced in valuing damages to persons, households, and commercial enterprises;
- Experienced in assessing natural resource damages; and,
- An author of groundwater management and climate change papers.

Short descriptions of selected projects follow.

**ECONOMICS & FINANCE**
I applied economics to many of the environmental changes of the last thirty years including:
- Estimating the ability of defendants to pay a penalty and the financial effects of penalties in enforcement cases;
- Estimating the benefits of cleaner beaches and rivers;
- Developing methods to determine the effects of water quality policies on agricultural output, employment and income;
- Developing methods to estimate the benefits of preserving groundwater quality;
- Advised on the adequacy of financial assurance mechanisms;
- Estimating expected and realized benefits of irrigation projects; and,
- Critiquing efforts to regulate effluents from several industries.

1

Designed and used financial after-tax, cash flow models to:
- Measure the ability to pay a penalty and the effects of penalties on financial position;
- Estimate the benefit gained by entities that violate law and regulation; and,
- Estimate the burden on the residential sector from municipal compliance with law and regulation.

Provided expert economic and litigation support services to the United States (and others) in Clean Water Act, Clean Air Act, Superfund, RCRA and groundwater quality cases.

*Exxon Valdez* – Estimated the employment and income effects from spending the civil settlement.  The work involved characterizing the options in the restoration plan in term of input/output models.

**Natural resource damage assessments**

- Ohio River – valued public resource damages from spills from tugs and barges.  The work combined results from Natural Resource Damage Assessment models, studies of the costs of reducing risks to drinking water, and restoration costs.
- Kailua Beach State Park – valued a three-mile beach based on recreational use and estimated the damage from wastewater treatment plant effluent.  The work involved reviewing, updating and synthesizing a variety of studies that valued recreation.
- Florida Beaches – valued beach closures from pollution at several beaches.  The work involved extensive use of the Natural Resource Damage Assessment models for coastal and marine environments.

**Energy & Environment**

- Conducted several analyses of U.S. energy industry to estimate current and future production in wetlands and in the artic.
- Commented on economic impacts to employment and structures of planned, utility-scale photovoltaic projects in Southern California.
- Estimated consequences of oil and gas leasing in the North Aleutian Basin.
- Estimated the cost effectiveness of technologies to control produced water discharges in wetlands,
- Estimated the impact of produced water controls on production, royalties and returns from coal bed methane production.
- Estimated the change in rates needed to pay for adopting cooling water intake controls at a nuclear power plant.
- Advised environmental groups on methods to fund the WV acid mine drainage reclamation fund.
- Design team member to size and fund the Superfund.

- Estimated onshore economic impacts of outer continental shelf oil and gas development in California
- Examined the efficiency and equity of federal leasing policies for oil and gas on public lands

## Global Climate

- Estimated current and future greenhouse gas emissions by fuel, sector and region.  The work involved estimating long-term energy using an economic model based on prices, income and combustion technology.
- Estimated greenhouse gas emissions by jets at altitude by region and the change in emissions from adopting advanced jet technology.
- Modeled current and future emission from the US automobile fleet under various assumptions about future fuel efficiency.
- Analyzed the benefits of substituting hydrocarbon propellants for CFC propellants in aerosol products.  The results showed the same level of consumer satisfaction could be obtained without CFCs and without increasing prices.

## PUBLICATIONS in last 10 years

## Federal Court Trial Testimony Since 1/09

American Canoe Association, Inc., et al. v. Louisa Water and Sewer Commission – Ashland KY. 7/2009, 01-cv-00099-ART

Ohio Valley Environmental Coalition, et al. v. Apogee Coal Company LLC – Huntington WV. 8/2010, 3:07-cv-00413-RCC

## Deposition Testimony since 1/08

New Jersey Municipal Authorities et al. v. Honeywell International et al. (9/09) 05-5955 DMC

Ohio Valley Environmental Coalition, et al. v.  Apogee Coal Company LLC– (8/10) 3:07-cv-00413-RCC

Ohio Valley Environmental Coalition, et al. v.  Massey Energy (4/11) 3:07-cv-00836-RCC

Ohio Valley Environmental Coalition, et al. v.  Arch Coal (5/11)

San Francisco Baykeeper v. West Bay Sanitation (7/11)

3

Michael Kavanaugh
Research Economist
PO Box 1228
Volcano, Hawaii 96785
Voice/Fax 808.985.7031
Email m.kavanaugh@att.net
Tax ID: 280 48 5668

December 1, 2012

Invoice: TPM– Honeywell – SA7 Escrow -Review

| | |
|---|---|
| Previous balance | $0 |
| Payments | $0 |
| Balance | $0 |

New Work: 3.75 hrs @ $175       $656.25

Total   $656.25

SA7 Escrow Review

27-Nov     3.75 Review Agreement and Prospectus and comment

1

Kavanaugh 1