Plaintiff's
Exhibit 19

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

INTERFAITH COMMUNITY ORGANIZATION, *et al.*    )
)
                           Plaintiffs,    )
                                          )
v.                                        )
                                          )
HONEYWELL INTERNATIONAL, INC., *et al.*    )
                                          )
                           Defendants.    )
                                          )
_____ )

**FILED ELECTRONICALLY**

Civ. No. 95-2097 (JLL)

HACKENSACK RIVERKEEPER, INC., *et al.*    )
)
                           Plaintiffs,    )
                                          )
v.                                        )
                                          )
HONEYWELL INTERNATIONAL INC., *et al.*    )
                                          )
                           Defendants.    )
_____

Civil Action No. 06-22
**Consolidated with
Docket No.  05-05955
under Docket No. 95-2097**

## AFFIDAVIT OF WILLIAM J. ROGERS

I, William J. Rogers, do hereby affirm and state:

1.  I have been retained by counsel for plaintiffs in the above-captioned matter. These cases involve the chromium-contaminated sites that are included in Study Areas 5-7.

2.  I am the Director of West Texas A&M University Environmental Science Program and Professor and Senior Researcher in Environmental Sciences.  I am also the co-founder and President of Omega EnviroSolutions, Inc., an environmental consulting company.  My curriculum vitae is attached as Attachment A.

3.  I have been retained by attorneys to work on more than 10 matters in litigation.  I am familiar with the level of work required to perform the tasks related

remedy oversight and the level of review of the documents that is necessary for me to form opinions, express those opinions in comments and reports, and, if necessary, be prepared to present those opinions to the Special Master or Court. In addition, in these cases, as in many others, I provided assistance to plaintiffs' counsel by helping them in understanding technical issues.

4. I am submitting this affidavit in support of the time billed by me and claimed by plaintiffs as part of their 2012-2013 fees application in these cases.

5. I have worked *Interfaith Community Organization v. Honeywell International, Inc.*, Civil No. 05-5955 since May 2007. In 2012, I did work under Study Area 6 North related to cap integrity issues. Specifically, my work involved technical review and comment on various documents, such as the 100% Design and Open Space Design Standards, submitted by Honeywell. The invoices and related time records for my work on these cases are attached as Attachment B.

6. I am a biologist with over 30 years of experience. In addition, I am a Certified Hazardous Waste Manager and have worked with hazardous waste capping systems for more than 30 years. I am also a charter member of the Institute of Hazardous Waste Management. In this matter, I provided expertise regarding various technical aspects of hazardous waste capping systems, the benefits and limitations of such systems, and the problems associated with future development over such capping systems.

7. All of the hours spent on these cases were reasonable and necessary to complete the work requested of me by plaintiffs' counsel.

2

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March _17_, 2014.

WILLIAM J. ROGERS

ATTACHMENT A

WILLIAM J. ROGERS

Address:  109 Mathis Drive, Amarillo, Texas 79118
(H) 806-622-8822 (W) 806-651-2581 (Cell) 8060670-5727 (Fax) 806-651-2928
E-Mail:  jrogers@wtamu.edu

**Research and Expertise**:  Environmental assessment decision support modeling, human health and ecological environmental risk modeling, toxicology, environmental remediation, waste management and handling with emphasis on oil production, industrial and agriculture related natural resource and environmental quality issues.

| **Education**: | 1999 | Texas A&M University |
| | | College Station, Texas |
| | | Ph.D Wildlife and Fisheries Sciences |
| | | Dissertation: Development and Application of the Weight-of-Evidence Ecological Risk Assessment Model |
| | 1976 | West Texas State University |
| | | Canyon, Texas |
| | | M.S. Biology |
| | | Thesis: A Biotelemetry Study of Winter Activity Patterns of Scaled  Quail (*Callipepla squamata*) in the Texas Panhandle |
| | 1974 | West Texas State University |
| | | Canyon, Texas |
| | | B.S. Biology |

**Certifications**:
Certified NORM (Naturally Occurring Radiological Materials) Surveyor
Certified Hazardous Materials Manager, Institute of Hazardous Materials Management #1694 Masters Level
1988- Instructor OSHA 40-hr Hazardous Waste Site Worker, 8-hr annual refresher and 8-hr supervisors training.
Certified FWS Instreamflow (IFM)
Certified Habitat Evaluation (HEP)

**Societies, Committees and Boards:**
Society of Environmental Toxicology and Chemistry
Society of Risk Analysis
Executive review board member and technical reviewer *Ecotoxicology*
Topic Editor *Encyclopedia of Water Science*
Member *Institute of Hazardous Waste Management*
Member Texas Commission on Environmental Quality Ecological risk assessment working committee

**Awards:**
2010:  Profession Service Excellence Award for 2009-2010 awarded by the College of Agriculture, Science and Engineering College of Agriculture, Science and Engineering, West Texas A&M University.
2009:  Meritorious Paper Award for presented paper entitled, Superfund Site Analysis Using Web 2.0 Technologies Association of Information Technology Professionals.
 2004:  Exceptional Leadership in Teaching Environmental Science. Texas Commission on Environmental Quality.
2003:  Awarded the Deleos Pugh - Outstanding Member Award. Zeta Kappa Chapter.
 2002:  Awarded the Deleos Pugh - Outstanding Member Award. Zeta Kappa Chapter.

1

2000:  Best in Practice - Texas 2000 Innovative Technology. Designer, Dual-phased saturated and unsaturated zone    treatability demonstration to remediate high explosives. Texas Natural Resource Conservation Commission.

1997:  Peer Recognition Award, U.S. Department of Energy.

1996:  Greening the Government - Closing the Circle Certificate of Achievement. Department of Energy Washington D.C.

1989:  Outstanding Employee Award. SAIC.

1988:  Secretary of the Interior Award, Laguna Atascosa Study and contributions to the Selenium and Other Toxic Substance Task Force Secretary of Interior, U.S. Department of the Interior.

1984:  Performance Award for Exceptional Work, Velarde Project, U.S. Department of the Interior.

**Summary of Experience**

**Director Environmental Science Program,  Full Professor in Life, Earth and Environmental Sciences,  researcher.  Senior World Bank and United Nations Environmental Program advisor on global environmental issues and post-Soviet Russia, Romania, Azerbaijan and Argentina.**  Lead technical advisor in demonstration of Caspian Sea coastal oil cleanup technologies.  Support to DOT in table-top and full field evaluation of "Oil Protection Act" emergency spill contingency planning and demonstration (Reviewed BP plan in Louisiana estuary and bay).  Author of "Oilman's Environmental Quick Reference" a handbook for environmental compliance for the oil industry.

Over 30 years experience in virtually all aspects of environmental planning, restoration, and protection. Managed and prepared large scale, controversial environmental impact statements, directed public-involvement programs, and developed environmental regulation compliance strategies for projects in seven southwestern states and six EPA regions.  **Served as the southwestern coordinator on the Secretary of Interior's Task Force on Selenium and Other Toxic Substances evaluating construction and irrigation project effects on surface water and wetland quality and risk assessment of non-point sources and irrigation return flows on human health, aquatic systems and wetlands**. **Evaluated impacts of irrigation return flows on the environment human health and to the Laguna Atascosa Bay wildlife.**

Senior Program Manager specializing in the area of risk-based closure of complex environmental restoration sites and the evaluation and modeling of environmental risk**. Developed and currently expanding, under contract to  Texas Commission on Environmental Quality, "Ecological Protective Cleanup Level (PCL) Model" to integrate and quantify observed and predicted human and ecological effects at construction and contaminated and disturbed sites/habitats for all habitats in Texas. This model has been reviewed and supported by the Texas Ecological Working Group comprised of federal and state agencies as well as private and industrial stakeholders.  De**velopment and Application of the Weight-of-Evidence Ecological Risk Assessment Model

Waste Management and Environmental Restoration Program Manager at the Pantex Nuclear Weapons Plant overseeing a $140 million dollar environmental planning and restoration program with an annual budget of $30 million.  Managed multi-disciplinary technical teams and directed large scale environmental projects on highly visible projects such as the Deaf Smith High Level Repository, Yucca Mountain High Level Repository, Nevada Test Site, Savannah River, Oak Ridge, Rocky Flats, White Sands, Los Alamo, and numerous water development projects.  Actively involved in implementing the Texas Risk Reduction Program as well as the EPA Region III, risk-based approach to human and ecological risk assessment and site closure.  Lead in development of  hazardous materials "ecological protective cleanup levels" for TCEQ and member of TCEQ Ecological Working Group.  Author of "Oilman's Environmental Quick Reference" an environmental compliance guide for the oil industry.

2

**Litigation Support and Testimony:**

*Gustave J. Labarre, JR., ET AL. vs. Texas Brine Company, LLC and Georgia Gulf Chemicals & Vinyls, LLC;* **Docket No. 30,650; Division "C" 23rd Judicial District Court, State of Louisiana, Parris of Assumption.** Ecological and human health risk assessment (2013)

*RARITAN BAYKEEPER, INC., d/b/a NY/NJ Baykeeper , 52 West Front Street ) Keyport, NJ 07735 ) EDISON WETLANDS ASSOCIATION, INC. , 206 Tyler Road , Edison, NJ 08820. Plaintiffs v. NL INDUSTRIES, INC. 5430 LBJ Freeway, Suite 1700, Dallas, TX 75240 , NL ENVIRONMENTAL MANAGEMENT SERVICES, INC. ,5430 LBJ Freeway, Suite 1700 Dallas, TX 75240 , SAYREVILLE ECONOMIC AND REDEVELOPMENT AGENCY,167 Main Street Sayreville, NJ 8872,O'NEILL PROPERTIES GROUP, L.P.* Ecological and human environment risk assessment (2012)

*Sterling Sugars, Inc. v BP America Production Company, et al.;* Case No. 113,095, Div. "E"; 16th JDC, St. Mary Parish, LA; Charenton Oil Field, St. Mary Parish, LA. Ecological and Human Health risk Assessment (2012).

*Ecological Rights Foundation v. Pacific Gas and Electric Company.* No. 3:10-CV-00121-RS, United States District Court for the Northern District of California. Risk assessment of contaminants from equipment and utility poles storage areas on human environment and to ecological receptors-Ecological and human environment risk assessment (2012)

*Geer, et al. v. BP America Production Co., et al*. Docket 10-18439, 38th JDC Cameron Parish, Louisiana. Environmental damages associated with oil field development in Big Lake Oil Field, Cameron Parish. For Talbot, Carmouche & Marcello, Baton Rouge, Louisiana. Expert witness – Ecological and Human Health risk Assessment (2011-2012).

*State of Louisiana and Cameron Parish School Board v. Aspect Energy, LLC, et al.* Docket 10-18673, 38th JDC Cameron Parish, Louisiana. Environmental damages associated with oil field development in Johnson Bayou Oil Field, Cameron Parish. For Talbot, Carmouche & Marcello, Baton Rouge, Louisiana. Expert witness - Ecological and Human Health risk Assessment (2011-2012).

*State of Louisiana and the Cameron Parish School Board v. BP America Production Company*. Docket 10-18627, 38th JDC, Cameron Parish, Louisiana. Environmental damages associated with oil field development in West Hackberry Oil Field, Cameron Parish, Louisiana. For Talbot, Carmouche & Marcello, Baton Rouge, Louisiana. Expert witness - Ecological and Human Health risk Assessment (2011-2012).

*Ruby Mhire et al. v. Total Petrochemicals, USA*, Docket No. 10-18239; 38th JDC, Parish of Cameron, Louisiana. (2011-2012) (Expert Report) (Plaintiff support human health and ecological risk assessment on exploration and production contamination)(2012).

*The Maryland Company, LLC v. Exxon Mobil Corp., et al*. U. S. District Court, Western District of Louisiana, Lafayette Division, #6:10-CV-1781. (2010-2011) (Expert report) (Plaintiff support human health and ecological risk assessment on exploration and production contamination.

*Jeffrey Picard, et al. v. Kerr-McGee Chemical Worldwide, LLC, et al.*, Docket No. 05-C-1871; Div. "A," 27th JDC, St. Landry Parish, Louisiana. Environmental damages associated with oil field development in North Cankton Field, St. Landry Parish. (2010-2011) (Expert Report) (Plaintiff support human health and ecological risk assessment on exploration and production contamination)
.

3

*Savoie et al. v. Pioneer Exploration Ltd, et al*.  Docket No. 10-18078, 38th JDC, Cameron Parish, La. Environmental damages associated with oil field development in Kings Bayou Field, Cameron Parish. For Talbot, Carmouche & Marcello, Baton Rouge, Louisiana.  (2010-2011).  (Expert witness) (Plaintiff support human health and ecological risk assessment on exploration and production contamination)

*Houssiere v. ASCO USA, L.L.C. et al*. Docket No. 84068, Div. L, 15th JDC, Acadia Parish. Environmental damages associated with oil field development in Acadia Parish. For Due, Price, Guidry, Piedrahita & Andrews, Baton Rouge, Louisiana. (2010-2011).  (Expert witness) (Plaintiff support human health and ecological risk assessment on exploration and production contamination)

*C. S. Gaidry, Inc. et al. v. UNOCAL.* 32nd Judicial Court, Terrebonne Parish, Louisiana. Environmental damages associated with oil field development in Terrebonne Parish. For Talbot, Carmouche & Marcello, Baton Rouge, Louisiana. (2009-2010).  (Expert witness) (Plaintiff support human health and ecological risk assessment on exploration and production contamination)

*Daniel Hardee et al. v. Arco et al.*   14th Judicial District Court, Calcasieu Parish, Louisiana. Environmental damages associated with oil field development in Vermilion Parish (Hardee tract). (2009-2010) (Expert Report) (Plaintiff support human health and ecological risk assessment on exploration and production contamination)

*United States District Court, Northern District of California*, **Civil Case No.: C 06-02560 JSW WDB**
**Humboldt Baykeeper,** a program of Ecological Rights Foundation, and Ecological Rights Foundation, a non-profit corporation,  Plaintiffs,
                    v.
*Union Pacific Railroad Company, a Delaware corporation, North Coast Railroad Authority, a state agency, and CUE VI, LLC, an Alaska limited liability company*, **Defendants.**  (Plaintiff support on oil, heavy metal, dioxin and furan contamination of Humbolt Bay, California)

**In the 100th Judicial District Court in and for Donley County, Texas, Case No. 5651**
**JAKE HESS II, James Birchfield  and wife, Alice Birchfield,**
**Joe Glass and Wife, Cynthia Glass, J. Joyce Williams, and**
**Chad Breddding, Plaintiffs** v. **McClean Feedyard, INC. A Texas Corporation, Defendant.**
(Defendant support on cattle feedyard stormwater effects on local drinking water as well as domestic livestock and wildlife)

**In the 242nd District Court of Hale County, Texas, Case No B35751-0712**
**Oneok Westex Transmission, LP,  Plaintiffs v. Castor Oil, INC. Defendants** (Plaintiff  support oil pipeline case and potential to disrupt castor oil production and potential for ricine contamination)

*Hackensack Riverkeeper, Inc. v. Honeywell International Inc.,* **D.N.J., Civ. No 06-22 (DMC), consolidated with Civ. No. 05-05955.** (Plaintiff support on potential impacts to Hackensach and estuary wildlife from chromium contamination) (2010 -2013)

**Lodwick LLC et al v Chevron, et al; Docket #501879; Div "B"; 1st JDC: Caddo Parish, LA; Belleview Oil Field, Caddo, LA.** (Expert report on impacts of legacy oil contamination).

**Pennenvironment and Sierra Club v. PPG Industries Inc. and Borough of Ford City, Civil Action Nos. 2:12cv-00342, 2:12-cv-00527; 2:13-cv-01396.**  (Expert report and ecological risk of glass production wastes)

4

Professional Experience

West Texas A&M University, Canyon, Texas
(1997-Present)
Associate Dean Environmental Safety, health and Compliance, Environmental Science Program  Director, Researcher, Associate Professor in Life, Earth and Environmental Sciences and technical consultant to the World Bank and United Nations on environmental pollution, remediation, risk and global environmental sustainability.  Lead in development of  hazardous materials "ecological protective cleanup levels" for TCEQ.  Regional expert on pond, lagoon and landfill lining technology and materials applications.

Providing technical support to the U.S. Department of Energy, Pantex Plant in implementation of risk-based remediation and closure of hazardous waste sites. Engaged in environmental projects in Azerbaijan, Russian, Romania, Texas, Kansas, and Colorado working closely with regional and international scientists.  T**he World Banks technical advisor and lead on one of the world's largest mercury cleanups, construction of the Republics first hazardous waste landfill, demonstration of Caspian Sea oil remediation technologies and the redrafting of their environmental regulations to international standards in post-soviet Azerbaijan.**

Lead Technical advisor to the World Bank to assist Argentina Ministry of Industry  in design for the environment and innovative environmental compliance strategies for the tanning, meat processing, dairy and electroplating industries to protect Matanza Basin water quality and inflow in to the LaPlata River to protect human health and marine systems.

Battelle Memorial Institute, Amarillo, Texas
(1996-1997)
**Served as Senior Program Manager and Battelle representative on the Chemical Manufactures Association Committee on endocrine disruptors and persistent toxic bioaccumulators.  Provided technical support to large corporate clients such as Allied Signal and Honeywell in the area of risked-based site cleanup and closure and well as strategic environmental planning.  Member, Battelle Pacific Northwest Laboratory working committee on the expansion of the Battelle developed Multimedia Environmental Pollutant Assessment System (MEPAS) to integrate ecological assessment endpoints into the model resulting in a fully integrated human health and ecological risk assessment modeling tool.  Participated on a joint Texas A&M/Battelle team working in Azerbaijan working with Republic scientists on industrial pollution.  Current studies are focused on the impacts of industrial pollution on the Caspian Sea Sturgeon.**

Battelle Memorial Institute, Amarillo, Texas
(1993-1996)
Department Manager, Environmental Restoration at the U.S. Department of Energy, Pantex Plant. Managed a program budget of $144 million and an annual budget of over $30 million and a direct staff of over 40 technical personnel.  Managed all aspects of the Environmental Restoration Program, including technology development, innovative site characterization methodologies, and in situ remediation alternatives.  Published an environmental compliance guide for oil industry entitled, "The Oilman's Environmental Quick Reference".  Led an initiative to implement the "Streamlined Approach for Environmental Restoration (SAFER)" to the Pantex Environmental Restoration Program.  This initiative resulted in a program cost reduction of 44% and accelerated the program by 4 years.
Designed and managed the installation of an innovative dual-phased saturated and unsaturated zone treatability demonstration to remediate high explosives in a perched aquifer.  The effort was nominated as a "Texas 2000 Innovative Technology" by the local Texas Natural Resource Conservation Commission office and awarded "Best in Practice" by an independent review panel.

5

Science Applications International Corporation, San Antonio, Texas
(1992 - 1993)
Deputy Operations Manager and led technical project management and environmental business development with office revenues in excess of $30 million.  Program manager of a $6.9 million-per-year environmental support contract to the TVA.  Under this contract, managed a staff of up to sixty technical experts and up to twenty concurrent RCRA remediation task orders including a $3 million field effort in Alaska to the U.S. Air Force to remediate the "White Alice" early warning sites and King Salmon Base (Jet fuel contamination of Bristol Bay).  Provided both management and technical support to Kelly Air Force Base environmental restoration program including 2 U.S.EPA innovative technology demonstrations.

Science Applications International Corporation, Golden, Colorado
(1990 - 1992)
Environmental Services Manager, Assistant V.P.  responsible for innovative technology and program development, project management, and client interface.  Staffed and managed an office of 160 personnel. Provided quality assurance support to EG&G Rocky Flats in support of environmental programs at the site.  Project Manager for the Rocky Flats Site Wide Quality Assurance Project Plan for CERCLA RI/FS and RCRA FI/CMS Activities.  This high profile project was completed and approved by both the Federal and State agencies within 8 months.  This effort was in response to the Federal Bureau of Investigation raids and findings at the facility. Los Alamos National Laboratory subsequently adopted the plan. Represented the DOE at regulator meetings and negotiations with federal and state regulators and interest groups and their counsel.

Managed the development of the work plan and sampling procedures for a deep stratigraphic test well in support of a RCRA and Safe Drinking Water Act disposal permit renewal and pending $1 billion class action law suit. The plan was completed in 60 days and was approved without revision or comment by federal and state agencies.  Subsequently, the no-migration petition and permits were also approved. Prepared and conducted training programs dealing with NEPA/CEQ, ESA, hazardous waste site worker (OSHA 40 hr), RCRA, SARA, Title III, CERCLA, and environmental regulatory compliance.  Managed Environmental Compliance and Assessment System (ECAS) team and protocol development, commended by DOD and used as the model program.  Managed a team of three ECAS managers that conducted environmental assessments at over 1200 Department of Defense facilities.  Developed a systems approach to CERCLA environmental evaluations and development of data quality objectives. Prepared a technical review of Canadian EIS requirements as they compare to U.S.  NEPA and California EIA requirements.

Science Applications International Corporation, Las Vegas, Nevada
(1988 - 1990)
Senior environmental scientist assigned to the Yucca Mountain Project (planned underground high-level nuclear waste repository).  Developed Yucca Mountain hazardous materials management and handling program (the first of its kind), which addressed federal, state, and DOE Order requirements.  Developed environmental regulatory compliance strategies, programs, schedules, and program tracking systems. Served as a technical reviewer for the DOE in the area of environmental compliance, completed an integration study of state and federal environmental studies, environmental compliance regulations, DOE Orders, and requirements of the Nuclear Waste Policy Act, National Environmental Policy Act, Clean Water Act, Safe Drinking Water Act Endangered Species Act, as well as the Atomic Energy Act. Provided technical review and comment on proposed regulations on both high level radioactive and hazardous wastes. Served as the principal investigator on biological resources Utah Electronic Training Capability EIS to address the impacts of a combat training on terrestrial and aquatic resources. Other responsibilities included preparation of environmental protection and implementation plans, preliminary safety analysis reports, and environmental safety and health implementation plans.

Battelle Memorial Institute, Amarillo, Texas
(1987 - 1988)
Regulatory compliance specialist on the proposed Deaf Smith County nuclear-waste repository project. Technical reviewer for DOE in the areas of environmental compliance and technical merit of site characterization study plans.  Responsibilities included the integration of state and federal environmental compliance regulations with the requirements of the Nuclear Waste Policy Act.  Prepared the surface-water sections of the Deaf Smith County Site Characterization Plan and Requirements Resolution and Strategy Plan, and developed and reviewed aquatic resource studies on the area playa lakes.

U.S. Department of Interior - Bureau of Reclamation, Amarillo, Texas
(1985 - 1987)
Served on the Director's staff as Regional Environmental Specialist accountable for environmental compliance and programs for a five-state area.  Accountable for regional hazardous waste and emergency response programs.  Developed the "Regional Hazardous Materials Management and Contingency Plan" that was recommended for use Bureau-wide.  Coordinated environmental studies and assessments, and prepared environmental assessments and impact statements on large-scale construction projects.  Served as a regional coordinator on the Secretary of Interior's Selenium and Other Toxic Substance Task Force, which evaluated the impacts of irrigation return flows to aquatic systems.  Served as the Regional Endangered Species Coordinator.  Responsible for the review, comment, and interpretation of environmental legislation as it related to Bureau of Reclamation construction and operation activities.

Ducks Unlimited, Amarillo, Texas
(1984 - 1985)
Regional Director for a private conservation organization in Oklahoma and Texas.  Directed the activities of two state committees and prepared two state newsletters.  Coordinated wildlife projects with both state and federal agencies. Coordinated Matching Aid to Restore States Habitat (MARSH) programs in Texas and Oklahoma.  Reviewed wetland projects throughout the United and Canada.

U.S. Department of Interior, Bureau of Reclamation, Amarillo, Texas
(1979 - 1984)
Regional Environmental Specialist and Wildlife Biologist for project planning and development.  Responsible for NEPA and executive order compliance and managed the preparation of environmental assessments, impact statements, and endangered species assessments.  Managed over 40 environmental assessments, EISs and endangered species studies and reintroduction programs.  Developed a "Habitat Evaluation Procedures" training program and presented the program to Bureau of Reclamation and U.S. F.W.S offices throughout the southwestern U.S.

Petrolite Corporation, Great Bend, Kansas
(1977 - 1979)
Field Scientist/engineer responsible for development and field-testing of chemical treatments for fresh- and salt-water problems in oil production and industrial applications.  Designed treatment performance tests and analyzed corrosion, scaling, bacterial, and fungal contamination and thermal pollution.  Conducted field studies on the effects and abatement of microbial corrosion on oil and gas facilities and piping.  Evaluated performance of oil demulsifiers, dispersants and oil production treating chemicals.

**Commercial Software Developed**
2010:  Vegetation Establishment Guidance for Decisions: Assistance Tool (VEGDAT).  Software decision support tool developed for the Texas Department of Transportation to assist in disturbed roadside vegetation establishment. WTAMU conducted specific research on vegetation re-establishment techniques at three locations in the Texas Panhandle and provides recommendations for improved practices.

7

2008:  Ecological Protective Cleanup Level Generator. The software was developed under a contract with the Texas Commission on Environmental Quality through the Texas Engineering Experimental Station. I led the development of the model and collaborated with Drs. Russell Anderson and Musa Jafar in the Business College as well as the Texas Ecological Risk Working Group. The database will be housed on the WTAMU system for interactive use.

2000:  Development and Application of an Integrated Model for Ecological Risk Assessment employing the Spatial Habitat Equivalency Method. I led this project in collaboration with Battelle Memorial Institute and the U.S. Department of Interior Ecological Working Group at Texas A&M University to integrate a contaminant fate and transport model (MEPAS) and a spatial habitat equivalency model to generate current and projected (based on time steps) contaminant concentration dependent effects of ecological indicator species and habitats. This concept and approach was patented.

**Selected Peer Reviewed Publications**

Heim, Bradley, Brian Yates and William J. Rogers, Protective Concentration Level        Calculator: Providing a Web-Based Knowledge Management Tool to the      Community of Ecological Risk Assessment Professionals, Proceedings of the     International Association for Development of the Information Society,      International Symposium, Madrid Spain, February 28,2014.  Accepted for publication.

Ghosh, N., Finger, K., Usnick, S., & Rogers, W. J. (2010).  Microscopic Examination on Cytological Changes in Allium cepa and Shift in Phytoplanktonic Population at Different Doses of Atrazine. *Scanning Microscopy 2010, 7729 (W-1)*, 1-14.

 Anderson, R., Jafar, M., & Rogers, J. (2010).  Superfund Site Analysis Using Web 2.0 Technologies. *Journal of Information Systems Applied Research, 3 (6)*, 1-11.

Estrada, G., Thompson, A., Ghosh, N., & Rogers, W. J. (in press, 2009).  Effects of Atrazine on Freshwater Phytoplanktonic Growth, Population Density, and Community Structure.  *Texas Journal of Microscopy*.

Anderson, R., Jafar, M., & Rogers, J. (2009).  Superfund Site Analysis Using Web 2.0 Technologies. Proceedings of the Conference on Information Systems Applied Research.

Rogers, William J,, Gary Barbee, Vipul Saxena, Larry Champaign.  Development of web-based toxicity reference values and protective cleanup levels for contaminants of concern and habitat-based indicator receptors.  SETAC North America 31st Annual Meeting and Proceedings. Portland, Oregon, November 2010.

Jennifer Collins, William J. Rogers and Nabarun Ghosh. (2007). Microscopic Evaluation of Roundup Influence On A Freshwater Planktonic Community. Texas Journal of Microscopy, 38:2: 23 (2007).

Seong-gi Moon, Brent Auverman and William J. Rogers.  Open-Path Transmissometry to determine Atmospheric Extinction of Feedyard Dust, Transactions of the ASAE (2006)

Parker, D.B., J.S. Posey, D.L. Williams, N.A. Cole, **W.J. Rogers**, D.W. Auverman.  Biogas production using high solids beef cattle manure in geomembrane lined cells.  Transactions of the ASAE (2006)

Swartz C. D., K.C. Donnelly, Arif Islamzadey, Gilbert T. Rowe|, **William J. Rogers**, Grigoriy M. Palatnikov, Rafik Kasimov, Thomas J. McDonald, Jeffery K. Wickliffe and John W. Bickham. 2003.

8

Chemical contaminants and their effects in fish and wildlife from the industrial zone of Sumgayit, Republic of Azerbaijan.  Ecotoxicology 12:511-523.

Bickham J. W., C. W. Matson, A. Islamzadey, G. T. Rowe, K. C. Donnelly,  C. D. Swartz, **W. J. Rogers**, R. L. Autenrieth, T. J. McDonald, D. Politov, J. K. Wickliffe, G. Palatnikov, A. A. Mekhtiev, and Rafik Kasimov. 2003.  Editorial: The unknown environmental tragedy in Sumgayit, Azerbaijan.  Ecotoxicology 12:507-510.

Parker, D.B., J.S. Posey, D.L. Williams, N.A. Cole, **W.J. Rogers** and B.W. Auverman.  2001.  Psychrophilic biogas production using high solids aged beef cattle manure.  Transactions of the ASAE.

Theodorakis, C. W., C. D. Swartz, W. J. Rogers, J. W. Bickham, K. C. Donnelly, and S. M. Adams.  2000.  Relationship between genotoxicity, mutagenicity, and fish community structure in a contaminated stream.  Journal of Aquatic Ecosystem Stress and Recovery, 7:131-143.

Bickham, J. W., G. T. Rowe, G. Palatnikkov, A. Mekhtiev, M. Mekhtiev, R. Yu. Kasimov, D. W. Hauschultz, J. K. Wickliffe, and W. J. Rogers.  1998.  Acute and genotoxic effects of Baku Harbor sediment on Russian sturgeon, *Accipenser guildensteidti*. Bulletin: Environmental Contamination and Toxicology. 61:512-518.

Rogers, W. J., and J. W. Bickham.  1998.  Spatial weight-of-evidence ecological risk assessment driven resource allocation.  Proceedings of the American Nuclear Society, Topical Meeting on Risk-based Performance Assessment and Decision Making, Richland/Pasco, WA, 180-186.  (Risk committee reviewed and invited Paper)

Bickham, J. W., W. J. Rogers, and C. W. Theodorakis.  1998.  Transgenerational genetic effects of environmental contamination: Implications for risk assessment.  Proceedings:  American Nuclear Society, Topical Meeting on Risk-based Performance Assessment and Decision Making, Richland/Pasco. WA. 187-194. (Risk committee reviewed and invited Paper)

Wells, F., Jackson, G., and Rogers, W. J. 1987.  Field screening and assessment of irrigation drainage in the Lower Rio Grande Valley and Laguna Atascosa National Wildlife Refuge. Texas:  U.S. Geological Survey Water Resources Investigations Report. (Reviewed the National Academy of Science special committee to the Secretary of Interior).

**Books and Book Chapters**

Rogers, William. 1994.  The Oilman's environmental quick reference.  Armstrong Oil Directories and Publishing.  Amarillo, Texas.  341 p.

**Rogers, William J**. and Kevin Jeans,  Chemical measurement.  Encyclopedia of Water Science. Edited by B.A. Stewart and Terry A. Howell.  Marcel Dekker Publishing, Inc. 2003.  p. 62-66.

**Rogers, William J**. pH analysis. Encyclopedia of Water Science, Edited by B.A. Stewart and Terry A. Howell, Marcel Dekker Publishing, Inc. 2003.  p. 663-665.

**Copyrights**

William J. Rogers.  Development and application of an integrated model for ecological risk assessment-employing the spatial habitat equivalency method. Copyright TX5-158-309, 2000.

9

William J. Rogers.  Ecological Protective Cleanup Level (PCL) User Interactive Generator.  In process.

**Meeting and Technical Abstracts and Papers Presented**

Rogers, W. J., Saxena, V., & Barbee, G. (2010). *Development of web-based toxicity reference values and protective cleanup levels for contaminants of concern and habitat-based indictor species.* Society of Environmental Toxicology and Chemistry (SETAC), Portland, Oregon.

Yates, B. & Rogers, W. J. (2010). *The effects of atrazine and glyphosate on an aquatic microbial community of the Texas Panhandle.* Society of Environmental Toxicology and Chemistry (SETAC), Stockton, New Jersey.

Yates, B. & Rogers, W. J. (2010, April). *The effects of atrazine and glyphosate on an aquatic microbial community of the Texas Panhandle.* Texas Society for Microscopy, Frisco, Texas.

Paper Presentations - Non-Refereed

Yates, B. & Rogers, W. J. (2010, October). *The effects of atrazine and glyphosate on an aquatic microbial community of the Texas Panhandle.* West Texas A&M 8th Annual Pathways Research Symposium, Canyon, Texas.

2009 Meritorious Paper Award, Conference for Information Systems Applied      Research (CONISAR) Superfund Site analysis Using Web 2.0 Technologies. (Note:  On September 15, 2009 Dr. Musa Jafar and I received and letter of commendation from the TCEQ on our work. The letter outlines the significance of this work to the TCEQ and to the environmental industry as a whole.0

Monroe, M. R., **W. J. Rogers** and D.B. Parker. 2004.  Evaluation of stream sampling methodologies for fecal coliform bacteria. ASAE Biological and Environmental Sciences Annual meeting. Ottawa, Canada. Paper No. 04-4071  (Paper and Poster)

Hartley, Richard S. Ph.D., P.E., **William J. Rogers, Ph.D**., Dennis E. Huddleston, Jeffrey R. Flowers, Martin R. Amos, and Michael O'Connell. 2004.  Strategy and model for accelerated closure and long-term environmental stewardship.  Proceedings Department of Energy Waste Management 2004 Conference. Tucson, AZ.

Buchanan, J.D. D.B. Parker, M.B. Rhoades, J. Koziel and **W. J. Rogers**.  2003.  Assessment of moisture control and additives for odor reduction form open-lot feedyard surfaces.  ASAE Paper No. 03-4140.

**Rogers William J**., Sloan Wendall, Danny Bowman.  2002.  The influence of agricultural landuse on organchlorine pesticide persistence in soils and potential transport.  Proceedings:  Texas Academy of Science, 105th Annual Meeting, February 28-March 2, 2002.  (Paper and presentation)

Parker, D.B., J. S. Posey, D. L. Williams, N. A. Cole, **W. J. Rogers**, B.W. Auvermann. 2002. Psychrophilic biogas production using high solids aged beef cattle manure. Transactions of the ASAE, July, 2002) Paper and Poster.

Parker, D.B., D.L. Williams, N.A. Cole, B.W. Auverman and **W.J. Rogers**.  2002.  Dry nonheated anaerobic biogas fermentation using aged beef cattle manure.  ASAE Paper No. 02-4142.  Presented at the 2002 ASAE International Meeting, Chicago, Illinois, July 28-31, (Poster presentation)

Parker, D.B., J.E. Calhoon, **W.J. Rogers**, M.B. Rhoades, M.C. McCullough and C. Robinson. 2001. Infiltration characteristics of cracked clay soils in bottoms of feedyard playa catchments. ASAE Paper No. 01-2281.  Proceedings 2001 ASAE International Meeting, Sacramento, California. (Paper and Poster presentation).

10

Auverman, Brent W. and **W. Jim Rogers**.  2000. Documented human health effects of airborne emissions from intensive livestock operations. Proceedings: Workshop, Industry Services Alberta Pork and Intensive Livestock Working Group.  Lacombe, AB December 18, 2000.

**Rogers, William J**., 2000.  Risk assessment-defining the field.  Paper presented to the Agricultural Medicine and Rural Health Workshop, Texas Tech University Health Sciences Center, Amarillo, TX. December, 15, 2000.

Rogers, William J., J.W. Bickham and T.M. Bolwahnn, 2000.  Spatial weight-of-evidence integrated risk assessment. Society of Environmental Toxicology and Chemistry SETAC 19th Annual Meeting. Presentation and Abstract.

Bickham, John W., Christopher W. Theodorakis and **William J. Rogers.** Integration of genotoxicity, population genetics and ecological risk assessment:  Kangaroo rats exposed to radionuclide contamination at a nuclear weapon test facility.  The EMAP Symposium on Western Ecological Systems:  Status, Issues and New Approaches.  San Francisco, CA., April 6-8, 1999.

**Rogers, William J.**  Risk assessment and natural resource damage assessment integration using spatial weight-of-evidence model:  An approach to integrating natural resource damage assessment and risk assessment. 1999 South-Central SETAC Regional Meeting, Society of Environmental toxicology and Chemistry, Houston, Texas. April 12-13, 1999. (Invited paper)

Rogers, William J.  Spatial weight-of-evidence integrated risk assessment as applied to natural resources. Texas Chapter of the Wildlife Society, Annual meeting, Amarillo, Texas, 1999.

Theodorakis, C.W., C. Swartz,**W.J. Rogers** and J.W. Bickham. 1998.  Relationship between genotoxicity, mutagenicity, and community structure in a contaminated stream. Proceedings Society of Environmental Toxicology and Chemistry SETAC 19th Annual Meeting.

Heim, Bradley, Brian Yates and William J. Rogers, Protective Concentration Level        Calculator: Providing a Web-Based Knowledge Management Tool to the       Community of Ecological Risk Assessment Professionals, l Association for       Development of the Information Society, International Symposium, Madrid       Spain, February 28,2014.  Platform Presentation

Ecological Risk Assessment and Development of Protective CleanUp Levels (PCLs)       Invited presentation by EPA Region 2-before EPA Regions 2 and 5, NOAA,       New Jersey DEQ, Pennsylvania DEQ, FWS-Presentation and Technical  Working Session Chair.

Yates BS, WH Mimbs, GC Barbee, L Champagne and WJ Rogers (2013) *Development and Application of a Web-Based Interactive Database for Generating Ecological Species-Specific Protective Concentration Levels*, 34th Annual Meeting of the North America Society of Environmental Toxicology and Chemistry, Nov. 17–21, Nashville TN (poster)

Mimbs WH, WJ Rogers and GC Barbee (2013) *Genotoxicity of Cotton Herbicide Mixtures in Southern High Plains Playa Lakes,* 34th Annual Meeting of the North America Society of Environmental Toxicology and Chemistry, Nov. 17–21, Nashville TN (poster)

Brownlow JW, GC Barbee and WJ Rogers (2013) *Potential Influence of Clay Slickensides on Subsurface Contaminant Transport*, 125th Annual Meeting of the Geological Society of America, Oct 27-30, Denver CO (platform)

11

Brownlow JW, GC Barbee and WJ Rogers (2014) *Potential Influence of Clay Slickensides on Subsurface Contaminant Migration*, 51st Annual Soil Survey and Land Resource Workshop, Feb 6-7, College Station TX (platform)

**Professional Meetings, Workshops and Seminars Conducted**

William. J. Rogers, Appala Paila, Venkata Sambara, Vipul Saxena. Development of Ecological Protective Cleanup Levels for Soil and Water.  Presented to the Texas Commission on Environmental quality and the TCEQ Ecological Risk Assessment Working Group (Sept. 2005)

William. J. Rogers, Appala Paila, Venkata Sambara, Vipul Saxena. Development of Ecological Protective Cleanup Levels for Soil and Water.  Presented to the United States Air Force Center for Environmental Excellence (Invited Presentation) (December 2005)

Ecological Risk Assessment Workshop.   Baku, Azerbaijan in 2005 sponsored by the Azerbaijan Ministry of Environment and BP Oil Company.

Ecological Risk Assessment:  Methods and Current Trends.  Seminar presented to the Azerbaijan National Academy of Science, Baku Oil Academy and Baku Research Institute funded by Amoco Oil Company.  Baku, Azerbaijan.  1999.

**Professional Meetings, Workshops and Seminars Attended**

Development of User-Interactive Default and Site Specific Ecological Regulator Benchmark Generator.  Society of Environmental Toxicology and Chemistry, 18th Annual International Conference, Warsaw, Poland, Full abstract and presentation accepted for May, 2008 platform presentation.

Texas Commission on Environmental Quality Trade Fair, Demonstration of an Ecological Protective Cleanup Generator, May 11/ 2008 Austin Texas

Presentation, "Development of a Hazardous Waste Management System and Remediation of Mercury Contamination in Sumgayit, Azerbaijan, Presented to the Air and Waste Management Society, July 2003.

Ecological Risk Assessment Methods and Current Trends, seminar presented to World Bank and United Nations in Washington D.C. January 1999.

Panel member on "World Bank, United Nations and Agency for International Development working Committee on International Environmental Restoration.  January 1999.

Workshop sponsor, "Environmentally Sustainable Privatization of Former Soviet Union Industries" Sumgayit, Azerbaijan, July, 1999.

Mediator, "Department of Transportation Oil Protection Act Oil Spill Emergency Response Workshop and Area Drill", New Orleans, La., July 1999.

Weapons Complex Waste Management & Cleanup-*Engineering the Transition to a Budget-Constrained, Risk-Based, Land-Use Directed, Performance-contract Managed Program.*  Seventh Annual Decisionmaker's Forum, *Weapons Complex Monitor, September 26-29, 1995.*  Participant.
**Technical Reports:**

2010:  Roadside Vegetation Establishment Quick Reference Guide, Texas Department of Transportation

12

2010:  Synthesis and Study of the roadside Vegetation Establishment Process:  Project summary Report. TxDot 0-5731-S

 2010:  Oneok Westex Transmission, Expert Testimony on site contamination and ricine risk, Evaluated waste water pond liner system and permitting requirements for reactivation of once permitted system. Conducted geophysical testing and soil sampling and evaluation .

2010:  Humbolt Bay Baykeepers, Dioxin, PCB, Heavy Metals Risk Assessment Humboldt Bay, California, Review of historic data and evaluation of 303d Clean Water Act compliance for Humboldt Bay and ecological risk assessment for both marine and freshwater aquatic and terrestrial habitats .

2010:  Humbolt Baykeepers,  Ecological Risk Assessment for Humbolt Bay Estuary, Expert testimony on ecological effects of dioxins/furans, heavy metals and hydrocarbons on ecological resources. Designed and conducted field investigation and prepared ecological risk assessment.

2010:  Hackensack Baykeepers, Hackensack Chromium cleanup Project, Technical evaluation of chromium cleanup standards and proposed cleanup on the Hackensack River/Estuary Litigation Support. Technical report and ecological risk assessment completed in 2008.

2009:  HumboltBay Baykeepers, Review of historic data and evaluation of 303d Clean Water Act compliance for Humboldt Bay and ecological risk assessment for both marine and freshwater aquatic and terrestrial habitats.

2008:  Hackensack Baykeepers, Technical evaluation of chromium cleanup standards and proposed cleanup on the Hackensack River/Estuary Litigation Support. Technical report and ecological risk assessment completed in 2008**.**

2008:  Cemex Agregate International Mexico, Development of environmental strategy for development of cement plant in Seligman Arizona. Development of Habitat Conservation Plant and Endangered Species Consultation for black-footed ferret re-introduction.

2008:  OneOak Oil, Evaluation and risk assessment of ricine contamination from Castor Bean processing and potential compromise of evaporation ponds by underground pipeline.

2008:  Humboldt Baykeepers, Evaluation and ecological risk assessment of dioxin, PCB and heavy metal contamination and Clean Water Act compliance from historic railroad operations and maintenance on Humboldt Bay.

2008:  Hackensack River Keepers, Evaluation and preparation of ecological risk assessment for chromium contamination in the Hackensack River New Jersey. Implementation of state-of-the-art ecological risk modeling to determine potential ecological and human health risk from historic chromium ore processing.

2008:  Cemex Inc., Environmental risk assessment for proposed cement plan development. Black-footed Ferret endangered species reintroduction and requested to be a member of the Arizone Black-footed Ferret Re-introduction Working Group

2008:  Pantex BWXT, Conducted site history and air dispersion model for depleted uranium at firing site 5. Finalized report -Firing Site 5 Human Health Risk Assessment Report- U.S. Department of Energy/National Nuclear Security Administration- Pantex Plant-Amarillo, Texas May 2007 (Note-comments and final report published in 2008- Finalized - Baseline Human Health Risk Assessment Summary- Pantex Plant- Amarillo, Texas 2008

2008:  United Nations World Bank, Updated and met with World Bank in Washington to discuss next steps on Position paper on integrating NGO entities in strategic cleanup of POPs. This resulted in a new initiative in Argentina discussed in following sections.

Firing Site 5 Human Health Risk Assessment Report, for U.S. Department of Energy/National Nuclear Security Administration,  Pantex Plant.  May 2007  Michelle Bolwahnn, Jeff Stovall, Teri Ford, David Crump, Dan McGrath, William J. Rogers  (I was responsible for the site history and the Firing Site 5 air dispersion modeling of Depleted Uranium).

Killebrew, Flavius C., William J. Rogers and Joel B. Babitzke.  2002.  Assessment of instream flow and habitat requirements for Cagle's Map Turtle (*Graptemys caglei*), Report to the Texas Parks and Wildlife and U.S. Fish and Wildlife Service Guadalupe River Instream Flow Working Group and the Edwards Aquifer Authority, Contract #00-52-AS. 61 pp.

Rogers, William J., author.  2002.  Component C:  Risk Reduction of Water Pollution in Maramures Region,  Initial Project Information Document (PID):  Romania-Hazard Risk Mitigation and Emergency Preparedness Project" Report on behalf of the World Bank to the Government of Romania Ministry of Public finance, February 2002.

Auverman, Brent W. and W.J. Rogers, "Documented Human Health Effects of Airborne Emissions from Intense Livestock Operations" Technical Paper submitted to the Canadian Intense Livestock Working Group, Lacombe, AB December 18, 2000.

Rogers, William J., "Risk Assessment-Defining the Field", Paper presented to the Agricultural Medicine and Rural Health Workshop, Texas Tech University Health Sciences Center, Amarillo, Texas, December, 15, 2000.

Baseline Risk Assessment Workplan for the U.S. Department of Energy Plant.  Amarillo, Texas.  Revised Final.  September 2000.

Rogers, William J., and David B. Parker, 1999.  Comparative study of coliforms and animal waste indicators on two watersheds.  McClean Feeders.  McClean, Texas.

Rogers, William J.,  1999.  Editor and Author.  Pantex Plant:  Baseline Risk Assessment for the U.S. Department of Energy Pantex Plant, Amarillo, Texas-Summary.

Baseline Risk Assessment for the U.S. Department of Energy Pantex Plant.  Amarillo, Texas  Volume III Ecological Risk Assessment-Draft Final.  September 1998.

Contaminants of Potential Concern Screening Document for U.S. Department of Energy Pantex Plant.  Volumes 1-3.  Draft Final Report.  April 3, 1998.  Co-author and Lead Technical Oversight.

Baseline Risk Assessment for the U.S. Department of Energy Pantex Plant.  Amarillo, Texas.  August 1998.  Project manager and co-author.

Dual-Phase Liquid and Vapor Treatment System, W.J. Rogers and Johnny Weems, Proceedings DOE Pollution Prevention in the 21st Century, Conference XII, July 9-11, 1996.

Corrective Action Management Unit Overall Plan.  Battelle Memorial Institute. September 29, 1994.  Subcontract No.  CFF000001  Proposal/Project No.  CP020916/G456070.  Project manager.

Hazardous Materials Spill Response Program Assessment, Pantex Plant.  Battelle Memorial Institute.  Subcontract No.  CFF000001.  August 19, 1993.  Project Manager.

Environmental Restoration Performance Improvement, Pantex Team Department of Energy, Mason & Hanger-Silas Mason co., Battelle memorial Institute and the corps of Engineers.  May, 1994.  Lead Author and Editor.

Environmental Restoration Program East Fork Poplar Creek Sewer Line Beltway Integrated RCRA/CERCLA/NEPA  Phase Ib Sampling and analysis Plan for Ecological Risk Assessment.  United States Department of Energy.  Under Contract DE-AC05-90OR23851.  Lead Author and Project Manager.

Yucca Mountain Project, Hazardous Materials Management and Handling Program, Author for U.S. Department of Energy, 1989 (draft).

Electronic Combat Training Capability, Utah Training and Testing Range, 1989, Draft Environmental Impact Statement for the U.S. Air Force:  Deputy Project Manager, Biological Resources Principal Investigator.

Endangered Species Biological Assessment, Electronic Combat Training Capability Project for U.S. Air Force, Project Manager/Author, 1989.

Aircraft Low Level Supersonic Noise Evaluation for U.S. Air Force, Co-Author, 1989.

Velarde Community Ditch Project, Phase II, Finding of No Significant Impact, 1987:  Project Manager/Co-Author, U.S. Department of Interior.

San Angelo Safety of Dams Project, Environmental Assessment, 1987, Project Manager/Co-Author, U.S. Department of Interior.

Buffalo Lake National Wildlife Refuge Environmental Assessment, 1985, Project Manager/Co-Author, U.S. Department of Interior.

Colorado Coastal Plains Environmental Impact Statement, 1985, Co-Author, U.S. Department of Interior**.**

Lake Meredith Salinity Control Project Assessments, 1985, Co-Author/Environmental Studies Project Manager, U.S. Department of Interior.

Velarde Environmental Assessment, Finding of No Significant Impact, 1984, Project Manager/Author, U.S. Department of Interior.

Tularosa Basin Water Use Study, 1984, Co-Author, U.S. Department of Interior.

Rogers, W. J., 1983,  Llano Estacado Environmental Assessment, 1983, Project Manager/Co-Author, U.S. Department of Interior.

Rogers, W. J., Estacado Playa Lakes -  An Environmental Perspective, 1983, U.S. Department of Interior.

15

Santa Cruz Dam Project, Finding of No Significant Impact, 1983, Project Manager/Co-Author, U.S. Department of Interior.

Endangered Species Assessment, Gallup-Navajo Water Supply Project, 1983, Project Manager/Author, U.S. Department of Interior.

Gallup-Navajo Water Supply Project Environmental Impact Statement, 1982, Co-Author, U.S. Department of Interior.

Wilburton Reservoir Environmental Assessment, 1982, Project Manager/Author, U.S. Department of Interior.
Provo Municipal Airport Runway Improvement Project Draft Environmental Assessment, 1991, Co-Author, Deputy Project Manager for City of Provo, Utah.

Rocky Flats Plant Site-Wide Quality Assurance Project Plan for CERCLA Remedial Investigations/Feasibility Studies And RCRA Facility Investigations/Corrective Measures Studies Activities, 1990, for EG&G Rocky Flats Plant, Colorado, Project Manager.

Environmental Regulatory Overview Manual and Training Course for International Right of Way Association, 1990, Author.

East Fork Poplar Creek Ecological Assessment Methods Plan, 1991, for Martin-Marietta, Oak Ridge, Tennessee, Project Manager.

Ecological Risk Assessment Program Plan for Evaluation of Waste Sites on the Savannah River Site, 1992, for Westinghouse Savannah River Company, Co-Author/Project Senior Scientist.

City of Provo Wetlands Masterplan.  1992.  City of Provo. Project Manager.

Quality Assurance Plan for Lima Stratigraphic Test Well, 1991, for BP Chemicals, Inc., Project Manager.

Lima Stratigraphic Test Well Technical Report and No-Migration Petition, 1992, for BP Chemicals, Inc. Co-Author.

EPA Data Quality Objectives Training and Orientation, 1991 for EG&G Rocky Flats Plant, Author and Trainer.

Ecological Risk Assessor's Guide for Evaluation of Waste Units on the Savannah River Site, 1993, Principal Co-Author, Project Leader.

Critical Comments on the U.S. Environmental Protection Agency Standards 40 CFR 191.  Contributor 1993.  Technical Paper presented to the Department of Energy Office of Environment, Safety and Health. Washington D.C.

16

ATTACHMENT B

 EnviroSolutions
Incorporated

Environmental Characterization to Closure

Date:            September, 10, 2012

Memo To:         Alicia Alcorn
                 Terris, Pravlik & Millian, LLP
                 1121 12th Street N.W.
                 Washington, DC 20005.4632
                 E-Mail: aalcorn@tpmlaw.com

From:            William J. (Jim) Rogers PhD.

Subject:         Invoice – SA6 North ~~and South~~

Alicia, please find my time on the above project;

| | | | |
|---|---|---|---|
| June 7, 2012 | SA 6N Design Review | 4hrs | $600.00 |
| July 3, 2012 | Comments 100% design SA6N | 4hrs | $600.00 |
| July 5, 2012 | SA6 N comment review | 4hrs | $600.00 |
| July 31, 2012 | Teleconference | 1hrs | $150.00 |
| Aug. 6, 2012 | Review OSDS SA6 S & N | 4hrs | $600.00 |
| Aug. 15, 2012 | Review Root Barrier Position | 2hr | $300.00 |
| | | **Total Due** | **$2,850.00** |

We appreciate the opportunity to work with you on this important project. I hope that the billing meets with your approval. If you have any questions please call me at (806) 651-2581 or on my cell at (806) 670-5727. Please remit payment to Omega EnviroSolutions, Inc., 2200 4th Avenue #115, Canyon, Texas 79015.

Sincerely,

William J. (Jim) Rogers PhD, CHMM

Omega Environmental Solutions, 2200 4th Avenue #115, Canyon, Texas 79015

Rogers 1

 **OMEGA** EnviroSolutions
Incorporated

**Environmental Characterization to Closure**

Date:        January 8, 2013

Memo To:     Alicia Alcorn
             Terris, Pravlik & Millian, LLP
             1121 12th Street N.W.
             Washington, DC 20005.4632
             E-Mail: aalcorn@tpmlaw.com

From:        William J. (Jim) Rogers PhD.

Subject:     Invoice – SA5-7

Alicia, please find my time on the above project;

October 17,2012 Review of OSDS version 13 and statement
      Dr. Jim Rogers 2hrs @ $150.00           $ 300.00
October 17,2012 Teleconf. Alicia Alcorn
      Dr. Jim Rogers  1hr @ $150.00           $ 150.00
October 18 Design review for plant requirements
      Dr. Jim Rogers           $ 150.00
           **Total Invoice**    **$ 600.00**

We appreciate the opportunity to work with you on this important project. I hope that the billing meets with your approval. If you have any questions please call me at (806) 651-2581 or on my cell at (806) 670-5727. Please remit payment to Omega EnviroSolutions, Inc., 2200 4th Avenue #115, Canyon, Texas 79015.

Sincerely,

William J. (Jim) Rogers PhD, CHMM

Omega Environmental Solutions, 2200 4th Avenue #115, Canyon, Texas 79015

Rogers 2