Plaintiffs' Exhibit 20

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERFAITH COMMUNITY ORGANIZATION, *et al.* )<br>Plaintiffs, )<br>v. )<br> )<br>HONEYWELL INTERNATIONAL, )<br>INC., *et al.* )<br>Defendants. )<br> ) | **FILED ELECTRONICALLY**<br><br>Civ. No. 95-2097 (JLL) |
| HACKENSACK RIVERKEEPER, INC., )<br>*et al.* )<br>Plaintiffs, )<br>v. )<br> )<br>HONEYWELL INTERNATIONAL )<br>INC., *et al.* )<br>Defendants.) | Civil Action No. 06-22<br>**Consolidated with<br>Docket No. 05-05955<br>under Docket No. 95-2097** |

## AFFIDAVIT OF JAMES P. WYSE

I, James P. Wyse, do hereby affirm and state:

1. I have been retained by counsel for plaintiffs in the above-captioned matter. These cases involve the chromium-contaminated sites that are included in Study Areas 5 to 7. I was engaged by plaintiffs' counsel to assist with issues related to New Jersey property law and the impact of such law on various forms of institutional controls.

2. I hold an undergraduate degree from Bucknell University (BA in Psychology) and a law degree from Rutgers University School of Law (JD with Honors). I have been a licensed attorney in the State of New Jersey since 1977. I am currently a partner of the law firm of Coughlin Duffy, LLP. Previously, I was a principal of the law firm of Herold Law, P.A. and, before that, was a partner of the law firm of Schenck, Price, Smith & King in Morristown, New Jersey.

3. My principal area of expertise is in real estate law. In the course of my practice, I have handled many different kinds of real estate transactions, from the typical single-family residential sale, to the purchase and sale of multi-million dollar commercial properties, commercial leasing transactions, and bond financing for hospital development projects in the hundreds of millions of dollars.

4. I have also developed special expertise in all facets of conservation, open space, and agricultural land preservation, including conservation easements, tax benefits of conservation-related charitable contributions, and public open-space financing. I was the legal editor of The Conservation Easement Handbook, a 2005 publication of The Land Trust Alliance and The Trust for Public Land. I have also lectured extensively to land trust organizations and private landholders on real estate transactions, conservation easements, and related tax and appraisal issues.

5. I am submitting this affidavit in support of the time and expenses billed by my firm and claimed by plaintiffs as part of their 2012-2013 fees application. Copies of my invoices, which include my time records, are attached as Attachment A.

6. I have worked on *Hackensack Riverkeeper, Inc. v. Honeywell International, Inc.*, Civil No. 05-5955, since December 2007. In 2012, I billed time and invoiced plaintiffs' counsel for work done under Study Area 6 North. My work related to New Jersey property law issues, including conservation restrictions and deed-based institutional controls. Specifically, this work related to the assessment of potential impacts to and violation of the conservation restrictions recorded on Study Areas 6 North and South should the adjacent highway be expanded. My time for this work

includes review of the file for the case and making notes to the file. This is standard work that any attorney does in order to ensure a complete record.

7. All of the hours billed were reasonable and necessary to complete the tasks requested of me by plaintiffs' counsel.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2014.

JAMES P. WYSE

# COUGHLIN DUFFY LLP
### ATTORNEYS AT LAW
350 MOUNT KEMBLE AVENUE
P.O. BOX 1917
MORRISTOWN, NEW JERSEY 07962-1917

PHONE: (973) 267-0058
FACSIMILE: (973) 267-6442
WWW.COUGHLINDUFFY.COM

Terris, Pravlik & Millian, LLP
Alicia Alcorn, Esq.
1121 12th Street, N.W,

Washington, DC 20005

Client/Matter No.: T3866-00001

Invoice # 56290

December 6, 2012

Re: Study Area 6 North

Fed ID: 20-0905268

For Professional services rendered in the captioned matter for the period ending November 30, 2012

| Date | Attorney | Description | Hours | |
|------|----------|-------------|-------|--|
| 11/13/12 | JPW | Review provisions of conservation restriction, consent decree and Bayshore Redevelopment Plan concerning possible reconfiguration of Hwy. 440 in Jersey City. Conferences with Alicia Alcorn, Esq. regarding same. | 3.40 | |
| 11/14/12 | JPW | Correspondence and file organization. | 0.30 | |
| 11/16/12 | JPW | Organize and review file for Study Area 6 North; file notes. | 0.50 | |
| | Total Fees | | 4.20 hours | $1,512.00 |

### Timekeeper Summary of Hours:

| | | | | |
|--|--|--|--|--|
| James Wyse | 4.20 | Hours @ | $360 | 1,512.00 |
| Total For Professional Services Rendered: | 4.20 | Hours | | $1,512.00 |

## Wyse 1

Terris, Pravlik & Millian, LLP   T3866
Invoice 56290

Page 2

| | |
|---|---|
| Total Of Invoice | $1,512.00 |
| Total Amount Due | $1,512.00 |

Wyse 2

# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW
350 MOUNT KEMBLE AVENUE
P.O. BOX 1917
MORRISTOWN, NEW JERSEY 07962-1917

PHONE: (973) 267-0058
FACSIMILE: (973) 267-6442
WWW.COUGHLINDUFFY.COM

Terris, Pravlik & Millian, LLP
Alicia Alcorn, Esq.
1121 12th Street, N.W,

Washington, DC 20005

Client/Matter No.: T3866-00001

Invoice # 56290

December 6, 2012

Re: Study Area 6 North

Fed ID: 20-0905268

---

Invoice Summary

| | |
|---|---|
| Total For Professional Services | $1,512.00 |
| Total Of Invoice | $1,512.00 |
| **Total Amount Due** | **$1,512.00** |

*Please return this page with your remittance and please reference the client/case number on all correspondence.*

Wyse 3