**Plaintiffs'
Exhibit 21**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

INTERFAITH COMMUNITY                    )    **FILED ELECTRONICALLY**
ORGANIZATION, *et al.*                  )
                Plaintiffs,   )
      v.                              )
                              )    Civ. No. 95-2097 (JLL)
HONEYWELL INTERNATIONAL,                )
INC., *et al.*                          )
                Defendants.   )
                              )

HACKENSACK RIVERKEEPER, INC.,   )
*et al.*                        )
                Plaintiffs,   )    Civil Action No. 06-22
      v.                              )    **Consolidated with**
                              )    **Docket No.  05-05955**
HONEYWELL INTERNATIONAL INC.,   )    **under Docket No. 95-2097**
*et al.*                        )
                Defendants.)

### AFFIDAVIT OF HENRY BOKUNIEWICZ

I, Henry Bokuniewicz, do hereby affirm and state:

1.  I have been retained by counsel for plaintiffs in the above-captioned matter. These cases involve the chromium-contaminated sites that are included in Study Areas 5-7.

2.  I am a Professor of Oceanography at the State University of New York at Stony Brook. I have degrees from the University of Illinois and Yale University. My curriculum vitae is attached as Exhibit A.

3.  I am familiar with the level of work required to perform the tasks related remedy oversight and the level of review of the documents that is necessary for me to form opinions, express those opinions in comments and reports, and, if necessary, be

prepared to present those opinions to the Special Master or Court. In addition, in these cases, I provided assistance to plaintiffs' counsel by helping them in understanding technical issues.

4. I am submitting this affidavit in support of the time that I billed and that are claimed by plaintiffs as part of their 2012-2013 fees application in these cases. The invoices and related time records for my work are attached as Exhibit B.

5. In 2012, I billed time and invoiced plaintiffs' counsel for work done under Study Area 7. My work related to the sediments remedy. Specifically, I did work related to the review and comment on various sediments remedy technical documents that were submitted by Honeywell and participated in various meetings and conference calls related to the implementation of the sediments remedy.

6. All of the hours billed were reasonable and necessary to complete the tasks requested of me by plaintiffs' counsel.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2014.

HENRY BOKUNIEWICZ

2

**VITA**

**Henry J. Bokuniewicz**
Office Address:        Marine Sciences Research Center
                       State University of New York
                       Stony Brook, New York 11794-5000
Office Phone:          (631)  632-8674                Office FAX (631) 632-8820
Email:                 hbokuniewicz@notes.cc.sunysb.edu


Education:             Ph.D.         Yale University, 1976
                       M. Phil.      Yale University, 1973
                       B. A.         University of Illinois, Champaign-Urbana Campus, 1971


Present Position:      Professor of Oceanography
                       Marine Sciences Research Center
                       State University of New York at Stony Brook

                       Director, Long Island Ground-water Resource Institute

Previous positions:    MSRC Associate Dean for Education              1992-1998
                       MSRC Director of Graduate Students             1987-1998


Service on numerous international, national, regional and University committees

**Publications:**

**2013:**

Carretero, S, J. Rapaglia, H. Bokuniewicz, K. Eduardo. 2013. Impact of sea level rise on saltwater intrusion length into the coastal aquifer Partidio de La Costa, Argentina. Continental Shelf Research, in press.

**2012:**

Din, N., G.L. Essomè Koum, H. Bokuniewicz, A. Nfotabong Atheull, F. Dahdouh-Guebas, 2012. Comparison of two sampling methods for spatial pattern and structural analysis in monospecific forests, Applied Vegetation Science, **submitted.**

Morgan Gelinas, M, H. Bokuniewicz, J. Rapaglia, and K.M.M. Lwiza, 2013. Sediment Resuspension by Ship Wakes in the Venice Lagoon Journal of Coastal Research: Volume 29, Issue 1: 8-17.
doi: http://dx.doi.org/10.2112/JCOASTRES-D-11-00213.1

**2011**

Bocomazo, L., H.J. Bokuniewiz, and J.J. Tanski, 2011.  Sand Resources offshore of Long Island (NY) Proceedings of the Coastal Sediments 2011(Volume 2): 1021-1033.

Buonaiuto, F.S. Jr,, M.Slattery and H. J. Bokuniewicz, 2011.  Wave Modeling of Long Island Coastal Waters, Journal of Coastal Research  27; 470-477 doi: 10.2112/08-1014.

Rapaglia, J., L. Zaggia, K. Ricklefs, M. Gelinas and H. Bokuniewicz, 2011. Characteristics of Ships' Depression Waves and Associated Sediment Resuspension in Venice Lagoon, Italy.  Journal of Marine Systems 85: 45-56.

1

Bokuniewicz, H.J., N. C. Kraus, S. Munger, M. Slattery and R. Coffey, 2011. Monitoring Incipient Breaching at an Artificial Inlet:Georgica Pond, New York. Journal of Coastal Research: Proceedings, Symposium to Honor Dr. Nicholas Kraus (Roberts, Rosati & Wang, eds.) Special Issue 59: 111-117.  doi: 10.2112/SI59-011.1

<u>2010</u>

Rapaglia, J.,A. Vafeidis, M. Gelinas, L. Zaggia, K. Ricklefs, H.Bokuniewicz, 2010.  Sediment Dynamics and the near-field wake of ships moving through narrow channels, Inprint v.3:5-8.

Beck, A.  J. P. Rapaglia, R. Coffey, J. K. Cochran, H. J. Bokuniewicz, and S. A. Sañudo-Wilhelmy. 2010. Influence of preferential flowpaths on the trace element flux associated with submarine groundwater discharge (SGD) APGEO-D-10-00148

Slattery, M., H, Bokuniewicz and P. Gayes. 2010. Incipient rip-current statistics on an open coast in: Rip Currents:  Beach Safety, Physical Oceanography and Wave Modeling. S. Leatherman and J. Fletemeyer, eds. CRC Press. ISBN 10:  1439838968: 292pp.

ICES. 2010. Report of the Working Group on the Effects of Extraction of Marine Sediments on the Marine Ecosystem (WGEXT), 31 May-4 June 2010, Djurönäset, Sweden. ICES CM 2010/SSGHIE:10. 108 pp.

Basterretxea G., A. Tovar-Sanchez, A. J. Beck, P. Masqué, H. J. Bokuniewicz, R. Coffey, C. M. Duarte1, J. Garcia-Orellana, E.Garcia-Solsona, L. Martinez-Ribes, R. Vaquer-Sunyer, 2010. Submarine groundwater discharge to the coastal environment of a Mediterranean island (Majorca, Spain): ecosystem and biogeochemical significance. Ecosystems: DOI: 10.1007/s10021-010-9334-5

Rapaglia J.,  E. Di Sipio, H. Bokuniewicz, G. M. Zuppi, L. Zaggia, PhD, A. Galgaro,  A. Beck. 2010. Groundwater connections under a barrier beach:  a case study in the Venice Lagoon , Continental Shelf Research: Continental Shelf Research 30 (2010) 119–126 DOI: 10.1016/j.csr.2009.10.001

<u>2009</u>

Rapaglia, J.P.  and H. J. Bokuniewicz, 2009. The effect of groundwater advection on salinity in pore waters of permeable sediments. Limnology and Oceanography:  54: 630–643

<u>2008</u>
Buonaiuto, F.S., Bokuniewicz, H.J. and FitzGerald, D.M., 2008. Principal component analysis of morphology change at a tidal inlet: Shinnecock Inlet, NY  Journal of Coastal Research 24(5):1339-1348. 2008 doi: 10.2112/07-0869.1

Buonaiuto, F.S., Bokuniewicz, H.J. and FitzGerald, D.M., 2008.  Principal component analysis of morphology change at a tidal inlet:  Shinnecock Inlet, NY Journal of Coastal Research 24:867-875.

Buonaiuto, F. and H. Bokuniewicz, 2008: Hydrodynamic Partitioning of a Mixed Energy Tidal Inlet, Journal of Coastal Research 2*4:* 1339-1348.

Garcia-Solsona, E.,  P. Masqué, J. Garcia-Orellana, J. Rapaglia, A. J. Beck, J. K. Cochran, H. J. Bokuniewicz, L. Zaggia, F. Collavini. 2008. Estimating submarine groundwater discharge around Isola La Cura, northern Venice Lagoon (Italy), by using the radium quartet. Marine Chemistry. 109: 292-306..

Bokuniewicz, H.J., M. Taniguchi, T. Ishitoibi, M. Charette,M. Allen, and E.A.  Kontar. 2008.  Direct measurements of Submarine Groundwater Discharge (SGD) over a fractured rock aquifer in Flamengo Bay Brazil. Estuarine, Coastal and Shelf Science 76: 466-472

<u>2007</u>

Beck, A.J., J. Rapaglia, J.K. Cochran, and H.J. Bokuniewicz, 2007.  Radium mass-balance in Jamaica Bay, NY:  Evidence for a substantial flux of submarine groundwater.  Marine Chemistry 106:419-441.

Beck, A.J., Y. Tsukamoto, H.J. Bokuniewicz, S.A. Sanudo-Wilhelmy and A. Tovar-Sanchez.  2007.  Importance of geochemical transformation in determining submarine-groundwater discharge derived trace metals and nutrient fluxes.  Applied Geochemistry 22:477-490.

Seaver, K.  H. J. Bokuniewicz, F. Buoniauto. 2007. Evolution of erosional hot spots on a barrier island: Fire Island, New York. Coastal sediments '07, N.C. Kraus and J.D. Rosati, editors.  Amer. Soc. Civil Engs. Vol. 3 pp1722-1730

## 2006

Bokuniewicz, H.J., J. Rapaglia and A. Beck.  2006.  Submarine Groundwater Discharge (SGD) from a Volcanic Island:  A case study in Mauritius Island.  International Journal of Oceans and Oceanography: Vol.1 No.3 ISSN 0973-2667

Dulaiova, H., W. C. Burnett, J. P. Chanton, W. S. Moore. H. J. Bokuniewicz, M. A. Charette, and E. Sholkovitz.  2006. Assessment of Groundwater Discharges into West Neck Bay, New York, via Natural Tracers, Continental Shelf Research  26: 1971-1983.


## 2005

Bokuniewicz, H.J. 2005.  Ingression, Regression and Transgression in "Encyclopedia of Coastal Sciences", Maurice Schwartz, editor, Springer, the Netherlands.  564-565.

Bokuniewicz, H.J. 2005.  Endogenic and Exogenic Factors in "Encyclopedia of Coastal Sciences", Maurice L. Schwartz, editor, Springer, the Netherlands 407-408.

Bokuniewicz, H.J. 2005.  The Littoral.  In Encyclopedia of Coastal Sciences, Maurice L. Schwartz editor, the Netherlands 592-594.

Bokuniewicz, H. Pollock, M., Blum, J. and R. Wilson.  2005.  Submarine Groundwater Discharge and Salt Penetration across the Sea Floor.  Groundwater 42:  983-989.

Bokuniewicz, H.J. 2005.  Sedimentary Processes in the Hudson River Estuary.  In "The Hudson River Estuary Ecosystem".  J. Waldman and J. Levinton editors, Cambridge University Press:  39-50.

Side, J., et al.  2005.  Report of the working group on the effects of extraction of marine sediments on marine ecosystems (WGEXT).  International Council for the Exploration of the Sea.  ICES CM 2005/E:  06 ref. ACME:  104 pp.

Sirkin, L. and H. J. Bokuniewicz, 2005.  The Hudson River Valley:  Geologic History, Landform and Resources in "The Hudson River Ecosystem" J. Waldman and J. Levinton, editors.  Cambridge University Press.  13-23.

## 2004

Boesch, D.F., Bokuniewicz, H.J., DeNeufville, R., Dickey, G.E., Doremus, H.D., Hershner, C.H., Hitzhusen, F.J., Howard, C.D.D., Lowery, W.R., Noon, B.R., Scudder, T., Sterner, R.W., 2004.  Adaptive Management for Water Resources Projects.  National Academy Press.  Washington D.C. 123 pp

3

Bokuniewicz, H., E. Kontar, M. Rodrigues, D.A. Klein. 2004. Submarine Groundwater Discharge (SGD) Patterns through a fractured rock: A case study in the Ubatuba, coastal area, Brazil. Asociacion Argentina de Sedimentologia Revista, 11: 9-16.

Bokuniewicz, Henry. The World's Coasts: Online United States of America, New York and New England to Kluwer Acadmic Publications, The Netherlands.

Bokuniewicz, H.J. 2004. Isolated Groins at East Hampton, NY. Journal of Coastal Research 33: 215-222.

Cheng, P., Gao, S. and H. Bokuniewicz 2004. Net Sediment Transport over the Bohai Strait based on grain size trend analysis. Estuarine, Coastal and Shelf Science 60 203-212.

**2003**

Bokuniewicz, H., R. Buddemeier, B. Maxwell, C. Smith. 2003. The Typological Approach to submarine groundwater discharge (SGD). Biogeochemistry 66: 145-158.

Bokuniewicz, H., W. Burnett, M. Huettel, W. Moore and M. Taniguchi. 2003. Groundwater Pore Water Inputs to the Coastal Zone. Biogeochemistry 66: 3-33, 2003.

**2002**

Bokuniewicz, H. J. 2002. Isolated groins at East Hampton, NY. Journal of Coastal Research, submitted.

Bokuniewicz, H. J., R. Buddemeier, B. Maxwell, and C. Smith, 2002. The typological approach to submarine groundwater discharge. Proceedings of the International Symposium on low-lying coastal regions: Hydrology and Integrated Coastal Zone Management, Bremerhaven Germany. September 2002.

Burnett, W. and H. J. Bokuniewicz, 2002. Are groundwater inputs into the coastal zone important? Proceedings of the International Symposium on low-lying coastal areas: Hydrology and integrated coastal zone management. Bremerhaven Germany. September 2002.

A.J. Kenny, E. Andrulewicz, H. Bokuniewicz, S.E. Boyd, J. Breslin, C. Brown, I.Cato, J. Costelloe, M. Desprez, C. Dijkshoorn, G. Fader, R. Courtney, S. Freeman, B. De.Groot, L. Galtier, S. Helmig, H. Hillewaert, J. C. Krause, B. Lauwaert, H. Leuchs, G. Markwell, M. Mastowske, A. J. Murray, P.E. Nielsen, D. Ottesen, R. Pearson, M-J. Rendas, S. Rogers, R. Schuttenhelm, A. Stolk, J. Side, T. Simpson, S. Uscinowicz, and M. Zeiler. An overview of seabed mapping technologies in the context of marine habitat classification. ICES Journal of Marine Science 60(2): 411-418.

Ladd, J. W., R. Bell, E. A. Blair, H. Bokuniewicz, S. Carbotte, R. M. Cerrato, S. Chillrud, V. L. Ferrini, R. D. Flood, N. Maher, C. M. G. McHugh, F. O. Nitsch., W. B. F. Ryan, D. L. Strager, J. Thissen and R. Versteeg. Mapping the Hudson Estuary's submerged land. Clearwaters 32: 5-7.

Sanudo-Wilhelmy, F. Rossi, H. Bokuniewicz, Ronald J. Paulsen. 2002. Trace Metal Levels in Uncontaminated Groundwater of a Coastal Watershed: Importance of Colloidal Forms. Environmental Science and Technology: 36: 1435-1441.

**2001**

Bokuniewicz, H.J. 2001. Towards a coastal groundwater typology. Journal of Sea Research: 46: 99-108.

Johnston, S. and H. J. Bokuniewicz, 2001. Seasonal Beach on Long Island's Ocean Shorelines, (New York). Shore and Beach, 69: 3-6.

Schubel, J.R., H. Bokuniewicz, P.F. Bontadelli, R. Diaz, M. H. Garcia, R.K. Mohan, D.J. Reed, S. Stedman, N.E. Stolpe, J. B. Torgan, T. H. Wakeman and M.P. Weinstein. 2001. A process for setting, managing and monitoring environmental windows for dredging projects. Washington D.C. National Academy Press 83p.

Side, J., H. Bokuniewicz, et al. 2001. Effects of extraction of marine sediments on the marine ecosystem. ICES Cooperative Research Report No. 247, 80 p.

Tanski, J., H. Bokuniewicz, C. Schlenk (editors), 2001. Impacts of barrier island beaches on selected biological resources of Great South Bay, New York. National Park Service, NY Sea Grant Extension Program, NYSGI-01-002, Final Report: 103 p.

**2000**

Batten, B. and H. J. Bokuniewicz, 2000. Erosion Criteria applied to a coastal inlet: Shinnecock, NY. Shore and Beach 68: 3-6.

**1999**

Bokuniewicz, H.J. 1999. Sand sources along Long Island's Ocean Shoreline. Shore and Beach, 67: 25-27.

Bokuniewicz, H.J. 1999. Marine aggregate dredging. Chapter 18 in Handbook of Coastal Engineering. J. B. Herbich, editor, McGraw-Hill.

**1998**

Giosan, L., H. J. Bokuniewicz, N. Panin, and I. Postalache, 1998. Longshore sediment transport pattern along the Romanian Danube Delta Coast. J. Coastal Research 15: 859-871.

**1997**

Bokuniewicz, H.J. , K. S. Kamlet, W. F. Bohlen, J. F. Grassle, D. F. Hayes, J. R. Hunt, D. G. Lee, K. McConnell, S. P. Pavlou, R. K. Peddicord, P. Shelley, R. Sobel, L. J. Thibodeaux, J. G. Wenzel, and L. Y. Young 1997. Contaminated sediments in ports and waterways. National Academy of Sciences: 295

**1995**

Bokuniewicz, H. J. 1995. Sedimentary systems of coastal plain estuaries. Developments in Sedimentology 53: 49-68.

**1994**

Bokuniewicz H.J. and M. Wolff, 1994. Planning Long Island's response to rising sea level. Chapter 21 in "The Environment": J.E. Hickey and L.A. Longmire, editors Greenwood Press Westport, CT: 247-260.

**1991**

Gayes, P. and H. Bokuniewicz. 1991. Estuarine paleoshorelines in Long Island Sound, New York, J. Coastal Research 11: 39-54.

Hansen, W. V. Goldsmith, K. Clarke and H. Bokuniewicz. 1991. A Marine GIS examines wetland in the New York bight, GeoInfo Systems 2: 52-57.

Kim, N. and H.J. Bokuniewicz. 1991. Suspended sediment budget in Long Island Sound: A box model

application.  Estuaries 14:  237-247.

Bokuniewicz, H.J., L. McTiernan and W. Davis.  1991.  Measurement of sediment resuspension rates in Long Island Sound.  Geomarine Letters 11:  159-161.

## 1990

Bokuniewicz, H.J. and B. Pavlik.  1990.  Groundwater seepage along a barrier island.  Biogeochemistry 10:  257 – 276.

Bokuniewicz, H.J. 1990.  Tailoring local responses to rising sea level:  A suggestion for Long Island, New York.  Shore and Beach 58:  22-25.

## 1988

Bokuniewicz, H.J. 1988.  Sand mining in New York Harbor.  Marine Mining in New York Harbor.  Marine Mining, 7:  7 – 18.

Bokuniewicz, H.J.  1988.  Recommendation for monitoring a borrow pit disposal site.  Working Paper #30, Ref. 88 – 2, Marine Sciences Research Center, State University of New York, Stony Brook.  13 pp.

Bokuniewicz, H.J. and J. Tanski.  1988.  Westhampton Beach:  Options for the future.  Preliminary Proceedings of a Workshop held March 30-31, 1988.

Cerrato, R.M. and H.J. Bokuniewicz.  1988.  The benefits of subaqueous borrow pits as disposal sites.  in:  Proceedings of the North Atlantic Regional Conference on the Beneficial Uses of Dredged Material.  M.C. Landin, ed.  U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS., 231 pp.

Cerrato, R.M., H. Bokuniewicz and J. Ellsworth.  1988.  Siting containment islands in NY Harbor.  Report to USACE.  27 p.

Irish, J.D., K.C. Baldwin, J.F. Marrone and H.J. Bokuniewicz.  1988.  Monitoring discharge operations at open water disposal sites.  Working Paper #31, Ref. 88-3, Marine Sciences Research Center, State University of New York, Stony Brook.  34 pp.

## 1987

Bokuniewicz, H., P. Gayes and W. Newman.  1987.  Late Wisconsinan and holocene fluctuations in relative sea level rise.  Journal of Northeastern Environmental Science 6:  69-75.

## 1986

Bokuniewicz, H.J. and J. Ellsworth.  1986.  Sediment budget for the Hudson system.  Journal of Northeastern Geology 8:  156-164.

Bokuniewicz, H.J. and R. Cerrato.  1986.  Long Island Sound, Science and use:  an undergraduate introduction to scientific inquiry.  J. College Science Teaching, 16:  40 – 42.

Bokuniewicz, H.J. and N. Coch.  1986.  Some management implications of sedimentation in the Hudson-Raritan estuarine system.  Journal of Northeastern Geology 8:  165 – 170.

Bokuniewicz, H.J., R. Cerrato and D. Hirschberg.  1986.  Studies in the Lower Bay of New York Harbor associated with the burial of dredged sediment in subaqueous borrow pits.  Special

Report 74, Marine Sciences Research Center.  State University of New York, Stony Brook, NY.  67 p.

Bokuniewicz, H.J. 1986.  Criteria for subaqueous borrow-pit disposal sites.  Proceedings of the 19th Dredging Seminar, ed., J. Herbich, Center for Dredging Studies, Texas A&M University, College Station, TX.  TAMU-SG-88-102: 29-38.

Bokuniewicz, H.J.  1986.  Groundwater seepage out of a large coastal embayment, Great South Bay, NY.  Estuarine Coastal and Shelf Science. 10:  437-444.

Bokuniewicz, H.J.  1986.  Chapter 18, Behavior of sand caps on subaqueous dredged-sediment disposal sites.  In:  I.W. Duedall and P.K. Park, eds., Wastes in the Ocean.  Robert E. Krieger Publishing Company, Malabar, Florida pages 221-229.

Cerrato, R.M. and H.J. Bokuniewicz.  1986.  The benthic fauna at four potential containment/wetland stabilization areas in the New York Harbor region.  Special Report 73, Marine Sciences Research Center.  State University of New York, Stony Brook, NY.  117 p.

Coch, N. and H. J. Bokuniewicz.  1986.  Oceanographic and geologic framework of the Hudson system Journal of Northeastern Geology 8:  96-108.

Flood, R. and H.J. Bokuniewicz.  1986.  Bottom morphology in the Hudson River estuary and New York Harbor.  Journal of Northeastern Geology 8: 130 – 140.

Zimmerman, M.S. and H.J. Bokuniewicz.  1986.  Long-term beach response at Ocean Beach, Fire Island, New York, October 1981 through January 1986.  Special Report 76, Marine Sciences Research Center.  State University of New York, Stony Brook, N.Y.  43 p.

## 1985

Bokuniewicz, H.J. 1985.  Energetics of dredged-material disposal.  Chap. 13 in B.H. Ketchum, J. Capuzzo, W. Burt, I.W. Duedall, P.K. Park, and D. Kester, eds., Nearshore Waste Disposal, Vol. 6 of Wastes in the Ocean.  John Wiley and Sons., Inc., NY:  305-317.

Bokuniewicz, H.J. and R.M. Cerrato.  1985.  Containment islands in New York Harbor.  Spec. Rept. 61, Marine Sciences Research Center, State University of New York at Stony Brook:  44 p.

Conover, D., R. Cerrato, H. Bokuniewicz.  1985.  Effect of borrow pits on the abundance and distribution of fishes in the Lower Bay of New York Harbor.  Spec. Rept. 64, Marine Sciences Research Center, State University of New York at Stony Brook:  64 p.

Giese, C., H. J. Bokuniewicz, J. Hennessy, G. Smith, S. Tangren, G. A. Zarillo and M. Zimmerman, 1985 Hypsometry as in tool for calculating coastal submergence rates.  Proceeding of Coastal Zone '85, Baltimore, MD.

## 1984

Bokuniewicz, H.J. and C.L. Arnold.  1984.  Characteristics of suspended sediment transport in the lower Hudson River.  Journal of Northeastern Environmental Science 3:  185-190.

Bokuniewicz, H.J. and S. Tangren.  1984.  Volume requirements for the subaerial beach at East Hampton, NY.  Shore and Beach, 35:  16-18.

## 1983

Bokuniewicz, H.J. and J. Tanski.  1983.  Sediment partitioning at an eroding coastal bluff.
Northeastern Geol.  5:  73-81.

Bokuniewicz, H.J. 1983.  Submarine borrow pits as containment sites for dredged sediment.  In:
D.R. Kester, P.K. Park, B.H. Ketchum, I.W. Duedall, eds.  Dredged Material Disposal in the Ocean.
Vol. 2, Wastes in the Ocean.  Wiley Inter-Science, NY:  215-227.

Schubel, J.R., G.A. Zarillo and H.J. Bokuniewicz (convenors).  1983.  Erosion of Long Island's south
shore:  a preliminary identification and assessment of alternative responses to the problem.  Spec.
Rept.  50, Marine Sciences Research Center, State University of New York at Stony Brook, 23 p.

**1982**

Bokuniewicz, H.J.  1982.  Subaqueaous burial of dredged sediment:  Can you do it?  Proceedings
of the 14th Annual Dredging Seminar.  Center for Dredging Studies, Texas A&M University,
College Station, TX.  TAMU-SG-83-103: 1-20.

Bokuniewicz, H.J.  1982.  Burial of dredged sediment beneath the floor of New York Harbor.
Proceedings Oceans '82 Conf.  Marine Tech.  Soc. and Inst. of Electrical and Electronics
Engineers, Council on Ocean Engineering, Washington, D.C.:  1016-1020.

Bokuniewicz, H.J. and K. Minsch.  1982.  The role of agencies, scientists, and the public in
planning dredged sediment disposal.  Proceedings Oceans '82 Conf. Marine Tech. Soc.
and Inst. of Electrical and Electronics Engineers, Council on Ocean Engineering, Washington
D.C.:  1145-1149.

**1981**

Bokuniewicz, H.J. 1981.  The seasonal beach at East Hampton, New York.  Shore and Beach
49:  28-33.

Bokuniewicz, H.J.  1981.  Monitoring seasonal beach responses.  An educational and public
service program.  Journal of Geological Education, 39:  121-127.

Bokuniewicz, H.J. and J.T. Liu.  1981.  Stability of layered dredged sediment deposits at
subaqueous sites.  Proceedings Oceans '81.  IEEE Council on Ocean Engineering.
Boston, MA.  751-754.

Bokuniewicz, H.J., R. Cerrato and A. Mitchell.  1981.  Criteria for caps at subaqueous
disposal sites.  Proceedings of the Seminar on Dredging in the Mid-Atlantic Region.
Ecological Analysts, Inc.  Sparks, MD.  272-278.

**1980**

Bokuniewicz, H. J.  1980.  Sand transport at the floor of Long Island Sound.  Advances in
Geophysics 22:  107-128.

Bokuniewicz, H.J.  1980.  Ground-water seepage into Great South Bay, New York.
Estuarine and Coastal Marine Science 10:  437-444.

Bokuniewicz, H.J. and R.B. Gordon.  1980.  Deposition of dredged sediments at open-water
disposal sites.  Estuarine and Coastal Marine Science 10:  289-303.

Bokuniewicz, H.J. and R.B. Gordon.  1980.  Sediment transport and deposition in Long Island
Sound.  Advances in Geophysics 22:  69-106.

Bokuniewicz, H.J. and R.B. Gordon.  1980.  Storm and tidal energy in Long Island Sound.
    Advances in Geophysics, 22:  41-68.

Bokuniewicz, H.J. and J. Tanski.  1980.  Managing localized, episodic erosion of coastal
    bluffs.  Pages 1883-1898 in W. Edge, ed.  Coastal Zone '80, Proceedings of the Second
    Symposium on Coastal and Ocean Management, Vol. III.  American Society of
    Engineers, New York.

Bokuniewicz, H.J. and M. Zeitlin.  1980.  Characteristics of ground-water seepage into
    Great South Bay.  Marine Sciences Research Center Special Report 35, State University
    of New York, Stony Brook, NY.  32 pp.

Bokuniewicz, H.J., M. Zimmerman, M. Keyes, and B. McCabe.  1980.  Seasonal beach
    response at East Hampton, NY.  Marine Sciences Research Center Special Report 38,
    State University of New York, Stony Brook, New York.  37 pp. and appendices.

## 1979

Bokuniewicz, H.J. and R.B. Gordon.  1979.  Containment of particulate wastes at open-water
    disposal sites.  Pages 109-130 in H.D. Palmer and M.G. Gross, eds.  Ocean Dumping and
    Marine Pollution.  Dowden Hutchinson and Ross, Inc., Stroudsburg, PA.

Bokuniewicz, H.J. 1979.  The stability and fate of dredged sediment.  Pages 1-23 in Proceedings of
    the 11th Annual Dredging Seminar.  Center for Dredging Studies.  Texas A&M University,
    College Station, TX.

Bokuniewicz, H.J. and C. Fray.  1979.  Volume of sand and gravel resources in the Lower Bay
    of New York Harbor.  Marine Sciences Research Center, Special Report 32, Ref. No. 79-16,
    State University of New York, Stony Brook, New York.  34 pp.

## 1978

Bokuniewicz, H.J., J.A. Gebert, R.B. Gordon, J.L. Higgins, P. Kaminsky, C.C. Pilbeam M. W. Reed
    and C.B. Tuttle.  1978.  Field study of the mechanics of the placement of dredged material at
    open-water disposal sites, Vols. I and II.  U.S. Army Corps of Engineers.  Waterways
    Experiment Station, Vicksburg, MS.  316 pp.

Schubel, J.R., H.J. Bokuniewicz and R.B. Gordon.  1978.  Transportation and
    accumulation of fine-grained sediments in the estuarine environment:  Recommendations for
    Research.  Marine Sciences Research Center Special Report 14, State University of New York,
    Stony Brook, New York.  13 pp.

## 1977

Bokuniewicz, H.J., R. B. Gordon and K. Kastens, 1977.  Form and migration of sandwaves in a large
    estuary.  Marine Geology 24:  185-199.

Bokuniewicz, H.J., J.A. Gebert, R.B. Gordon, J.L. Higgins, P. Kaminsky, C.C. Pilbeam and
    M.W. Reed.  1977.  Field studies on the effects of storms on the stability and fate of dredged
    material in subaqueous disposal areas.  U.S. Army Corps of Engineers.  Waterways Experiment
    Station, Vicksburg, MS.  86 pp.

## 1976

Bokuniewicz, H.J. 1976.  Estuarine sediment flux evaluated in Long Island Sound.  Ph.D.

Dissertation.  Yale University.  170 pp.

Bokuniewicz, H.J., JA Grebe, and R.B. Gordon.  1976.  Sediment mass balance of a large estuary.  Estuarine and Coastal Marine Science 4:  523 –536.

Bokuniewicz, H.J., J.A. Gebert, R.B. Gordon, P. Kaminsky, M.W. Reed and C.B. Tuttle.  1976.  Environmental consequences of the disposal of dredged materials in Long Island Sound, Phase III, geophysical studies, April, 1975 to April, 1976.  New England Division, U.S. Army Corps of Engineers, Waltham, MA.  95 pp.

Bokuniewicz, H.J., R.B. Gordon and D.C. Rhoads.  1975.  Mechanical properties of the sediment-water interface.  Marine Geology, 18:  263-278.

Bokuniewicz, H.J., R. B. Gordon and C.C. Pilbeam.  1975.  Stress on the bottom of an estuary.  Nature, 257:  575-577.

Bokuniewicz, H.J., J.A. Gebert, R.B. Gordon, P., Kaminsky, C.C. Pilbeam, and M.W. Reed.  1975.  Environmental consequences of dredged spoil disposal in Long Island Sound, Phase II, geophysical studies, Nov. 1973 to Nov. 1974, New England Division, Army Corps of Engineers, Waltham, MA.  34 pp.

Bokuniewicz, H.J., C. Bultman, M. Dowling, J.A. Gebert, R.B. Gordon, P. Kaminsky and C.C. Pilbeam.  1975.  Investigation of the hydraulic regime and physical characteristics of bottom sedimentation in the Eatons Neck Disposal Site, U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, MS.  64 pp.

HB/ed
Academic Vita



**SoMAS**
School of Marine and
Atmospheric Sciences

Stony Brook University, Stony Brook, NY 11794-5000          Henry Bokuniewicz, Professor
631-632-8674/**Voice**   631-632-8820/**FAX**

September 13, 2012

Subject:  Invoice

Dear Ms. Weaver:

This message is an invoice for services from 8 August to date 13 September, 2012 involved with
the review of the 100% Design Report for Study Area 7, Sediment Remedy, Jersey City,
New Jersey.

| Date | Efforts (hours) | Description |
|------|------|------|
| 14 August 2012 | NC | Review Conference Call Issues |
| 22 August 2012 | 1 | Conference Call |
| 26 August 2012 | 2 | Review Appendix K and Addendum 8 |
| 29 August 2012 | 2 | Review dredge reports (8/6; 8/13) |
| 4 September 2012 | 3 | Review ramp-up reconfiguration & revisit 100% Design in preparation for site visit |
| 5 September 2012 | 4 | Site visit and meeting |
| 6 September 2012 | 1 | Comments on site visit |
| Total | 13 hours @120/hr = $1560.00 | |

 A check should be made out to Henry Bokuniewicz and sent to:

Henry Bokuniewicz
School of Marine and Atmospheric Sciences
Stony Brook University
Stony Brook, NY 11794-5000

Regards,

Henry Bokuniewicz

HB/ed
WeaverInvoiceSept2012



**SoMAS**
School of Marine and
Atmospheric Sciences

Stony Brook University, Stony Brook, NY 11794-5000                     Henry Bokuniewicz, Professor
631-632-8674/**Voice**   631-632-8820/**FAX**

February 13, 2013

Subject:  Invoice

Dear Ms. Millian:

This message is an invoice for services from 14 September 2012 to date (February 13, 2013)
involved with the review of the 100% Design Report for Study Area 7, Sediment Remedy, Jersey
City, New Jersey.

| Date | Efforts (hours) | Description |
|---|---|---|
| 14 September | 2 | Review Inspector Reports |
| 18 September | NC | Review Conference Call Summary |
| 25 September | NC | Review Conference Call Summary |
| 2 October | 2 | Review Cap Placement Reports |
| 9 October | NC | Review Conference Call Summary |
| 11 October | NC | Review Contractor's Letter |
| 23 October | NC | Review Conference Call Summary |
| 9 November | 1 | Review Sandy impacts |
| 13 November | NC | Review Summary |
| 4 December | NC | Review Conference Call Summary |
| 18 December | 1 | Examine Sandy impacts |
| 28 December | 2 | Review Category 330 Summary reports |

Total          8 hours @120/hr = $960.00
 A check should be made out to Henry Bokuniewicz and sent to:

Henry Bokuniewicz
School of Marine and Atmospheric Sciences
Stony Brook University
Stony Brook, NY 11794-5000

Regards,

Henry Bokuniewicz

**Bokuniewicz 2**