Plaintiffs'
Exhibit 22



SA6
South

SA7

SA6 North

Route 440

"Former Morris Canal"

Fisk Street

"NJCU Campus"

"Fisk Street Homes"

SA5

"Site 117"

Carbon Place

Regnal Realty

West Side Avenue

Danforth Avenue

Legend

 Study Area Boundary

**Study Area Location Map**

**Figure 1**



Feet
0    260    520    1,040

Date: 8/7/2009
File: D:\ESRI\Jobs\2007\07027_Roosevelt\ExpertReport_August2009\Figure1_SiteLocationMap_080709.mxd