Plaintiffs'
Exhibit 24

# APPENDIX L
# OPEN SPACE DESIGN STANDARDS

## STUDY AREA 6 NORTH

## JERSEY CITY, NJ

*Prepared for*



101 Columbia Road
Morristown, NJ 07962

*Prepared by*



MACTEC Engineering and Consulting, Inc.
200 American Metro Boulevard, Suite 113
Hamilton, New Jersey 08619

**APRIL 15, 2010**

# Table of Contents

Page

**1.0**    **Introduction**................................................................................1

**2.0**    **General Description**......................................................................4

    2.1    Remedy Protection in the Open Space Areas ..........................................5
    2.2    Open Space Development Plans.............................................................6
    2.3    Open Space Design Criteria ................................................................6
    2.4    Open Space Uses...............................................................................7
    2.5    Preparation, Submittal, Approval, Execution, Inspection ....................14
    2.6    Modification, Alteration, Restoration, Repair and Replacement ..........14
    2.7    Post-Construction Monitoring...........................................................15

**3.0**    **Site Grading and Drainage**...........................................................16

    3.1    Excavation....................................................................................16
    3.2    Site Fill.........................................................................................16
    3.3    Topsoil .........................................................................................17
    3.4    Soil Depth.....................................................................................18
    3.5    Positive Surface Drainage ................................................................18
    3.6    Soil Consolidation ..........................................................................19
    3.7    Cap Disturbance ............................................................................19

**4.0**    **Utilities**.....................................................................................21

    4.1    Utility Corridors within the Open Space– Protective Barrier...............21
    4.2    Exterior Utility Locations................................................................21
    4.3    Sanitary Sewers .............................................................................21
    4.4    Storm Drains.................................................................................21
    4.5    Water Mains..................................................................................22
    4.6    Electric Service...............................................................................22
    4.7    Telecommunications Service ............................................................22
    4.8    Interior Utility Locations ................................................................22

**5.0**    **Central Park Layout and Materials**................................................24

    5.1    Roads, Streetscape, Sidewalks and Plazas...........................................24
    5.2    Hardscape Improvements.................................................................25
    5.3    Planting ........................................................................................27
    5.4    Water Features ...............................................................................33
    5.5    Lighting and Signage.......................................................................33
    5.6    Site Furnishings..............................................................................35

**6.0**    **Bulkhead and Waterfront Pedestrian Promenade**..........................37

    6.1    Bulkhead ......................................................................................37
    6.2    Promenade Design ..........................................................................37

**7.0    Route 440 Frontage** ................................................................**39**

    7.1    Open Space Design Elements.............................................39

**8.0    Procedures**........................................................................**41**

    8.1    Construction Phasing .......................................................41
    8.2    Protection of the ERS.......................................................44
    8.3    Limit of Work ...................................................................46
    8.4    Honeywell Review and Approval Procedures...................46
    8.5    Level of Detail .................................................................46
    8.6    Review Needs ..................................................................47
    8.7    Construction Quality Control/Construction Quality Assurance
        (CQA/CQC) ...................................................................47
    8.8    Approval Requirement for Intrusive Work.........................48
    8.9    Construction Management Methods for Intrusive Work......48

**9.0    Environmental Monitoring** ...............................................**49**

**10.0    Recreation and Open Space Inventory**............................**50**

**11.0    Health and Safety Plan** ...................................................**51**

**Tables**

Table 1:   Permitted Uses in Aoc-1 Open Space

Table 2:   Trees Suitable For Use over Capped Landfills In Urban Settings

Table 3:   Ground Covers, Grasses & Shrubs Suitable For Planting over Geosynthetic
        Membrane with 1 Ft. Protective Layer

**Figures**

Figure 1:   Open Space Area

Figure 2:   SA-6 North Open Space Cap Profile

Figure 3:    Conceptual Landscape Plan and Section Location Plan

Figure 3A: Pavement and Planting Depth Details

Figure 3B: Soil Depth over Liner, 3rd Avenue and Stegman Blvd.

Figure 4:   Central Park Section A-A', 3rd Avenue and Stegman Blvd.

Figure 5:   Central Park Section B-B', 3rd Avenue and Stegman Blvd.

Figure 6:   Soil Depth Over Cap

Figure 7:   Pavement Types Over Cap

Figure 8:   Street Tree Planting Over Cap

Figure 9:   Light Pole Footing

Figure 10: Lighting Examples
Figure 11: River Front Park Concept Plan

**Honeywell**

# 1.0    Introduction

These Open Space Design Standards describe specific requirements, constraints and prohibitions for future development of open (park) space within the designated AOC 1, Study Area 6 North (SA-6 North) Chromium Remediation Area.   An Environmental Remediation System (ERS) consisting of a RCRA-type cap and an associated barrier wall containment system has been designed to satisfy the requirements of the following 3 items:

▪ Consent Decree Regarding Remediation and Redevelopment of Study Area 6 North, entered in Federal Court on April 21, 2008 (Consent Decree);

▪ Administrative Court Order (ACO) between Honeywell (formerly Allied Signal, Inc.) and New Jersey Department of Environmental Protection (NJDEP) dated June 17, 1993; and the

▪ Remedial Action Work Plan (with addenda) dated February 2008 approved by the NJDEP.

Paragraphs 60 (j) and (k) of the Consent Decree define prohibited and permissible development in AOC 1 the Open Space area.   This area is to be devoted entirely to open space and the necessary infrastructure to support it as well as the residential and commercial uses planned for the adjoining area.   Honeywell has retained MACTEC to prepare the capping and containment system design including these standards to protect the ERS.   These Open Space Design Standards outline the design intent and construction requirements for future landscape improvements and infrastructure modifications in the open space.

In addition to the ERS for SA-6 North Chromium Remediation Area, Honeywell has completed a remediation of the contiguous property to the south known as SA-7 and will be remediating properties to the south which are designated collectively as Study Area 6 South (SA-6 South).   The chromium remediation plans for SA-6 North and SA-6 South are integrated into a redevelopment project that is designated as Bayfront.   Bayfront started with the hiring of A. Nelessen Associates by Honeywell

**Honeywell**

to prepare a development plan known as The Bayfront Redevelopment Plan.

The approximately 100 acre Bayfront Plan envisions a mixed-use, new urbanism development readily accessible to mass transportation and consisting of residential, commercial, retail, professional office, institutional and integrated recreational land use.   Recreational open space use totals approximately 25 acres of park space designated within the plan as Central Park (~11 acres), The Promenade (~8 acres), The Green (~1 acre), and the Waterfront Walk (~5 acres).   Central Park occupies AOC 1, which is also the SA-6 North Chromium Remediation Area (**Figure 1**).

The Bayfront Redevelopment Plan was adopted by the City of Jersey City Planning Board on March 12, 2008.   The Open Space Design Standards contained herein define design parameters for development of "Central Park" described in Exhibit 'E' of the Consent Decree.   In accordance with the Consent Decree, paragraph 60 (a)(i), Bayfront Redevelopment LLC (Bayfront) was granted ownership of all the property that comprises the AOC 1 Open Space Area.   Pursuant to paragraph 60 (a)(ii), Bayfront granted an Initial Conservative Restriction for the AOC 1 Open Space Area.   After development of the Open Space Area and pursuant to paragraph 60 (a)(iii), the City of Jersey City will acquire title to the AOC 1 Open Space Area not occupied either by roads, the pedestrian thoroughfare or utility corridors and add such open space areas to its Green Acres Program Recreation and Open Space Inventory (ROSI).

Although subject to a separate Consent Decree, Honeywell will be remediating the SA-6 South Open Space Area designated as the Promenade.   As the SA-6 South remedy is similar to the SA-6 North remedy, these Open Space Design standards are applicable to future development of The Promenade.

**Introduction**

**Honeywell**

**Figure 1:   Open Space Area**



**Honeywell**

## 2.0    General Description

The Environmental Remediation System (ERS) includes a RCRA-type cap, covering approximately 11 acres of the designated AOC 1 Open Space Area.   The capping system, (**Figure 2**), will have the following components:

▪ Base protective layer consisting of a sand cushion layer or geotextile;

▪ Impervious geomembrane liner of a minimum 40-mil (0.04 inch) thickness;

▪ Geocomposite drainage layer;

▪ A high-visibility warning layer (which may be integrated in the Geocomposite Drainage Layer) with both English and Spanish warning label;

▪ Clean soil cover with minimum 1 ft. thickness in areas where buildings or pavement are proposed; and minimum 2 ft. thickness where landscaping or lawn areas are proposed; and an average of 3 ft. thickness across the Open Space Area.

**Figure 2: SA-6 North Open Space Cap Profile**

The ERS also includes a shallow groundwater remedy that isolates AOC1 with a hyraulic barrier around the entire perimeter.   The hydraulic barrier system prevents groundwater from migrating from AOC 1.   A contingent pump-and-treat system is included in the design in the event that shallow groundwater needs to be removed to maintain design gradient across the

**Honeywell**

wall.   The shallow groundwater remedy consists of the following components:

- Subterranean hydraulic barriers around perimeter of AOC 1 Open Space Area and keyed into the meadow mat.   Stratum O or to comparable depths below ground surface.

- A contingent groundwater extraction system within AOC 1 consisting of approximately nine shallow extraction wells.

- Ancillary features including drains, sumps, pumps, and underground piping as necessary to convey any extracted water to a wastewater treatment plant.

### 2.1  Remedy Protection in the Open Space Areas

Protection of the ERS is inherently provided by the cover system, specifically the soil cover and the warning layer.   The geocomposite drainage layer and integrated warning layer will be overlain with a 1 ft. thick clean soil cover (protective layer).   The protective layer is overlain with clean fill and a topsoil layer to the minimum dimensions specified in the construction documents and required by the Consent Decree.   Vegetative cover of various grass species will provide stabilization of the finished graded surface.   The capping system, including soil fill over the cap and surface vegetation are designed to accommodate the future development and improvements in the approved Nelessen Plan.   The future developer's design construction and finished improvements shall meet the following requirements:

- Conform to the requirements of the Consent Decree;

- Maintain and preserve the integrity of the ERS;

- Preserve the efficacy and function of the ERS and its Remedial Components;

- Preserve access to the ERS and its Remedial Components for maintenance;

- Comply with the Performance Standards of the remedy.

### 2.2  Open Space Development Plans

The Consent Decree requires, Honeywell to submit the Open Space Design Standards and Development Plans to the Special Master for any development improvements undertaken during the Initial Development Period.   "Initial Development" shall be any development undertaken after completion of the Chromium Remedy in the AOC 1 Open Space Area.   While the timeline for Development Plan preparation and submission is not currently known, various (typical) landscape plans and sections are included in these standards to illustrate the requirements for landscape development of AOC 1 Open Space Area.

The Open Space Design Standards and the Development Plans for the AOC 1 Open Space Area have two principal objectives:

- establish an attractive and sustainable open space park to be fully integrated into the Bayfront Redevelopment; and,

- protect the integrity and performance of the ERS components. Submission of Development Plans for AOC 1 will include the Conceptual Design Plans, Detailed Design Plans, and engineering evaluations as may be warranted under the Consent Decree.

### 2.3  Open Space Design Criteria

Any construction having the potential to impact ERS components shall be consistent with both the approved Chromium Remedy 100% Design and the Performance Standards as defined in the Consent Decree.   Honeywell shall provide the Developer(s) with:

(i)      a schematic site plan identifying the ERS components and a key referencing the design documents that describe the ERS components;

(ii)     relevant Remedial Design Criteria as may be documented in the Chromium Remedy 100% Design; and

(iii)     current performance baseline data of the contingent groundwater extraction
system, if applicable.

Open Space Design details for redevelopment improvements shall comply with the
Consent Decree, sound engineering and design practice, industry standards and
manufacturers' recommendations. Open Space Design details, including engineering
evaluations and design calculations ("Development Design") that will be presented as
part of the Development Plans shall demonstrate conformance to Remedial Design
Criteria established in this Open Space Design Standard.   It is the Developer's duty
and obligation to prepare Open Space Design details as part of the Development Plans.
Honeywell or its designee will review the Development Design as may be necessary to
evaluate consistency with the Remedial Design.

## 2.4  Open Space Uses

The AOC-1 Open Space Area (Central Park) will occupy approximately 11 acres from Rt.
440 on the east to the Hackensack River on the west and from the (future) Stegman
Blvd. on the north to Third Ave. on the south.   At its western reach, Central Park
meets the Riverfront Walk connecting it with the waterfront access.   Riverside Drive
separates Central Park from the Riverfront Walk.   Clearly delineated crosswalks
provide strong linkage and connectivity between these parks. Perimeter sidewalks and
interior meandering pathways facilitate pedestrian circulation through the park.   A
large, centrally located pedestrian plaza space will be developed along the pedestrian
thoroughfare where it crosses the park.

The Bayfront Redevelopment Plan depicts a multi-use park consisting of active and
passive uses.   Active recreational uses could include bocce courts, basketball courts,
tennis courts, a child's playground and a dog run, however, these have not been shown
in any detail.   Establishment of open space design criteria and detailed development
plans will be prepared in accordance with the requirements of the Consent Decree.   In
total, at least 75% of the AOC-1 Open Space Area, exclusive of acreage used for roads
and the pedestrian thoroughfare, shall be comprised of landscaping, as described in
paragraph 60 (K), (xi) of the Consent Decree.   Permissible uses prescribed therein are

indicated in the table below:

| TABLE 1:   PERMITTED USES IN AOC-1 OPEN SPACE | |
|---|---|
| **Permissible Uses** | **Comments** |
| Roads and pedestrian thoroughfares | Roads crossing and/or running along AOC-1, but no more extensive than shown on Page 39 of the Redevelopment plan. |
| Curbing and fences | A minimum of 2 ft. of separation must be maintained between bottom of bedding material and the warning layer. |
| Sidewalks, paths, walkways and nature trails | Paving systems within the limits of AOC-1 shall be pervious pavement systems, not porous pavement systems. |
| Utilities and utility corridors, lighting and restrooms | A minimum of 2 ft. of separation shall be maintained between bottom of bedding material and the warning layer. |
| Irrigation or sprinkler components or systems | Irrigation mains and meters shall be located in utility corridors.   A minimum of 2 ft. of separation must be maintained between bottom of irrigation lines, sprinklers and valves and the warning layer. |
| Water features and above-ground stormwater cisterns | A minimum of 2 ft. of separation must be maintained between bottom of bedding material for utility lines and fountain structures and the warning layer. |
| Signs or displays | Traffic and street regulatory signage as well as permanent interpretive signage or displays identifying chromium production, contamination and remediation for informing the public, per paragraph 60 (l) of the Consent Decree. |
| Benches, trash receptacles and bicycle racks | A minimum of 2 ft. of separation must be maintained between bottom of bedding material and the warning layer. |
| Recreation facilities | Playgrounds, bocce ball, tennis, basketball courts, athletic fields. |
| Landscaping | Planting including trees, shrubs, ground covers, grasses and potted plants provided root structures will not jeopardize the integrity of the Chromium Remedy. |

No permanent concession facilities shall be permitted in the open space.   Further discussion of permissible uses in the open space is included in **Section 4** of the report.

(**Figures 3, 4 & 5**) depict the configuration of Central Park and overall landscape treatments and the relationship to the ERS.



FIGURE 3
CONCEPTUAL LANDSCAPE PLAN
& SECTION LOCATION PLAN
AOC-1 OPEN SPACE AREAS
HONEYWELL - SA 6N
JERSEY CITY, NEW JERSEY



**CURBED STREET TREE PLANTING** — Detail 1 (NTS)

Labels: SPECIE (SEE LIST); PLANTING MEDIUM (TOPSOIL OR STRUCTURAL SOIL); TREE PIT DRAINAGE; CONCRETE CURB; ROAD & SUBBASE; BED TREATMENT MULCH, GROUND COVER, PAVERS; PLANTER CURB (BRICK, GRANITE, CONC.); CLEAN FILL; GRANULAR SUBBASE (STRUCTURAL SOIL); UNIT PAVERS; 8" PAVING SECTION; PROTECTIVE LAYER; LINER SYSTEM (SEE CAP DETAILS); LIMIT OF ENCAPSULATED FILL. Dimensions: 6"; 42"-48" (MIN.); 12"; 6' (MIN.); 1:2.

**FLUSH TREE PLANTING** — Detail 2 (NTS)

Labels: SPECIE (SEE LIST); PLANTING MEDIUM (TOPSOIL OR STRUCTURAL SOIL); TREE PIT DRAINAGE; CONCRETE CURB; ROAD & SUBBASE; PLANTING BED - (MULCH, PLANTING OR TREE GRATE); CLEAN FILL; GRANULAR SUBBASE (STRUCTURAL SOIL); UNIT PAVERS; 8" PAVING SECTION; PROTECTIVE LAYER; LINER SYSTEM (SEE CAP DETAILS); LIMIT OF ENCAPSULATED FILL. Dimensions: 42"-48" (MIN.); 12"; 6' (MIN.); 1:2.

**SHRUB PLANTING** — Detail 3 (NTS)

Labels: HEDGES/ORNAMENTALS SHRUBS/GRASSES (SEE LIST OF SPECIES); PLANT PIT DRAINAGE; LAWN OR HERBACEOUS PLANTING; PLANTING MEDIUM (SANDY LOAM TOPSOIL); ROOT BALL; CLEAN FILL; PROTECTIVE LAYER; LINER SYSTEM (SEE CAP DETAILS); LIMIT OF ENCAPSULATED FILL. Dimensions: 8" - 12"; 24" TO 36"; 12".

**SOIL DEPTH LAWNS/PAVEMENT** — Details 4 5 (NTS)

Labels: PAVEMENT; VEGETATION (TURF); 6" TOPSOIL LAYER; CLEAN FILL (MIN. 12"); LINER SYSTEM (TYPICAL); PAVEMENT CONDITION; VEGETATIVE CONDITION; 12" PROTECTIVE LAYER. Dimension: 36" AVG. DEPTH.

**RAISED TREE PLANTER** — Detail 6 (NTS)

Labels: SHADE TREE; PLANTING BED - (GROUND COVERS); CLEAN FILL; PLANTING MEDIUM; TREE PIT DRAINAGE; CONCRETE PLANTER CURBS; 12" PROTECTIVE LAYER; LINER SYSTEM (TYPICAL). Dimensions: 3'TYP.; 2' MIN.

MACTEC PROJECT No. 3480100006
DRAWING: PLANTING DETAILS

PREPARED/DATE: STR 03/24/10

CHECKED/DATE: LL 03/24/10

**MACTEC**
MACTEC Engineering and Consulting
200 American Metro Boulevard, Suite 113
Hamilton, NJ 08619
NJ Certificate of Authorization Number 24GA28043300

**FIGURE 3A**
**PAVEMENT AND PLANTING DEPTH DETAILS**
**AOC-1 OPEN SPACE AREAS**
**HONEYWELL - SA 6N**
**JERSEY CITY, NEW JERSEY**

REV. | DATE | STATUS | PRPD BY | CHKD BY



## LEGEND

- DEPTH OF SOIL COVER 1.5'-2.0' OVER LINER
- DEPTH OF SOIL COVER 2.0'-3.0' OVER LINER
- DEPTH OF SOIL COVER 3.0'-5.0' OVER LINER
- DEPTH OF SOIL COVER GREATER THAN 5.0' OVER LINER
- SIDEWALKS AND PAVEMENTS
- HYDRAULIC BARRIER WALL

NOTE:
DEPTH OF COVER IS FOR POST-DEVELOPMENT CONDITION.

MACTEC PROJECT No. 3480100005
DRAWING: LANDSCAPE

PREPARED/DATE:
STR 03/24/10

CHECKED/DATE:
LL 03/24/10

MACTEC

MACTEC Engineering and Consulting
200 American Metro Boulevard, Suite 113
Hamilton, NJ 08619
NJ Certificate of Authorization Number 24GA28043300

**FIGURE 3B**
SOIL DEPTH OVER LINER
3RD AVENUE AND STEGMAN BLVD
AOC-1 OPEN SPACE AREAS
HONEYWELL - SA 6N
JERSEY CITY, NEW JERSEY

| REV. | DATE | STATUS | PRPD BY | CHKD BY |
|------|------|--------|---------|---------|

0  30  60  120
SCALE IN FEET

**SECTION A-A'**

**PLAN VIEW**

| | | | MACTEC PROJECT No. 3480100005<br>DRAWING: FIGURE 4 SECTION A | | **FIGURE 4** |
| | | | | | CENTRAL PARK - SECTION A-A' |
| | | | | | 3RD AVENUE AND STEGMAN BLVD |
| | | | | | AOC-1 OPEN SPACE AREAS |
| | | | PREPARED/DATE:<br>STR 03/24/10 | CHECKED/DATE:<br>LL 03/24/10 | MACTEC Engineering and Consulting<br>200 American Metro Boulevard, Suite 113<br>Hamilton, NJ 08619 |
| REV. | DATE | STATUS | PRPD<br>BY | CHKD<br>BY | HONEYWELL - SA 6N<br>JERSEY CITY, NEW JERSEY |



SECTION B-B'

PLAN VIEW

MACTEC PROJECT No. 3480100005
DRAWING: FIGURE 5 SECTION B

PREPARED/DATE:
STR 03/24/10

CHECKED/DATE:
LL 03/24/10

MACTEC Engineering and Consulting
200 American Metro Boulevard, Suite 113
Hamilton, NJ 08619
NJ Certificate of Authorization Number 24GA28043300

**FIGURE 5**
CENTRAL PARK SECTION - B-B'
3RD AVENUE AND STEGMAN BLVD
AOC-1 OPEN SPACE AREAS
HONEYWELL - SA 6N
JERSEY CITY, NEW JERSEY

### 2.5  Preparation, Submittal, Approval, Execution, Inspection

Honeywell and the Developer shall faithfully execute their respective rights, duties and obligations for preparation, submittal and approval of Development Plans, Construction, and Construction Inspection.

### 2.6  Modification, Alteration, Restoration, Repair and Replacement

All modifications, alterations, restorations, repairs, or replacements to Remedial Components shall be subject to the requirements of the Consent Decree and comply with the Remedial Design Criteria.   If modifications, alterations, restorations, repairs or replacement to remedial Components are required as a result of improvements to the Open Space Area, they shall meet the requirements of the Consent Decree and comply with the Remedial Design Criteria.

It is anticipated that the permissible Open Space Area development activities will involve certain activities which may necessitate restoration or repair of the constructed ERS components.   These include:

- Filling and Grading Activities which will require restoration of the vegetated surface and may require adjustments/extensions in piezometers and cleanouts.

- Excavation activities for placement of utilities and tree/shrub planting which could require vegetation restoration of disturbed areas.

- Utility corridor penetrations of the hydraulic barrier wall system (steel sheetpile or soil-cement-bentonite) which will require sealing to maintain design permeability.

- Penetrations of the geomembrane liner system which will require patching or booting.

The Chromium Remedy 100% Design includes specifications on how these types of activities will be addressed.

### 2.7  Post-Construction Monitoring

In accordance with the Consent Decree, Honeywell will submit a Long-Term Monitoring Plan for the ERS components.   The Developer(s) shall prepare and execute a Post-Construction Performance Monitoring Plan for open space design improvements overlying the ERS that is consistent with the Long-Term Monitoring Plan.

This Post-Construction Performance Monitoring Plan is anticipated to include:

- Settlement monitoring

- Water level monitoring

- Erosion and vegetation quality inspections

- Asphalt surface inspections

The Post-Construction Performance Monitoring Plan will also identify applicable monitoring and inspections that may be needed for permanent improvements constructed in the Open Space Area.

## 3.0    Site Grading and Drainage

Site grading and drainage refers to construction activities of filling, grading and implementing drainage improvements above the capping system.   For specific requirements of site preparation, sub-grade preparation, placement of chromium-impacted and non-chromium impacted soils, construction of the capping system, placement of clean fill, and topsoil and vegetative stabilization, refer to the contract documents for the SA-6 North Chromium Remediation.   This section refers to site grading, filling and drainage necessary to implement landscape and other permissible improvements above the grades established to implement the chromium remedy as indicated in the Chromium Remedy 100% Design documents.

Filling, grading and drainage activities for the construction of landscape and other permissible improvements within the AOC 1 Open Space Area shall conform to the requirements described in the remainder of this section.   In all cases, the site must be graded to maintain positive surface drainage in the Open Space Area.

### 3.1  Excavation

Excavation into the soil caps is permitted within the guidelines established herein and as specified in the Chromium Remedy 100% Design documents, and only with the written approval of Honeywell.   Requests for approval shall define proposed methods and procedures.

### 3.2  Site Fill

Imported fill shall be clean natural soil that is free of contamination and meet NJDEP Technical Requirements pursuant to 7:26E 6.4(d).   Treated soils or other recycled materials imported from off-site sources will not be accepted.

▪ No fill may be placed in the region of the western waterfront perimeter unless the Developer performs bulkhead improvements.   Locations for any material stockpiles

to be located in AOC 1 shall be identified on the construction documents and approved by Honeywell.

▪ Grade changes must accommodate all ERS components including raising surface features in a manner acceptable to Honeywell.   Raised manholes, vaults, covers and similar features that are modified to accommodate the grade change shall be made fully operational to the satisfaction of Honeywell.

▪ Grade changes shall be implemented to maintain positive surface drainage in AOC 1.

▪ Fill and/or material stockpile height and weight shall be structurally controlled so as not to cause unacceptable settlement of the ERS components (i.e. compacted in lifts) as determined by Honeywell.   The Chromium Remedy 100% Design documents include a surcharging program to accommodate planned final grades for the Bayfront Redevelopment.   These Design Criteria establish the allowable magnitude of fill induced settlement relative to total settlement, as well as differential settlement between adjacent fixed and soil supported elements.   Computations shall demonstrate that 100% consolidation under the load imposed by material stockpiles proposed by the Developer in AOC 1 are consistent with those established in the 100% Design.

### 3.3  Topsoil

Topsoil shall be placed over clean fill to final development depths shown on the planting plans, details and sections (**Figures 3, 3A and 3B**).   Topsoil shall be in compliance with Technical Requirements for Site Remediation (Technical Rules) N.J.A.C. 7:26E and, N.J.A.C. 7:26D.   Topsoil shall be natural, friable, fertile loam, sandy loam or silty-loam soil with an organic matter content of 3.5% - 10% and a pH range of 5.0 – 6.5. Topsoil and planting specifications shall be prepared as a component of the Open Space Development Plans which shall include site construction plans.

### 3.4  Soil Depth

Soil depths shall be as required to meet prescribed finished grades shown on the final grading plans. Specified depths of clean fill and topsoil for pavement and lawn conditions are as indicated in **Figure 6**.

**Figure 6:    Soil Depth Over Cap**



### 3.5  Positive Surface Drainage

Excavation is permitted into the soil cover solely within the guidelines established herein and as specified in the above referenced contract documents, and only with the written approval of Honeywell.   Requests for approval shall define proposed methods and procedures.   The site must be graded to maintain positive surface drainage.   Open Space Development Plans shall include complete grading plans clearly delineating line and grade of all final open space improvements.   Drainage structures installed as part of the ERS will be protected during construction in accordance with NJDEP Technical Requirements for Site Remediation as well as the HEP Soil Conservation District.

Drainage structures installed during the ERS which must be modified during development of the open space will be identified on the development plans.

### 3.6  Soil Consolidation

Grade changes must accommodate all ERS components including raising surface features in a manner acceptable to Honeywell.   Grade changes shall be implemented to maintain positive surface drainage.   Computations shall demonstrate that 100% consolidation under the load imposed by material stockpiles proposed by the Developer in AOC 1 shall not exceed those planned for in the 100% Design.

### 3.7  Cap Disturbance

No excavation into the cover system is permitted outside of the guidelines established and specified in the documents and only with the written approval of Honeywell.   In addition, after notification of Honeywell, the following notifications / authorizations may be applicable:

- NJDEP Landfill Disturbance Permit;

- Local Construction Permit from the City of Jersey City;

- NJDEP Waterfront Development/Flood Hazard Area Permit;

- PVSC approval for discharge of treated dewatering effluent to the sanitary sewer system;

- Treatment Works Approval (TWA) for on-site treatment/discharge of dewatering effluent;

- Local Site Plan Review/Approval;

- Local SESCP Approval from the Hudson-Essex-Passaic Soil Conservation District;

- Local Approvals/Permits from the NJ Department of Transportation and utility companies (City of Jersey City, City of Bayonne MUA, PSE&G) for work on the eastern side of the property along Route 440 that may affect traffic and utilities.

# 4.0    Utilities

All utility infrastructure within the Open Space Area shall conform to the requirements of the Consent Decree, specifically, paragraph 56 (c): *"Exclusive of roadways, the cap shall be overlain by layers of clean fill, backfill and/or overburden with an average depth of at least three feet and a minimum depth at least two feet provided that any layer that incorporates overburden shall be below at least two feet of clean fill...One foot of clean fill, covered with bituminous blacktop, shall be sufficient cover where roads, walkways, or other paved surfaces are located within the AOC 1 Open Space Area."*

### 4.1  Utility Corridors within the Open Space– Protective Barrier

All public utilities, including irrigation lines, within the open space or beneath roads surrounding the open space must be located at minimum of 2 ft. from the top of the warning layer to the bottom of the utility bedding material.

### 4.2  Exterior Utility Locations

The following utilities will be located within utility corridors beneath roadways in AOC 1 Open Space Area (Central Park).

### 4.3  Sanitary Sewers

Gravity sewers and/or sanitary force mains must be located within the ROW on B Street, C Street, Stegman Boulevard and Third Avenue.

### 4.4  Storm Drains

Storm drains, including inlets and manhole structures, are located within the ROW on all streets surrounding and crossing Central Park.   The storm drainage system is designed to manage storm water during construction and after completion of the chromium remediation.   Drain inlets will collect runoff from drainage areas over the cap and convey runoff into the existing watershed north of AOC 1, and via a vegetated

swale along SA-7. When Central Park is developed, the drain inlets will remain and/or be adjusted to accommodate proposed roadway and park grades.

## 4.5  Water Mains

Water mains will be located within the ROW on Stegman Boulevard and Third Avenue. Laterals servicing the park will be located within utility corridors extending from the roadway utility corridors into the park. Water lines or other utilities capable of potentially "washing" out the cap's components must be protected against such incident with specialized armoring at all connection points such as coupling and service tees.

## 4.6  Electric Service

Electric service utilities will be required within the AOC 1 Open Space Areas to energize street lighting, traffic signals and power needs within the interior spaces of Central Park on pathways and plazas.   Utility corridors beneath the ROW will accommodate electric service requirements for the entire Bayfront development, including the Open Space areas. Duct banks will be concrete encased.

## 4.7  Telecommunications Service

Telephone and cable service will be located beneath most roadways within Bayfront Development including the AOC 1 Open Space Area.   Provisions for fiber optic cables will be provided in spare conduits within telecommunication duct banks, however at this time, detailed alignments for distribution have not been determined.

## 4.8  Interior Utility Locations

The following utilities will be located in the interior of park space of the AOC 1 Open Space Area limits (Central Park):

▪ **Irrigation Mains and Laterals** - The Developer shall design and construct a water-conserving system for delivery of water to individual tree pits along the sidewalk and in the park interior.   Water harvesting for irrigation is preferred over the use of potable water for irrigation.   Subterranean delivery of water to plant pits is preferred

over topical delivery systems.   Irrigation of open lawn areas is not anticipated, based on the selection of drought-tolerant turfgrass species.     However, the Developer must prepare plans for irrigating lawn areas during their establishment. (See "Lawns" in **Section 5.3 and Table 3**).

▪ **Storm Drains** – Open space areas within Central Park will require storm drains for collection and conveyance of stormwater into the Bayfront Development stormwater management system.   In contrast to other areas within the Bayfront Development, storm drains over the ERS shall not facilitate infiltration of runoff. Utility corridors have been designed in the capping surface to accommodate utility connections to interior park spaces.   Bedding below drain pipes, inlets and manholes shall maintain a minimum 2 ft. separation from the warning layer.

▪ **Water Laterals** - Water lateral service lines to amenities such as water features, ground hydrants or drinking fountains shall be located in utility corridors in accordance with paragraph 60 (j) of the consent Decree and shall be set below the frost line.   For seasonal water service such as supply lines to drinking fountains, portions of service lines may be located above the frost line but must maintain a minimum of 2 ft. of separation between the bottom of the pipe bedding and the warning layer and must be equipped with drain-back valves and hardware for winterization, in accordance with state and local plumbing codes.

▪ **Electric Service** - Electric service conductors for power supply to park amenities such as light fixtures, controllers, (water feature) pumps, timers and other electrical devices shall be contained in PVC conduit, and buried to required depths in accordance with all governing electrical codes and must maintain a minimum of 2 ft. of separation between the bottom of the conduit and the warning layer.   Pull boxes shall be located within utility corridors or in areas with sufficient soil depth to maintain 2 ft. of separation between the bottom of the structure and the warning layer.

**Honeywell**

# 5.0    Central Park Layout and Materials

Site layout and materials shall conform to the following requirements and related regulatory standards:

- Bayfront Redevelopment Plan

- Jersey City Ordinances and Engineering Standards

- NJDOT Design Standards

- Manual of Uniform Traffic Control Devices

### 5.1  Roads, Streetscape, Sidewalks and Plazas

Roadways within the AOC 1 Open Space Area are a part of the overall network of streets designed to support the traffic volumes within Bayfront.   The project has been designed as a walkable community emphasizing internal circulation and accessibility via a bus and bicycle network which connects the proposed Light Rail Station at the north end of the site with the town homes to the south.

The streets surrounding the AOC 1 Open Space Area (and throughout the site) are designed with wide sidewalks, street trees and other pedestrian amenities, such as benches and pedestrian level lighting.   Streetscape will also be defined by land use, not merely decorative elements.   For instance, the north-south pedestrian thoroughfare with retail/storefront use along both sides will attract shopping and strolling without intrusions from automobiles. The streets surrounding AOC 1 Open Space Area, Stegman Blvd. and Third Ave. will support residential units that face the park, creating a less active streetscape experience.   The minimum width of the perimeter sidewalk is 15 ft. along Stegman Blvd. and Third Ave, and 10 ft. - 12 ft. along all crossing streets.

## 5.2  Hardscape Improvements

Protection of the capping system Article III, Section A, Chromium Remedy, Subsection 56 (c):

- **Roadways** – All Internal roadways for Bayfront will be designed to support the required vehicle loads and traffic volumes.   Pavement sections and curbs shall meet or exceed the City of Jersey City Engineer Design Standards.   Pavement thickness and sub-base requirements will be determined by standard engineering pavement design practice.   Roadways will not be constructed as part of the remedy, however, the ERS components have been designed to accommodate future construction of the roads including utility corridors, in accordance with paragraph 60 (j) (v) 6 of the Consent Decree.

- **Pavements** – Vehicular roadways, bikeways and pedestrian ways are pavement "types" that will be designed for anticipated loads, environmental factors, surface drainage and appearance.   In addition to load support properties, paved areas will provide permanent "cover" over the capping system.   No pavements will be constructed as part of the remedy.   However, the capping system liner (geosynthetic membrane) surface has been designed to accommodate required depths of cover beneath future roadways, sidewalks and other paved areas.   The use of paved surfaces as permanent cover is in accordance with Technical Requirements for Site Remediation N.J.A.C. 7:26 E and paragraph 56 (c) of the Consent Decree.   All pavements will be designed to sustain and protect the ERS as well as provide a functional and attractive surface in a park and streetscape.   Various pavement systems are illustrated in (**Figure 7**).

- **Porous Pavements** – The ERS also includes a hydraulic barrier system consisting of containment walls around its perimeter and a membrane capping system designed to isolate chromium impacted soil and shallow groundwater.   The geomembrane cap system includes drainage controls, including drainage structures to prevent shallow groundwater and vertical drainage from penetrating the cap.   To insure the performance of the capping and containment system(s), use of porous materials with

Study Area 6 North                                     25                                     APRIL 15 2010
Open Space Design Standards

high vertical permeability is discouraged.   Drainage over the cap will be designed as a surface collection and conveyance system.

▪ **Pathways** – Pedestrian pathways will be constructed of impervious materials.   The utilization of recycled materials such as recycled, crushed concrete aggregate for sub base is encouraged.   Pedestrian pathway widths will vary but will be generally narrower than perimeter sidewalks and pedestrian thoroughfares.

▪ **Waterfront Promenade** – The waterfront walk is outside the limits of the ERS, however, selection of pavement materials within Central Park may extend beyond the park for aesthetics and visual continuity.

▪ **Courts** - If recreational uses such as basketball or tennis courts are constructed, pavements shall be impervious and designed for efficient positive surface drainage conveyance.

**Figure 7:   Pavement Types Over Cap**



Case 2:95-cv-02097-BRM-JAD    Document 1231-24    Filed 04/01/14    Page 31 of 55
PageID: 50597
**Central Park Layout and Materials**

**Honeywell**

### 5.3  Planting

The ERS will be stabilized during the interim period with grasses and other erosion control improvements outlined in the construction documents, and in compliance with the Hudson, Essex, and Passaic Soil Conservation District.   Soil depths of cover are designed to meet the requirements of the Consent Decree.   The ERS has been designed to provided stabilization and positive drainage during an interim period prior to the development of open space improvements.   Development of the AOC 1 Open Space Area after completion of the remedy will include the placement of additional soil where necessary to support lawns trees and shrubs as well as the construction of sidewalks and amenities such as light fixtures, benches, park structures and plazas.

The procedures outlined herein for the establishment of plantings over the capping system are directed at maintaining a sustainable landscape to protect the capping system and enhance the environmental quality of the area.   Selection of plant material for sustainability will include an understanding of the quality and depth of soil cover. Optimal soil depths will protect the liner, while providing adequate soil mass for anchorage and a soil environment to sustain growth.   Adequate nutrient levels, oxygen and water availability are critical to sustaining plant health and vigor.

Species selection will be an important aspect of design a critical element.   Urban environments impact the general health and vigor of most shade tree species.   While some species demonstrate the ability to withstand urban conditions others are more susceptible to the effects of compacted soils, inadequate soil moisture, anaerobic conditions, smog, and physical damage.   The selection of species for planting over the capping system will include species proven to withstand such conditions, and with characteristically shallow-spreading (lateral) root systems.   Species that commonly withstand urban conditions, with taproots or deep lateral roots are eliminated.   (See **Tables 2 and 3**).

- ▪ **Major Deciduous Trees** – A primary objective of the Bayfront Redevelopment Plan is the establishment of continuous shade cover over roadways to reduce the heat island effect and provide a pleasing streetscape environment.   Aesthetically,

Study Area 6 North                                        27                                      APRIL 15 2010
Open Space Design Standards

the generous placement of trees along avenues provides a human scale and proportion to the urban setting, as well as spacial definition.   Major deciduous trees are those with the potential to provide a wide spreading crown, ultimately closing over the ground plane below.   **(Table 2)** identifies species and varieties which have demonstrated the ability to withstand urban environments given moderate attention to cultural requirements.   Minimal sizes at time of planting should be specified to assure that branching heights are 7 ft. or above for street trees, and 6 ft. for shade trees within the interior of the park.   In most instances, native species are recommended.   However, due to the specific constraints of soil depth and the capping system, non-native species are also included.   See **Figure 8** for street tree planting soil depths.

▪ **Ornamental / Flowering Trees** – Flowering trees will provide visual interest in color, texture and contrast.   Small trees and large shrubs provide an attractive understory.   An effort should be made to select native species.   Soil depth requirements are specified in (**Table 3**).   The use of gentle earthen berms can be integrated into the design to create deeper soil profiles than the minimum depths specified.

▪ **Shrubs and Ground Covers** – The recommended list of shrubs and ground covers is not comprehensive.   An effort was made to select species that will provide diversity to the understory using native species.   The use of invasive species or those with dangerous thorns or toxic fruit is prohibited and so indicated. (**Table 2**) identifies species and varieties which have demonstrated the ability to withstand urban environments given moderate attention to cultural requirements.

▪ **Lawns** – Open lawn areas are an essential spatial element to Central Park.   The use of such spaces for casual games of catch, Frisbee, picnicking, reading or resting will most certainly occur.   Establishment of extensive fine bluegrass lawns with the requisite and exhaustive maintenance is neither practical nor achievable in this environment.   For these reasons, lawn areas will be established with the use of fine bladed tall fescues.   Tall fescues are both drought tolerant and wear resistant.   Sustaining a dense stand of tall fescues on heavily trafficked areas will require

over-seeding on occasion.   The frequency of such practices will be determined by concentration use of these areas, soil structure and availability of basic cultural practices such as mowing and watering. (Fescues will tolerate a low water condition, but not a no water condition).

| TABLE 2:   TREES SUITABLE FOR USE OVER CAPPED LANDFILLS IN URBAN SETTINGS | | | | | | |
|---|---|---|---|---|---|---|
| **Major Deciduous Trees** | **Mature Height** | **Canopy Width** | **Min. Soil Depth** | **Application** | **Min. Installed Size** | **Native Spp.** |
| ACER x freemanii 'Autumn Blaze'<br>    Autumn Blaze Red Maple | 50' | 40' | 4.5' | Street, Shade Tree | 3-3½"cal. 14-16' Ht. | Y |
| ACER rubrum 'varieties'<br>    Red Maple 'varieties' | 50' | 40' | 4.5' | Street, Shade Tree | 3-3½"cal. 14-16' Ht. | Y |
| ACER saccharum 'varieties'<br>    Sugar maple | 50' | 35' | 4.5' | Shade Tree | 3-3½"cal. 14-16' Ht. | Y |
| QUESCUS palustris<br>    Pin oak | 60' | 40' | 4.5' | Shade, Plaza Tree | 3-3½"cal. 14-16' Ht. | Y |
| FRAXINUS pennsylvanica 'varieties'<br>    Green Ash varieties & cultivars | 50' | 40' | 4.5' | Street, Shade Tree | 3-3½"cal. 14-16' Ht. | Y |
| ZELKOVA serrata 'varieties'<br>    Japanese Zelkova | 50' | 50' | 4.5' | Street, Shade, Plaza | 3-3½"cal. 14-16' Ht. | N |
| GINKGO biloba (male only)<br>    Ginkgo | 50' | 35' | 4.5' | Street, Shade, Plaza | 3-3½"cal. 14-16' Ht. | N |
| FRAXINUS americana<br>    White ash | 60' | 50' | 4.5' | Shade Tree | 3-3½"cal. 14-16' Ht. | Y |
| TILIA tomentosum<br>    Silver Linden | 60' | 50' | 4.5' | Park, Plaza Tree | 3-3½"cal. 14-16' Ht. | N |
| GLEDITSIA triacanthos inermis<br>    Honeylocust varieties | 40' | 30' | 4.5' | Street, Shade Tree | 3-3½"cal. 14-16' Ht. | N |
| BETULA nigra<br>    River Birch | 40' | 30' | 4.5' | Park | 3-3½"cal. 14-16' Ht. | Y |
| **Minor Deciduous / Flowering Trees** | **Mature Height** | **Canopy Width** | **Min. Soil Depth** | **Application** | **Min. Installed Size** | **Native Spp.** |
| ACER compestre<br>    Hedge Maple | 30' | 25' | 4.0' | Park | 2-2½"cal. 12-14' Ht. | N |
| CERCIDIPHYLUM japonicum<br>    Katsura tree | 40' | 20' | 4.0' | Park | 2-2½"cal. 12-14' Ht. | N |
| CARPINUS betulus<br>    European hornbeam | 30' | 20' | 4.0' | Park | 2-2½"cal. 12-14' Ht. | N |
| MALUS spp.<br>    Crabapple | 20' | 20' | 4.0' | Park | 2-2½"cal. 12-14' Ht. | Y |
| CERCIS canadensis<br>    Eastern redbud | 25' | 25' | 4.0' | Park | 2-2½"cal. 12-14' Ht. | Y |
| CORNUS florida<br>    Flowering dogwood | 25' | 25' | 3.5' | Park | 2-2½"cal. 12-14' Ht. | Y |
| AMELANCHIER arborea<br>    Serviceberry | 25' | 20' | 3.5' | Park | 2-2½"cal. 12-14' Ht. | Y |

Study Area 6 North                          29                          APRIL 15 2010
Open Space Design Standards

**Central Park Layout and Materials**                                                    **Honeywell**

| TABLE 2:  TREES SUITABLE FOR USE OVER CAPPED LANDFILLS IN URBAN SETTINGS | | | | | | |
|---|---|---|---|---|---|---|
| CRATAEGUS viridis<br>    Hawthorn | 20' | 15' | 3.5' | Park | 2-2½"cal.<br>12-14' Ht. | Y |
| **Evergreen Trees** | **Mature Height** | **Canopy Width** | **Min. Soil Depth** | **Application** | **Min. Installed Size** | **Native Spp.** |
| ILEX opaca<br>    American holly | 40' | 20' | 4.5' | Park | 8' Ht. / 4½-5' Spd. | Y |
| TSUGA canadensis<br>    Canadian Hemlock | 50' | 30' | 4.5' | Park | 8' Ht. / 4½-5' Spd. | Y |
| THUJA occidentalis 'nigra' or 'techny'<br>    American or 'Techny' Arborvitae | 30' | 15' | 4.5' | Park | 7' Ht. / 3½-4' Spd. | Y |
| PSUEDOTSUGA menziesii<br>    Douglas fir | 50' | 18' | 4.5' | Park | 8' Ht. / 4½-5' Spd. | Y |
| CHAMECYPARIS thyoides<br>    Atlantic White Cedar | 35' | 15' | 4.5' | Park | 7' Ht. / 3½-4' Spd. | Y |
| CUPRESSOCYPARIS leylandii<br>    Leyland Cypress | 35' | 20' | 4.5' | Park | 7' Ht. / 3½-4' Spd. | N |

Specie list above is not comprehensive.    Species having similar physiological characteristics may be acceptable species.    All species must be capable of sustainable growth in the specified soil depth.    Recommended species generally increase in crown height, root mass and overall biomass as soil depth increases.    Tree selections are determined by overall crown size, rooting characteristics and structural features.

References Cited:
1. Center for Watershed Protection. "Watershed Forestry Research Guide: Urban Tree Selection Guide" Database. Web. March 2010. www.CWP.org
2. Harrison L. Flint, PhD. Landscape Plants for Eastern North America. John Wiley & Sous, Inc. Text 1983
3. Cornell University Department of Horticulture. Urban Horticultural Institute: Soil volume; "Plant Selection" Abstracts & Databases. Web. March 2010. www.hort.cornell.edu/UHI/research/subject

**Central Park Layout and Materials**

**Honeywell**

| TABLE 3:   GROUND COVERS, GRASSES & SHRUBS SUITABLE FOR PLANTING OVER GEOSYNTHETIC MEMBRANE WITH 1' PROTECTIVE LAYER | | | | | |
|---|---|---|---|---|---|
| | A. | B. | C. | D. | E. |
| **No Planting** **2' Soil Depth** | **Herbaceous Perennials Grasses and Ground Covers 2' Soil Depth** | **Small Shrubs - ≤ 24" Ht. & Spd. 2.5 - 3.0' Soil Depth** | **Med. Shrubs - 2' -   8' Ht. 3.0 - 3.5' Soil Depth** | **Large Shrubs 8' - 12' Ht. 3.5 - 4.0' Soil Depth** | **Large Shrubs / Small Trees 4.0 - 4.5' Soil Depth** |
| Pavement | Sedum<br>Fescue (grasses)<br>Various Perennials (low)<br>Aegopodium (Bishop Weed)<br>Lonicera (Japanese Honeysuckle)<br>Liriope (Lilly Turf)<br>Pennisetum (Fountain Grass)<br>Andropogen (Bluestem)<br>Tripsacum (Dwarf Gamma Grass)<br>Helictotrichon (Blue Oat Grass) | Taxus (Dwarf English)<br>Juniperus (horzontal varieties)<br>Spiraea (dwarf varieties)<br>Euonymous (low - spreading)<br>Pennisetum (Ornamental Grass)<br>Berberris thunbergii (Dwarf)<br>Vaccinium (low blueberry)<br>Arctostaphylos (earberry)<br>Various Perennials<br><br>All species from A | Taxus (media & cuspidata)<br>Juniperus (spreaders to 4' ht.)<br>Spiraea (low varieties - bumalda)<br>Rhododendron ( compact )<br>Miscanthus (Ornamental Grass)<br>Prunus (Cherry Laurel)<br>Lonicera (low shrub form)<br>Euonymous (shrub form)<br>Enkianthus<br><br>All species from A & B | Chamaecyparis   (dwarf varieties)<br>Juniperus (upright dwarf varieties.)<br>Spiraea (shrub forms)<br>Rhododendron ( hybrid varieties)<br>Lonicera (upright forms)<br>Lilacs (compact varieties)<br>Viburnum<br>Ilex meservae<br>(Blue Holly)<br>Privet (amur)<br>Hamamelis<br>Forsythia<br>Myrica pennsylvanica<br>Ilex glabra<br>Aronia<br><br>All species from A, B & C | * Thuja (compact varieties)<br>   Juniperus<br>(upright   varieties.)<br>* Magnolia<br>(virginiana & stellata)<br>* Malus<br>(low varieties)<br>Picea<br>(dwarf   varieties)<br>* Pinus (dwarf varieties)<br>* Prunus - (low varieties)<br>* Ilex latifolia (Asiatic Holly)<br>   Cornus mas<br>*   Acer palmatum<br>   Ilex verticillata<br>   Styrax japonicus<br>*   Amelanchier canadensis<br> Magnolia (Stellata)<br><br>All species from A, B, C & D<br><br>**\*   Indicates small tree Species** |

**NOTES:**
1.  Soil depths specified above are measured from the bottom of the protective layer.
2.  Specie list above is not comprehensive.   Species, having similar physiological characteristics may be acceptable species, capable of sustained growth in the specified soil depth. Recommended species generally increase in crown height, root mass and overall biomass as soil depth increases.
3.  Lawns: Turfgrass species for lawn areas shall be a mixture of species / varieties formulated for drought tolerance and wear resistance characteristic of the following species:

| | | |
|---|---|---|
| Tall Fescue (fine-bladed varieties) | 50 – 60% | |
| Perennial Ryegrass (improved varieties) | 15 – 20% | *Final mixture composition to be* |
| Creeping Red Fescue | 10 – 15% | *determined by soil testing* |
| Kentucky Bluegrass | 5 – 10% | |

**Figure 8:    Street Tree Planting Over Cap**





Case 2:95-cv-02097-BRM-JAD    Document 1231-24    Filed 04/01/14    Page 37 of 55
PageID: 50603
**Central Park Layout and Materials**

**Honeywell**

### 5.4  Water Features

An integrated stormwater management system, including the possible development of green roofs and water collection systems is being considered for the Bayfront Development.   In theory, a water recycling system could divert surface runoff for use in building gray water systems, irrigation and other water features such as public fountains thus reducing the strain on the stormwater system.   Although the AOC 1 Open Space Area Plan does not specify the development of public fountains or water features, the construction of such features is not prohibited. Limitations for construction would include restrictions on the depth of footings and foundations and the utility infrastructure supporting the water feature.

As a Best Management Practice (BMP) for management of stormwater runoff, provision of localized surface water features can reduce flows to storm sewers and reduce peak mitigation requirements. In general, water recycling systems are under consideration throughout the Bayfront Redevelopment in the form of green roof development, use of porous pavement, rain gardens, and other forms of water harvesting.   The extent to which these green technologies are utilized is pending further design analysis and cost considerations.

### 5.5  Lighting and Signage

The Bayfront Redevelopment Plan facilitates pedestrian travel throughout its limits and to surrounding areas.   Its vibrant streetscape environment will include "pedestrian-level" lighting along all sidewalks and interior park spaces for environmental, aesthetic and security purposes.

Signage will address the requirements of regulatory (traffic) signage standards as well as the need for directional information often referred to as "way-finding".   Design parameters for regulatory signage are based on recognized design standards including the Manual of Uniform Traffic Control Devices, NJDOT, County of Hudson, City of Jersey City Department of Engineering, and sound engineering judgment.   Signage aesthetics will be addressed during detailed site planning activities for the Bayfront

Development and will apply to AOC 1 Open Space Areas.

▪ **Site Lighting within AOC 1 Open Space Areas** - will be designed to ensure
uniformity of illumination, architectural style and energy efficiency and will be
integrated visually and functionally with site lighting throughout Bayfront.   Design
of poles and footings shall be based on the structural requirements for supporting
poles and fixtures, without impacting the capping system.   For street lights, a
maximum height of 14 ft. to the top of the fixture is required to preclude the use of
deep pole base footings over the cap.   Bottom of footing elevation for pole bases shall
be a minimum of 2 ft. from the top of the warning layer to the bottom of the base or
footing (see **Figure 9**). Determination of fixture and pole style criteria is the
responsibility of the Developer who will consult with the Jersey City Department of
Architecture and the JCDPW Department of Parks and Forestry during the
preparation of Open Space Design Plans.   Selection of luminaries and lamp types
shall be based on accepted Illumination Engineering Society (IES) standards, energy
efficiency, architectural and landscape design analysis in accordance with the design
principals outlined in the Bayfront I Redevelopment Plan and the City of Jersey City.
See **Figure 10** for examples of luminaries and lamp styles.

**Figure 9:    Light Pole Footing**



**Honeywell**

- **Design of all exterior lighting systems will utilize energy** – efficient light sources supporting sustainable site criteria.   Area lighting shall employ building-mounted fixtures in lieu of pole-mounted fixtures and low level bollard type fixtures wherever practical to do so.   Light Emitting Diode lamps shall be utilized to promote energy efficiency.   In all cases, site lighting design shall may dark-sky luminaries.

- **Signage** - Signage systems in the AOC-1 Open Space areas will include regulatory (traffic) signage as well as other locational / identification signage.   Determination of signage graphics and systems is the responsibility of the Developer who will consult with the Jersey City Department of Architecture in the design of all identifier signs within the open space areas.   Footings and bases for sign structures shall not impact the capping system.   Bottom of sign base footing elevation shall be a minimum of 2 ft. from the top of the protective layer to the bottom of the base or footing.

**Figure 10:    Lighting Examples**



## 5.6  Site Furnishings

Site furnishings include pedestrian benches, trash receptacle, bollards, kiosks, bus stop sheds, bicycle racks, decorative fencing or other permanently fixed furnishings or amenities in the open space areas.   Development of design criteria for site furnishings will be the responsibility of the Developer and will be detailed on the Open Space Development Plans.   Architectural character, durability of construction, and design

Case 2:95-cv-02097-BRM-JAD   Document 1231-24   Filed 04/01/14   Page 40 of 55
PageID: 50606
**Central Park Layout and Materials**

**Honeywell**

continuity within the context of overall open space and streetscape aesthetics shall be reflected in the design and selection of site furnishings.

- **Materials** – Site furnishings may be constructed of steel, wood, precast concrete, recycled plastic or other composite materials.   Visual appearance, scale and placement of site furnishings must be appropriate for the urban landscape and architecture of the Bayfront Development and the open space areas (Central Park).

- **Construction** - Anchoring systems for site furnishings shall be surface –mounted in lieu of piers or footings.   Bedding below support bases or slabs shall maintain a minimum 2 ft. separation from the protective layer. Pavement systems, including unit paver systems, shall be designed to accommodate surface mounted anchoring of site furnishing without detriment to the visual aesthetic of pavement patterns.

# 6.0    Bulkhead and Waterfront Pedestrian Promenade

The development of the Bulkhead and Waterfront Promenade connects the AOC 1 Open Space Area to the waterfront.   The Waterfront Promenade will consist of a wide pedestrian walkway along the bulkhead.   Access to the promenade from Central Park requires crossing River Drive via wide pedestrian crosswalks that will be a design element common throughout the Bayfront Development.   Paving materials and patterns, benches, signage, lighting and other amenities on promenade should be designed for continuity with the park and adjacent streetscapes, although not necessarily identical to these elements.

### 6.1  Bulkhead

The location of the permanent bulkhead is outside the containment structure and membrane.   The bulkhead will have the following characteristics:

▪ Location follows prior bulkhead alignment.

▪ Top of bulkhead elevation will be raised above its current elevation to contain Bayfront grades along the promenade and Riverfront Drive utilities, drainage outfall and other pedestrian pathways and plaza spaces.   Bulkhead construction will be steel, sheet piling driven into the river bottom and tied to the river bank. Construction of the bulkhead will integrate surface drainage along the promenade and an attractive and durable railing system.

### 6.2  Promenade Design

Horizontal configuration of the promenade is determined by the location of the historic (reconstructed) bulkhead.   The vertical profile of the promenade will follow its proposed top of wall elevation with transitions landside to the Bayfront Development.   The promenade will link several pedestrian gathering spaces within Bayfront and eventually connect to offsite properties to the north and south.



Figure 11: Waterfront Promenade Plan

Honeywell

CHA

2001 Route 46, Suite 107 · Parsippany, NJ 07054-1315
Main: (973) 299-1100 · www.cloughharbour.com

# 7.0    Route 440 Frontage

The AOC 1 Open Space Area extends eastward to Route 440.   According to the Bayfront Redevelopment Plan.   Bayfront is separated from 440 by Frontage Road.   A major signaled intersection at Stegman Boulevard and Route 440 will provide access to Bayfront.   At the present time, a study of potential Route 440 improvements has been undertaken by NJDOT and its consultants.   The Bayfront Development is one of numerous development projects within the Bayside Development Area.   The design of Rt. 440 will reflect anticipated traffic volumes and future development.   The new configuration of Rt. 440 may include additional lanes of travel in both directions with separate truck lanes.   The integration of dedicated bus lanes, bike lanes, pedestrian crossings and wide planted medians will require a significantly widened roadway compared to the existing highway.   Frontage roads on both sides of Rt. 440 will provide local access to properties fronting on Rt. 440, including the Bayfront Development.

### 7.1  Open Space Design Elements

The location of the hydraulic barrier wall and ERS is contiguous with the existing Rt. 440 west ROW.

▪ **Present Design Considerations** – The development of AOC 1 Open Space Area along Rt. 440 frontage will not impact the ERS, since the containment walls and capping system will be constructed at elevations considerably lower than proposed Frontage Road and the park.

▪ **Landscape Treatment** – Landscape elements in the open space in the area of Rt. 440 will include sidewalks, pedestrian level lighting, tree plantings and lawn areas which will extend to Frontage Road.

▪ **Route 440 Transportation Study** – NJDOT is presently preparing a study which may result in changes in the Route 440 alignment proximate to the AOC 1 Open Space Area.   The Developer(s) Open Space Design Criteria shall evaluate and

**Honeywell**

incorporate appropriate constraints and/or recommended improvements which may result from this study.

**Honeywell**

# 8.0   Procedures

The following defines general procedures to be followed by the Developer in order for Honeywell to adequately review and approve the planned development improvements.

### 8.1  Construction Phasing

Construction of the open space elements includes all construction above the interim final grade of the ERS within the AOC 1 Open Space Area, including roadways, curbs, pavements, sidewalks, utilities, soil fill, topsoil, site furnishings and landscaping.   In accordance with paragraphs 60(a) and (b) of the Consent Decree, and in accordance with the Jersey City/Honeywell Consent Order, Bayfront Redevelopment LLC will have granted a conservation restriction for the AOC 1 Open Space Area and will have constructed the ERS.   Upon construction of all roadways and utility corridors within the AOC 1 Open Space Area, Bayfront Redevelopment LLC will donate the land comprising the AOC 1 Open Space Area to Jersey City.   Therefore, construction will commence with roadways and utility corridors followed by the construction of the interior open space (Public Park) amenities within the roadways.

All entitlements associated with the construction of the open space elements shall be obtained prior to commencement of construction activities.   The Bayfront Development Project will require multiple permits which must be secured by the Developer prior to construction of the open space areas.   These include the following permits:

- NJDEP Waterfront Development Permit (includes Stormwater and Flood Hazard Permits);

- NJDEP Treatment Works Approval;

- HEPSCD – Soil Erosion and Sediment Control Permit;

- USACOE – Individual Permit;

- Jersey City Planning Board Approval; and

**Honeywell**

▪ Jersey City Agencies – JCMUA, Building Department.

In accordance with the Consent Decree, Paragraph 60 (j) (ii), "Initial Development" of the Open Space Areas may occur in one or more phases.    Each phase must be preceded by preparation of a Development Plan (Open Space Areas).    Review of the Development Plan is by the Special Master to determine compliance with the Consent Decree and the protection of the ESR.    Prior to any submissions to the Special Master, Honeywell may review and comment on the Development Plan.    At this writing, no determination has been made by Honeywell as to whether the Open Space Areas will be developed under a single or a multi-phased development.

Approved development plans will describe all required construction components within the Open Space Areas.    Minimally, the Development Plans will include the following construction plans:

▪ Site and Roadway Layout Plans and Profiles;

▪ Grading and Drainage Plans;

▪ Utility Plans, Profiles and Details;

▪ Soil Erosion and Sediment Control Plans and Details;

▪ Landscape Plans and Details;

▪ Construction Staging and Traffic Control Plans and Details; and

▪ Site Construction Details.

All construction plans, sections and details shall reference elevations of the ERS capping system, interim finished grades, existing utilities and proposed finished grades. Construction phasing of the open space areas shall generally be sequenced as follows:

1.  Survey line and grade of roadway grid from Rt. 440 to River Drive as follows:

    ▪ All construction survey work shall be performed by a NJ Licensed Land Surveyor;

- Layout shall reference NJ State Plan Coordinates, National Geodetic 1929 Vertical Datum (NGVD) and the Development Plans;

- Prepare metes and bounds description and set property corners for all rights of way in the Open Space Area;

- Designate Lots and Blocks for interior (Public Park) spaces.

2. Install erosion control and traffic control devises.

3. Install all construction dewatering and stormwater control devices.

4. Construct Stegman Blvd. and Third Ave. roadway and utility corridors as follows:

   - Strip and stockpile (interim condition) topsoil from roadways;

   - Rough grade and consolidate roadbed;

   - Trench, install and backfill utility lines, including re-setting (interim) inlet frames and grates;

   - Install roadway curbs and sub base.

5. Construct crossing streets as described in (3), above.

6. Strip and stockpile (interim condition) topsoil from interior park spaces.

7. Import clean, stockpile and rough grade to proposed redevelopment sub grades.

8. Install roadway base pavement.

9. Construct sidewalks, light poles, park interior walkways, structures, signage, irrigation lines; plazas and pavements.

10. Import, stockpile, fine grade and stabilize (vegetation) all park interior topsoil to proposed redevelopment grades – (9 and 10, above are interchangeable and concurrent activities).

11. Install landscaping, including park interior plantings and street trees.

12. Prepare and submit as-built plans in accordance with Paragraph 60 (j) (viii) of the
Consent Decree.

The construction phasing described above provides a framework for staged and/or start-to-finish construction phasing of the open space development.   It reflects "Initial Development" as described in Paragraph 60 (j) (ii) of the Consent Decree.   The Initial Development Period for each phase of the development includes the time required to construct the improvements plus an additional 10 years, during which time Honeywell shall ensure that the requirements of Paragraph 60 (j) of the Consent Decree will be satisfied.

### 8.2  Protection of the ERS

The requirement to protect the ERS during (and after) construction of the Open Space Elements has been established in the Jersey City/Honeywell Consent Order and further defined in the Consent Decree.   Multiple safeguards have been integrated in the design of the remedy to protect the ERS capping system from penetration during construction of improvements above interim grades.   Integrated safeguards protecting the liner from inadvertent penetration due to loading consist of the placement of the sand cushion Layer below the liner and the protective soil layer above the geocomposite drainage layer.   A demarcation (warning) layer above the liner indicates the presence of the capping system (See **Figure 2**, **Section 1**).

The development of open space above the ERS is in itself protective of the ERS, since it requires greater soil depths to support park landscaping above the cap.   Recreational (park) use is more easily regulated than other potential land uses which are more difficult to monitor.   Moreover, the Consent Decree requires the establishment of a Conservation Restriction over the Open Space Area at the time the property is transferred to Honeywell by the Jersey City Redevelopment Agency and the subsequent granting of an easement over the Open Space Area for the purpose of monitoring and maintaining the ERS after the open space parcels are donated back to Jersey City.

Prescribed soil depths for tree planting provide liner protection.   Trees have been

**Honeywell**

selected based on growth characteristics consistent with lateral root growth.
Prescribed soil depths range from 2.5 ft. depth for shrubs to 4.5 ft. depth for trees.   (See
**Tables 2 and 3**, **Section 5**).   Soil depth of cover is measured to the liner.   The
following additional protective measures are also incorporated in the design of open
space elements:

▪ A Soil Depth Plan identifying depth of soil to the liner is included in these standards
(**Figure 3B, Section 1**).   The Soil Depth Plan will be referenced in the easement.
Specified soil depths will be incorporated in the as-built documents and shall be tied
to horizontal and vertical controls used during construction.   The Soil Depth Plan
shall be used by the Developer during construction of the open space and by Jersey
City Agencies and Utility Company personnel during maintenance or repair
operations.

▪ The capping system includes a warning tape a minimum of 1 ft. above the liner.   A
second warning fabric will be placed over the geocomposite drainage layer.

▪ Equipment utilized in placement and grading of soils above the ERS shall be low
ground pressure LGP equipment as described in the SA-6 North Chromium Remedy
100% Design Report.

▪ A shallow groundwater pumping system will be constructed as part of the ERS.   The
system will continue to operate until gravity flow of groundwater is in place.   The
pumping system will be maintained as additional protection of the ERS.

▪ All structures and utilities will maintain a minimum of 2 ft. of separation (1 ft. if
placed in a utility corridor), from the bottom of the bedding material and the liner.

▪ Specifications for repair of the liner should it be penetrated during construction can
be found in Section 02372, Cap Geomembrane Liner, paragraph 3.07, sub-paragraphs
g - h, of the Design Specifications.

## 8.3  Limit of Work

The Open Space Area is shown on **Figure 1**, **Section 1** of the report.   The vertical limit of work of Open Space Elements extends from the finished, vegetated surface grade of the completed chromium remedy (interim grade) to the finished grade of the constructed Open Space Elements above the ERS.   The horizontal limit of work of Open Space Elements is defined by the steel pile barrier (containment) wall located on three sides of the remediation site, as indicated in the SA-6 North Chromium Remedy Design Plans, and the soil-cement bentonite (SCB) wall along the north boundary of SA-7.   The SA-7 SCB wall is the southern limit of the ERS.   **Figure 3**, **Section 1** shows the configuration and location of the barrier walls.

Since the actual limit of the Open Space Area is defined by the containment walls, which are located beneath portions of the proposed Stegman Boulevard and Third Avenue, it is anticipated that both roadways will be constructed as part of the development of the open space.   Construction of the Open Space Elements will be implemented as part of the Bayfront Development and are integrated into the Bayfront design.   It is the responsibility of the Developer to phase development of the Bayfront project to affect seamless transition to the open Space Areas and continuity with the outlying Bayfront Development.

## 8.4  Honeywell Review and Approval Procedures

The Developer and Honeywell adopt by reference the review, approval and certification procedures and requirements detailed in the Consent Decree.   All submittals and notifications shall be made simultaneously to Honeywell and Honeywell's engineer.

## 8.5  Level of Detail

▪ Plans for subsurface elements, first floor structures, utilities and other improvements that may impact the remedial measures shall be presented in an acceptable level of detail for review by Honeywell.

**Honeywell**

- Design drawings and construction specifications shall be submitted at 50% and Final submission stages unless otherwise agreed by mutual consent of the parties.

- Honeywell reserves the right to review all documents prior to submission to regulatory agencies.

### 8.6  Review Needs

- The Developer shall provide Honeywell with a complete topographic survey and legal description of the site prior to the start of the work.   The survey shall use 1929 NGVD and New Jersey State Plane Coordinate System (NJSPCS).   The contour interval shall be a minimum of 0.5 ft.   All surface and subsurface remedial components shall be surveyed and clearly marked in the field with utility designating paint lines prior to any development construction activities.

- Drawings provided for review shall include two full size sets and two half size sets. Drawings shall also be provided in digital format.

- All documents (Specifications, reports, etc.) submitted for review shall be provided in both hard copy and digital format.

- The Developer shall create and maintain drawings and digital coverage of existing conditions and future site improvements using the above referenced datum and coordinate system.   Digital coverage shall be suitable for use in a Geographic Information System (GIS) compatible with ESRI formats.

- The Developer and Honeywell shall consider establishing and maintaining a project website for project management purposes so as to facilitate the ready exchange of information between the project participants.

### 8.7  Construction Quality Control/Construction Quality Assurance (CQA/CQC)

- A complete plan describing inspection and documentation activities for the foundation installation shall be required.

- A Construction CQA/CQC work plan shall be submitted for review and approval by Honeywell.   The work plan must fully describe all proposed installation procedures.

### 8.8  Approval Requirement for Intrusive Work

- Notification of subsurface activities shall be provided to Honeywell's site manager at least 5 business days prior to the start of work.

- Immediate notification in case of emergencies or other unforeseen developments.

- Cooperation with Honeywell during oversight.   The Developer shall provide access to inspect pursuant to the Consent Decree.

- Coordination with Honeywell's activities.

- Weekly reports on progress and environmental monitoring and controls.

### 8.9  Construction Management Methods for Intrusive Work

- Meetings shall be held on a regular basis during design and construction phases.

- Meetings shall be held with all interested parties regarding work plan activities.

- Schedule submissions shall occur at least monthly.

- Progress submissions shall occur at least weekly.

- All oversight schedules must be made available.

- All reporting requirements must be identified and followed.

- Notification of all site activities, progress meetings must be accommodated at Honeywell's request.

- All interested parties must be notified of all oversight work.

**Honeywell**

# 9.0    Environmental Monitoring

Honeywell's requirements for long term monitoring of ERS components will be prepared prior to completion of the remedy.   Honeywell will provide the Developer(s) with a copy of this plan.   These obligations shall remain Honeywell's responsibility, but the Developer's construction and development shall support Honeywell so that these obligations can be met.

- The Developer shall coordinate and cooperate with Honeywell's long-term monitoring for the Chromium Remedy.

- The Developer shall preserve the integrity of all monitoring locations and wells. Monitoring wells that require relocation, or are damaged in the course of redevelopment activities, shall be replaced in kind with requisite regulatory approvals.   Soil, sediment or surface water sampling points that are covered or otherwise rendered unusable shall be similarly relocated or replaced.   Relocated monitoring points shall conform to regulatory requirements for baseline monitoring, if required by the regulatory agencies.

- The Developer shall perform supplemental environmental monitoring (air, water, soil, etc.), if requested by Honeywell or the government authorities, when the potential for cross contamination is evident during construction or development activities.

- The Developer shall conduct perimeter air monitoring of any hot zone or disturbed area during construction activities when the soil cap barrier layers are penetrated. Air monitoring shall be in accordance with the Environmental Media Monitoring Plan and governmental authorities requirements.

Case 2:95-cv-02097-BRM-JAD Document 1231-24 Filed 04/01/14 Page 54 of 55
PageID: 50620
**Recreation and Open Space Inventory**

**Honeywell**

# 10.0 Recreation and Open Space Inventory

In accordance with Paragraph 60(f) of the Consent Decree, those portions of the ACO1 Open Space Area not covered by roads, pedestrian thoroughfare and utility corridors adjacent to roads shall be transferred to Jersey City Recreation and Open Space Inventory (ROSI).

To assist Honeywell in this process, the Developer shall provide the following:

▪ Boundary and Topographic Survey. The Developer shall provide Honeywell with a complete topographic survey and legal description of the site prior to the start of the work.   The survey shall reference USGS and NJ State Plane Coordinate datum(s). The contour interval shall be a minimum of 0.5 ft.   The survey shall include the legal definition and reference to the Deed Notice of the Conservation Easements for AOC 1 Open Space Area.   All surface and subsurface remedial components shall be surveyed and clearly marked in the field with utility designating paint lines prior to any development construction activities.   See **Section 4.1.1 (a) of the SA-6 North Chromium Remedy 100% Design Report**.

▪ As-Built Drawings provided for review shall include two full size sets and two half size sets.   Drawings shall also be provided in digital format.

▪ Contract Documents (Specifications, reports, etc.) submitted for review shall be provided in both hard copy and digital format.

▪ Electronic (GIS) Record Drawings.   The Developer shall create and maintain drawings and digital coverage of existing conditions and future site improvements using USGS and NJ State Plane Coordinate datum(s).   Digital coverage shall be suitable for use in a Geographic Information.

**Honeywell**

## 11.0    Health and Safety Plan

Honeywell maintains an operational Health & Safety (H&S) plan for the site.   The Developer shall develop and implement a Health and Safety Plan (HASP) in accordance with applicable regulatory requirements, and have Honeywell's plan features incorporated into the minimum requirements.   The Developer shall also include in the plan the H&S requirements of the applicable sections of the Consent Decree.