# EXHIBIT A

**STEVEN A. TASHER, ESQ.**
**CEO and Managing Director, Wyatt Partners, LLC**
**P.O. Box 358, Berkeley Heights, New Jersey 07922**
**Telephone:  (908) 561-7483   Email: stasher@wyattpartners.com  Website:  www.wyattpartners.com**

**EXECUTIVE SUMMARY**

Seasoned professional with high level legal and operating experience in government, private law practice, and industry.  Accomplished manager and problem solver who has attained increasingly significant legal and management duties at every level of employment. Global supervision of five operating departments of a major corporation as well as legal supervision of matters critical to the company.

**INDUSTRY AND LEGAL EXPERIENCE**

**WYATT PARTNERS, LLC**, Berkeley Heights, NJ

2009-		*Co-Chief Executive Officer and Managing Director*
		*(Chief Executive Officer since mid-2013)*

Serving as an expert witness with regard to litigation fees and costs of outside counsel; Providing advice and counsel to major corporations on development of Environmental Health and Safety (EHS) and Energy Policies and Programs; Evaluation of corporate EHS Compliance and Assessment Programs to ensure adherence with federal, state and local laws and regulations; Advice and counsel on the preservation of critical company resources by reducing the use of energy, water and waste in company operations and promotion of reuse, recycling and conservation; and conduct of environmental due diligence on complex transactions and acquisitions and analysis of the costs of investigation, remediation and disposal.

**WYETH**, Madison, NJ

1992 –2008	*Vice President and*
		*Associate General Counsel*
		*Principal Corporate Officer*
		*Senior Vice President, Pharmaceutical Division*

Strategic worldwide responsibilities for five operating departments of the company as well as Associate General Counsel responsibilities.

*Key responsibilities:*

- Oversee the Environmental and Energy Departments to assure compliance with all applicable laws and regulations regarding environmental, health and safety matters, and to ensure the most efficient use of energy at all company facilities.
- Administer the Global Real Estate Department.

- Supervise the Aviation Department, including aircraft, pilots, ground crew, and hangar facility.
- Manage Facilities Operations and Building Management.
- Serve as Associate General Counsel; supervise major legal issues affecting the corporation, including major litigation, global contract administration, and internal corporate investigations.
- Serve on the Corporate Law/Regulatory Review Committee which provides guidance to the Chairman of the Board on all issues affecting the potential liability of the corporation.
- Provide advice and direction with regard to environmental issues, health and safety compliance and assessment programs, environmental remediation, regulatory matters, legislative issues, corporate acquisitions & divestitures, and supervision and defense of environmental enforcement actions.
- Manage the company's $300 million environmental reserves as well as oversee the $103 million environmental reserves for Cytec, Inc.
- Serve as Counsel to the President of Wyeth Pharmaceuticals on global compliance issues.

*Key accomplishments:*

- Formed a world-class global Environment Health and Safety (EHS) Department in 1992, establishing a comprehensive program and set of policies designed to achieve EHS excellence.
- Guided Wyeth Pharmaceuticals through its compliance with a Consent Decree imposed by the FDA on three key manufacturing facilities and served as counsel to the President on all cGMP compliance issues.
- Served on a three-person senior leadership team which re-engineered and restructured Wyeth's supply chain organization.
- Served as Senior Vice President, Global Compliance Auditing for Wyeth Pharmaceuticals; established and supervised the audit programs for all company operations, including manufacturing and research facilities, clinical trials, medical labeling, and promotional activities.
- Supervised the successful litigation against a Minneapolis company and its individuals who had stolen the company's trade secret process for the extraction and purification of *Premarin*.
- Established a safety program which achieved a substantial reduction in the company's lost time incident rate and total incident rate.
- At the behest of the company's Board of Directors, created animal health and welfare programs for the care and treatment of horses involved in the production of *Premarin*; supervised the ongoing defense of attacks by animal activist organizations on the production and manufacture of the *Premarin* family of products.
- Established a Budget Program for the company's diet drug litigation. This matter required supervision of the legal spend of over 60,000 lawsuits, coordinating counsel, and 120 law firms which defended these matters.
- Supervised environmental international litigation and claims brought against the company and/or its affiliates in Europe, South America, and Asia.

**WILLKIE, FARR & GALLAGHER**, New York, NY and Washington, DC

1988 – 1992   *Partner in charge, Environmental Practice Group*

Provided legal expertise on an international level to a wide range of corporate, banking, insurance, real estate and financial services clients.

**DONOVAN, LEISURE, NEWTON & IRVINE**, New York, NY and Washington, DC

1983 – 1988   *Partner in charge, Environmental Practice Group*

Provided legal expertise on an international level to a wide range of corporate, banking, insurance, real estate and financial services clients.

**BAYH, TABBERT & CAPEHART**, Indianapolis, IN, and Washington, DC

1982          *Partner in charge, Environmental Practice Group*

Provided legal expertise on an international level to a wide range of corporate, banking, insurance, real estate and financial services clients.

**E.I. duPont de Nemours and Company**, Wilmington, DE

1980 – 1982   *Staff Attorney*

Served as an attorney within the Law Department, providing litigation and regulatory counsel on a wide range of issues affecting the corporation.

**STATE OF NEW JERSEY**, Trenton, NJ

1973 – 1980   *Deputy Attorney General*
              *Chief Counsel to the Commissioner of the New Jersey Department of*
              *Environmental Protection and Commissioner of Agriculture*

Supervised all environmental litigation and counseling for the State of New Jersey.  Prosecuted several of the nation's landmark environmental matters.  Tried and supervised numerous cases in state and federal court involving workers' compensation, tort and contract claims, transportation and eminent domain, and debarment of state contractors.

## EDUCATION

1973   **GEORGE WASHINGTON UNIVERSITY, NATIONAL LAW CENTER**,
       Washington, DC
       **Juris Doctor**, with honors

1970  **RUTGERS UNIVERSITY**, Newark, NJ
**BA, Political Science/Pre-law**, with honors

## BOARD POSITIONS
- The George Washington University Law School – Member, Board of Advisors
- The Cancer Hope Network – Member, Board of Trustees (Past President)
- Visiting Nurse Association of Northern NJ – Member, Board of Trustees

## AWARDS AND HONORS
- Jacob Burns Award for Extraordinary Service to The George Washington University Law School – 2008
- Philanthropic Leadership Award, 2003 – Cancer Hope Network
- Corporate Leadership Award, 2003 – Visiting Nurse Association of Northern NJ
- Selected to Best Lawyers in America – New York, NY and Washington, DC, 1989-1992

## PROFESSIONAL AFFILIATIONS
- New Jersey Institute of Technology – Adjunct Faculty Member
- "Distinguished Neutral" – International Institute for Conflict Prevention & Resolution

## PRESENTATIONS AND PUBLICATIONS
- October 2013:  Featured speaker at the NALFA Attorney Fee Conference in San Francisco, California
- April 2013:  Presenter of two legal spend webinars (Bill Review/Litigation Budgeting Programs) with Deloitte
- June 2010: Featured speaker at the Second Annual Los Angeles Attorney Fee Conference:  "It Pays To Be Reasonable" at Southwestern Law School
- Environmental Law and Real Estate Handbook
- New York Environmental Law Handbook

**Testifying History of Steven A. Tasher**
**(CEO and Managing Director of Wyatt Partners, LLC)**

Engagements as Testifying Expert Witness at Trials and/or Depositions

1. *Seagate Technology LLC, Seagate Technology International, and Seagate Singapore International Headquarters PTE, LTD. v. National Union Fire Insurance Company of Pittsburgh, PA and Insurance Company of the State of Pennsylvania*, Case No. 09-04120 CV (United States District Court for the Northern District of California) (deposition taken).

2. *First Horizon National Corporation, et al., v. Certain Underwriters at Lloyd's, et al.*, Civil Action No.: 2-11-cv-02608 (United States District Court for the Western District of Tennessee:  Memphis Division) (deposition taken).