# EXHIBIT B

**EXHIBIT B: BRUCE TERRIS**

Red:  Oversight       Blue:  Intraoffice Conferencing
Green:  Special Master Intraoffice Conferencing

| No. | Date | Individual | Hours | Rate | Category | Subcategory | Description |
|---|---|---|---|---|---|---|---|
| 1 | 01/31/2013 | BJT | 0.13 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Groundwater Issues | Edit letter to Special Master re relocation of well |
| 2 | 06/26/2012 | BJT | 0.15 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Groundwater Issues | Edit letter to Special Master; read Ross comments; draft memo on comments to MGW |
| 14 | 01/15/2013 | BJT | 0.22 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | WWTP Issues | Edit letter to SM re wastewater plant |
| 15 | 06/01/2012 | BJT | 0.07 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | WWTP Issues | Edit letter to Special Master |
| 53 | 02/15/2012 | BJT | 0.08 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Edit e-mail to Special Master and def re permit-by-rule application to DEP |
| 54 | 02/29/2012 | BJT | 0.07 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Edit letter to Special Master re insitu chromium mass removal |
| 55 | 07/24/2012 | BJT | 0.13 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Edit letter to Special Master re mass removal injection |
| 56 | 08/01/2012 | BJT | 0.13 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Read e-mails re injection wells; edit e-mail to def. |
| 57 | 09/13/2013 | BJT | 0.38 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Deep GW Source Control | Edit letter to SM re injection into wells & amendment to CD |
| 123 | 05/23/2013 | BJT | 0.13 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Long-Term Monitoring Plan | Edit letter to SM re Groundwater Long-Term Monitoring Plan |
| 124 | 06/21/2012 | BJT | 0.17 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Long-Term Monitoring Plan | Edit letter to Special Master re plan; read Ross comments re plan |
| 125 | 10/30/2013 | BJT | 0.12 | $772.00 | Deep Overburden Groundwater Remediation Monitoring | Long-Term Monitoring Plan | Edit letter to SM |
| 144 | 05/02/2012 | BJT | 0.35 | $772.00 | Sediment Consent Order | 100% Design | Edit letters to Special Master |
| 145 | 05/03/2012 | BJT | 0.23 | $772.00 | Sediment Consent Order | 100% Design | Edit letter to Special Master |
| 193 | 01/24/2012 | BJT | 0.23 | $772.00 | Sediment Consent Order | Regulatory Permits | Confer with KLM, MGW re discussions with Army Corps |

**EXHIBIT B: BRUCE TERRIS**

<span style="color:red">Red: Oversight</span>    <span style="color:blue">Blue: Intraoffice Conferencing</span>
<span style="color:green">Green: Special Master Intraoffice Conferencing</span>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 194 | 02/01/2012 | BJT | 0.17 | $772.00 | Sediment Consent Order | Regulatory Permits | Confer with KLM, ACA re contact with Army Corps |
| 239 | 04/19/2012 | BJT | 1.33 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Confer with KLM, MGW re use of housing and environmental projects; confer with Lloyd |
| 240 | 04/20/2012 | BJT | 0.27 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Talk Sheehan re environmental project |
| 241 | 04/25/2012 | BJT | 0.90 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Talk Morris and Closky re housing project |
| 242 | 05/01/2012 | BJT | 0.17 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Talk Sheehan re use environmental money |
| 243 | 05/09/2012 | BJT | 0.50 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Read TRF proposal; confer with MGW about it |
| 244 | 05/24/2012 | BJT | 1.10 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Confer with KLM and MGW |
| 245 | 06/04/2012 | BJT | 0.43 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Edit letter to def re TRF; read TRF proposal; confer with  KLM re proposal |
| 246 | 06/06/2012 | BJT | 0.13 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Confer with KLM re environmental project |
| 247 | 06/14/2012 | BJT | 0.25 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Read escrow agreement |
| 248 | 06/18/2012 | BJT | 0.18 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Read Kavanaugh comments on escrow agreement and confer with MGW about it |
| 249 | 06/20/2012 | BJT | 0.12 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Confer with KLM and MGW re Kavanaugh comments on escrow agreement |
| 250 | 09/02/2012 | BJT | 0.13 | $772.00 | Sediment Consent Order | Supplemental Environmental Projects | Edit agreement re housing projects |
| 324 | 06/12/2012 | BJT | 0.22 | $772.00 | Sediment Consent Order | Work Plan | Edit letter to Special Master re deficiencies in plans |
| 325 | 06/29/2012 | BJT | 0.78 | $772.00 | Sediment Consent Order | Work Plan | Edit pl. comments on work plan; review experts' comments |
| 326 | 07/12/2012 | BJT | 0.27 | $772.00 | Sediment Consent Order | Work Plan | Edit letter to SM re work plan; read Ross comments |
| 359 | 11/01/2012 | BJT | 0.20 | $772.00 | Sediment Consent Order | Negotiations with Defendant | Review changes to order |
| 371 | 11/06/2012 | BJT | 0.13 | $772.00 | Sediment Consent Order | Status Update | Edit letter to client re implementation of order |
| 386 | 05/22/2013 | BJT | 0.23 | $772.00 | Sediment Consent Order | First Amended Consent Order | Review order |
| 450 | 05/14/2013 | BJT | 0.25 | $772.00 | 100% Design | Technical Issues | Edit letter to SM |
| 451 | 06/11/2013 | BJT | 0.15 | $772.00 | 100% Design | Technical Issues | Edit letter to SM |
| 452 | 07/04/2012 | BJT | 0.30 | $772.00 | 100% Design | Technical Issues | Edit letter to def. re reissued 100% design |
| 504 | 01/17/2013 | BJT | 0.05 | $772.00 | 100% Design | In-Situ Treatment | Edit letter to SM re delineation |

2

**EXHIBIT B- BRUCE TERRIS**

Red:  Oversight        Blue:  Intraoffice Conferencing
Green:  Special Master Intraoffice Conferencing

| 505 | 02/16/2012 | BJT | 0.12 | $772.00 | 100% Design | In-Situ Treatment | Edit letter to Special Master re in-situ technical |
|---|---|---|---|---|---|---|---|
| 506 | 03/14/2013 | BJT | 0.08 | $772.00 | 100% Design | In-Situ Treatment | Edit letter to Special Master re in-situ treatment |
| 507 | 10/01/2012 | BJT | 0.48 | $772.00 | 100% Design | In-Situ Treatment | Confer with CSP, KLM, ACA re Honeywell unilateral change in work plan |
| 508 | 10/02/2012 | BJT | 0.50 | $772.00 | 100% Design | In-Situ Treatment | Edit letter to SM re def. modification of work plan |
| 509 | 10/11/2012 | BJT | 0.08 | $772.00 | 100% Design | In-Situ Treatment | Edit letter to Special Master |
| 510 | 11/01/2012 | BJT | 1.22 | $772.00 | 100% Design | In-Situ Treatment | Edit letter to Special Master re Honeywell change of position |
| 511 | 11/02/2012 | BJT | 0.28 | $772.00 | 100% Design | In-Situ Treatment | Edit letter to Special Master re Honeywell change of position |
| 512 | 11/20/2012 | BJT | 0.17 | $772.00 | 100% Design | In-Situ Treatment | Read Honeywell submission to Special Master |
| 513 | 11/20/2012 | BJT | 0.17 | $772.00 | 100% Design | In-Situ Treatment | Read Honeywell submission to Special Master |
| 514 | 11/29/2012 | BJT | 0.23 | $772.00 | 100% Design | In-Situ Treatment | Read Bell report; edit letter to SM |
| 515 | 12/04/2012 | BJT | 0.25 | $772.00 | 100% Design | In-Situ Treatment | Read Special Master opinion re TA8 |
| 524 | 02/26/2012 | BJT | 0.03 | $772.00 | 100% Design | Methane Issues | Edit letter to Special Master |
| 665 | 11/15/2012 | BJT | 0.33 | $772.00 | 100% Design | Open Space Design Standards | Confer with CSP. KLM and ACA about highway issues |
| 666 | 12/14/2012 | BJT | 0.23 | $772.00 | 100% Design | Open Space Design Standards | Edit e-mail to def. re Frontage St. change |
| 721 | 02/06/2013 | BJT | 0.22 | $772.00 | 100% Design | Open Space Design Standards | Edit e-mail to Jersey City |
| 809 | 03/28/2012 | BJT | 0.17 | $772.00 | 100% Design | Geotechnical Issues | Edit letter to def. re issues |
| 829 | 02/14/2012 | BJT | 0.13 | $772.00 | 100% Design | Confirmation Sampling Issues | Edit letter to def re confirmation sampling frequencies |
| 860 | 08/21/2013 | BJT | 0.50 | $772.00 | 100% Design | Barrier Wall Issues | Confer with CSP, KM re barrier wall |
| 861 | 08/22/2013 | BJT | 0.32 | $772.00 | 100% Design | Barrier Wall Issues | Edit letter to def re barrier wall; confer with KM about it |
| 862 | 09/01/2013 | BJT | 1.02 | $772.00 | 100% Design | Barrier Wall Issues | Read def and pl e-mails to SM; edit letter to SM |
| 863 | 09/04/2013 | BJT | 0.42 | $772.00 | 100% Design | Barrier Wall Issues | Read Honeywell comments to SM; draft comments on them; confer with AA re pl response |
| 898 | 06/19/2013 | BJT | 0.25 | $772.00 | 100% Design | Consent Order Barrier Wall | Edit Order |
| 911 | 10/18/2013 | BJT | 0.10 | $772.00 | 100% Design | Communications with Court | Edit letter to Court re filing of attachments to 100% design |
| 912 | 11/12/2013 | BJT | 0.27 | $772.00 | 100% Design | Communications with Court | Edit letter to Court re filing 68 attachements to 100% design |

3

**EXHIBIT B - BRUCE TERRIS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 924 | 02/02/2013 | BJT | 0.47 | $772.00 | 100% Design | Scheduling | Edit letter to Special Master re approval of SA6S and SA6N 100% Design |
| 938 | 10/06/2012 | BJT | 0.12 | $772.00 | Soil Remedy | Master Schedule | Edit letter to Special Master re master schedule |
| 939 | 11/15/2013 | BJT | 0.10 | $772.00 | Soil Remedy | Master Schedule | Edit letter to Special Master re North and South Master Schedule |
| 956 | 06/04/2012 | BJT | 0.13 | $772.00 | Consent Decree Modification | First Amended Consent Decree | Edit motion to amend CD's |
| 957 | 06/08/2012 | BJT | 0.05 | $772.00 | Consent Decree Modification | First Amended Consent Decree | Edit cover letter |
| 1008 | 02/14/2013 | BJT | 0.13 | $772.00 | 100% Design | Technical Issues | Edit letter to Special Master |
| 1009 | 08/16/2012 | BJT | 0.12 | $772.00 | 100% Design | Technical Issues | Edit letter to def. re 100% Remedial Design |
| 1010 | 12/08/2012 | BJT | 0.22 | $772.00 | 100% Design | Technical Issues | Read Ross comments; edit letter to defs. re 100% design |
| 1033 | 10/11/2012 | BJT | 0.05 | $772.00 | 100% Design | In-Situ Treatment | Edit letter to Special Masters |
| 1034 | 11/15/2013 | BJT | 0.13 | $772.00 | 100% Design | In-Situ Treatment | Edit letters to Special Master re in-situ workplan |
| 1035 | 12/14/2012 | BJT | 0.12 | $772.00 | 100% Design | In-Situ Treatment | Edit e-mail to def. re def. response to pl. comments |
| 1057 | 10/31/2013 | BJT | 0.12 | $772.00 | Soil Remedy | Monitoring Compliance | Edit letter re cell excavation |
| 1058 | 10/31/2013 | BJT | 0.12 | $772.00 | Soil Remedy | Monitoring Compliance | Edit letter to SM re cell excavation |
| 1059 | 11/07/2013 | BJT | 0.17 | $772.00 | Soil Remedy | Monitoring Compliance | Edit letter to SM re excavation of cells |
| 1060 | 12/04/2013 | BJT | 0.10 | $772.00 | Soil Remedy | Monitoring Compliance | Edit letter to Special Master and def regarding data in progress reports |
| 1102 | 05/08/2012 | BJT | 0.65 | $772.00 | Settlement | Consent Decree | Edit decree |
| 1160 | 02/26/2012 | BJT | 0.03 | $772.00 | Soil Remedy | Methane Issues | Edit letter to def. |
| 1166 | 02/26/2012 | BJT | 0.08 | $772.00 | Institutional Controls | Notices Under Consent Decree | Edit letters to NJCU |
| 1196 | 04/19/2012 | BJT | 0.07 | $772.00 | Institutional Controls | Long-Term Monitoring Plan | Edit letter to def. re plan |
| 1208 | 07/15/2013 | BJT | 0.15 | $772.00 | Long Term Monitoring | Report | Edit letter to defs. re Annual Monitoring Report; read Bell comments |
| 1233 | 04/11/2012 | BJT | 0.05 | $772.00 | Long Term Monitoring | Contingent System | Edit plaintiff letter to def. re pump and treat |
| 1266 | 05/03/2012 | BJT | 0.05 | $772.00 | Reports | Remedial Action Report | Edit e-mail to def. re NJCU RAR |
| 1286 | 01/29/2013 | BJT | 0.42 | $772.00 | Groundwater Remedy | Shallow Groundwater Report | Edit letter to Special Master re monitoring and institutional controls |
| 1287 | 01/30/2013 | BJT | 0.28 | $772.00 | Groundwater Remedy | Shallow Groundwater Report | Read Ross comments on monitoring; edit letter to Fields |
| 1288 | 02/02/2013 | BJT | 0.33 | $772.00 | Groundwater Remedy | Shallow Groundwater Report | Edit letters to Fields and Special Master re monitoring |
| 1289 | 05/31/2013 | BJT | 0.13 | $772.00 | Groundwater Remedy | Shallow Groundwater Report | Edit letter to SM re SA5 Shallow Groundwater |

4

**EXHIBIT B: BRUCE TERRIS**

<span style="color:red">Red: Oversight</span>    <span style="color:blue">Blue: Intraoffice Conferencing</span>
<span style="color:green">Green: Special Master Intraoffice Conferencing</span>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1290 | 11/28/2012 | BJT | 0.75 | $772.00 | Groundwater Remedy | Shallow Groundwater Report | Confer with CSP, KLM, ACA, MGW |
| 1322 | 02/08/2012 | BJT | 0.13 | $772.00 | Financial Assurances | Second Amended Global Financial Assurances Order | Edit 2nd Amended Consent Order; confer with MGW |
| 1323 | 03/21/2012 | BJT | 0.35 | $772.00 | Financial Assurances | Second Amended Global Financial Assurances Order | Edit cover letter to Special Master |
| 1345 | 03/19/2012 | BJT | 0.27 | $772.00 | Long-Term Financial Assurances | Long-Term Groundwater Financial Assurances | Edit letter to Special Master re deference of issue |
| 1459 | 01/13/2012 | BJT | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, MGW and ACA |
| 1460 | 01/17/2013 | BJT | 0.80 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, MGW and ACA |
| 1461 | 02/13/2012 | BJT | 2.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, ACA, MGW |
| 1462 | 02/14/2013 | BJT | 1.00 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, MGW, ACA re Special Masters meeting |
| 1463 | 03/12/2012 | BJT | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, ACA, MGW |
| 1464 | 03/18/2013 | BJT | 1.82 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, ACA, MGW |
| 1465 | 04/15/2013 | BJT | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, ACA, CSP & MGW |
| 1466 | 04/16/2012 | BJT | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, ACA, MGW |
| 1467 | 05/10/2012 | BJT | 1.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, ACA, MGW re agenda |
| 1468 | 05/16/2013 | BJT | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, ACA, MGW |
| 1469 | 06/18/2012 | BJT | 1.22 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, MGW, ACA |
| 1470 | 07/13/2012 | BJT | 1.45 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, MGW, ACA re agenda |
| 1471 | 07/22/2013 | BJT | 1.65 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, ACA, MGW |
| 1472 | 08/15/2013 | BJT | 1.63 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KM, AA, MW, NS |
| 1473 | 08/17/2012 | BJT | 0.82 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, ACA |
| 1474 | 08/20/2012 | BJT | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, MGW, ACA |
| 1475 | 09/14/2012 | BJT | 1.40 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, ACA, MGW |

**EXHIBIT B52BRUCE TERRIS**    Red: Oversight    Blue: Intraoffice Conferencing
Green: Special Master Intraoffice Conferencing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1476 | 09/16/2013 | BJT | 0.83 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KM, AA, MW |
| 1477 | 10/15/2012 | BJT | 2.25 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, MGW and ACA re 10/16 Special Masters meeting |
| 1478 | 11/15/2012 | BJT | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP. KLM, ACA and MGW |
| 1479 | 12/17/2012 | BJT | 0.80 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, ACA, MGW re agenda |
| 1717 | 01/20/2012 | BJT | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with co-counsel |
| 1718 | 01/23/2013 | BJT | 0.85 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, MGW, ACA re SM meeting |
| 1719 | 02/14/2012 | BJT | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, ACA, MGW |
| 1720 | 02/19/2013 | BJT | 0.98 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, ACA, CSP, MGW |
| 1721 | 02/20/2013 | BJT | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, CSP, ACA Coakley conflict of interest |
| 1722 | 03/14/2012 | BJT | 0.97 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, CSP, MGW, ACA |
| 1723 | 03/20/2013 | BJT | 1.13 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with MGW, CSP, KLM and ACA |
| 1724 | 04/16/2013 | BJT | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, ACA, MGW & CSP |
| 1725 | 04/18/2012 | BJT | 0.85 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, ACA, MGW |
| 1726 | 05/16/2012 | BJT | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, MGW, ACA re meeting |
| 1727 | 05/23/2013 | BJT | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, ACA, CSP, MGW |
| 1728 | 06/21/2012 | BJT | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, ACA, MGW |
| 1729 | 06/24/2013 | BJT | 0.92 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, ACA |
| 1730 | 07/19/2012 | BJT | 1.25 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, CSP, ACA, MGW re meeting |
| 1731 | 07/25/2013 | BJT | 1.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KM, AA, CSP, MW |
| 1732 | 08/28/2013 | BJT | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KM, AA, CSP, MW re SM Meeting |
| 1733 | 08/29/2012 | BJT | 0.65 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, ACA, MGW |

6

**EXHIBIT B: BRUCE TERRIS**

Red: Oversight    Blue: Intraoffice Conferencing
Green: Special Master Intraoffice Conferencing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1734 | 09/20/2012 | BJT | 0.92 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, ACA, MGW |
| 1735 | 10/15/2013 | BJT | 0.87 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, AA, MW |
| 1736 | 10/16/2012 | BJT | 0.98 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, CSP, ACA and MGW |
| 1737 | 11/28/2012 | BJT | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, ACA, MGW |
| 1738 | 12/19/2012 | BJT | 0.38 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, ACA, MGW |
| 1920 | 10/22/2013 | BJT | 0.05 | $772.00 | Plaintiffs' Motion to Consolidate | Pl Motion to Amend Order | Edit proposed order; confer with ACA |
| 1921 | 11/08/2013 | BJT | 0.70 | $772.00 | Plaintiffs' Motion to Consolidate | Pl Motion to Amend Order | Edit motion and proposed order |
| 1922 | 11/09/2013 | BJT | 0.58 | $772.00 | Plaintiffs' Motion to Consolidate | Pl Motion to Amend Order | Edit motion |
| 1923 | 11/10/2013 | BJT | 0.32 | $772.00 | Plaintiffs' Motion to Consolidate | Pl Motion to Amend Order | Edit motion |
| 1966 | 03/14/2013 | BJT | 0.17 | $772.00 | 2012 Fees Submission | Submission to Honeywell | Edit cover letter |
| 1967 | 09/27/2012 | BJT | 0.25 | $772.00 | 2011 Fees Submission | Submission to Honeywell | Edit letter |
| 1998 | 11/27/2012 | BJT | 0.75 | $772.00 | 2011 Fees Submission | Negotiations with Defendant | Edit letter to def. |
| 2006 | 06/17/2013 | BJT | 0.83 | $772.00 | 2012 Fees Submission | Settlement | Edit settlement proposal to defs. |
| 2007 | 06/18/2013 | BJT | 0.20 | $772.00 | 2012 Fees Submission | Settlement | confer with CSP re letter to def. |
| 2008 | 06/19/2013 | BJT | 1.05 | $772.00 | 2012 Fees Submission | Settlement | Edit letter to def. |
| 2009 | 06/20/2013 | BJT | 0.17 | $772.00 | 2012 Fees Submission | Settlement | Confer with CSP re letter to def. |
| 2010 | 07/12/2013 | BJT | 0.72 | $772.00 | 2012 Fees Submission | Settlement | Confer with CSP and KLM re proposal to defs. re mediation, etc.; edit letter to defs. |
| | | Total Hours: 79.1 | | | Total Fees: $61,065.20 | | **All underlying data taken directly from Pl. Ex. 7. |
| | | | RED | | Oversight Work | | 18.87 hours x $772hr = $14,567.64 |
| | | | GREEN | | Special Master Intraoffice Conferencing | | 49 hours x $772/hr = $37,828.00 |
| | | | BLUE | | Other Intraoffice Conferencing | | 8.27 hours x $772/hr = $6,384.44 |

7