# EXHIBIT C

**Exhibit C: SOC SM**

RED:  4-5 Attorneys Conferring and/or
**BOLD:  Conferring w/o Subject Matter**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | No. | Date | Individual | Hours | Rate | Category | Subcategory | Description |
| 2 | 1365 | 01/12/2012 | ACA | 0.33 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with MGW re: issues for Special Master meeting |
| 3 | 1366 | 01/13/2012 | ACA | 0.75 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and MGW re: issues for Special Master meeting |
| 4 | 1370 | 01/17/2013 | ACA | 0.80 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: issues for the All-parties meeting |
| 5 | 1375 | 02/13/2012 | ACA | 2.58 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: all-parties meeting agenda items and status of all sites and CD compliance |
| 6 | 1379 | 02/14/2013 | ACA | 1.00 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: Special Master meeting issues |
| 7 | 1382 | 03/12/2012 | ACA | 1.75 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: status of remedies and issues at each site |
| 8 | 1385 | 03/18/2013 | ACA | 1.83 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: status of sites and remedies and issues on the all-parties meetings agendas |
| 9 | 1388 | 04/15/2013 | ACA | 1.47 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: Special Master meeting issues, agenda and status of sites; confer with/ KLM re: phone call with B. Ross re: mass removal issues |
| 10 | 1390 | 04/16/2012 | ACA | 1.67 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: status of sites and remedies and issues for the all-parties meeting |
| 11 | 1391 | 04/16/2012 | ACA | 3.00 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Review information from K. Hosea and B. Ross re: pre all parties meeting technical call; Prepare for meeting with BJT, CSP, KLM and MGW re: all-parties meeting; review documents related to sediments, annual groundwater report, and discharge to PVSC issues |
| 12 | 1392 | 04/16/2013 | ACA | 0.13 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM re: additional information from Ross re: mass removal GWET well concerns |
| 13 | 1396 | 05/10/2012 | ACA | 1.58 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: issues for May all-parties meeting |

**Exhibit C: SC-SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 14 | 1400 | 05/16/2013 | ACA | 1.75 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM and MGW re: status of sites, action items, and topics for discussion at May all-parties meeting; Confer with MGW re: discussion with Ross re: SA7 groundwater issues; confer with KLM re: post-technical call discussions with Ross and Be |
| 15 | 1404 | 06/13/2013 | ACA | 1.50 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM and CSP re: status of site, issues to discuss at all-parties meeting and open design issues |
| 16 | 1405 | 06/18/2012 | ACA | 1.75 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: issues for the all-parties meeting; confer with MGW re:groundwater remediation issues |
| 17 | 1409 | 07/12/2012 | ACA | 0.43 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW; discuss potential groundwater issues with MGW |
| 18 | 1411 | 07/13/2012 | ACA | 1.43 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW to review remedies status and discuss issues for the all-parties meeting |
| 19 | 1415 | 07/22/2013 | ACA | 1.65 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: status of sites and issues on Special Master meetings agendas |
| 20 | 1416 | 07/25/2013 | ACA | 1.58 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Meet with BJT, CSP, KLM and MGW re: all-parties meeting discussion, issues resolved and folow-up work and issues to address |
| 21 | 1418 | 08/15/2013 | ACA | 2.63 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Meet with BJT, CSP, KLM and MGW re: status of remediations at each site and topics on Special Master meeting agenda; phone call calls with B. Ross re: groundwater  and mass removal issues; phone call with B. Bell re: barrier wall issue and potential futur |
| 22 | 1420 | 08/17/2012 | ACA | 1.00 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Prepare for and meet with BJT, CSP, and KLM re: meeting agenda and issues |
| 23 | 1421 | 08/17/2012 | ACA | 1.12 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Phone call with B. Bell re: WWTP relocation issues; discuss same with KLM; phone call to B. Ross re: open groundwater issues |
| 24 | 1423 | 09/14/2012 | ACA | 1.50 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer BJT, CSP, KLM re: status of sites and issues for all-parties meeting |
| 25 | 1425 | 09/16/2013 | ACA | 0.87 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and MGW re: status of sites and remediaes and issues for all-parties meeting discussion |

**Exhibit C: ICO-SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 26 | 1426 | 09/17/2012 | ACA | 0.50 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM and MGW re: issues on the all-parties meeting agenda |
| 27 | 1428 | 10/08/2013 | ACA | 0.33 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with MGW re:status of SA7 issues and discussions with Ross and Hosea |
| 28 | 1431 | 10/10/2013 | ACA | 1.08 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, KLM and MGW re: status of each site and issues for discussion at all-parties meeting</span> |
| 29 | 1434 | 10/15/2012 | ACA | 2.25 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, CSP, KLM and MGW re: issues for the October all-parties meeting</span> |
| 30 | 1435 | 10/15/2013 | ACA | 0.25 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer w KLM re: additional issues re: monthly status reports and agenda issues |
| 31 | 1437 | 10/16/2012 | ACA | 0.25 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM re: sediment and mass removal issues |
| 32 | 1442 | 11/15/2012 | ACA | 1.75 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, CSP, KLM and MGW re: status of sites and remediations and issues on the all-parties meeting agenda</span> |
| 33 | 1444 | 11/18/2013 | ACA | 1.63 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer w MGW and KLM re: issues and topics for Novemebr all-parties meeting |
| 34 | 1451 | 12/12/2013 | ACA | 1.18 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM and MGW re: open issues and status of each site |
| 35 | 1454 | 12/16/2013 | ACA | 1.50 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Phone call with J. Karpatkin re: open issues; phone call with B. Ross re: mass removal and L-well groundwater issues; phone call with K. Hosea re: progress report; correspond with MGW re: SA7 issues on agenda; review incident report from J. Morris |
| 36 | 1455 | 12/17/2012 | ACA | 0.97 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, CSP, KLM and MGW re: status of issues and remedy at each site</span> |
| 37 | 1459 | 01/13/2012 | BJT | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">**Confer with CSP, KLM, MGW and ACA**</span> |
| 38 | 1460 | 01/17/2013 | BJT | 0.80 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">**Confer with KLM, CSP, MGW and ACA**</span> |

**Exhibit C: SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 39 | 1461 | 02/13/2012 | BJT | 2.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP, KLM, ACA, MGW** |
| 40 | 1462 | 02/14/2013 | BJT | 1.00 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, MGW, ACA re Special Masters meeting |
| 41 | 1463 | 03/12/2012 | BJT | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with KLM, CSP, ACA, MGW** |
| 42 | 1464 | 03/18/2013 | BJT | 1.82 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP, KLM, ACA, MGW** |
| 43 | 1465 | 04/15/2013 | BJT | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with KLM, ACA, CSP & MGW** |
| 44 | 1466 | 04/16/2012 | BJT | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP, KLM, ACA, MGW** |
| 45 | 1467 | 05/10/2012 | BJT | 1.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with CSP, KLM, ACA, MGW re agenda |
| 46 | 1468 | 05/16/2013 | BJT | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with KLM, ACA, MGW** |
| 47 | 1469 | 06/18/2012 | BJT | 1.22 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP, KLM, MGW, ACA** |
| 48 | 1470 | 07/13/2012 | BJT | 1.45 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, MGW,  ACA re agenda |
| 49 | 1471 | 07/22/2013 | BJT | 1.65 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with KLM, CSP, ACA, MGW** |
| 50 | 1472 | 08/15/2013 | BJT | 1.63 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP, KM, AA, MW, NS** |
| 51 | 1473 | 08/17/2012 | BJT | 0.82 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP, KLM, ACA** |

**Exhibit C: SO-SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 52 | 1474 | 08/20/2012 | BJT | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP, KLM, MGW, ACA** |
| 53 | 1475 | 09/14/2012 | BJT | 1.40 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP, KLM, ACA, MGW** |
| 54 | 1476 | 09/16/2013 | BJT | 0.83 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with KM, AA, MW** |
| 55 | 1477 | 10/15/2012 | BJT | 2.25 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, MGW and ACA re 10/16 Special Masters meeting |
| 56 | 1478 | 11/15/2012 | BJT | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | **Confer with CSP. KLM, ACA and MGW** |
| 57 | 1479 | 12/17/2012 | BJT | 0.80 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM, CSP, ACA, MGW re agenda |
| 58 | 1480 | 01/13/2012 | CSP | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  issues for the upcoming meeting including Amended GFAO, confirmation sampling after meeting with NJDEP, latest doc on pipeline treatability and review of contractor documents |
| 59 | 1481 | 01/17/2013 | CSP | 0.80 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  issues for meeting on 1/22/2013 particularly Open Space Design Standards |
| 60 | 1482 | 02/13/2012 | CSP | 2.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  Amended GFAO comments from Honeywell, sediments and potential meeting with COE, deep groundwater status, SA 5 shallow groundwater position and timing on comments, and proposed SA 6N-S schedule |
| 61 | 1483 | 02/14/2013 | CSP | 1.00 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  issues for upcoming meeting |
| 62 | 1484 | 03/12/2012 | CSP | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  financial assurances, sediments, SA 5 shallow GW, NJCU GWmonitoring and trigger for pump and treat, Site 163 status, SA 6N issues |
| 63 | 1485 | 03/13/2012 | CSP | 0.23 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM and ACA re:  whether June date for 100% design would work and how long we would need for review -- Text message to KLM and ACA re:  further thoughts on length of our review |

**Exhibit C: 5042SM**

RED:  4-5 Attorneys Conferring and/or
**BOLD:  Conferring w/o Subject Matter**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 64 | 1486 | 03/18/2013 | CSP | 1.82 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  issues to prep for meeting |
| 65 | 1487 | 04/15/2013 | CSP | 1.12 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  sediments, source control and issues with reductant, Connell Foley letter re:  potential conflict and misunderstanding of issues for Fisk Street Homes, SA 5 shallow groundwater response to comments and status of issue |
| 66 | 1488 | 04/16/2012 | CSP | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  financial assurances status, sediments upcoming review and timing, NJCU groundwater, Site 153 reports, SA6N 100% design and OSDS, SA 6 S schedule and timing for 100% design |
| 67 | 1489 | 05/10/2012 | CSP | 1.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  housing-related project, river-related projects, RAR for NJCU, new deed for NJCU, Site 163 status and fees |
| 68 | 1490 | 06/13/2013 | CSP | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM and ACA re:  100% design issues and NJCU status |
| 69 | 1491 | 06/18/2012 | CSP | 1.22 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  sediments issues, docket problem, review of design docs for 6S and 6 N, site 163, NJCU groundwater status |
| 70 | 1492 | 07/12/2012 | CSP | 0.25 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  issues for upcoming meeting |
| 71 | 1493 | 07/13/2012 | CSP | 1.45 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  deep groundwater monitoring data, SA 5 issue status, SA 6N 100% design and approval process, delay in utility excavation due to Rte 440 construction, scheduling orders |
| 72 | 1494 | 07/22/2013 | CSP | 1.65 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re: deep groundwater issues, sediment and BEP issues, SA6N barrier wall movement |
| 73 | 1495 | 08/15/2013 | CSP | 1.63 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  sediments status, environmental project issues, impacts of moving barrier wall at SA6N and our position, in-situ |
| 74 | 1496 | 08/17/2012 | CSP | 0.82 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, and ACA re:  issues for upcoming Special Master meeting particularly status of issue on the 100% designs and OSDS |
| 75 | 1497 | 08/20/2012 | CSP | 0.97 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM and MGW re:  preparation for all parties conf call |

**Exhibit C: SM**

RED:  4-5 Attorneys Conferring and/or
**BOLD:  Conferring w/o Subject Matter**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 76 | 1498 | 09/14/2012 | CSP | 1.40 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  deep groundwater, sediments confirmation for Special Master, road maintenance over caps issue |
| 77 | 1499 | 10/15/2012 | CSP | 2.25 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  sediments, deep GW injection issues, new WTP, status of 100% designs on SA 6 and complications of Honeywell having put them out for bid prematurely, NJCU GW issues |
| 78 | 1500 | 11/15/2012 | CSP | 1.75 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  impacts of Sandy, status of review on docs, in-situ treatment work plan issue, NJCU GW issues |
| 79 | 1501 | 12/17/2012 | CSP | 0.80 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, ACA and MGW re:  sediments, deep GW, letter on new treatment system, lettrer on SA 5 shallow GW, OSDS, agreement with JC on road maintenance |
| 80 | 1502 | 01/13/2012 | KLM | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, ACA, MGW & CSP to prepare for 1/17/12 meeting |
| 81 | 1503 | 01/17/2013 | KLM | 0.80 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, ACA & MGW re issues to be discussed at the 1/22/13 Special Master meeting |
| 82 | 1504 | 01/30/2012 | KLM | 0.08 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA re NJDEP participation at Special Master meetings |
| 83 | 1505 | 02/13/2012 | KLM | 2.83 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, ACA & MGW re issues to prepare for 2/14 Special Master meeting; confer with ACA further re her discussion with Ben Ross |
| 84 | 1506 | 02/14/2013 | KLM | 1.00 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, MGW & ACA re issues for 2/19/13 meeting with Special Master |
| 85 | 1507 | 03/12/2012 | KLM | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, ACA & MGW re issues for 3/13 Special Master meeting |
| 86 | 1508 | 03/18/2013 | KLM | 1.82 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, ACA & MGW re issues to prepare for 3/19/13 Special Master meeting |
| 87 | 1510 | 04/15/2013 | KLM | 1.33 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, ZSP, ACA & MGW re issues for 4/16/13 meeting with Special Master and all parties; confer further with ACA re GWET issue |
| 88 | 1511 | 04/16/2012 | KLM | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, MGW & ACA re issues for 4/17 conference call meeting wiht Special Master and all parties |

RED:  4-5 Attorneys Conferring and/or

**BOLD:  Conferring w/o Subject Matter**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 89 | 1512 | 04/16/2013 | KLM | 0.13 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA re two new issues for today's Special Master conference call |
| 90 | 1515 | 05/10/2012 | KLM | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, MGW & ACA to prepare for 5/15/12 meeting; confer further with ACA re experts technical call |
| 91 | 1517 | 05/16/2013 | KLM | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA, MGW & BJT re issues to prepare for 5/21/2013 status conference; confer further with ACA re issues that she discussed with the experts |
| 92 | 1519 | 06/13/2013 | KLM | 1.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA & CSP to prepare for 6/18/13 Special Master meeting; confer further with ACA re her telephone call with Michael Daneker on 100% Design Order |
| 93 | 1523 | 06/18/2012 | KLM | 1.22 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, ACA & MGW to prepare for 6/19/12 meeting |
| 94 | 1525 | 07/12/2012 | KLM | 0.25 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, MGW & ACA to prepare for 7/17 Special Master meeting |
| 95 | 1527 | 07/13/2012 | KLM | 1.42 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, MGW & ACA to prepare for 7/17 Special Master meeting |
| 96 | 1528 | 07/16/2012 | KLM | 0.33 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA, MGW, and Ben Ross re issues for 7/17 meeting; review documents for the meeting |
| 97 | 1529 | 07/22/2013 | KLM | 1.65 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, ACA & MGW to prepare for 7/23/13 meeting with Special Master and all parties |
| 98 | 1530 | 08/15/2013 | KLM | 1.63 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, ACA & MGW to prepare for for Special Master meeting on 8/20/13 |
| 99 | 1532 | 08/17/2012 | KLM | 0.93 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP & ACA to prepare for 8/21/12 meeting; confer further with ACA |
| 100 | 1534 | 08/20/2012 | KLM | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP & MGW to prepare for 8/21 conference call with Special Master and all parties |
| 101 | 1535 | 09/14/2012 | KLM | 1.72 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Review file to prepare for meeting; confer with ACA, MGW, CSP & BJT re same |

RED:  4-5 Attorneys Conferring and/or
**BOLD:  Conferring w/o Subject Matter**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 102 | 1536 | 09/16/2013 | KLM | 0.83 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, MGW & ACA to prepare for 9/17 meeting with Special Master</span> |
| 103 | 1537 | 09/17/2012 | KLM | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA and MGW re several issues for 9/18/12 meeting; review file to prepare |
| 104 | 1538 | 10/10/2013 | KLM | 1.08 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with  BJT, ACA & MGW to prepare for 10/15/13 Special Master conference call</span> |
| 105 | 1540 | 10/15/2012 | KLM | 2.25 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, CSP, ACA and MGW re: issues for the 10/16 Special Master meeting</span> |
| 106 | 1541 | 10/16/2012 | KLM | 0.42 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA re: sediment and mass removal issues; review file |
| 107 | 1542 | 11/13/2013 | KLM | 0.13 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA to prepare for 11/19 meeting |
| 108 | 1543 | 11/15/2012 | KLM | 1.75 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, CSP, ACA & MGW to prepare for Special Master meeting</span> |
| 109 | 1544 | 11/18/2013 | KLM | 2.00 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA & MGW to prepare for all-parties meeting on 11/19/13; confer with ACA further following meeting |
| 110 | 1546 | 12/12/2013 | KLM | 1.20 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with MGW & ACA to prepare for 12/17 Special Master meeting |
| 111 | 1547 | 12/17/2012 | KLM | 0.80 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, CSP, ACA & MGW re issues to prepare for 12/18 Special Master meeting</span> |
| 112 | 1548 | 12/18/2012 | KLM | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA re sediment equipment accident on 12/13/12 of which we learned today; review file; represent plaintiffs on Special Master conference call |
| 113 | 1549 | 01/12/2012 | MGW | 0.33 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA re: preparation for meeting |
| 114 | 1551 | 01/13/2012 | MGW | 0.08 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | <span style="color:red">Confer with BJT, CSP, KLM, and ACA re: SA 7 portions of 1/17 Special Master meeting</span> |

**Exhibit C: SOCS SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 115 | 1554 | 01/17/2012 | MGW | 0.25 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM re: last-minute questions prior to meeting.  Call to KLM re: points of interest in most recent progress report |
| 116 | 1555 | 01/17/2013 | MGW | 0.40 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: preparation for SM meeting |
| 117 | 1557 | 02/13/2012 | MGW | 0.83 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: preparation for Special Master teleconference |
| 118 | 1559 | 02/14/2013 | MGW | 0.50 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting SA 7 topics |
| 119 | 1563 | 03/12/2012 | MGW | 0.50 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: preparation for tomorrow's Special Master meeting |
| 120 | 1564 | 03/18/2013 | MGW | 0.67 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA in preparation for tomorrows Special Master meeting |
| 121 | 1567 | 04/15/2013 | MGW | 1.00 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: tomorrows conference call |
| 122 | 1570 | 04/16/2012 | MGW | 0.83 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting |
| 123 | 1571 | 04/17/2012 | MGW | 0.08 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM re: issues for meeting |
| 124 | 1572 | 05/10/2012 | MGW | 1.42 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: SM meeting preparation.  Followup conversation with ACA re: technical call |
| 125 | 1579 | 06/18/2012 | MGW | 1.42 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: tomorrow's Special Master meeting.  Confer with ACA re: same.  Followup with ACA re: groundwater remediation issues |
| 126 | 1581 | 07/12/2012 | MGW | 0.42 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting preparation.  Confer with ACA re: call from B Ross following technical call |
| 127 | 1583 | 07/13/2012 | MGW | 0.27 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: preparation for Special Master meeting |

**Exhibit C: SOC SM**

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 128 | 1584 | 07/22/2013 | MGW | 1.08 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: tomorrows Special Master meeting |
| 129 | 1587 | 08/15/2013 | MGW | 0.75 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: next weeks Special Master meeting |
| 130 | 1588 | 08/20/2012 | MGW | 0.58 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, and KLM re: preparation for tomorrow's Special Master meeting |
| 131 | 1590 | 09/12/2013 | MGW | 0.33 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA re: preparation for Special Master meeting |
| 132 | 1592 | 09/14/2012 | MGW | 0.77 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM and ACA re: Special Master meeting preparation |
| 133 | 1593 | 09/16/2013 | MGW | 0.23 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, and ACA re: Special Master meeting preparation |
| 134 | 1595 | 09/17/2012 | MGW | 0.33 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM and ACA re: issues not addressed in 9/14 preparation meeting |
| 135 | 1597 | 10/08/2013 | MGW | 0.32 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA re: Special Master meeting preparation |
| 136 | 1599 | 10/10/2013 | MGW | 0.83 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, KLM, and ACA re: Special Master meeting followup and preparation |
| 137 | 1602 | 10/15/2012 | MGW | 1.00 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: preparation for tomorrows Special Master teleconference |
| 138 | 1604 | 11/08/2012 | MGW | 0.28 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with ACA re: analysis of issues and impacts to site from hurricane |
| 139 | 1606 | 11/18/2013 | MGW | 1.13 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM and ACA re: preparation for SM meeting |
| 140 | 1607 | 12/12/2013 | MGW | 0.85 | $568.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with KLM and ACA re: next week's Special Master meeting |

**Exhibit C: 504 SM**

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 141 | 1611 | 12/17/2012 | MGW | 0.38 | $393.00 | Special Master Meetings | Special Master Meeting Preparation | Confer with BJT, CSP, KLM, and ACA re: tomorrows Special Master meeting |
| 142 | 1660 | 01/20/2012 | ACA | 1.50 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and MGW re: issues discussed at Jan. All-parties meeting |
| 143 | 1661 | 01/23/2013 | ACA | 0.85 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: issues discussed and outcomes of the all-parties meeting |
| 144 | 1662 | 01/30/2012 | ACA | 0.17 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM re: Consent Decree provision that NJDEP be invited to All-parties meetings |
| 145 | 1665 | 02/01/2012 | ACA | 0.13 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM re: phone call with B. Matsikoudis and Bill Sheehan about Feb. 6, 2012 City Council Caucus meeting |
| 146 | 1669 | 02/07/2012 | ACA | 0.67 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP re: Jersey City Council Caucus meeting on 2/6/12 |
| 147 | 1671 | 02/14/2012 | ACA | 0.58 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: issues addressed and decisions made at all-parties meeting |
| 148 | 1674 | 02/19/2013 | ACA | 0.98 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: all-parties meeting discussion |
| 149 | 1675 | 02/20/2013 | ACA | 0.58 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Meet with BJT, CSP, KLM re: Coakley conflict letter |
| 150 | 1677 | 03/14/2012 | ACA | 0.97 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: issues raised and decisions made at the March all-parties meeting |
| 151 | 1678 | 03/20/2013 | ACA | 1.02 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: issues discussed during All-parties meeting |
| 152 | 1681 | 04/16/2013 | ACA | 0.58 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: all-parties meeting discussion and decisions |
| 153 | 1683 | 04/17/2012 | ACA | 0.33 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with MGW re: SM approval of global financial assurances order and issues related to review of sediments design |

**Exhibit C: SM SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 154 | 1686 | 04/18/2012 | ACA | 0.85 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, & MGW re follow up to conference call with Special Master and parties |
| 155 | 1689 | 05/16/2012 | ACA | 1.50 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: all-parties meeting discussion |
| 156 | 1693 | 05/23/2013 | ACA | 1.50 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Meet with BJT, CSP, KLM and MGW re: all-parties meeting and issues discussed |
| 157 | 1698 | 06/21/2012 | ACA | 1.75 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: issues discussed at the all-parties meeting; confer with MGW re: sediment remedy issues |
| 158 | 1699 | 06/24/2013 | ACA | 0.92 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM re: discussion during all-parties June meeting and follow-up to be done |
| 159 | 1701 | 07/19/2012 | ACA | 1.58 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Prepare for and confer with BJT, CSP, KLM and MGW re: issues discussed at all-parties meeting and follow-up work to complete |
| 160 | 1703 | 08/28/2013 | ACA | 0.75 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: issues raised during 8/23 all-parties meeting and follow-up needed |
| 161 | 1704 | 08/29/2012 | ACA | 0.65 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re:issues from August SM all-parties meeting |
| 162 | 1706 | 09/20/2012 | ACA | 1.50 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: issues raised at all-parties meeting and follow-up actions to be taken |
| 163 | 1708 | 10/15/2013 | ACA | 0.87 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer w KLM, MGW and BJT re: issues discussed during all parties call and matters needing follow-up including sediment remedy delay, in-situ issues, and general remedy issues |
| 164 | 1710 | 10/16/2012 | ACA | 0.98 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: issues and outcomes from the all-parties conference call |
| 165 | 1713 | 11/26/2012 | ACA | 0.20 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with MGW re: issues discussed at all-parties meeting |
| 166 | 1715 | 11/28/2012 | ACA | 1.17 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and MGW re: all-parties meeting |

**Exhibit C: SM**

RED:  4-5 Attorneys Conferring and/or
**BOLD:  Conferring w/o Subject Matter**

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 167 | 1716 | 12/19/2012 | ACA | 0.38 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, BJT and MGW re: all-parties meeting |
| 168 | 1717 | 01/20/2012 | BJT | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with co-counsel** |
| 169 | 1718 | 01/23/2013 | BJT | 0.85 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, MGW, ACA re SM meeting |
| 170 | 1719 | 02/14/2012 | BJT | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with CSP, KLM, ACA, MGW** |
| 171 | 1720 | 02/19/2013 | BJT | 0.98 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with KLM, ACA, CSP, MGW** |
| 172 | 1721 | 02/20/2013 | BJT | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, CSP, ACA Coakley conflict of interest |
| 173 | 1722 | 03/14/2012 | BJT | 0.97 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with KLM, CSP, MGW, ACA** |
| 174 | 1723 | 03/20/2013 | BJT | 1.13 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with MGW, CSP, KLM and ACA** |
| 175 | 1724 | 04/16/2013 | BJT | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with KLM, ACA, MGW & CSP** |
| 176 | 1725 | 04/18/2012 | BJT | 0.85 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with CSP, KLM, ACA, MGW** |
| 177 | 1726 | 05/16/2012 | BJT | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with CSP, KLM, MGW, ACA re meeting |
| 178 | 1727 | 05/23/2013 | BJT | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with KLM, ACA, CSP, MGW** |
| 179 | 1728 | 06/21/2012 | BJT | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with CSP, KLM, ACA, MGW** |

**Exhibit C: SOC1SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 180 | 1729 | 06/24/2013 | BJT | 0.92 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with CSP, KLM, ACA** |
| 181 | 1730 | 07/19/2012 | BJT | 1.25 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM, CSP, ACA, MGW re meeting |
| 182 | 1731 | 07/25/2013 | BJT | 1.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with KM, AA, CSP, MW** |
| 183 | 1732 | 08/28/2013 | BJT | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KM, AA, CSP, MW re SM Meeting |
| 184 | 1733 | 08/29/2012 | BJT | 0.65 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with CSP, KLM, ACA, MGW** |
| 185 | 1734 | 09/20/2012 | BJT | 0.92 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with CSP, KLM, ACA, MGW** |
| 186 | 1735 | 10/15/2013 | BJT | 0.87 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with KLM, AA, MW** |
| 187 | 1736 | 10/16/2012 | BJT | 0.98 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with KLM, CSP, ACA and MGW** |
| 188 | 1737 | 11/28/2012 | BJT | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with CSP, KLM, ACA, MGW** |
| 189 | 1738 | 12/19/2012 | BJT | 0.38 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | **Confer with KLM, ACA, MGW** |
| 190 | 1739 | 01/20/2012 | CSP | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  issues from Special Master meeting |
| 191 | 1740 | 01/23/2013 | CSP | 0.85 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  issues from the Special Master meeting |
| 192 | 1741 | 02/07/2012 | CSP | 0.67 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with ACA re;  City Council meeting and letter to Honeywell on schools |

**Exhibit C: 50C SM**

RED:  4-5 Attorneys Conferring and/or
**BOLD:  Conferring w/o Subject Matter**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 193 | 1742 | 02/14/2012 | CSP | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  issues addressed during Special Master call |
| 194 | 1743 | 02/19/2013 | CSP | 0.98 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  in-situ treatment review issues, OSDS and sediments CD and master schedule |
| 195 | 1744 | 02/20/2013 | CSP | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, and ACA re:  Letter from Kevin Cockley on potential conflict |
| 196 | 1745 | 03/14/2012 | CSP | 0.97 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  issues from 3/13/2012 meeting and how we move the OSDS and geotech issues forward |
| 197 | 1746 | 03/20/2013 | CSP | 1.02 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  issues from the Special Master meeting including DEP review of 100% design, supplemental environmental projects and in-situ treatment observation |
| 198 | 1747 | 04/16/2013 | CSP | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  matters addressed during the Special Master phone conference |
| 199 | 1748 | 04/18/2012 | CSP | 0.85 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  issues raised during Special Master conference call with parties |
| 200 | 1749 | 05/16/2012 | CSP | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  siting of WTP, sediments and community meeting, SA6 100% designs and OSDS timing and review by plaintiffs |
| 201 | 1750 | 06/21/2012 | CSP | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  issues from Special Master meeting and financial assurances and property assurances related to relocated WWTP and other facilities related to the remedies |
| 202 | 1751 | 06/24/2013 | CSP | 0.92 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, and ACA re:  issues for follow-up and status of SA6N 100% design issues |
| 203 | 1752 | 07/25/2013 | CSP | 1.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  barrier wall/force main issues and what to have O'Connell evaluate, groundwater monitoring and related plans, website |
| 204 | 1753 | 08/28/2013 | CSP | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  status of site activities and barrier wall issue and negotiating position |
| 205 | 1754 | 08/29/2012 | CSP | 0.65 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  sediments, projects, OSDS, 100% designs and SA 5 groundwater |

**Exhibit C:  504 SM**

RED:  4-5 Attorneys Conferring and/or
**BOLD:  Conferring w/o Subject Matter**

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 206 | 1755 | 09/20/2012 | CSP | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  sediments issues that have arisen during the remedy and as to confirmation, GW and relocation of the WTP, change in timing for final review of 100% designs for SA6 N and S, and OSDS |
| 207 | 1756 | 10/16/2012 | CSP | 0.98 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  status and issues from the Special Master |
| 208 | 1757 | 11/28/2012 | CSP | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, ACA and MGW re:  issues from Special Master meeting |
| 209 | 1758 | 01/20/2012 | KLM | 0.75 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP. ACA & MGW re issues discussed at meeting on 1/17/12 and next steps |
| 210 | 1759 | 01/23/2013 | KLM | 0.85 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & MGW re issues discussed at Special Master meeting on 1/22 and next steps |
| 211 | 1760 | 02/01/2012 | KLM | 0.12 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with ACA re 2/6/12 meeting with Jersery City Council caucus |
| 212 | 1761 | 02/14/2012 | KLM | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & MGW re issues discussed during Special Master conference call |
| 213 | 1762 | 02/19/2013 | KLM | 0.98 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & MGW re issues dicussed at Special Master meeting of 2/19 and next steps on several issues |
| 214 | 1764 | 02/20/2013 | KLM | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP & ACA re issues raised by letter of Kevin Coakley of 2/15/13 |
| 215 | 1766 | 03/14/2012 | KLM | 0.97 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & MGW re issues raised at the 3/13 Special Master meeting |
| 216 | 1767 | 03/20/2013 | KLM | 1.02 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & MGW re issues discussed at 3/19/13 Special Master meeting |
| 217 | 1768 | 04/16/2013 | KLM | 0.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & MGW re issues discussed during Special Master conference call and next steps |
| 218 | 1769 | 04/18/2012 | KLM | 0.85 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, MGW & ACA re 4/17 conference call with Special Master and all parties |

**Exhibit C: SOC4SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 219 | 1771 | 05/16/2012 | KLM | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, MGW & ACA re issues discussed at 5/15 Special Master meeting |
| 220 | 1772 | 05/23/2013 | KLM | 1.25 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP & ACA re issues discussed at 5/21/13 meeting and next steps |
| 221 | 1773 | 06/21/2012 | KLM | 1.67 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & MGW re issues addressed at 6/19/12 Special Master meeting |
| 222 | 1774 | 06/24/2013 | KLM | 0.92 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP & ACA re issues addresed at 6/18/13 Special Master meeting |
| 223 | 1775 | 07/19/2012 | KLM | 1.33 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, MGW & ACA re 7/17 Special Master meeting and next steps |
| 224 | 1776 | 07/25/2013 | KLM | 1.58 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & MGW re issues discussed at 7/23/13 meeting with Special Master and all parties and next steps |
| 225 | 1777 | 08/29/2012 | KLM | 0.65 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, MGW & ACA re 8/21 status conference |
| 226 | 1778 | 09/20/2012 | KLM | 1.50 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA and MGW re issues raised at the 9/18/12 Special Master meeting |
| 227 | 1779 | 10/15/2013 | KLM | 0.87 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, ACA & MGW re issues discussed at Special Master meeting |
| 228 | 1780 | 10/16/2012 | KLM | 1.00 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA and MGW re: issues addressed during the Special Master meeting conference call |
| 229 | 1781 | 11/28/2012 | KLM | 1.17 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, ACA & joined by MGW re issues discussed at 11/20 Special Master meeting and next steps on open issues |
| 230 | 1782 | 12/19/2012 | KLM | 0.38 | $772.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, ACA & MGW re issues discussed at the 12/18 Special Master meeting |
| 231 | 1783 | 01/20/2012 | MGW | 0.75 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting of 1/17 |

**Exhibit C: SO4C SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 232 | 1784 | 01/23/2013 | MGW | 0.42 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: SM meeting |
| 233 | 1785 | 02/14/2012 | MGW | 0.33 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting and next steps |
| 234 | 1786 | 02/19/2013 | MGW | 0.77 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting |
| 235 | 1787 | 03/14/2012 | MGW | 0.42 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: yesterday's Special Master meeting |
| 236 | 1788 | 03/20/2013 | MGW | 0.60 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: yesterdays Special Master meeting |
| 237 | 1789 | 04/16/2013 | MGW | 0.22 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: Special Master conference call |
| 238 | 1790 | 04/17/2012 | MGW | 0.17 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with ACA re: issues from meeting |
| 239 | 1791 | 04/18/2012 | MGW | 0.50 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: issues raised at Special Master meeting |
| 240 | 1792 | 05/16/2012 | MGW | 1.00 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: issues raised at yesterday's Special Master meeting |
| 241 | 1793 | 05/23/2013 | MGW | 0.45 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM re: May Special Master meeting |
| 242 | 1794 | 06/21/2012 | MGW | 1.42 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with ACA re: sediment issues raised at meeting.  Confer with BJT, CSP, KLM, and ACA re: issues from yesterday's meeting |
| 243 | 1795 | 06/27/2013 | MGW | 0.40 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with KLM re: last weeks Special Master meeting |
| 244 | 1796 | 07/19/2012 | MGW | 0.83 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting |

**Exhibit C: SOC SM**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 245 | 1797 | 07/25/2013 | MGW | 0.67 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: Tuesdays Special Master meeting |
| 246 | 1798 | 08/28/2013 | MGW | 0.25 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: last weeks Special Master meeting |
| 247 | 1799 | 08/29/2012 | MGW | 0.65 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: follow-up from last week's Special Master meeting |
| 248 | 1800 | 09/19/2012 | MGW | 0.83 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM and ACA re: meeting |
| 249 | 1801 | 10/15/2013 | MGW | 0.63 | $568.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, and ACA re: today's Special Master teleconference |
| 250 | 1802 | 10/16/2012 | MGW | 0.42 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting |
| 251 | 1803 | 11/26/2012 | MGW | 0.20 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with ACA re: SM issues |
| 252 | 1804 | 11/28/2012 | MGW | 0.67 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, CSP, KLM, and ACA re: Special Master meeting |
| 253 | 1805 | 12/19/2012 | MGW | 0.18 | $393.00 | Special Master Meetings | Special Master Meeting Follow Up | Confer with BJT, KLM, and ACA re: yesterdays Special Master meeting |
| 254 | | | | | | | | |
| 255 | | | Total Hours | 256.51 | | | | |
| 256 | | | | | | | | |
| 257 | | | | | | | | **All underlying data taken directly from Pl. Ex. 7. |
| 258 | | | | | | | | |
| 259 | | | | | | | | |
| 260 | | | | | | | | |
| 261 | | | | | | | | |
| 262 | | | | | | | | |
| 263 | | | | | | | | |
| 264 | | | | | | | | |

**Exhibit C: IOC SM**

RED:  4-5 Attorneys Conferring and/or

**BOLD:  Conferring w/o Subject Matter**

|     | A | B | C | D | E | F | G | H |
|-----|---|---|---|---|---|---|---|---|
| 265 |   |   |   |   |   |   |   |   |
| 266 |   |   |   |   |   |   | **TOTAL HOURS** | **TOTAL FEES** |
| 267 |   |   |   |   |   |   |   |   |
| 268 |   |   |   |   |   |   | *PREPARATION* |   |
| 269 |   |   |   |   |   | ACA | 45.81 | $26,020.08 |
| 270 |   |   |   |   |   | BJT | 27.584 | $21,294.85 |
| 271 |   |   |   |   |   | CSP | 28.901 | $22,311.57 |
| 272 |   |   |   |   |   | KLM | 38.78 | $29,938.16 |
| 273 |   |   |   |   |   | MGW | 17.88 | $7,805.59 |
| 274 |   |   |   |   |   |   |   | **$107,370.25** |
| 275 |   |   |   |   |   |   | *FOLLOW UP* |   |
| 276 |   |   |   |   |   | ACA | 22.97 | $13,046.96 |
| 277 |   |   |   |   |   | BJT | 21.416 | $16,533.15 |
| 278 |   |   |   |   |   | CSP | 19.3 | $14,899.60 |
| 279 |   |   |   |   |   | KLM | 21.103 | $16,291.52 |
| 280 |   |   |   |   |   | MGW | 12.768 | $5,242.35 |
| 281 |   |   |   |   |   |   |   | **$66,013.58** |