# EXHIBIT D

## EXHIBIT D:  CONSULTANT TIME/EXPENSES TOTALS

| | |
|---|---|
| **Special Master Meeting ("SMM") Time/Expenses** | |
| Total Carpenter Non-Working Travel Time | $37,281.50 |
| Total Ross Non-Working Travel Time | $25,515.00 |
| ***Total Non-Working Travel Time*** | ***$62,796.50*** |
| Total SMM Expenses (Bell) | $4,901.49 |
| Total SMM Expenses (Ross) | $5,168.25 |
| ***Total SMM Expenses (Bell + Ross)*** | ***$10,069.74*** |
| **Total SMM Expenses + SMM NW Travel Time** | **72,866.24** |
| Total Undocumented SMM Expenses (Bell) | $4,901.49 |
| Total Undocumented SMM Expenses (Ross) | 675.60 |
| | |
| ***Reduction – SMM Non-Working Travel Time*** | ***-$62,796.50*** |
| ***Reduction -- SMM Undocumented Expenses*** | ***-$5,577.09*** |
| **Total SMM Recommended Reduction** | **$68,553.59** |
| | |

| | |
|---|---|
| **Consultant Time/Expenses Other Reduction Information** | |
| *SMM Total Reduction (see above)* | *$68,553.59* |
| *Bell Clerical Reduction (see Ex. K)* | *$12,416.10* |
| *O'Connell Clerical Reduction (see Ex. L)* | *$1,800.00* |
| *Bell Other Expenses Reduction (see Ex. M)* | *$5,491.52* |
| *O'Connell Expenses Reduction (see Tasher Report, page 27)* | *$810.73* |
| **Total Recommended Consultant Reduction** | **$89,071.84** |

# EXHIBIT E

## EXHIBIT E:  SMM PREP/FOLLOW-UP TIME

**ROSS SPECIAL MASTER MEETING PREP/FOLLOW-UP
MEETING TIME**

| SMM Date | Hours | Biller |
|---|---|---|
| 6/13/2013 | 0.25 | Ross |
| 2/14/2012 | 0 | Ross |
| 4/17/2012 | 0 | Ross |
| 8/21/2012 | 0 | Ross |
| 10/16/2012 | 0 | Ross |
| 2/19/2013 | 0 | Ross |
| 4/16/2013 | 0 | Ross |
| 8/20/2013 | 0 | Ross |
| 10/15/2013 | 0 | Ross |
| 12/17/2013 | 0 | Ross |
| 1/17/2013 | 0.5 | Ross |
| 1/17/2012 | 2 | Ross |
| 3/13/2012 | 1.5 | Ross |
| 5/15/2012 | 1.5 | Ross |
| 6/19/2012 | 1.5 | Ross |
| 7/17/2012 | 1 | Ross |
| 9/18/2012 | 1 | Ross |
| 11/20/2012 | 2 | Ross |
| 1/22/2013 | 1.5 | Ross |
| 3/19/2013 | 1 | Ross |
| 5/21/2013 | 0.5 | Ross |
| 7/23/2013 | 1.25 | Ross |
| 9/17/2013 | 1 | Ross |
| 11/19/2013 | 1 | Ross |
| 3/12/2012 | 0.25 | Ross |
| 5/14/2012 | 0.25 | Ross |
| 6/18/2012 | 0.25 | Ross |
| 7/13/2012 | 0.5 | Ross |
| 7/16/2012 | 0.5 | Ross |
| 5/16/2013 | 0.5 | Ross |
| 5/20/2013 | 0.25 | Ross |
| 7/22/2013 | 0.25 | Ross |
| 9/13/2013 | 0.25 | Ross |
| | **20.5** | **Total Hours** |
| | **0.854166667** | **Per Meeting Average** |

**All underlying data was taken directly from Plaintiffs' Exhibit 15 (Attachment B, pages Ross 126-187).

**CARPENTER ENVIRONMENTAL PREP/FOLLOW-UP MEETING TIME**

| SMM Date | Hours | Biller |
|---|---|---|
| **1/12/2012 | Undeterminable | Bell |
| **2/14/2012 | 0.5 | Bell |
| 3/13/2012 | 0.5 | Bell |
| **4/17/2012 | 0.3 | Bell |
| 5/15/2012 | 1.9 | Bell |
| 6/19/2012 | 0.5 | Hosea |
| 7/17/2012 | 0.3 | Bell |
| **8/21/2012 | 0.05 | Hosea |
| 9/18/2012 | 0.3 | Hosea |
| 10/16/2012 | 0 | Hosea |
| 11/20/2012 | 0.6 | Bell |
| 12/18/2012 | 0.65 | Bell |
| 1/22/2013 | 0.5 | Bell |
| 2/19/2013 | 0 | Hosea |
| **3/19/2013 | Undeterminable | Bell |
| **4/16/2013 | 0.2 | Hosea |
| 5/21/2013 | 0.2 | Bell |
| **6/18/2013 | 0.1 | Hosea |
| 7/23/2013 | 1.5 | Bell |
| 8/20/2013 | 0 | Hosea |
| 9/17/2013 | 0 | Bell |
| 10/15/2013 | 0.1 | Hosea |
| 11/19/2013 | 0 | Hosea |
| 12/17/2013 | 0 | Hosea |

| | | |
|---|---|---|
| 8.2 | | Total Hours |
| 0.372727273 | | Per Meeting Average |

**\*\*These entries reflect block-billed time, which combined meeting time with meeting preparation and follow-up time.  To the extent I was able, I "unblocked" the time using Benjamin Ross's time entries as references (which were not block-billed) for the Special Master meetings in order to determine the amount of Carpenter Environmental time spent on meeting preparation and follow-up.  For the two entries above described as "Undeterminable," the time entries referencing preparation/follow-up for that particular month were not specific enough to allow me to make a thorough and accurate conclusion regarding the amount of time to allot for preparation and/or follow-up time.**

\*\*\* All underlying data was taken directly from Plaintiffs' Exhibits 14 (Attachment B, pages Bell 199-245).

# EXHIBIT F

### EXHIBIT F:  SMM CONFERENCE CALLS

| # | Date | Bell Biller | Bell Mtg Hours | Ross Mtg Hours | Bell Hourly Rate | Ross Hourly Rate | Bell Total Meeting Time Billed | Ross Total Meeting Time Billed | Bell + Ross Total Meeting Time Billed |
|---|------|-------------|----------------|----------------|------------------|------------------|--------------------------------|--------------------------------|---------------------------------------|
| 1 | 2/14/2012 | Bell | 1.2 | 1.00 | $320.00 | $270.00 | $384.00 | $270.00 | $654.00 |
| 2 | 4/17/2012 | Bell | 1.1 | 1.00 | $320.00 | $270.00 | $352.00 | $270.00 | $622.00 |
| 3 | 8/21/2012 | Hosea | 1.3 | 1.25 | $230.00 | $270.00 | $299.00 | $337.50 | $636.50 |
| 4 | 10/16/2012 | Hosea | 1.0 | 1.00 | $230.00 | $270.00 | $230.00 | $270.00 | $500.00 |
| 5 | 12/18/2012 | Bell | 1.4 | 0.75 | $330.00 | $270.00 | $462.00 | $202.50 | $664.50 |
| 6 | 2/19/2012 | Hosea | 0.6 | 0.75 | $230.00 | $270.00 | $138.00 | $202.50 | $340.50 |
| 7 | 4/16/2013 | Hosea | 1.2 | 1.00 | $230.00 | $270.00 | $276.00 | $270.00 | $546.00 |
| 8 | 6/18/2013 | Hosea | 0.6 | 0.50 | $230.00 | $270.00 | $138.00 | $135.00 | $273.00 |
| 9 | 8/20/2013 | Hosea | 1.0 | 1.00 | $230.00 | $270.00 | $230.00 | $270.00 | $500.00 |
| 10 | 10/15/2013 | Hosea | 0.6 | 0.50 | $230.00 | $270.00 | $138.00 | $135.00 | $273.00 |
| 11 | 12/17/2013 | Hosea | 0.8 | 0.75 | $230.00 | $270.00 | $184.00 | $202.50 | $386.50 |

| | |
|---|---|
| *Total Phone Meeting Hours (Ross)* | *9.50* |
| ***Average Phone Meeting Time (Ross)*** | ***0.86*** |
| *Phone + In-Person Meeting Hours (Ross)* | *36.75* |
| ***Avg. Phone +  In-Person Meeting Hours (Ross)*** | ***1.53*** |

NOTE: Carpenter Time for the 10/15 meeting is undocumented in the affidavit

NOTE: Carpenter meeting time often block billed with prep time

\*\*All underlying data was taken directly from Plaintiffs' Exhibit 14 (Attachment B, pages Bell 199-245) and Plaintiffs' Exhibit 15 (Attachment B, pages Ross 126-187).

# EXHIBIT G

## EXHIBIT G:  CARPENTER SMM TRAVEL

| # | SMM Date | Carpenter Biller | Biller Rate | Block Hours | Ross Meeting Hours | Travel Hours (Block - Meeting) | Total for Travel (Travel Hours X Hourly Rate) |
|---|---|---|---|---|---|---|---|
| 1 | 1/17/2012 | B. Bell | $320.00 | 10.6 | 1.25 | 9.35 | $2,992.00 |
| 2 | 3/13/2012 | B. Bell | $320.00 | 14.6 | 1.00 | 13.60 | $4,352.00 |
| 3 | 5/15/2012 | B. Bell | $320.00 | 14.6 | 1.50 | 13.10 | $4,192.00 |
| 4 | 6/19/2012 | K. Hosea | $230.00 | 6.0 | 1.75 | 4.25 | $977.50 |
| 5 | 7/17/2012 | B. Bell | $320.00 | 14.8 | 3.75 | 11.05 | $3,536.00 |
| 6 | 9/18/2012 | K. Hosea | $230.00 | 5.3 | 2.00 | 3.30 | $759.00 |
| 7 | 11/20/2012 | B. Bell | $330.00 | 15.3 | 3.75 | 11.55 | $3,811.50 |
| 8 | 1/22/2013 | B. Bell | $330.00 | 15.3 | 2.25 | 13.05 | $4,306.50 |
| 9 | 3/19/2013 | B. Bell | $330.00 | 15.0 | 1.25 | 13.75 | $4,537.50 |
| 10 | 5/21/2013 | K. Hosea | $230.00 | 4.4 | 2.75 | 1.65 | $379.50 |
| 11 | 7/23/2013 | B. Bell | $330.00 | 14.4 | 2.00 | 12.40 | $4,092.00 |
| 12 | 9/17/2013 | B. Bell | $330.00 | 9.2 | 1.50 | 7.70 | $2,541.00 |
| 13 | 11/19/2013 | K. Hosea | $230.00 | 6.0 | 2.50 | 3.50 | $805.00 |

| | |
|---|---|
| *B. Bell Total Travel Hours* | *105.55* |
| *K. Hosea Total Travel Hours* | *12.70* |
| *Total Travel Hours Bell + Hosea* | *118.25* |
| *AVG Meeting Length (Hours)* | *2.10* |
| *AVG Bell Trip Length (Hours)* | *11.73* |
| *AVG Hosea Trip Length (Hours)* | *3.18* |
| **Total Bell Travel Billed** | **$34,360.50** |
| **Total Hosea Travel Billed** | **$2,921.00** |
| **TOTAL TRAVEL BILLED** | **$37,281.50** |

**Times for  1/17/12 and 3/19/13 SMM  block billed making exact amount of time impossible to determine**

**All underlying data was taken directly from Plaintiffs' Exhibit 14 (Attachment B, pages Bell 199-245).

# EXHIBIT H

## EXHIBIT H:  CARPENTER SMM EXPENSES

| # | Date | Amount | Description | Category |
|---|------|--------|-------------|----------|
| 1 | 2/2/2012 | $496.08 | Travel | Special Master Meeting |
| 2 | 4/3/2012 | $496.86 | Travel | Special Master Meeting |
| 3 | 6/4/2012 | $665.35 | Travel | Special Master Meeting |
| 4 | 7/2/2012 | $97.32 | Travel | Special Master Meeting |
| 5 | 7/2/2012 | $1.05 | Reproduction | Special Master Meeting |
| 6 | 8/1/2012 | $399.86 | Travel | Special Master Meeting |
| 7 | 10/1/2012 | $96.38 | Travel | Special Master Meeting |
| 8 | 10/1/2012 | $0.90 | Reproduction | Special Master Meeting |
| 9 | 11/8/2012 | $0.30 | Reproduction | Special Master Meeting |
| 10 | 12/4/2012 | $482.30 | Travel | Special Master Meeting |
| 11 | 12/4/2012 | $0.30 | Reproduction | Special Master Meeting |
| 12 | 1/2/2013 | $1.74 | Reproduction | Special Master Meeting |
| 13 | 2/4/2013 | $508.05 | Travel | Special Master Meeting |
| 14 | 3/4/2013 | $0.60 | Reproduction | Special Master Meeting |
| 15 | 4/2/2013 | $581.69 | Travel | Special Master Meeting |
| 16 | 5/1/2013 | $0.30 | Reproduction | Special Master Meeting |
| 17 | 6/3/2013 | $98.93 | Travel | Special Master Meeting |
| 18 | 6/3/2013 | $2.53 | Reproduction | Special Master Meeting |
| 19 | 7/1/2013 | $0.75 | Reproduction | Special Master Meeting |
| 20 | 8/1/2013 | $447.56 | Travel | Special Master Meeting |
| 21 | 8/1/2013 | $0.30 | Reproduction | Special Master Meeting |
| 22 | 9/3/2013 | $2.38 | Reproduction | Special Master Meeting |
| 23 | 10/1/2013 | $414.40 | Travel | Special Master Meeting |
| 24 | 11/1/2013 | $0.30 | Reproduction | Special Master Meeting |
| 25 | 12/3/2013 | $101.48 | Travel | Special Master Meeting |
| 26 | 12/3/2013 | $3.78 | Reproduction | Special Master Meeting |
| | | *Total SMM Expenses Claimed--Carpenter* | | *$4,901.49* |

\*\*All underlying data was taken directly from Plaintiffs' Exhibit 14 (Attachment B, pages Bell 199-245).

# EXHIBIT I

## EXHIBIT I:  ROSS SMM TRAVEL

| # | SMM Date | Biller | Biller Rate | Total Trip Hours | Ross Meeting Hours | Travel Hours (Total - Meeting) | Total for Travel (Travel Hours X Hourly Rate) |
|---|----------|--------|-------------|------------------|--------------------|--------------------------------|-----------------------------------------------|
| 1 | 1/17/2012 | B. Ross | $270.00 | 8.50 | 1.25 | 7.25 | $1,957.50 |
| 2 | 3/13/2012 | B. Ross | $270.00 | 8.00 | 1.00 | 7.00 | $1,890.00 |
| 3 | 5/15/2012 | B. Ross | $270.00 | 8.75 | 1.50 | 7.25 | $1,957.50 |
| 4 | 6/19/2012 | B. Ross | $270.00 | 8.75 | 1.75 | 7.00 | $1,890.00 |
| 5 | 7/17/2012 | B. Ross | $270.00 | 11.75 | 3.75 | 8.00 | $2,160.00 |
| 6 | 9/18/2012 | B. Ross | $270.00 | 10.00 | 2.00 | 8.00 | $2,160.00 |
| 7 | 11/20/2012 | B. Ross | $270.00 | 10.50 | 3.75 | 6.75 | $1,822.50 |
| 8 | 1/22/2013 | B. Ross | $270.00 | 9.50 | 2.25 | 7.25 | $1,957.50 |
| 9 | 3/19/2013 | B. Ross | $270.00 | 8.25 | 1.25 | 7.00 | $1,890.00 |
| 10 | 5/21/2013 | B. Ross | $270.00 | 10.25 | 2.75 | 7.50 | $2,025.00 |
| 11 | 7/23/2013 | B. Ross | $270.00 | 9.50 | 2.00 | 7.50 | $2,025.00 |
| 12 | 9/17/2013 | B. Ross | $270.00 | 8.50 | 1.50 | 7.00 | $1,890.00 |
| 13 | 11/19/2013 | B. Ross | $270.00 | 9.50 | 2.50 | 7.00 | $1,890.00 |

| | | |
|---|---|---|
| *B. Ross Total Travel Hours* | | *94.50* |
| *AVG Meeting Length (Hours)* | | *2.10* |
| *B. Ross AVG Trip Length (Hours)* | | *7.27* |

| | | |
|---|---|---|
| *TOTAL TRAVEL BILLED* | | *$25,515.00* |

NOTE: 7/17/12 & 11/20/12 meeting times also include the Groundwater Meetings

**All underlying data was taken directly from Plaintiffs' Exhibit 15 (Attachment B, pages Ross 126-187).

# EXHIBIT J

## EXHIBIT J:  ROSS SMM EXPENSES

| # | Date | Amount | Description | Category |
|---|------|--------|-------------|----------|
| 1 | 1/27/2012 | 3.40 | Metro Fare | Special Master Meeting |
| 2 | 1/27/2012 | 142.00 | Train Fare | Special Master Meeting |
| 3 | 1/27/2012 | 142.00 | Train Fare | Special Master Meeting |
| 4 | 1/27/2012 | 3.60 | Metro Fare | Special Master Meeting |
| 5 | 3/13/2012 | 145.00 | Train Fare | Special Master Meeting |
| 6 | 3/13/2012 | 169.00 | Train Fare | Special Master Meeting |
| 7 | 3/13/2012 | 3.40 | Metro Fare | Special Master Meeting |
| 8 | 3/13/2012 | 3.40 | Metro Fare | Special Master Meeting |
| 9 | 5/16/2012 | 169.00 | Train Fare | Special Master Meeting |
| 10 | 5/16/2012 | 194.00 | Train Fare | Special Master Meeting |
| 11 | 5/16/2012 | 3.40 | Metro Fare | Special Master Meeting |
| 12 | 5/16/2012 | 3.60 | Metro Fare | Special Master Meeting |
| 13 | 6/19/2012 | 339.00 | Train Fare | Special Master Meeting |
| 14 | 6/19/2012 | 7.00 | Subway Fare | Special Master Meeting |
| 15 | 7/17/2012 | 387.00 | Train Fare | Special Master Meeting |
| 16 | 7/17/2012 | 93.81 | Car Rental | Special Master Meeting |
| 17 | 7/17/2012 | 6.40 | Subway Fare | Special Master Meeting |
| 18 | 9/18/2012 | 388.00 | Train Fare | Special Master Meeting |
| 19 | 9/18/2012 | 61.58 | Car Rental | Special Master Meeting |
| 20 | 9/18/2012 | 3.65 | Subway Fare | Special Master Meeting |
| 21 | 9/18/2012 | 28.00 | Taxi Fare | Special Master Meeting |
| 22 | 11/20/2012 | 423.00 | Train Fare | Special Master Meeting |
| 23 | 11/20/2012 | 74.15 | Car Rental | Special Master Meeting |
| 24 | 1/22/2013 | 448.00 | Train Fare | Special Master Meeting |

| | | | | |
|---|---|---|---|---|
| 25 | 1/22/2013 | 6.40 | Subway Fare | Special Master Meeting |
| 26 | 1/22/2013 | 67.86 | Car Rental | Special Master Meeting |
| 27 | 3/21/2013 | 149.00 | Train Fare | Special Master Meeting |
| 28 | 3/21/2013 | 224.00 | Train Fare | Special Master Meeting |
| 29 | 3/21/2013 | 7.30 | Subway Fare | Special Master Meeting |
| 30 | 5/21/2013 | 398.00 | Train Fare | Special Master Meeting |
| 31 | 5/21/2013 | 6.40 | Subway Fare | Special Master Meeting |
| 32 | 7/23/2013 | 385.00 | Train Fare | Special Master Meeting |
| 33 | 7/23/2013 | 7.30 | Subway Fare | Special Master Meeting |
| 34 | 9/17/2013 | 357.00 | Train Fare | Special Master Meeting |
| 35 | 9/17/2013 | 7.30 | Subway Fare | Special Master Meeting |
| 36 | 11/19/2013 | 304.00 | Train Fare | Special Master Meeting |
| 37 | 11/19/2013 | 7.30 | Subway Fare | Special Master Meeting |

Underlined Expenses on 9/17/13 and 11/19/13 are undocumented

| | |
|---|---|
| **Total Expenses SMM Ross** | **$5,168.25** |
| **Total Undocumented Expenses** | **675.60** |
| **Total Documented Expenses** | **$4,492.65** |

**All underlying data was taken directly from Plaintiffs' Exhibit 15 (Attachment B, pages Ross 126-187).

# EXHIBIT K

## EXHIBIT K:  BELL CLERICAL

| Project | Date | Biller | Time | Rate | $ Billed |
|---|---|---|---|---|---|
| SA 6 N. Settlement | 01/18/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| NJCU CD | 02/13/12 | B. Bell | 0.4 | $320.00 | $128.00 |
| SA 6 N. Settlement | 02/13/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 S. Settlement | 02/13/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| Roosevelt DI | 02/14/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 5 Groundwater | 02/14/12 | B. Bell | 0.3 | $320.00 | $96.00 |
| Sites 79/153 S | 02/14/12 | B. Bell | 0.3 | $320.00 | $96.00 |
| SM Meeting | 02/14/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| Roosevelt DI | 03/19/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 N. Settlement | 03/19/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 S. Settlement | 03/19/12 | B. Bell | 0.2 | $320.00 | $64.00 |
| SA 6 N. Settlement | 04/09/12 | B. Bell | 0.3 | $320.00 | $96.00 |
| NJCU CD | 04/10/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 S. Settlement | 04/10/12 | B. Bell | 0.2 | $320.00 | $64.00 |
| Sites 79/153 S | 04/10/12 | B. Bell | 0.2 | $320.00 | $64.00 |
| Roosevelt DI | 04/11/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 N. Settlement | 05/08/12 | B. Bell | 0.2 | $320.00 | $64.00 |
| SA 6 S. Settlement | 05/08/12 | B. Bell | 0.2 | $320.00 | $64.00 |
| Roosevelt DI | 05/09/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| Roosevelt DI | 06/11/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 N. Settlement | 06/11/12 | B. Bell | 0.2 | $320.00 | $64.00 |
| SA 6 S. Settlement | 06/11/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| Roosevelt DI | 07/24/12 | B. Bell | 0.3 | $320.00 | $96.00 |
| SA 6 N. Settlement | 07/24/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 S. Settlement | 07/24/12 | B. Bell | 0.3 | $320.00 | $96.00 |
| SA 6 N. Settlement | 08/09/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 S. Settlement | 08/09/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| Roosevelt DI | 08/10/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| Roosevelt DI | 09/13/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 N. Settlement | 09/13/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SA 6 S. Settlement | 09/13/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| SM Meeting | 09/13/12 | B. Bell | 0.2 | $320.00 | $64.00 |
| NJCU CD | 10/29/12 | B. Bell | 0.1 | $330.00 | $33.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Roosevelt DI** | 10/29/12 | B. Bell | 0.5 | $320.00 | $160.00 |
| **SA 6 N. Settlement** | 10/29/12 | B. Bell | 0.5 | $330.00 | $165.00 |
| **SA 6 S. Settlement** | 10/29/12 | B. Bell | 0.5 | $330.00 | $165.00 |
| **NJCU CD** | 12/17/12 | B. Bell | 0.1 | $330.00 | $33.00 |
| **SA 6 S. Settlement** | 12/17/12 | B. Bell | 0.3 | $330.00 | $99.00 |
| **SA 6 N. Settlement** | 12/18/12 | B. Bell | 0.5 | $330.00 | $165.00 |
| **SM Meeting** | 12/18/12 | B. Bell | 0.2 | $320.00 | $64.00 |
| **Roosevelt DI** | 12/19/12 | B. Bell | 0.5 | $330.00 | $165.00 |
| **SA 6 N. Settlement** | 01/04/13 | B. Bell | 0.5 | $330.00 | $165.00 |
| **NJCU CD** | 01/07/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **Roosevelt DI** | 01/07/13 | B. Bell | 0.5 | $330.00 | $165.00 |
| **SA 6 S. Settlement** | 01/07/13 | B. Bell | 0.3 | $330.00 | $99.00 |
| **Sites 79/153 S** | 01/07/13 | B. Bell | 0.2 | $320.00 | $64.00 |
| **SA 6 N. Settlement** | 02/12/13 | B. Bell | 0.5 | $330.00 | $165.00 |
| **NJCU CD** | 02/13/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **Roosevelt DI** | 02/13/13 | B. Bell | 0.5 | $330.00 | $165.00 |
| **SA 6 S. Settlement** | 02/13/13 | B. Bell | 0.3 | $330.00 | $99.00 |
| **SM Meeting** | 02/13/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **SA 6 N. Settlement** | 03/11/13 | B. Bell | 0.5 | $330.00 | $165.00 |
| **SA 6 S. Settlement** | 03/11/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **Sites 79/153 S** | 03/11/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **Roosevelt DI** | 03/12/13 | B. Bell | 0.5 | $330.00 | $165.00 |
| **SA 6 N. Settlement** | 04/09/13 | B. Bell | 0.3 | $330.00 | $99.00 |
| **SA 6 S. Settlement** | 04/09/13 | B. Bell | 0.3 | $330.00 | $99.00 |
| **Sites 79/153 S** | 04/09/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **SM Meeting** | 04/09/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **Roosevelt DI** | 04/10/13 | B. Bell | 0.5 | $330.00 | $165.00 |
| **Roosevelt DI** | 05/09/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **NJCU CD** | 06/12/13 | B. Bell | 0.2 | $300.00 | $60.00 |
| **Roosevelt DI** | 06/12/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **SM Meeting** | 06/12/13 | B. Bell | 0.3 | $330.00 | $99.00 |
| **Roosevelt DI** | 07/15/13 | B. Bell | 0.3 | $330.00 | $99.00 |
| **SM Meeting** | 07/15/13 | B. Bell | 0.1 | $330.00 | $33.00 |
| **NJCU CD** | 08/13/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **SM Meeting** | 08/13/13 | B. Bell | 0.5 | $330.00 | $165.00 |
| **Roosevelt DI** | 08/14/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **SM Meeting** | 09/04/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **Roosevelt DI** | 09/05/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **SM Meeting** | 12/09/13 | B. Bell | 0.2 | $330.00 | $66.00 |
| **NJCU CD** | 05/01/12 | K. | 0.7 | $122.00 | $85.40 |

| | | Draganchuk | | | |
|---|---|---|---|---|---|
| **Roosevelt DI** | 05/01/12 | K. Draganchuk | 3.5 | $122.00 | $427.00 |
| **Sites 79/153 S** | 05/01/12 | K. Draganchuk | 0.3 | $122.00 | $36.60 |
| **Roosevelt DI** | 09/20/12 | K. Draganchuk | 0.1 | $122.00 | $12.20 |
| **SA 6 N. Settlement** | 04/24/13 | K. Draganchuk | 0.4 | $125.00 | $50.00 |
| **SA 6 S. Settlement** | 04/24/13 | K. Draganchuk | 0.3 | $125.00 | $37.50 |
| **Roosevelt DI** | 11/12/12 | K. Hosea | 0.2 | $230.00 | $46.00 |
| **SA 6 N. Settlement** | 01/03/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **SA 5 Groundwater** | 01/06/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **SA 6 S. Settlement** | 01/06/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **SA 6 N. Settlement** | 01/13/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **SA 6 N. Settlement** | 01/16/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| **SA 6 N. Settlement** | 01/19/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| **SA 6 N. Settlement** | 01/27/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **SA 5 Groundwater** | 02/01/12 | K. Wood | 0.6 | $78.00 | $46.80 |
| **SA 6 N. Settlement** | 02/01/12 | K. Wood | 0.4 | $78.00 | $31.20 |
| **SA 6 S. Settlement** | 02/01/12 | K. Wood | 0.4 | $78.00 | $31.20 |
| **Roosevelt DI** | 02/03/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| **SA 6 N. Settlement** | 02/20/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **SA 6 S. Settlement** | 02/20/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **Roosevelt DI** | 02/23/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **Roosevelt DI** | 02/28/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **Roosevelt DI** | 03/05/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **Roosevelt DI** | 03/06/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **Roosevelt DI** | 03/13/12 | K. Wood | 0.6 | $78.00 | $46.80 |
| **Roosevelt DI** | 03/14/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **SA 6 N. Settlement** | 03/14/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **SA 6 S. Settlement** | 03/14/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **Roosevelt DI** | 03/23/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **NJCU CD** | 03/28/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| **Roosevelt DI** | 03/30/12 | K. Wood | 0.4 | $78.00 | $31.20 |
| **NJCU CD** | 04/02/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| **Roosevelt DI** | 04/02/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| **SA 6 N. Settlement** | 04/02/12 | K. Wood | 0.2 | $78.00 | $15.60 |

| | | | | | |
|---|---|---|---|---|---|
| SA 6 S. Settlement | 04/02/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 04/17/12 | K. Wood | 0.9 | $78.00 | $70.20 |
| Roosevelt DI | 04/20/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 04/23/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| Roosevelt DI | 04/30/12 | K. Wood | 0.4 | $78.00 | $31.20 |
| Roosevelt DI | 05/01/12 | K. Wood | 0.5 | $78.00 | $39.00 |
| SA 6 S. Settlement | 05/02/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| NJCU CD | 05/07/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 05/07/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 05/10/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| SA 6 N. Settlement | 05/10/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| NJCU CD | 05/11/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 05/21/12 | K. Wood | 0.4 | $78.00 | $31.20 |
| SA 6 N. Settlement | 05/21/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| SA 6 S. Settlement | 05/21/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Sites 79/153 S | 05/21/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 05/22/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| SA 6 N. Settlement | 05/22/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 05/29/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 06/04/12 | K. Wood | 0.5 | $78.00 | $39.00 |
| SA 6 S. Settlement | 06/04/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 06/05/12 | K. Wood | 0.6 | $78.00 | $46.80 |
| SA 6 S. Settlement | 06/05/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| NJCU CD | 06/06/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 06/06/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| NJCU CD | 06/11/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 06/11/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 06/14/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| SA 6 N. Settlement | 06/15/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 06/18/12 | K. Wood | 0.5 | $78.00 | $39.00 |
| SA 6 S. Settlement | 06/20/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 06/21/12 | K. Wood | 0.6 | $78.00 | $46.80 |
| Roosevelt DI | 06/27/12 | K. Wood | 0.5 | $78.00 | $39.00 |
| NJCU CD | 07/05/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 07/05/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 07/12/12 | K. Wood | 0.4 | $78.00 | $31.20 |
| SA 6 S. Settlement | 07/12/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 07/16/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| Roosevelt DI | 07/17/12 | K. Wood | 0.5 | $78.00 | $39.00 |
| SA 5 Groundwater | 07/17/12 | K. Wood | 0.2 | $78.00 | $15.60 |

| | | | | | |
|---|---|---|---|---|---|
| SA 6 N. Settlement | 07/17/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 07/19/12 | K. Wood | 0.6 | $78.00 | $46.80 |
| SA 5 Groundwater | 07/19/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 07/26/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| SA 6 N. Settlement | 07/26/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| SA 6 S. Settlement | 08/02/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| Roosevelt DI | 08/14/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| SA 6 N. Settlement | 08/14/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| SA 6 S. Settlement | 08/14/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 09/06/12 | K. Wood | 0.5 | $78.00 | $39.00 |
| SA 6 N. Settlement | 09/06/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| SA 6 S. Settlement | 09/17/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 09/21/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| NJCU CD | 09/27/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 09/27/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| SA 6 N. Settlement | 09/27/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 10/01/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| SA 6 S. Settlement | 10/12/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 10/15/12 | K. Wood | 0.7 | $78.00 | $54.60 |
| SA 6 N. Settlement | 10/22/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 10/23/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 11/08/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| SA 6 N. Settlement | 11/08/12 | K. Wood | 0.4 | $78.00 | $31.20 |
| SA 6 S. Settlement | 11/08/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| SA 6 N. Settlement | 11/13/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| SA 6 N. Settlement | 11/15/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| SA 6 S. Settlement | 11/15/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 11/16/12 | K. Wood | 0.3 | $78.00 | $23.40 |
| Roosevelt DI | 11/28/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| 6N-6S Remediation | 12/31/12 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 12/31/12 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 01/02/13 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 01/09/13 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 01/14/13 | K. Wood | 0.2 | $78.00 | $15.60 |
| SA 6 N. Settlement | 01/14/13 | K. Wood | 0.1 | $78.00 | $7.80 |

| | | | | | |
|---|---|---|---|---|---|
| SA 6 S. Settlement | 01/14/13 | K. Wood | 0.3 | $78.00 | $23.40 |
| SA 6 N. Settlement | 02/04/13 | K. Wood | 0.1 | $78.00 | $7.80 |
| SA 6 S. Settlement | 02/04/13 | K. Wood | 0.1 | $78.00 | $7.80 |
| SA 5 Groundwater | 02/05/13 | K. Wood | 0.2 | $78.00 | $15.60 |
| SA 6 N. Settlement | 02/05/13 | K. Wood | 0.1 | $78.00 | $7.80 |
| SA 6 S. Settlement | 02/05/13 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 02/07/13 | K. Wood | 0.3 | $78.00 | $23.40 |
| Roosevelt DI | 02/11/13 | K. Wood | 0.3 | $78.00 | $23.40 |
| Roosevelt DI | 02/21/13 | K. Wood | 0.1 | $78.00 | $7.80 |
| Roosevelt DI | 03/18/13 | K. Wood | 0.3 | $78.00 | $23.40 |
| Roosevelt DI | 08/21/13 | K. Wood | 0.1 | $78.00 | $7.80 |
| NJCU CD | 08/28/13 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 09/23/13 | K. Wood | 0.3 | $78.00 | $23.40 |
| SA 6 N. Settlement | 09/23/13 | K. Wood | 0.2 | $78.00 | $15.60 |
| Roosevelt DI | 12/10/12 | L. Matthews Jr | 0.3 | $97.00 | $29.10 |
| SA 6 N. Settlement | 12/10/12 | L. Matthews Jr | 0.7 | $97.00 | $67.90 |
| SA 6 S. Settlement | 12/10/12 | L. Matthews Jr | 1.2 | $97.00 | $116.40 |
| Roosevelt DI | 12/18/12 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| SA 6 N. Settlement | 12/18/12 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| SA 6 S. Settlement | 12/18/12 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| SA 6 S. Settlement | 01/02/13 | L. Matthews Jr | 0.4 | $97.00 | $38.80 |
| Roosevelt DI | 01/09/13 | L. Matthews Jr | 0.5 | $97.00 | $48.50 |
| Roosevelt DI | 01/10/13 | L. Matthews Jr | 0.7 | $97.00 | $67.90 |
| SA 6 N. Settlement | 01/14/13 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| SA 6 S. Settlement | 01/14/13 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| Roosevelt DI | 02/11/13 | L. Matthews Jr | 0.4 | $97.00 | $38.80 |
| SA 6 N. Settlement | 02/11/13 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| SA 6 N. Settlement | 02/12/13 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| Sites 79/153 S | 02/13/13 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| Roosevelt DI | 02/15/13 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |
| SA 6 S. Settlement | 02/15/13 | L. Matthews Jr | 0.2 | $97.00 | $19.40 |

| | | | | | |
|---|---|---|---|---|---|
| SA 6 N. Settlement | 03/11/13 | L. Matthews Jr | 0.1 | $100.00 | $10.00 |
| SA 6 S. Settlement | 03/11/13 | L. Matthews Jr | 0.1 | $100.00 | $10.00 |
| SA 6 N. Settlement | 03/14/13 | L. Matthews Jr | 0.2 | $100.00 | $20.00 |
| SA 6 N. Settlement | 03/25/13 | L. Matthews Jr | 0.2 | $100.00 | $20.00 |
| Roosevelt DI | 04/05/13 | L. Matthews Jr | 0.1 | $100.00 | $10.00 |
| SA 6 N. Settlement | 04/15/13 | L. Matthews Jr | 0.1 | $100.00 | $10.00 |
| 6N-6S Remediation | 05/16/13 | L. Matthews Jr | 0.6 | $100.00 | $60.00 |
| Roosevelt DI | 05/16/13 | L. Matthews Jr | 0.8 | $100.00 | $80.00 |
| Roosevelt DI | 05/22/13 | L. Matthews Jr | 0.2 | $100.00 | $20.00 |
| 6N-6S Remediation | 06/05/13 | L. Matthews Jr | 0.2 | $100.00 | $20.00 |
| 6N-6S Remediation | 06/21/13 | L. Matthews Jr | 0.2 | $100.00 | $20.00 |
| 6N-6S Remediation | 06/28/13 | L. Matthews Jr | 0.3 | $100.00 | $30.00 |
| 6N-6S Remediation | 07/03/13 | L. Matthews Jr | 0.2 | $100.00 | $20.00 |
| Roosevelt DI | 07/10/13 | L. Matthews Jr | 0.2 | $100.00 | $20.00 |
| 6N-6S Remediation | 08/01/13 | L. Matthews Jr | 0.7 | $100.00 | $70.00 |
| Roosevelt DI | 08/01/13 | L. Matthews Jr | 1 | $100.00 | $100.00 |
| 6N-6S Remediation | 08/02/13 | L. Matthews Jr | 0.2 | $100.00 | $20.00 |
| Roosevelt DI | 08/09/13 | L. Matthews Jr | 0.3 | $100.00 | $30.00 |
| Roosevelt DI | 08/13/13 | L. Matthews Jr | 0.1 | $100.00 | $10.00 |
| 6N-6S Remediation | 08/18/13 | L. Matthews Jr | 0.1 | $100.00 | $10.00 |
| 6N-6S Remediation | 12/06/13 | L. Matthews Jr | 0.5 | $100.00 | $50.00 |
| Roosevelt DI | 12/06/13 | L. Matthews Jr | 0.7 | $100.00 | $70.00 |
| SA 6 N. Settlement | 05/02/13 | P. Shannon | 0.1 | $80.00 | $8.00 |
| | | HOURS | DOLLARS | | |
| | B. Bell | 25.1 | $8,140.00 | | |
| | Draganchuk | 5.3 | $648.70 | | |
| | K. Hosea | 0.2 | $46.00 | | |
| | K. Wood | 34.5 | $2,262.00 | | |
| | Matthews Jr | 13.3 | $1,311.40 | | |
| | P. Shannon | 0.1 | $8.00 | TOTAL: | $12,416.10 |

**All underlying data was taken directly from Plaintiffs' Exhibit 14 (Attachment B, pages Bell 1-245).

# EXHIBIT L

### EXHIBIT L:  O'CONNELL CLERICAL

| Date | Biller | Work Prepared | Hours | Rate | $ Billed |
|------|--------|---------------|-------|------|----------|
| 08/28/12 | S. Berger | Document | 0.50 | $40.00 | $20.00 |
| 09/24/12 | S. Berger | Type Memo for Ken | 0.50 | $40.00 | $20.00 |
| 04/18/13 | E. Slick | Printing | 5.25 | $40.00 | $210.00 |
| 04/18/13 | P. Campanella | Troubleshooting-Print | 2.00 | $100.00 | $200.00 |
| 04/19/13 | E. Slick | Printing | 3.75 | $40.00 | $150.00 |
| 04/19/13 | P. Campanella | Troubleshooting-Print | 1.00 | $100.00 | $100.00 |
| 05/01/13 | E. Slick | Check Change Matrices | 8.00 | $40.00 | $320.00 |
| 05/02/13 | E. Slick | Check Change Matrices | 2.00 | $40.00 | $80.00 |
| 05/06/13 | E. Slick | Conference Call with Ken | 2.00 | $40.00 | $80.00 |
| 05/10/13 | E. Slick | Change Matrices | 0.50 | $40.00 | $20.00 |
| 05/31/13 | E. Slick | Conf Call/Draft ?s | 0.75 | $40.00 | $30.00 |
| 06/03/13 | E. Slick | Type up Questions | 0.50 | $40.00 | $20.00 |
| 06/14/13 | E. Slick | Docs for Ken | 0.25 | $40.00 | $10.00 |
| 06/24/13 | E. Slick | Info- Ken, organize binders | 1.25 | $40.00 | $50.00 |
| 06/26/13 | E. Slick | Call w/ Ken & Alicia | 0.75 | $40.00 | $30.00 |
| 06/27/13 | E. Slick | Assemble Docs for Ken | 1.50 | $40.00 | $60.00 |
| 07/17/13 | E. Slick | Docs for Ken | 0.75 | $40.00 | $30.00 |
| 08/02/13 | E. Slick | Print Docs for Ken | 0.75 | $40.00 | $30.00 |
| 08/05/13 | E. Slick | Review Docs for Ken | 0.25 | $40.00 | $10.00 |
| 08/07/13 | E. Slick | Review Docs for Ken | 0.50 | $40.00 | $20.00 |
| 08/08/13 | E. Slick | Call w/ Ken & Alicia | 0.50 | $40.00 | $20.00 |
| 09/30/13 | E. Slick | Review Docs for Ken | 0.75 | $40.00 | $30.00 |
| 10/15/13 | E. Slick | Set up NJ Site Visit | 1.50 | $40.00 | $60.00 |
| 11/20/13 | E. Slick | Review Docs | 1.00 | $40.00 | $40.00 |
| 11/20/13 | E. Slick | Conf. Call | 1.00 | $40.00 | $40.00 |
| 11/22/13 | E. Slick | Review Docs | 3.00 | $40.00 | $120.00 |
| | | *Slick Total* | | | *$1,460.00* |
| | | *Campanella Total* | | | *$300.00* |
| | | *Berger Total* | | | *$40.00* |
| | | **TOTAL O'CONNELL CLERICAL TIME** | | | **$1,800.00** |

**All underlying data was taken directly from Plaintiffs' Exhibit 17 (Attachment B, pages O'Connell 1-40).

# EXHIBIT M

## EXHIBIT M:  BELL OTHER EXPENSES

| Number | Date | Amount | Description | Billed to |
|---|---|---|---|---|
| | | | | |
| 1 | 2/2/2012 | $25.08 | Computer | Roosevelt |
| 2 | 2/2/2012 | $21.04 | Computer | SA 6 North |
| 3 | 3/2/2012 | $33.95 | Computer | Roosevelt |
| 4 | 3/2/2012 | $30.40 | Computer | SA 5 Groundwater |
| 5 | 3/2/2012 | $49.36 | Computer | SA 6 North |
| 6 | 3/2/2012 | $9.38 | Computer | SA 6 South |
| 7 | 3/2/2012 | $44.08 | Computer | Site 79/153S |
| 8 | 4/3/2012 | $17.23 | Computer | NJCU CD |
| 9 | 4/3/2012 | $53.96 | Computer | Roosevelt |
| 10 | 4/3/2012 | $2.53 | Computer | SA 6 North |
| 11 | 4/3/2012 | $2.53 | Computer | SA 6 South |
| 12 | 5/2/2012 | $137.57 | Computer | Roosevelt |
| 13 | 5/2/2012 | $2.53 | Computer | SA 6 South |
| 14 | 5/3/2012 | $2.53 | Computer | SA 6 North |
| 15 | 6/4/2012 | $13.17 | Computer | NJCU CD |
| 16 | 6/4/2012 | $83.10 | Computer | Roosevelt |
| 17 | 6/4/2012 | $16.98 | Computer | SA 6 North |
| 18 | 6/4/2012 | $6.59 | Computer | SA 6 South |
| 19 | 6/4/2012 | $5.84 | Computer | Site 79/153S |
| 20 | 7/2/2012 | $263.22 | Computer | Roosevelt |
| 21 | 7/2/2012 | $123.13 | Computer | SA 6 North |
| 22 | 7/2/2012 | $289.32 | Computer | SA 6 South |
| 23 | 8/1/2012 | $7.85 | Computer | NJCU CD |
| 24 | 8/1/2012 | $41.81 | Computer | Roosevelt |
| 25 | 8/1/2012 | $5.07 | Computer | SA 5 Groundwater |
| 26 | 8/1/2012 | $6.84 | Computer | SA 6 North |
| 27 | 8/1/2012 | $221.44 | Computer | SA 6 South |
| 28 | 9/4/2012 | $33.19 | Computer | Roosevelt |
| 29 | 9/4/2012 | $55.48 | Computer | SA 6 North |
| 30 | 9/4/2012 | $56.76 | Computer | SA 6 South |
| 31 | 10/1/2012 | $212.06 | Computer | Roosevelt |
| 32 | 10/1/2012 | $30.15 | Computer | SA 6 North |
| 33 | 10/1/2012 | $5.07 | Computer | SA 6 South |
| 34 | 11/8/2012 | $146.43 | Computer | Roosevelt |
| 35 | 11/8/2012 | $82.09 | Computer | SA 6 North |
| 36 | 11/8/2012 | $7.60 | Computer | SA 6 South |
| 37 | 12/4/2012 | $360.75 | Computer | Roosevelt |
| 38 | 12/4/2012 | $63.34 | Computer | SA 6 North |
| 39 | 12/4/2012 | $8.36 | Computer | SA 6 South |
| 40 | 1/2/2013 | $47.63 | Computer | Roosevelt |
| 41 | 1/2/2013 | $13.69 | Computer | SA 6 North |
| 42 | 1/2/2013 | $5.62 | Computer | SA 6 North |
| 43 | 1/2/2013 | $10.64 | Computer | SA 6 South |
| 44 | 2/4/2013 | $38.51 | Computer | Roosevelt |

| 45 | 2/4/2013 | $14.95 | Computer | SA 6 North |
| 46 | 2/4/2013 | $6.84 | Computer | SA 6 South |
| 47 | 3/4/2013 | $36.99 | Computer | Roosevelt |
| 48 | 3/4/2013 | $13.67 | Computer | SA 6 North |
| 49 | 3/4/2013 | $2.53 | Computer | SA 6 South |
| 50 | 4/2/2013 | $3.80 | Computer | Roosevelt |
| 51 | 5/1/2013 | $1.52 | Computer | Roosevelt |
| 52 | 5/1/2013 | $95.76 | Computer | SA 6 North |
| 53 | 5/1/2013 | $56.24 | Computer | SA 6 South |
| 54 | 6/3/2013 | $3.04 | Computer | Roosevelt |
| 55 | 6/3/2013 | $2.53 | Computer | SA 5 Groundwater |
| 56 | 6/3/2013 | $54.42 | Computer | SA 6 North |
| 57 | 7/1/2013 | $22.55 | Computer | Roosevelt |
| 58 | 7/1/2013 | $39.58 | Computer | SA 6 North |
| 59 | 8/1/2013 | $37.76 | Computer | Roosevelt |
| 60 | 8/1/2013 | $7.61 | Computer | SA 6 North |
| 61 | 9/1/2013 | $10.90 | Computer | Roosevelt |
| 62 | 9/3/2013 | $7.10 | Computer | SA 6 North |
| 63 | 10/1/2013 | $8.61 | Computer | Roosevelt |
| 64 | 10/1/2013 | $11.25 | Computer | SA 6 North |
| 65 | 11/1/2013 | $11.65 | Computer | Roosevelt |
| 66 | 11/1/2013 | $7.60 | Computer | SA 6 North |
| 67 | 11/8/2012 | $20.00 | Equipment | Roosevelt |
| 68 | 1/2/2013 | $15.00 | Equipment | SA 6 North |
| 69 | 2/2/2012 | $12.87 | Reproduction | SA 6 North |
| 70 | 3/2/2012 | $15.18 | Reproduction | SA 6 North |
| 71 | 3/2/2012 | $4.22 | Reproduction | SA 6 South |
| 72 | 3/2/2012 | $0.30 | Reproduction | Site 79/153S |
| 73 | 4/3/2012 | $1.05 | Reproduction | NJCU CD |
| 74 | 4/3/2012 | $0.94 | Reproduction | Roosevelt |
| 75 | 5/2/2012 | $9.46 | Reproduction | Roosevelt |
| 76 | 6/4/2012 | $2.39 | Reproduction | Roosevelt |
| 77 | 6/4/2012 | $0.30 | Reproduction | SA 6 North |
| 78 | 6/4/2012 | $4.24 | Reproduction | SA 6 South |
| 79 | 7/2/2012 | $0.75 | Reproduction | Roosevelt |
| 80 | 7/2/2012 | $1.65 | Reproduction | SA 6 North |
| 81 | 7/2/2012 | $12.41 | Reproduction | SA 6 South |
| 82 | 8/1/2012 | $0.30 | Reproduction | Roosevelt |
| 83 | 8/1/2012 | $0.15 | Reproduction | SA 6 North |
| 84 | 8/1/2012 | $15.10 | Reproduction | SA 6 South |
| 85 | 9/4/2012 | $9.82 | Reproduction | Roosevelt |
| 86 | 9/4/2012 | $0.90 | Reproduction | SA 6 North |
| 87 | 9/4/2012 | $13.75 | Reproduction | SA 6 South |
| 88 | 10/1/2012 | $3.18 | Reproduction | Roosevelt |
| 89 | 10/1/2012 | $3.62 | Reproduction | SA 6 North |
| 90 | 10/1/2012 | $3.17 | Reproduction | SA 6 South |
| 91 | 11/8/2012 | $36.63 | Reproduction | Roosevelt |
| 92 | 11/8/2012 | $42.62 | Reproduction | SA 6 North |
| 93 | 12/4/2012 | $37.51 | Reproduction | Roosevelt |
| 94 | 12/4/2012 | $0.30 | Reproduction | SA 6 North |

| 95 | 1/2/2013 | $46.62 | Reproduction | Roosevelt |
| 96 | 1/2/2013 | $2.68 | Reproduction | SA 6 North |
| 97 | 1/2/2013 | $0.30 | Reproduction | Site 79/153S |
| 98 | 2/4/2013 | $42.85 | Reproduction | Roosevelt |
| 99 | 3/4/2013 | $63.48 | Reproduction | Roosevelt |
| 100 | 3/4/2013 | $0.60 | Reproduction | SA 5-7 |
| 101 | 3/4/2013 | $0.30 | Reproduction | SA 6 North |
| 102 | 5/1/2013 | $5.06 | Reproduction | Roosevelt |
| 103 | 5/1/2013 | $2.39 | Reproduction | SA 6 North |
| 104 | 5/1/2013 | $1.50 | Reproduction | SA 6 South |
| 105 | 6/3/2013 | $1.50 | Reproduction | SA 6 North |
| 106 | 7/1/2013 | $0.60 | Reproduction | NJCU CD |
| 107 | 7/1/2013 | $0.30 | Reproduction | Roosevelt |
| 108 | 7/1/2013 | $27.28 | Reproduction | SA 6 North |
| 109 | 9/3/2013 | $0.15 | Reproduction | SA 6 North |
| 110 | 10/1/2013 | $50.80 | Reproduction | SA 6 North |
| 111 | 7/1/2013 | $44.91 | Shipping | Roosevelt |
| 112 | 9/3/2013 | $24.85 | Supplies | SA 6 North |
| 113 | 2/2/2012 | $218.13 | Travel | SA 6 North |
| 114 | 4/3/2012 | $39.81 | Travel | NJCU CD |
| 115 | 4/3/2012 | $39.83 | Travel | SA 6 South |
| 116 | 4/3/2012 | $39.81 | Travel | Site 79/153S |
| 117 | 7/2/2012 | $108.29 | Travel | Roosevelt |
| 118 | 8/1/2012 | $146.00 | Travel | Roosevelt |
| 119 | 9/4/2012 | $271.09 | Travel | Roosevelt |
| 120 | 10/1/2012 | $219.13 | Travel | Roosevelt |
| 121 | 11/8/2012 | $301.47 | Travel | Roosevelt |
| 122 | 1/2/2013 | $66.86 | Travel | SA 6 North |
| 123 | 7/1/2013 | $110.71 | Travel | SA 6 North |
| 124 | 9/3/2013 | $126.96 | Travel | SA 6 North |
| 125 | 1/2/2014 | $68.65 | Travel | NJCU CD |

| | | |
| $3,150.80 | *Computer* |
| $35.00 | *Equipment* |
| $479.22 | *Reproduction* |
| $69.76 | *Shipping/Supplies* |
| $1,756.74 | *Non-Special Master Meeting Travel* |

| **$5,491.52** | **TOTAL EXPENSES** |

**All underlying data was taken directly from Plaintiffs' Exhibit 14 (Attachment B, pages Bell 1-245).