UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERFAITH COMMUNITY ORGANIZATION, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>HONEYWELL INTERNATIONAL INC., *et al.* )<br><br>Defendants. ) | Civ. No. 95-2097 (JLL) |
| HACKENSACK RIVERKEEPER, INC., *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>HONEYWELL INTERNATIONAL INC., *et al.* )<br><br>Defendants. ) | Civ. No. 06-22 (JLL)<br>(Consolidated under<br>Civ. No. 05-5955 (JLL))<br><br>**All Actions Consolidated Under<br>Civ. No. 95-2097 (JLL)** |

**SCHEDULING ORDER NO. 5**

WHEREAS, on July 29, 2014, the Court entered the Consent Order Adopting Report and Recommendations [sic] on Remanded Fees and Settling "Appeal Overlap Fees" [ECF No. 1271];

WHEREAS, Scheduling Order No. 2 [ECF No. 1210], at Phase III, sets out that:

"Within thirty (30) days of the final resolution on the Remanded Fees, Counsel shall arrange a conference call with the Special Master to set a schedule for resolution of the Fees on fees [sic] application";

WHEREAS, in lieu of a conference call, counsel for the parties have agreed to a schedule for briefing of the Fees on Fees Application, subject to the Special Master's approval;

1

**WHEREAS**, the time between submissions in the agreed schedule allows for the conduct of discovery if agreed upon by the parties or permitted by the Special Master by motion;

**NOW THEREFORE**, briefing on the Fees on Fees Application shall proceed as follows:

1.  Plaintiffs shall file their Fees on Fees Application no later than **September 30, 2014**;

2.  Honeywell shall file its opposition brief no later than **December 5, 2014**;

3.  Plaintiffs shall file their reply brief no later than **March 6, 2015**.

4.  Oral argument shall be scheduled upon request by the Special Master or any party at a time to be determined and at the convenience of the Special Master, but at least two (2) weeks after March 6, 2015.

5.  The parties reserve their right to seek discovery on any particular submission. If any party seeks discovery on a particular submission and the parties cannot come to an agreement on the discovery sought, the issue shall be resolved by motion to the Special Master at the appropriate time.

Consented to By:

_s/David J. Sheehan_
David J. Sheehan (DS-4818)
Baker Hostetler
45 Rockefeller Plaza
11th Floor
New York, NY 10111
(212) 704-6058

Michael D. Daneker (MD-3300)
Arnold & Porter LLP
555 12th Street, N.W.
Washington, DC 20004
(202) 942-5000

_Counsel for Defendant Honeywell International Inc._

_s/Edward Lloyd_
Edward Lloyd
Columbia Law School
435 West 116th Street, Room 831
New York, NY 10027
(212) 854-4376

Bruce J. Terris
Carolyn Smith Pravlik
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100

_Counsel for Plaintiffs_

SO ORDERED:

Date: September 4, 2014

_____
Hon. John J. Hughes, (Ret.)
Special Fees Master

3